Exhibit C



U.S. Department of Justice
Drug Enforcement Administration

Office of the Administrator                    Springfield, VA 22152

October 29, 2020

His Excellency Marcelo Ebrard Casaubón
Secretary
Secretariat of Foreign Affairs
Plaza Juarez No. 20 Piso 22
Col. Centro
Alcaldia Cuauhtemoc
06010 CDMX

Dear Secretary Ebrard:

I write regarding concerns raised by the Government of Mexico (GOM) during a call with
United States Attorney General William Barr on October 26, 2020, concerning the impending
prosecution in the United States of Salvador Cienfuegos-Zepeda. I appreciate this opportunity
to provide you additional information regarding the investigation that ultimately led to his
arrest. I trust that it will afford insight into and understanding of this situation. I also want to
assure you that we are committed to working with the Government of Mexico as this matter
moves forward.

While Cienfuegos-Zepeda has been indicted in the United States for narcotics related crimes,
he was never a direct investigative target of the Drug Enforcement Administration (DEA). The
DEA discovered information reflecting his criminal activity in the course of investigating
separate significant targets, and ultimately acquired the evidence that led to his prosecution. In
this investigation, the DEA did not target any GOM officials directly, conducted no
surveillance or investigative activity against Cienfuegos-Zepeda inside Mexico, and took no
action to influence Cienfuegos-Zepeda's travel to the United States that led to his arrest.

The DEA initiated an investigation in 2013 targeting Las Vegas, Nevada-based retail-level
heroin distributors believed to be supplied by the Juan Francisco Patron-Sanchez drug
trafficking organization (DTO) based in Nayarit, Mexico. The investigation relied upon U.S.
state court-authorized wire intercepts of communication devices used by members of the Las
Vegas distributors.

The investigation continued and in 2015, the DEA established links between the local
investigation in the United States and Patron-Sanchez. They later presented this evidence to
the U.S. Attorney's Office for the Eastern District of New York (EDNY). EDNY subsequently
accepted the investigation for federal prosecution. In 2016, the DEA obtained federal wire
intercepts in the United States targeting Daniel Silva-Garate. There were no wire intercepts
within Mexico. The interceptions were of telecommunications devices and applications used

①

Page 2

by Silva-Garate to communicate with Patron-Sanchez about an individual later identified as then-Secretary of National Defense Salvador Cienfuegos-Zepeda.

The DEA did not investigate Cienfuegos-Zepeda affirmatively as a primary target and did not intercept his communications directly. He was charged as a co-conspirator once he was identified personally in the intercept evidence developed against Silva-Garate and Patron-Sanchez.

The Patron-Sanchez evidence included references to Cienfuegos-Zepeda as "Padrino" and "Zepeda" and consisted of screenshots of Cienfuegos-Zepeda's message exchanges with Silva-Garate that were shared between Silva-Garate and Patron-Sanchez. The evidence also contained screenshots of Cienfuegos-Zepeda's communications about DEA meetings with GOM counterparts regarding the investigation targeting the Patron-Sanchez DTO.

The federal wire intercepts also revealed Cienfuegos-Zepeda's role in restricting Mexican military operations in Nayarit to protect Patron-Sanchez's operations from possible intervention.

In June 2019, this investigation was presented to a federal Grand Jury in the EDNY, which indicted Cienfuegos-Zepeda on August 14, 2019, for his role in a drug trafficking and importation scheme with the Patron-Sanchez DTO on the following charges:

- Count 1: International Heroin, Cocaine, Methamphetamine and Marijuana Manufacture and Distribution Conspiracy – 21 U.S.C. §§ 963, 960(b)(1)(A), 960(b)(1)(B)(ii), 960(b)(1)(G), 960(b)(1)(H), and 959(d)

- Count 2: Heroin, Cocaine, Methamphetamine and Marijuana Importation Conspiracy – 21 U.S.C. §§ 963, 960(b)(1)(A), 960(b)(1)(B)(ii), 960(b)(1)(G), and 960(b)(1)(H)

- Count 3: Heroin, Cocaine, Methamphetamine and Marijuana Distribution Conspiracy – 21 U.S.C. §§ 846, 841(b)(1)(A)(i), 841(b)(1)(A)(ii)(II), 841(b)(1)(A)(vii), and 841(b)(1)(A)(viii)

- Count 4: Conspiracy to Launder Narcotics Proceeds – 18 U.S.C. § 1956(h)

In summary, this investigation revealed that, while employed as the Secretary of National Defense in Mexico, Cienfuegos-Zepeda assisted the Patron-Sanchez DTO in furthering their illegal and violent actions. The evidence will show that he received bribes from the Patron-Sanchez organization in exchange for providing protection, safe passage of narcotics and weapons into Mexico City, and information about military and law enforcement operations in Mexico.

The evidence, gathered in the United States, consists primarily of judicial wiretap communications, but also includes physical seizures of drug evidence and several cooperating

Page 3

witnesses who can provide details about the Patron-Sanchez DTO's illicit activities. I have attached to this letter copies of evidence that was central to the indictment of Cienfuegos-Zepeda. We are continuing to assess this evidence as it may relate to others as well, and would be glad to consult with the GOM in this regard. Should the GOM seek to rely on any of this material for law enforcement or any other purposes, I am happy to refer a request for evidence under the Mutual Legal Assistance Treaty in Criminal Matters to appropriate Department of Justice officials.

Again, I hope that this letter provides you helpful information and insight, and I look forward to continuing the important law enforcement collaboration between our governments.

Sincerely,

Timothy J. Shea
Acting Administrator

29 octubre 2020

Vuestra Excelencia, Marcelo Ebrard Casaubón
Secretario
Secretaria de Relaciones Exteriores
Plaza Juárez No. 20, Piso 22
Col. Centro
Alcaldía Cuauhtémoc
06010, CDMX

Estimado Secretario Ebrard:

El motivo de la presente carta es para tratar unos asuntos que el gobierno de
México planteó durante una llamada telefónica con el Procurador General de los
Estados Unidos William Bar el 26 de octubre de 2020, sobre el enjuiciamiento
inminente al General Salvador Cienfuegos Zepeda en los Estados Unidos. A la vez,
agradezco de la manera más atenta esta valiosa oportunidad para brindarle
información adicional con respecto a la investigación que al final nos llevó al arresto
de Cienfuegos Zepeda. Confío en que ésta información permitirá mayor
comprensión sobre este asunto, así como un mejor entendimiento de la situación.
También, me permito asegurarle nuestro compromiso para seguir trabajando con el
gobierno de México a medida que este asunto vaya avanzando.

Entre tanto que Cienfuegos Zepeda ha sido acusado en los Estados Unidos por
unos delitos relacionados con narcotráfico, él nunca fue el objetivo central de una
investigación de la Agencia Antidrogas de los Estados Unidos (DEA, por sus siglas
en inglés). La DEA descubrió información que reflejaba su actividad delictiva
durante el curso de unas investigaciones independientes de gran relevancia y, al
final, se obtuvieron las pruebas que condujeron a la acusación que se ha
presentado en su contra. En esta investigación, la DEA nunca tuvo como objetivo
directo a ningún funcionario del gobierno de México, tampoco estuvo vigilando o
investigando las actividades de Cienfuegos Zepeda dentro de territorio nacional
mexicano, ni influyó en la decisión de viajar de Cienfuegos Zepeda a los Estados
Unidos, siendo esto último lo que condujo a su arresto.

En 2013, la DEA empezó una investigación teniendo como objetivo a unos
distribuidores minoristas de heroína situados en Las Vegas, Nevada, de quienes se
creía eran abastecidos por la organización de tráfico de drogas de Juan Francisco
Patrón Sánchez, situada en el estado de Nayarit, México. La investigación se basó
en unas interceptaciones electrónicas, autorizadas previamente por una corte
estadounidense, a unos dispositivos de comunicación utilizados por los
distribuidores de Las Vegas.

La investigación siguió su curso y en 2015, la DEA estableció que había algunos
vínculos entre Patrón Sánchez y la investigación local que se estaba realizando en
los Estados Unidos. Posteriormente, la DEA presentó estas pruebas a la Fiscalía
del Distrito Este de Nueva York y, a su vez, esta oficina aceptó la investigación con
fines de un enjuiciamiento federal. En 2016, la DEA obtuvo el permiso para realizar

4

unas interceptaciones electrónicas del fuero federal en los Estados Unidos, cuyo objetivo principal era Daniel Silva Garate.  No hubo interceptaciones electrónicas hechas en territorio nacional mexicano.  Las interceptaciones fueron hechas a unos dispositivos de comunicaciones y aplicaciones que Silva Garate usaba para comunicarse con Patrón Sánchez sobre una persona, quien fue identificada más adelante como el entonces Secretario de la Defensa Nacional, el General Cienfuegos Zepeda.

La DEA no investigó a Cienfuegos Zepeda como un objetivo principal y tampoco interceptó directamente sus comunicaciones. Él fue acusado como un coconspirador después de haber sido identificado personalmente en las pruebas interceptadas que se desarrollaron en contra de Silva Garate y Patrón Sánchez.

Las pruebas sobre Patrón Sánchez incluían unas referencias a Cienfuegos Zepeda como "Padrino" y "Zepeda" y consistieron en unas capturas de pantalla de unos mensajes que Cienfuegos Zepeda intercambió con Silva Garate y mismos que fueron compartidos entre Silva Garate y Patrón Sánchez.  Asimismo, las pruebas incluían unas capturas de pantalla de unas comunicaciones de Cienfuegos Zepeda sobre unas reuniones de la DEA con sus homólogos del gobierno mexicano acerca de una investigación que tenía como objetivo a la organización de tráfico de drogas de Patrón Sánchez.

Las interceptaciones electrónicas del fuero federal revelaron también el papel que desempeñaba Cienfuegos Zepeda al restringir los operativos militares en Nayarit con la finalidad de proteger las operaciones de Patrón Sánchez para que no fueran intervenidas.

En junio de 2019, esta investigación fue presentada ante un gran jurado federal en el Distrito Este de Nueva York, mismo que acusó a Cienfuegos Zepeda el 14 de agosto de 2019 de participar en un plan de importación y tráfico de drogas con la organización de tráfico de drogas de Patrón Sánchez, y los cargos son los siguientes:

*Cargo 1: una asociación delictuosa internacional para fabricar y distribuir heroína, cocaína, metanfetamina y marihuana, en violación a las secciones 963, 960(b)(1)(A), 960(b)(1)(B)(ii), 960(b)(1)(G), 960(b)(1)(H) y 959(d) del Título 21 del Código de los Estados Unidos.

*Cargo 2: una asociación delictuosa para importar cocaína, metanfetamina, marihuana y heroína, en violación a las secciones 963, 960(b)(1)(A), 960(b)(1)(B)(ii), 960(b)(1)(G) y 960(b)(1)(H) del Título 21 del Código de los Estados Unidos.

*Cargo 3: una asociación delictuosa para distribuir heroína, cocaína, metanfetamina y marihuana, en violación a la secciones 846, 841(b)(1)(A)(i), 841(b)(1)(A)(ii)(II), 841(b)(1)(A)(vii) y 841(b)(1)(A)(viii) del Título 21 del Código de los Estados Unidos.

*Cargo 4: una asociación delictuosa para cometer lavado de dinero proveniente de la venta de drogas, en violación a la sección 1956(h) del Título 18 del Código de los Estados Unidos.

En resumen, esta investigación reveló que mientras Cienfuegos Zepeda ostentaba el cargo de Secretario de Defensa Nacional, él ayudó a la organización de tráfico de drogas Patrón Sánchez a fomentar sus acciones violentas e ilegales. Las pruebas acreditarán que él recibió sobornos de la organización Patrón Sánchez a cambio de protección, brindó rutas seguras para el paso de las drogas y armas a la Ciudad de México y dio información sobre los operativos militares y policiacos en México.

Las pruebas recabadas en los Estados Unidos consisten principalmente en unas comunicaciones interceptadas, en decomisos físicos de drogas y en testigos cooperantes, quienes dieron detalles sobre las actividades ilícitas de la organización de tráfico de drogas de Patrón Sánchez. Anexo a la presente carta, se encuentran unas copias de las pruebas claves que fueron usadas para acusar a Cienfuegos Zepeda. Seguimos evaluando las pruebas en virtud de que podrían estar relacionadas con otras personas también y con gusto haremos las consultas pertinentes al gobierno de México. En caso de que el gobierno de México tenga interés en utilizar estas pruebas para los fines legales que se requieran, estoy en la mejor disposición de hacer llegar una solicitud, de conformidad con el Tratado de Asistencia Legal Mutua en Materia Penal a las autoridades correspondientes del Departamento de Justicia.

De nueva cuenta, espero que esta carta le haya sido de utilidad y reitero mi compromiso en seguir estrechando nuestros lazos de cooperación entre nuestros gobiernos.

Sinceramente,

Timothy J. Shea
Administrador Interino



# RIM image\jpeg File-PID 29845596

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bdce03b

Notified Pin(s):  7770aaa5

Date:           Wed, 09 Dec 2015 02:17:00

Direction:      Incoming

File Name:     ..\PIN_7770aaa5_im_20151209021958514\IMG_20151208_201519-2.jpg



H9 to H2 [Message: Zepeda told H9 that he was not going to ask H9 to come again because H9 had always excuses not to come to stay with Zepeda [Padrino].]

USDOJ-EDNY0000000001



# RIM image\jpeg File-PID 29845600

**This image was sent/received via Blackberry Messenger.**

UpdatedPin: 2bdce03b
Notified Pin(s): 7770aaa5

Date:        Wed, 09 Dec 2015 02:17:25
Direction:   Incoming
File Name:   ..\PIN_7770aaa5_im_20151209021958514\IMG_20151208_201615-2.jpg



H9 to H2

[Message: Zepeda says that if there is no trust  there was nothing he could do but he [Zepeda] was going
to do big things but he needed to see of them [possibly H2 or H9;  H9 replied to Zepeda that he [H9
would be leaving to take the bus and his uncle [H2] would be sending him [H9] to meet with him
[Zepeda-Padrino].

USDOJ-EDNY0000000002



# RIM image\jpeg File – pid 29845603

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2BDCE03B
**Notified Pin(s):** 7770aaa5

**Date:** Wed, 09 Dec 2015 02:17:34
**Direction:** Outgoing
**File Name:** ..\PIN_7770aaa5_im_20151209021958514\IMG_20151208_201626-1.jpg



H9 to H2 [Message: Zepeda told H9 that he was going to send 5 or 3 black trucks with codes and dark tinted windows to pick him [H9] up.

USDOJ-EDNY0000000003

PID 29854580

BlackBerry Messenger Conversation
Conversation ID: QDPPYERU
Message ID:          179439804
Message Direction:               Outgoing
To:           SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 19:52:47
Subject:
Message Text:        Ya vamos
Translation:         We our on our way
SB:          RF

Message ID:          179439807
Message Direction:               Outgoing
To:           SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 19:52:47
Subject:
Message Text:        Para con el padrino
Translation:         With the Godfather
SB:          RF

Message ID:          1229975629
Message Direction:               Outgoing
To:           SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 19:53:21
Subject:
Message Text:        Muy bien
Translation:         Good job
SB:          RF

Message ID:          1229975632
Message Direction:               Outgoing
To:           SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 19:53:26
Subject:
Message Text:        El lo lleva con el padrino
Translation:         He's taking you with Godfather
SB:          RF

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

PID 29854677

BlackBerry Messenger Conversation
Conversation ID: QDPPYERU
Message ID:           179439810
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 19:56:40
Subject:
Message Text:     Si ya dicen
Translation:      Yes they said
SB:       RF

Message ID:           179439813
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 19:56:47
Subject:
Message Text:     Me llevan solo
Translation:      They're taking me alone
SB:       RF

Message ID:           179439816
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 19:57:05
Subject:
Message Text:     Son 3 tocas son duras y van como lokos
Translation:      Their 3 hard trucks and their driving  crazy
SB:       RF

Message ID:           179439819
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 19:57:21
Subject:
Message Text:     Con los cÃ³digo le boy a tomar  una foto o le pdire  permiso  no mÃ¡s  para que
Translation:      I am going to take a picture with the code or I will  ask for permission  just  to you can
SB:       RF

Message ID:           179439822
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 19:57:22
Subject:
Message Text:     Vea
Translation:      See
SB:       RF

Message ID:           179439825
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 19:57:26
Subject:
Message Text:     Como me llevan
Translation:      How they are taking me
SB:       RF

Message ID:           1229975645
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

From:           SPARTACUS <7770AAA5>
Date:           Wed, 09 Dec 2015 19:58:03
Subject:
Message Text:   No asÃ dejelo
Translation:    No leave it like that
SB:      RF

Message ID:        1229975647
Message Direction:          Outgoing
To:         SAMANTA <2bdce03b>
From:           SPARTACUS <7770AAA5>
Date:           Wed, 09 Dec 2015 19:58:03
Subject:
Message Text:   Jajaja
Translation:    hahaha
SB:      RF

Message ID:        1229975650
Message Direction:          Outgoing
To:         SAMANTA <2bdce03b>
From:           SPARTACUS <7770AAA5>
Date:           Wed, 09 Dec 2015 19:58:18
Subject:
Message Text:   SÃ me imagino como van
Translation:    I can imagine how they are taking you
SB:      RF

Message ID:        179439830
Message Direction:          Outgoing
To:         SPARTACUS <7770aaa5>
From:           SAMANTA <2BDCE03B>
Date:           Wed, 09 Dec 2015 19:58:28
Subject:
Message Text:   Van asta unas motos
Translation:    Their is even motorcycles
SB:      RF

Message ID:        1229975653
Message Direction:          Outgoing
To:         SAMANTA <2bdce03b>
From:           SPARTACUS <7770AAA5>
Date:           Wed, 09 Dec 2015 19:58:30
Subject:
Message Text:   Q bueno q ya lo llevan con el padrino
Translation:    Good thing they are already taking you with Godfather
SB:      RF

Message ID:        179439833
Message Direction:          Outgoing
To:         SPARTACUS <7770aaa5>
From:           SAMANTA <2BDCE03B>
Date:           Wed, 09 Dec 2015 19:58:30
Subject:
Message Text:   Jajaja
Translation:    Hahaah
SB:      RF

Message ID:        1229975657
Message Direction:          Outgoing
To:         SAMANTA <2bdce03b>
From:           SPARTACUS <7770AAA5>
Date:           Wed, 09 Dec 2015 19:58:49
Subject:
Message Text:   Es otro boleto el padrino
Translation:    He is another ticket that Godfather
SB:      RF

SHARED PER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        1229975660
Message Direction:         Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 09 Dec 2015 19:58:58
Subject:
Message Text:      Es el segundo presidente
Translation:       He is the second president
SB:        RF

Message ID:        1229975664
Message Direction:         Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 09 Dec 2015 19:59:15
Subject:
Message Text:      Hable tranquilo con el
Translation:       Talk calmly with him
SB:        RF

Message ID:        179439839
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 19:59:19
Subject:
Message Text:      Vamos ala secretaria de la defebsa
Translation:       We are going to the secretary of defense
SB:        RF

Message ID:        179439843
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 19:59:22
Subject:
Message Text:      Nacional
Translation:       National
SB:        RF

Message ID:        1229975668
Message Direction:         Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 09 Dec 2015 19:59:23
Subject:
Message Text:      Le da un abrazo cuando lo vea
Translation:       Give him a hug when you see him
SB:        RF

Message ID:        1229975673
Message Direction:         Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 09 Dec 2015 19:59:54
Subject:
Message Text:      DÃgale q le da un orgullo conocerlo
Translation:       Tell him you are happy to meet him
SB:        RF

Message ID:        179439847
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 20:00:00
Subject:
Message Text:      Dice el amigo

Transalton:      The friend says
SB:      RF

Message ID:      179439850
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>
Date:      Wed, 09 Dec 2015 20:00:00
Subject:
Message Text:      Este
Translation:      This one
SB:      RF

Message ID:      179439853
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>
Date:      Wed, 09 Dec 2015 20:00:00
Subject:
Message Text:      AquÁ
Translation :      Here
SB:      RF

Message ID:      179439856
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>
Date:      Wed, 09 Dec 2015 20:00:00
Subject:
Message Text:      Le d jieron
Translaion:      They told him
SB:      RF

Message ID:      179439859
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>
Date:      Wed, 09 Dec 2015 20:00:00
Subject:
Message Text:      Por radio
Translation:      By radio
SB:      RF

Message ID:      179439862
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>
Date:      Wed, 09 Dec 2015 20:00:05
Subject:
Message Text:      Titan puras
Translation:      They have
SB:      RF

Message ID:      179439865
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>
Date:      Wed, 09 Dec 2015 20:00:05
Subject:
Message Text:      Boinas
Translation:      Berets
SB:      RF

Message ID:      179439868
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>

USDOJ-EDNY0000000008

Date:          Wed, 09 Dec 2015 20:00:05
Subject:
Message Text:  En la cavesa
Translation:   On their head
SB:       RF

Message ID:         179439872
Message Direction:            Outgoing
To:            SPARTACUS <7770saa5>
From:          SAMANTA <2BDCE03B>
Date:          Wed, 09 Dec 2015 20:00:07
Subject:
Message Text:  Vien rapados
Translation:   All shaved
SB:       RF

Message ID:         1229975689
Message Direction:            Outgoing
To:            SAMANTA <2bdce03b>
From:          SPARTACUS <7770AAA5>
Date:          Wed, 09 Dec 2015 20:03:49
Subject:
Message Text:  Q bueno
Translation:   Thats good
SB:       RF

Message ID:         1229975692
Message Direction:            Outgoing
To:            SAMANTA <2bdce03b>
From:          SPARTACUS <7770AAA5>
Date:          Wed, 09 Dec 2015 20:04:07
Subject:
Message Text:  Le da el abrazo y dÁgale q es un orgullo poder saludarlo
Translation:   Give him a hug and tell him it is an honor to greet him
SB:       RF

Message ID:         1229975695
Message Direction:            Outgoing
To:            SAMANTA <2bdce03b>
From:          SPARTACUS <7770AAA5>
Date:          Wed, 09 Dec 2015 20:04:47
Subject:
Message Text:  Q si antes lo querÁamos ahora nos morimos  en la ralla  pero a el jamÁs lo perjudicaremos
Translation:   That if we loved him before  now we will die at the frontier  we will never hurt him
SB:       RF

Message ID:         179439893
Message Direction:            Outgoing
To:            SPARTACUS <7770aaa5>
From:          SAMANTA <2BDCE03B>
Date:          Wed, 09 Dec 2015 20:05:43
Subject:
Message Text:  Ya se arrimo  uno me avento un mensaje  y ya me djo no soy yo con el que va solo traigo el medio ahorita va aver a su padre pero yo hablo con usted mire  y me enseÁto  en mensaje
Translation:   One of them got close to me and gave me a message  and said I am not the one who you are going to see I just have the communication  right now you will see your father but I will talk to you look and he showed me the message
SB:       RF

Message ID:         179439896
Message Direction:            Outgoing
To:            SPARTACUS <7770aaa5>
From:          SAMANTA <2BDCE03B>
Date:          Wed, 09 Dec 2015 20:05:48
Subject:
Message Text:  Ya es un erredo  esto
Translation:   This is all confusing  now
SB:       RF

Message ID:          179439899
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE038>
Date:        Wed, 09 Dec 2015 20:05:51
Subject:
Message Text:        La verdad
Translation:         Honestly
SB:          RF

Message ID:          1229975701
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 20:06:14
Subject:
Message Text:        Jajajaja
Translation:         Hahahah
SB:          RF

Message ID:          1229975704
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 20:06:40
Subject:
Message Text:        Usted tranquilo
Translation:         Just stay calm
SB:          RF

Message ID:          1229975707
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 20:06:53
Subject:
Message Text:        Todo esta bien
Translation:         It is all good
SB:          RF

Message ID:          179439903
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE038>
Date:        Wed, 09 Dec 2015 20:10:10
Subject:
Message Text:        Pues ya conosi
Translation:         Well I already met
SB:          RF

Message ID:          179439906
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 20:10:10
Subject:
Message Text:        A muchos y
Translation:         Alot of them and
SB:          RF

Message ID:          179439909
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 20:10:12
Subject:

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text: No mÁs no veo al padrino
Translation: I still dont see Godfather
SB:  RF

Message ID: 179439912
Message Direction: Outgoing
To: SPARTACUS <7770aaa5>
From: SAMANTA <2BDCE038>
Date: Wed, 09 Dec 2015 20:10:17
Subject:
Message Text: Si se la de deciar
Translation: He makes it hard to be seen
SB:  RF

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# PID #29855974

## BlackBerry Messenger Conversation

### Conversation ID: *QDPPYERU*

| | |
|---|---|
| **Message ID:** | 1229976252 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:32:49 |
| **Subject:** | |
| **Message Text:** | Jajaja |
| Translation: | Hahaha |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976255 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:32:55 |
| **Subject:** | |
| **Message Text:** | No ah visto al padrino |
| Translation: | Have you seen Padrino |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440066 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:33:19 |
| **Subject:** | |
| **Message Text:** | Pues seguan vamos a comer es un sr guero guero |
| Translation: | Well we're supposedly going to go eat he's a very blond guy |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440069 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:33:22 |
| **Subject:** | |
| **Message Text:** | Ya mayor |

Translation:                    Older guy
SB:                             CB


**Message ID:**                 179440072
**Message Direction:**          Outgoing
**To:**                         SPARTACUS <7770aaa5>
**From:**                       SAMANTA <2BDCE03B>
**Date:**                       Wed, 09 Dec 2015 22:33:32
**Subject:**
**Message Text:**               Nos salimos
Translation:                    We left
SB:                             CB


**Message ID:**                 179440075
**Message Direction:**          Outgoing
**To:**                         SPARTACUS <7770aaa5>
**From:**                       SAMANTA <2BDCE03B>
**Date:**                       Wed, 09 Dec 2015 22:33:35
**Subject:**
**Message Text:**               De ay aquÃ venimos
Translation:                    From there we're coming here
SB:                             CB


**Message ID:**                 179440078
**Message Direction:**          Outgoing
**To:**                         SPARTACUS <7770aaa5>
**From:**                       SAMANTA <2BDCE03B>
**Date:**                       Wed, 09 Dec 2015 22:33:38
**Subject:**
**Message Text:**               A comer
Translation:                    To eat
SB:                             CB


**Message ID:**                 179440081
**Message Direction:**          Outgoing
**To:**                         SPARTACUS <7770aaa5>
**From:**                       SAMANTA <2BDCE03B>
**Date:**                       Wed, 09 Dec 2015 22:33:49
**Subject:**
**Message Text:**               El va en una que va a tras
Translation:                    He is in one that's in the back
SB:                             CB


USDOJ-EDNY0000000013

| | |
|---|---|
| **Message ID:** | 179440084 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:33:49 |
| **Subject:** | |
| **Message Text:** | Una negra |
| Translation: | A black one |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440087 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:34:03 |
| **Subject:** | |
| **Message Text:** | Me dijo ahorita nos comemos un poyollito |
| Translation: | He told me we would eat some chicken in a bit |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440090 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:34:14 |
| **Subject:** | |
| **Message Text:** | Yo soy su padre y padrino de su tÃo |
| Translation: | I am your father and your uncle's Godfather |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440093 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:34:14 |
| **Subject:** | |
| **Message Text:** | Un sr guero guero |
| Translation: | A very blond man |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440096 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |

USDOJ-EDNY0000000014

**Date:** Wed, 09 Dec 2015 22:34:20
**Subject:**
**Message Text:** Mayor
**Translation:** Older
**SB:** CB

**Message ID:** 179440099
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 22:34:33
**Subject:**
**Message Text:** Bien educado bien presentabre
**Translation:** Well educated very presentable
**SB:** CB

**Message ID:** 179440102
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 22:34:35
**Subject:**
**Message Text:** Con uniforme
**Translation:** With a uniform
**SB:** CB

**Message ID:** 179440105
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 22:34:43
**Subject:**
**Message Text:** Que vamos air a un lugar
**Translation:** That we're going to go some place
**SB:** CB

**Message ID:** 179440108
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 22:34:51
**Subject:**
**Message Text:** Muy calmado para que no nos molesten
**Translation:** Very calmly so that they don't bother us

SB:                          CB

| | |
|---|---|
| **Message ID:** | 179440112 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:35:49 |
| **Subject:** | |
| **Message Text:** | Que era un niÃ±o Jajajajaja |
| Translation: | That I was a child Hahahahaha |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440115 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:35:53 |
| **Subject:** | |
| **Message Text:** | Ya ve estoy joven |
| Translation: | You see I'm young |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440118 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:35:56 |
| **Subject:** | |
| **Message Text:** | Ya rasurado |
| Translation: | Once I've shaved |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976259 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:37:43 |
| **Subject:** | |
| **Message Text:** | Jajajaja |
| Translation: | Hahahaha |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976262 |

USDOJ-EDNY0000000016

| | |
|---|---|
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:37:48 |
| **Subject:** | |
| **Message Text:** | Sii esta joven usted |
| Translation: | Yes you are young |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440122 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:38:15 |
| **Subject:** | |
| **Message Text:** | Este sr tiene asta los cachetes |
| Translation: | This man's cheeks are even |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440125 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:38:19 |
| **Subject:** | |
| **Message Text:** | Rojos |
| Translation: | Red |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440128 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:38:27 |
| **Subject:** | |
| **Message Text:** | AquÃ me trai a una casa vien grande |
| Translation: | He's bringing me here to a very big house |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976267 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:38:46 |

| | |
|---|---|
| **Subject:** | |
| **Message Text:** | Jajaja |
| Translation: | Hahaha |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976270 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:39:07 |
| **Subject:** | |
| **Message Text:** | ni modo q no lo reconozca |
| Translation: | it's not like he won't be recognized |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440131 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:39:21 |
| **Subject:** | |
| **Message Text:** | Este sr no |
| Translation: | This man doesn't |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440134 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:39:31 |
| **Subject:** | |
| **Message Text:** | Sele ven |
| Translation: | Seem to |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440137 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:39:31 |
| **Subject:** | |
| **Message Text:** | Ganas |
| Translation: | Feel |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440140 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:39:32 |
| **Subject:** | |
| **Message Text:** | De querer |
| Translation: | Like wanting |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440143 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:39:33 |
| **Subject:** | |
| **Message Text:** | Ya |
| Translation: | Now |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440146 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:39:38 |
| **Subject:** | |
| **Message Text:** | Dejarme |
| Translation: | To let me |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440149 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:39:40 |
| **Subject:** | |
| **Message Text:** | Ir a dormir |
| Translation: | Go to sleep |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976274 |
| **Message Direction:** | Outgoing |

USDOJ-EDNY0000000019

25

| | |
|---|---|
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 22:40:01 |
| Subject: | |
| Message Text: | AhÃ se va a quedar los dÃas q el le diga |
| Translation: | You're going to stay there however many days he tells you |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229976277 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 22:40:15 |
| Subject: | |
| Message Text: | Su familia estÃ¡n bien instalada q alcabo |
| Translation: | Your family is well situated anyway |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440154 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:41:12 |
| Subject: | |
| Message Text: | Si asÃ es ellos estÃ¡n bien y a parte aquÃ estoy hablando con mi mujer esta sola con los niÃ±os |
| Translation: | Yes that's it they are fine and besides that I'm talking to my wife she's alone with the kids |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440157 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:41:15 |
| Subject: | |
| Message Text: | Que todo vien dice |
| Translation: | She said that everything was fine |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440160 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |

USDOJ-EDNY0000000020

| | |
|---|---|
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:43:14 |
| **Subject:** | |
| **Message Text:** | Lomas de chapultepe decÃa |
| Translation: | It said Lomas de Chapultepec |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440163 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:43:18 |
| **Subject:** | |
| **Message Text:** | Un letrero |
| Translation: | On a sign |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976309 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:43:33 |
| **Subject:** | |
| **Message Text:** | Muy bien |
| Translation: | Very good |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976312 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:43:39 |
| **Subject:** | |
| **Message Text:** | SÃ usted estÃ© tranquilo |
| Translation: | Yes you keep calm |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976315 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:43:44 |
| **Subject:** | |
| **Message Text:** | DÃgale q ahÃ estarÃ¡ los dÃas q el le diga |

Translation:          Tell her that you will be there the days that he tells you
SB:                 CB

| | |
|---|---|
| **Message ID:** | 1229976318 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:43:52 |
| **Subject:** | |
| **Message Text:** | 1 dÃa o 8 dias |
| Translation: | 1 year or 8 days |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440166 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:44:39 |
| **Subject:** | |
| **Message Text:** | Sticker recibido |
| Translation: | Sticker received |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440169 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed  09 Dec 2015 22:44:52 |
| **Subject:** | |
| **Message Text:** | Le dirÃ© que usted ya me o cupa aya pero a ese |
| Translation: | I'll tell her that you need me over there but that one |
| SB: | CB |

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

PID 29856188

BlackBerry Messenger Conversation
Conversation ID: QDPPYERU
Message ID:          179440172
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:44:54
Subject:
Message Text:      Sr no me animo
Translation:       Sr I don't dare
SB:      VA

Message ID:          179440175
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:45:02
Subject:
Message Text:      A decirle nada trai gente
Translation        Tell him anything he has people
SB:      VA

Message ID:          179440178
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:45:04
Subject:
Message Text:      AlÃª pendejo
Translation:       A crap load
SB:      VA

Message ID:1229976322
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:45:42
Subject:
Message Text:      Jajaja
Translation:       Hahaha
SB:      VA

Message ID:1229976324
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:45:44
Subject:
Message Text:      No nada de eso
Translation:       No it's not like that
SB:      VA

Message ID:          1229976327
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:46:02
Subject:
Message Text:      Es su invitado y ahÃ se quedara los dÃas q el disponga
Translation:       You are his guest and you will stay there for the days he needs you
SB:      VA

Message ID:          179440183
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:46:16
Subject:
Message Text:     Noo si me tratan vien pero se siente
Translation:      Noo they treat me well but I feel
SB:          VA


Message ID:         179440186
Message Direction:             Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:46:16
Subject:
Message Text:     Uno chikito
Translation:      Small
SB:          VA


Message ID:179440189
Message Direction:             Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:46:18
Subject:
Message Text:     Pero los sr
Translation:      But the misters
SB:          VA


Message ID:179440192
Message Direction:             Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:46:22
Subject:
Message Text:     Son bien a tentÃ¹
Translation:      Are very considerate
SB:          VA


Message ID:179440195
Message Direction:             Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:46:24
Subject:
Message Text:     Que que quiero
Translation:      That what do I want
SB:          VA


Message ID:179440198
Message Direction:             Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:46:27
Subject:
Message Text:     Todo
Translation:      Everything
SB:          VA


Message ID:         179440201
Message Direction:             Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:46:46
Subject:
Message Text:     EstÃ¹n no mÃ¡s ensima  de mi que que es lo que quiero comor lo que se
Translation:      They're just on top of me that what do I want to eat whatever
SB:          VA

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

```
Message ID:        179440204
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 22:49:46
Subject:
Message Text:      Olega
Translation:       Listen
SB:         VA
```

```
Message ID:179440207
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 22:49:48
Subject:
Message Text:      Echele
Translation:       Hey
SB:         VA
```

```
Message ID:179440210
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 22:49:49
Subject:
Message Text:      Eppp
Translation:       Heyyy
SB:         VA
```

```
Message ID:179440213
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 22:49:52
Subject:
Message Text:      Eppp Eppp
Translation:       Heyyy Heyyy
SB:         VA
```

```
Message ID:179440216
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 22:49:54
Subject:
Message Text:      Echele
Translation:       Hey
SB:         VA
```

```
Message ID:179440218
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 22:50:21
Subject:
Message Text:      PING!!!
Translation:       PING!!!
SB:         VA
```

```
Message ID:179440220
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Wed, 09 Dec 2015 22:50:21
Subject:
Message Text:      PING!!!
```

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:        PING!!!
SB:        VA

Message ID:179440222
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:50:21
Subject:
Message Text:        PING!!!
Translation:        PING!!!
SB:        VA

Message ID:179440224
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:50:21
Subject:
Message Text:        PING!!!
Translation:        PING!!!
SB:        VA

Message ID:179440226
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:50:23
Subject:
Message Text:        PING!!!
Translation:        PING!!!
SB:        VA

Message ID:1229976330
Message Direction:              Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:50:57
Subject:
Message Text:        Echele
Translation:        Hey
SB:        VA

Message ID:        179440230
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:51:12
Subject:
Message Text:        Ooiga este sr si es el que sale
Translation:        Hey this mister is the one that comes out
SB:        VA

Message ID:        179440233
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:51:13
Subject:
Message Text:        En la tele
Translation:        On TV
SB:        VA

Message ID:179440236
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>

USDOJ-EDNY0000000026

32

Date:      Wed, 09 Dec 2015 22:51:19
Subject:
Message Text:      Nombre
Translation:       No way
SB:        VA

Message ID:179440239
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:51:32
Subject:
Message Text:      Y me dice usted no
Translation:       And he asks me have you not
SB:        VA

Message ID:179440242
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:51:34
Subject:
Message Text:      Me avistÃª
Translation:       Seen me
SB:        VA

Message ID:1229976334
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 09 Dec 2015 22:51:37
Subject:
Message Text:      Jajaja
Translation:       Hahaha
SB:        VA

Message ID:179440246
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:51:38
Subject:
Message Text:      Usted no estÃ¡ comiendo
Translation:       You are not eating
SB:        VA

Message ID:179440249
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:51:39
Subject:
Message Text:      AquÃ
Translation:       Here
SB:        VA

Message ID:179440252
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:51:42
Subject:
Message Text:      Con migo
Translation:       With me
SB:        VA

Message ID:      179440256

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:52:25
Subject:
Message Text:     Le estoy diciendo que le estoy pasando
Translation:      I'm telling him that I'm passing
SB:       VA

Message ID:        179440259
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:52:28
Subject:
Message Text:     El reporte
Translation:      The report
SB:       VA

Message ID:        179440262
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:52:38
Subject:
Message Text:     Yo a usted dice que no ay problema
Translation:      To you he says there's no problem
SB:       VA

Message ID:        179440265
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:52:40
Subject:
Message Text:     Pero que nada mÁs
Translation:      But for us to just
SB:       VA

Message ID:        179440268
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:53:12
Subject:
Message Text:     Que borremos de la memoria  que estÁjmos comiendo con el
Translation:      Delete from the drive that we are eating with him
SB:       VA

Message ID:        179440270
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:53:12
Subject:
Message Text:     Sticker recibido
Translation:      Sticker received
SB:       VA

Message ID:1229976339
Message Direction:        Outgoing
To:       SAMANTA <2bdce03b>
From:     SPARTACUS <7770AAA5>
Date:     Wed, 09 Dec 2015 22:53:57
Subject:
Message Text:     Sii claro digale
Translation:      Yes of course tell him

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:        VA

Message ID:        1229976342
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:54:14
Subject:
Message Text:        En cuanto regrese usted vamos a tirar los tel, y traermos nuevos
Translation:        That as soon as you get back we will throw away the telephones and have new ones
SB:        VA

Message ID:        1229976345
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:54:18
Subject:
Message Text:        Para mÃ¡s seguridad
Translation:        For more security
SB:        VA

Message ID:        179440276
Message Direction:        Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:54:40
Subject:
Message Text:        Que estoy joven de mÃ¡s dice que tienen un hijo de mi edad
Translation:        He says I'm too young that that they have a son that's the same age as me
SB:        VA

Message ID:        1229976349
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:54:51
Subject:
Message Text:        Hay conviva con el padrino
Translation:        Spend quality time with Padrino
SB:        VA

Message ID:        179440280
Message Direction:        Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:55:06
Subject:
Message Text:        Dice que vamos va hacer algo grande de usted que ya me mando usted
Translation:        He says that we will make something big out you now that you sent me
SB:        VA

Message ID:        1229976352
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:55:08
Subject:
Message Text:        DÃgale q de mi parte nunca va a tener un problema
Translation:        Tell him that he will never have a problem on my behalf
SB:        VA

Message ID:        179440283
Message Direction:        Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:55:09

SHARED UNDER QUEER ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      Y que ahora si
Translation:       And that now
SB:        VA

Message ID:        179440287
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:55:17
Subject:
Message Text:      Que lo que a echo es pequeÅ±eses
Translation:       That what you have done are small things
SB:        VA

Message ID:        179440290
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:55:19
Subject:
Message Text:      Quye donde
Translation:       That where
SB:        VA

Message ID:179440293
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:55:23
Subject:
Message Text:      Quiere trabajar
Translation:       You want to work
SB:        VA

Message ID:        179440296
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:55:34
Subject:
Message Text:      Que ahora si ya estamos hablando
Translation:       That now we are talking
SB:        VA

Message ID:        179440299
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:55:43
Subject:
Message Text:      Que no es la misma
Translation:       That it's not the same
SB:        VA

Message ID:179440302
Message Direction:         Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:55:46
Subject:
Message Text:      Por mensajes
Translation:       Via messages
SB:        VA

Message ID:1229976356
Message Direction:         Outgoing

```
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:55:53
Subject:
Message Text:     Así es
Translation:      That's right
SB:     VA


Message ID:          179440306
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:55:55
Subject:
Message Text:     Que ya estamos  en el mismo  canal
Translation:      That we are on the same  channel
SB:     VA


Message ID:          179440309
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:55:57
Subject:
Message Text:     Ahora si
Translation:      Now
SB:     VA


Message ID:179440312
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:55:58
Subject:
Message Text:     Dice
Translation:      He says
SB:     VA


Message ID:          179440315
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:56:11
Subject:
Message Text:     Que ya vio que ay seriedad
Translation:      That he already saw that the is seriousness
SB:     VA


Message ID:          1229976362
Message Direction:              Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:56:16
Subject:
Message Text:     (()) q bueno
Translation:      (()) that's good
SB:     VA


Message ID:179440318
Message Direction:              Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:56:17
Subject:
Message Text:     Y aquí estamos
Translation:      And we are here
SB:     VA
```

USDOJ-EDNY0000000031

Message ID:179440322
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:56:19
Subject:
Message Text:    Que usted
Translation:      That you
SB:        VA


Message ID:179440325
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:56:21
Subject:
Message Text:    Diga
Translation:      Say
SB:        VA


Message ID:179440328
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:56:33
Subject:
Message Text:    Que quiere
Translation:      That you want
SB:        VA


Message ID:179440331
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:56:35
Subject:
Message Text:    Trabajar
Translation:      To work
SB:        VA


Message ID:179440334
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:56:38
Subject:
Message Text:    Para que siga
Translation:      So there is
SB:        VA


Message ID:179440337
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:56:41
Subject:
Message Text:    Dinero
Translation:      Money
SB:        VA


Message ID:179440340
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:56:44
Subject:

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

```
Message Text:    AiÂª pendejo
Translation:     A crap load
SB:      VA


Message ID:      1229976370
Message Direction:          Outgoing
To:      SAMANTA <2bdce03b>
From:    SPARTACUS <7770AAA5>
Date:    Wed, 09 Dec 2015 22:56:57
Subject:
Message Text:    Ocupamos hacer algo de Colombia  para ca
Translation:     We need to do something  from Colombia  to here
SB:      VA


Message ID:      1229976373
Message Direction:          Outgoing
To:      SAMANTA <2bdce03b>
From:    SPARTACUS <7770AAA5>
Date:    Wed, 09 Dec 2015 22:57:24
Subject:
Message Text:    Se me acaban de caer los primeros  200 q traÂa
Translation:     The first 200 that I had have just gone down
SB:      VA


Message ID:      179440345
Message Direction:          Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Wed, 09 Dec 2015 22:57:32
Subject:
Message Text:    Virgilio  Daniel  mendes vazan
Translation:     Virgilio  Daniel  Mendes Vazan
SB:      VA


Message ID:      1229976377
Message Direction:          Outgoing
To:      SAMANTA <2bdce03b>
From:    SPARTACUS <7770AAA5>
Date:    Wed, 09 Dec 2015 22:57:36
Subject:
Message Text:    Apenas vamos a empezar dÃgale q nosotros  somos pollos
Translation:     We are barely going to start tell him that we are rookies
SB:      VA


Message ID:      179440349
Message Direction:          Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Wed, 09 Dec 2015 22:57:39
Subject:
Message Text:    Ese es el que hablaba  con nostros
Translation:     That one is the one that talked to us
SB:      VA


Message ID:      1229976381
Message Direction:          Outgoing
To:      SAMANTA <2bdce03b>
From:    SPARTACUS <7770AAA5>
Date:    Wed, 09 Dec 2015 22:57:54
Subject:
Message Text:    Quien es el
Translation:     Who is he
SB:      VA


Message ID:179440352
Message Direction:          Outgoing
To:      SPARTACUS <7770aaa5>
```

SHARED PER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:57:54
Subject:
Message Text:    Dice que
Translation:     He says
SB:          VA

Message ID:179440355
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:57:55
Subject:
Message Text:    Donde
Translation:     Where
SB:          VA

Message ID:179440359
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:57:58
Subject:
Message Text:    Se le calleron
Translation:     Did they go down
SB:          VA

Message ID:179440362
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:58:02
Subject:
Message Text:    Que s el segundo
Translation:     That he is the second one
SB:          VA

Message ID:179440365
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:58:04
Subject:
Message Text:    Del
Translation:     From
SB:          VA

Message ID:179440368
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Wed, 09 Dec 2015 22:58:08
Subject:
Message Text:    Padrino
Translation:     Padrino
SB:          VA

Message ID:1229976387
Message Direction:          Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 09 Dec 2015 22:58:09
Subject:
Message Text:    Al salir de Colombia
Translation:     As it was leaving Colombia
SB:          VA

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:       1229976391
Message Direction:        Outgoing
To:       SAMANTA <2bdce03b>
From:     SPARTACUS <7770AAA5>
Date:     Wed, 09 Dec 2015 22:58:20
Subject:
Message Text:     Se me caïeron en una lancha
Translation:      They fell from a boat
SB:       VA

Message ID:       1229976394
Message Direction:        Outgoing
To:       SAMANTA <2bdce03b>
From:     SPARTACUS <7770AAA5>
Date:     Wed, 09 Dec 2015 22:58:33
Subject:
Message Text:     VenÃan 420
Translation:      420 were coming
SB:       VA

Message ID:       179440373
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:58:34
Subject:
Message Text:     El padrino me dio el nombre de salbador sinfuego sepeda
Translation:      Padrino gave me the name of Salbador Sinfuego Sepeda
SB:       VA

Message ID:       179440377
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:58:37
Subject:
Message Text:     Algo asÃ pero que ya vamos
Translation:      Something like that but that now we are
SB:       VA

Message ID:       179440380
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:58:40
Subject:
Message Text:     Hablar con el
Translation:      Going to talk to him
SB:       VA

Message ID:       1229976399
Message Direction:        Outgoing
To:       SAMANTA <2bdce03b>
From:     SPARTACUS <7770AAA5>
Date:     Wed, 09 Dec 2015 22:58:41
Subject:
Message Text:     200mios  y 220 de los socios de colombia
Translation:      200 mine  and 220 of my Colombia  associates
SB:       VA

Message ID:       179440384
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 09 Dec 2015 22:58:46
Subject:
Message Text:     Pero que todo lo que se le a pedido

SHARED - COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:      But that everything that has been asked for
SB:      VA

Message ID:      179440387
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 09 Dec 2015 22:58:49
Subject:
Message Text:      Es orden de el
Translation:      Was his order
SB:      VA

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# BlackBerry Messenger Conversation

## Conversation ID: *QDPPYERU*

| | |
|---|---|
| **Message ID:** | 179440172 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:44:54 |
| **Subject:** | |
| **Message Text:** | Sr no me animo |
| Translation: | Sr I don't dare |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440175 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:45:02 |
| **Subject:** | |
| **Message Text:** | A decirle nada trai gente |
| Translation | Tell him anything he has people |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440178 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:45:04 |
| **Subject:** | |
| **Message Text:** | AlÃ³ pendejo |
| Translation: | A crap load |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976322 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:45:42 |
| **Subject:** | |
| **Message Text:** | Jajaja |
| Translation: | Hahaha |
| SB: | VA |

USDOJ-EDNY0000000037

| | |
|---|---|
| **Message ID:** | 1229976324 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:45:44 |
| **Subject:** | |
| **Message Text:** | No nada de eso |
| **Translation:** | No it's not like that |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 1229976327 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:46:02 |
| **Subject:** | |
| **Message Text:** | Es su invitado y ahÃ se quedara los dÃas q el disponga |
| **Translation:** | You are his guest and you will stay there for the days he needs you |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440183 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:46:16 |
| **Subject:** | |
| **Message Text:** | Noo si me tratan vien pero se siente |
| **Translation:** | Noo they treat me well but I feel |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440186 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:46:16 |
| **Subject:** | |
| **Message Text:** | Uno chikito |
| **Translation:** | Small |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440189 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |

USDOJ-EDNY0000000038

| | |
|---|---|
| **Date:** | Wed, 09 Dec 2015 22:46:18 |
| **Subject:** | |
| **Message Text:** | Pero los sr |
| Translation: | But the misters |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440192 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:46:22 |
| **Subject:** | |
| **Message Text:** | Son bien a tentÃª |
| Translation: | Are very considerate |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440195 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:46:24 |

| | |
|---|---|
| **Subject:** | |
| **Message Text:** | Que que quiero |
| Translation: | That what do I want |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440198 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:46:27 |
| **Subject:** | |
| **Message Text:** | Todo |
| Translation: | Everything |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440201 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:46:46 |
| **Subject:** | |

USDOJ-EDNY0000000039

45

| | |
|---|---|
| Message Text: | EstÃ¡n no mÃ¡s ensima de mi que que es lo que quiero comor lo que se |
| Translation: | They're just on top of me that what do I want to eat whatever |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440204 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:49:46 |
| Subject: | |
| Message Text: | Oiega |
| Translation: | Listen |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440207 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:49:48 |
| Subject: | |
| Message Text: | Echele |
| Translation: | Hey |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440210 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:49:49 |
| Subject: | |
| Message Text: | Eppp |
| Translation: | Heyyy |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440213 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:49:52 |
| Subject: | |
| Message Text: | Eppp Eppp |
| Translation: | Heyyy Heyyy |
| SB: | VA |

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **Message ID:** | 179440216 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:49:54 |
| **Subject:** | |
| **Message Text:** | Echele |
| Translation: | Hey |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440218 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:50:21 |
| **Subject:** | |
| **Message Text:** | PING!!! |
| Translation: | PING!!! |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440220 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:50:21 |
| **Subject:** | |
| **Message Text:** | PING!!! |
| Translation: | PING!!! |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440222 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:50:21 |
| **Subject:** | |
| **Message Text:** | PING!!! |
| Translation: | PING!!! |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440224 |
| **Message Direction:** | Outgoing |

USDOJ-EDNY0000000041

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:50:21 |
| Subject: | |
| Message Text: | PING!!! |
| Translation: | PING!!! |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440226 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:50:23 |
| Subject: | |
| Message Text: | PING!!! |
| Translation: | PING!!! |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976330 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 22:50:57 |
| Subject: | |
| Message Text: | Echele |
| Translation: | Hey |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440230 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:51:12 |
| Subject: | |
| Message Text: | Ooiga este sr si es el que sale |
| Translation: | Hey this mister is the one that comes out |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440233 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:51:13 |
| Subject: | |

| | |
|---|---|
| Message Text: | En la tele |
| Translation: | On TV |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440236 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:51:19 |
| Subject: | |
| Message Text: | Nombre |
| Translation: | No way |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440239 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:51:32 |
| Subject: | |
| Message Text: | Y me dice usted no |
| Translation: | And he asks me have you not |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440242 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:51:34 |
| Subject: | |
| Message Text: | Me avistÃ³ |
| Translation: | Seen me |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976334 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 22:51:37 |
| Subject: | |
| Message Text: | Jajaja |
| Translation: | Hahaha |
| SB: | VA |

**Message ID:**          179440246
**Message Direction:**   Outgoing
**To:**                  SPARTACUS <7770aaa5>
**From:**                SAMANTA <2BDCE03B>
**Date:**                Wed, 09 Dec 2015 22:51:38
**Subject:**
**Message Text:**        Usted no estÃ¡ comiendo
Translation:             You are not eating
SB:                      VA

**Message ID:**          179440249
**Message Direction:**   Outgoing
**To:**                  SPARTACUS <7770aaa5>
**From:**                SAMANTA <2BDCE03B>
**Date:**                Wed, 09 Dec 2015 22:51:39
**Subject:**
**Message Text:**        AquÃ
Translation:             Here
SB:                      VA

**Message ID:**          179440252
**Message Direction:**   Outgoing
**To:**                  SPARTACUS <7770aaa5>
**From:**                SAMANTA <2BDCE03B>
**Date:**                Wed, 09 Dec 2015 22:51:42
**Subject:**
**Message Text:**        Con migo
Translation:             With me
SB:                      VA

**Message ID:**          179440256
**Message Direction:**   Outgoing
**To:**                  SPARTACUS <7770aaa5>
**From:**                SAMANTA <2BDCE03B>
**Date:**                Wed, 09 Dec 2015 22:52:25
**Subject:**
**Message Text:**        Le estoy diciendo que le estoy pasando
Translation:             I'm telling him that I'm passing
SB:                      VA

**Message ID:**          179440259
**Message Direction:**   Outgoing

USDOJ-EDNY0000000044

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:52:28 |
| Subject: | |
| Message Text: | El reporte |
| Translation: | The report |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440262 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:52:38 |
| Subject: | |
| Message Text: | Yo a usted dice que no ay problema |
| Translation: | To you he says there's no problem |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440265 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:52:40 |
| Subject: | |
| Message Text: | Pero que nada mÃ¡s |
| Translation: | But for us to just |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440268 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:53:12 |
| Subject: | |
| Message Text: | Que borremos de la memoria que estÃ¡mos comiendo con el |
| Translation: | Delete from the drive that we are eating with him |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440270 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:53:12 |
| Subject: | |

USDOJ-EDNY0000000045

| | |
|---|---|
| **Message Text:** | Sticker recibido |
| Translation: | Sticker received |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976339 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:53:57 |
| **Subject:** | |
| **Message Text:** | Sii claro digale |
| Translation: | Yes of course tell him |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976342 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:54:14 |
| **Subject:** | |
| **Message Text:** | En cuanto regrese usted vamos a tirar los tel, y traermos nuevos |
| Translation: | That as soon as you get back we will throw away the telephones and have new ones |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976345 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:54:18 |
| **Subject:** | |
| **Message Text:** | Para mÃ¡s seguridad |
| Translation: | For more security |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440276 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:54:40 |
| **Subject:** | |
| **Message Text:** | Que estoy joven de mÃ¡s dice que tienen un hijo de mi edad |
| Translation: | He says I'm too young that that they have a son that's the same age as me |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976349 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:54:51 |
| **Subject:** | |
| **Message Text:** | Hay conviva con el padrino |
| Translation: | Spend quality time with Padrino |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440280 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:06 |
| **Subject:** | |
| **Message Text:** | Dice que vamos va hacer algo grande de usted que ya me mando usted |
| Translation: | He says that we will make something big out you now that you sent me |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976352 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:55:08 |
| **Subject:** | |
| **Message Text:** | DÃ¡gale q de mi parte nunca va a tener un problema |
| Translation: | Tell him that he will never have a problem on my behalf |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440283 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:09 |
| **Subject:** | |
| **Message Text:** | Y que ahora si |
| Translation: | And that now |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440287 |
| **Message Direction:** | Outgoing |

SHARED PERCOURT - NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:17 |
| **Subject:** | |
| **Message Text:** | Que lo que a echo es pequeÃ±eses |
| **Translation:** | That what you have done are small things |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440290 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:19 |
| **Subject:** | |
| **Message Text:** | Quye donde |
| **Translation:** | That where |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440293 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:23 |
| **Subject:** | |
| **Message Text:** | Quiere trabajar |
| **Translation:** | You want to work |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440296 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:34 |
| **Subject:** | |
| **Message Text:** | Que ahora si ya estamos hablando |
| **Translation:** | That now we are talking |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440299 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:43 |
| **Subject:** | |

USDOJ-EDNY0000000048

| | |
|---|---|
| Message Text: | Que no es la misma |
| Translation: | That it's not the same |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440302 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:55:46 |
| Subject: | |
| Message Text: | Por mensajes |
| Translation: | Via messages |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976356 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 22:55:53 |
| Subject: | |
| Message Text: | AsÃ es |
| Translation: | That's right |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440306 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:55:55 |
| Subject: | |
| Message Text: | Que ya estamos en el mismo canal |
| Translation: | That we are on the same channel |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440309 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:55:57 |
| Subject: | |
| Message Text: | Ahora si |
| Translation: | Now |
| SB: | VA |

USDOJ-EDNY0000000049

| | |
|---|---|
| **Message ID:** | 179440312 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:55:58 |
| **Subject:** | |
| **Message Text:** | Dice |
| Translation: | He says |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440315 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:11 |
| **Subject:** | |
| **Message Text:** | Que ya vio que ay seriedad |
| Translation: | That he already saw that the is seriousness |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976362 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:56:16 |
| **Subject:** | |
| **Message Text:** | ({}) q bueno |
| Translation: | ({}) that's good |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440318 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:17 |
| **Subject:** | |
| **Message Text:** | Y aquÃ estamos |
| Translation: | And we are here |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440322 |
| **Message Direction:** | Outgoing |

| | |
|---|---|
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:19 |
| **Subject:** | |
| **Message Text:** | Que usted |
| Translation: | That you |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440325 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:21 |
| **Subject:** | |
| **Message Text:** | Diga |
| Translation: | Say |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440328 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:33 |
| **Subject:** | |
| **Message Text:** | Que quiere |
| Translation: | That you want |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440331 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:35 |
| **Subject:** | |
| **Message Text:** | Trabajar |
| Translation: | To work |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440334 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:38 |
| **Subject:** | |

SHARED OR COURT ORDER FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **Message Text:** | Para que aga |
| Translation: | So there is |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440337 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:41 |
| **Subject:** | |
| **Message Text:** | Dinero |
| Translation: | Money |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440340 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:56:44 |
| **Subject:** | |
| **Message Text:** | AlÃ³ pendejo |
| Translation: | A crap load |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976370 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:56:57 |
| **Subject:** | |
| **Message Text:** | Ocupamos hacer algo de Colombia para ca |
| Translation: | We need to do something from Colombia to here |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976373 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:57:24 |
| **Subject:** | |
| **Message Text:** | Se me acaban de caer los primeros 200 q traÃa |
| Translation: | The first 200 that I had have just gone down |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440345 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:57:32 |
| **Subject:** | |
| **Message Text:** | Virgilio Daniel mendes vazan |
| Translation: | Virgilio Daniel Mendes Vazan |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976377 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:57:36 |
| **Subject:** | |
| **Message Text:** | Apenas vamos a empezar dÃgale q nosotros somos pollos |
| Translation: | We are barely going to start tell him that we are rookies |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440349 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:57:39 |
| **Subject:** | |
| **Message Text:** | Ese es el que hablaba con nostros |
| Translation: | That one is the one that talked to us |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976381 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:57:54 |
| **Subject:** | |
| **Message Text:** | Quien es el |
| Translation: | Who is he |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440352 |
| **Message Direction:** | Outgoing |

USDOJ-EDNY0000000053

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:57:54 |
| Subject: | |
| Message Text: | Dice que |
| Translation: | He says |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440355 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:57:55 |
| Subject: | |
| Message Text: | Donde |
| Translation: | Where |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440359 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:57:58 |
| Subject: | |
| Message Text: | Se le calleron |
| Translation: | Did they go down |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440362 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:58:02 |
| Subject: | |
| Message Text: | Que s el segundo |
| Translation: | That he is the second one |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440365 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:58:04 |
| Subject: | |

USDOJ-EDNY0000000054

| | |
|---|---|
| **Message Text:** | Del |
| Translation: | From |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440368 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:58:08 |
| **Subject:** | |
| **Message Text:** | Padrino |
| Translation: | Padrino |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976387 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:58:09 |
| **Subject:** | |
| **Message Text:** | Al salir de Colombia |
| Translation: | As it was leaving Colombia |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976391 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:58:20 |
| **Subject:** | |
| **Message Text:** | Se me calleron en una lancha |
| Translation: | They fell from a boat |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976394 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:58:33 |
| **Subject:** | |
| **Message Text:** | VenÃan 420 |
| Translation: | 420 were coming |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440373 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:58:34 |
| **Subject:** | |
| **Message Text:** | El padrino me dio el nombre de salbador sinfuego sepeda |
| Translation: | Padrino gave me the name of Salbador Sinfuego Sepeda |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440377 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:58:37 |
| **Subject:** | |
| **Message Text:** | Algo asÃ pero que ya vamos |
| Translation: | Something like that but that now we are |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440380 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:58:40 |
| **Subject:** | |
| **Message Text:** | Hablar con el |
| Translation: | Going to talk to him |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976399 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:58:41 |
| **Subject:** | |
| **Message Text:** | 200mios y 220 de los socios de colombia |
| Translation: | 200 mine and 220 of my Colombia associates |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440384 |
| **Message Direction:** | Outgoing |

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:58:46 |
| Subject: | |
| Message Text: | Pero que todo lo que se le a pedido |
| Translation: | But that everything that has been asked for |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440387 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:58:49 |
| Subject: | |
| Message Text: | Es orden de el |
| Translation: | Was his order |
| SB: | VA |

# BlackBerry Messenger Conversation

## Conversation ID: *QDPPYERU*

| | |
|---|---|
| Message ID: | 179440390 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:59:00 |
| Subject: | |
| Message Text: | Que tiene |
| Translation: | That he has |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440393 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 22:59:02 |
| Subject: | |
| Message Text: | Amistades |
| Translation: | Friendships |
| SB: | VA |

USDOJ-EDNY0000000057

| | |
|---|---|
| **Message ID:** | 179440396 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:59:05 |
| **Subject:** | |
| **Message Text:** | En colombvia |
| Translation: | In Colombia |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976407 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 22:59:07 |
| **Subject:** | |
| **Message Text:** | Ah esta muy bien |
| Translation: | Oh that's very well |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440400 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:59:12 |
| **Subject:** | |
| **Message Text:** | Que enque le puede ayudar |
| Translation: | That what can he help you with |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440403 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 22:59:14 |
| **Subject:** | |
| **Message Text:** | Ahorita |
| Translation: | Right now |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440406 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |

SHARED PER COURT ORDER NOT FOR FURTHER DISTRIBUTION

**Date:**               Wed, 09 Dec 2015 22:59:16
**Subject:**
**Message Text:**       Con eso
**Translation:**        With that
**SB:**                 VA


**Message ID:**         179440409
**Message Direction:**  Outgoing
**To:**                 SPARTACUS <7770aaa5>
**From:**               SAMANTA <2BDCE03B>
**Date:**               Wed, 09 Dec 2015 22:59:27
**Subject:**
**Message Text:**       Que si ya no ay arreglo
**Translation:**        If there is no way to fix it
**SB:**                 VA


**Message ID:**         179440412
**Message Direction:**  Outgoing
**To:**                 SPARTACUS <7770aaa5>
**From:**               SAMANTA <2BDCE03B>
**Date:**               Wed, 09 Dec 2015 22:59:48
**Subject:**
**Message Text:**       Dice que el quiere que aga dinero que el dinero es poder
**Translation:**        He says he wants you to make money that money is power
**SB:**                 VA


**Message ID:**         179440415
**Message Direction:**  Outgoing
**To:**                 SPARTACUS <7770aaa5>
**From:**               SAMANTA <2BDCE03B>
**Date:**               Wed, 09 Dec 2015 22:59:57
**Subject:**
**Message Text:**       Que usted diga en que parte quiere trabajar
**Translation:**        That you should say where you want to work
**SB:**                 VA


**Message ID:**         1229976411
**Message Direction:**  Outgoing
**To:**                 SAMANTA <2bdce03b>
**From:**               SPARTACUS <7770AAA5>
**Date:**               Wed, 09 Dec 2015 23:00:43
**Subject:**
**Message Text:**       Pues yo lo q quiero es hacer unas lÃneas de Colombia esa es la meta q traigo

USDOJ-EDNY0000000059

Translation:      Well what I want to do is to have links from Colombia that's the goal that I have

SB:      VA

| | |
|---|---|
| Message ID: | 179440419 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:00:45 |
| Subject: | |
| Message Text: | Dice que mientra este |
| Translation: | He says that while he is there |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440422 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:00:47 |
| Subject: | |
| Message Text: | El usted |
| Translation: | You |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440425 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:00:49 |
| Subject: | |
| Message Text: | EstarÃ¡ |
| Translation: | Will be |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440428 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:00:50 |
| Subject: | |
| Message Text: | Libre |
| Translation: | Free |
| SB: | VA |

USDOJ-EDNY0000000060

| | |
|---|---|
| **Message ID:** | 1229976418 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:00:52 |
| **Subject:** | |
| **Message Text:** | Ando batallando para llegarÃ¡ a guatemala |
| Translation: | I'm struggling to get to Guatemala |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440431 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:00:53 |
| **Subject:** | |
| **Message Text:** | Que nunca le van |
| Translation: | That they will never |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440435 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:00:57 |
| **Subject:** | |
| **Message Text:** | Hacer operativos |
| Translation: | Have operations |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440438 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:00:59 |
| **Subject:** | |
| **Message Text:** | Fuertes |
| Translation: | Strong |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440441 |
| **Message Direction:** | Outgoing |

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:01:15 |
| Subject: | |
| Message Text: | Que usted duerma tranquilo que a usted un operativo no le entran |
| Translation: | That you should sleep calm that an operation will not go with you |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440444 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:01:22 |
| Subject: | |
| Message Text: | Y que el le va a yudar agarra |
| Translation: | And that he will help you get |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440447 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:01:27 |
| Subject: | |
| Message Text: | Su tierra para que no |
| Translation: | Your land so that you are not |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440450 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:01:30 |
| Subject: | |
| Message Text: | Este gastando |
| Translation: | Spending |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976425 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:01:31 |
| Subject: | |

USDOJ-EDNY0000000062

| | |
|---|---|
| **Message Text:** | Se lo agredecemos mucho dÃgale q no se como pagarle esta ayuda |
| Translation: | We are very thankful tell him that I don't know how to pay him for this help |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440454 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:01:33 |
| **Subject:** | |
| **Message Text:** | Y enfadando |
| Translation: | And tired |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440457 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:01:35 |
| **Subject:** | |
| **Message Text:** | Con eso |
| Translation: | Of that |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976429 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:01:52 |
| **Subject:** | |
| **Message Text:** | Jajajaja sii eso ocupamos |
| Translation: | Hahahaha yes we need that |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976432 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:01:56 |
| **Subject:** | |
| **Message Text:** | Q nos ayude con mazatlan |
| Translation: | He should help us with Mazatlan |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976435 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:02:06 |
| Subject: | |
| Message Text: | Es nuestro sueÃ±o digale |
| Translation: | That's our dream tell him |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976438 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:02:09 |
| Subject: | |
| Message Text: | Estar en nuestra tierra |
| Translation: | To be in our land |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440461 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:02:43 |
| Subject: | |
| Message Text: | Usted tiene 37 |
| Translation: | You're 37 |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440464 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:02:46 |
| Subject: | |
| Message Text: | AÃ±os |
| Translation: | Years-old |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440467 |
| Message Direction: | Outgoing |

SHARED PER COURT ORDER — NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:02:48 |
| Subject: | |
| Message Text: | Verdad |
| Translation: | Correct |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976442 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:02:57 |
| Subject: | |
| Message Text: | 38 |
| Translation: | 38 |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976445 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:03:07 |
| Subject: | |
| Message Text: | Ya estoy viejo dÃgale al padrino |
| Translation: | Tell Padrino that I'm old |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976448 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:03:14 |
| Subject: | |
| Message Text: | Les digo cosas a las niÃ±as de 17 a 20 |
| Translation: | I tell things to the girls that are 17 to 20 |

| | |
|---|---|
| Message ID: | 1229976451 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:03:29 |
| Subject: | |

USDOJ-EDNY0000000065

| | |
|---|---|
| Message Text: | Y me dicen viejo rabo verde ='( |
| Translation: | And they call me dirty old man ='( |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440475 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:03:49 |
| Subject: | |
| Message Text: | Ala sorda |
| Translation: | Secretly |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440478 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:03:56 |
| Subject: | |
| Message Text: | La tome ase raro jjajaa |
| Translation: | I took it a while ago hhahaa |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440481 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:03:58 |
| Subject: | |
| Message Text: | AsÃ ando |
| Translation: | That's how I am |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440484 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:04:00 |
| Subject: | |
| Message Text: | Ahorita |
| Translation: | Right now |
| SB: | VA |

**Message ID:** 179440487
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 23:04:05
**Subject:**
**Message Text:** Me pelan la verga todos
**Translation:** Everyone can suck it
**SB:** VA

**Message ID:** 179440490
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 23:04:07
**Subject:**
**Message Text:** Los contras
**Translation:** All the oppositions
**SB:** VA

**Message ID:** 1229976459
**Message Direction:** Outgoing
**To:** SAMANTA <2bdce03b>
**From:** SPARTACUS <7770AAA5>
**Date:** Wed, 09 Dec 2015 23:04:13
**Subject:**
**Message Text:** Jajajajaja
**Translation:** Hahahahaha
**SB:** VA

**Message ID:** 1229976462
**Message Direction:** Outgoing
**To:** SAMANTA <2bdce03b>
**From:** SPARTACUS <7770AAA5>
**Date:** Wed, 09 Dec 2015 23:04:29
**Subject:**
**Message Text:** Ya q se valla a venir borre todas las fotos
**Translation:** Delete all the pictures when you're going to come
**SB:** VA

**Message ID:** 179440494
**Message Direction:** Outgoing

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:04:49 |
| Subject: | |
| Message Text: | Si ya se |
| Translation: | Yes I know |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440498 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:04:52 |
| Subject: | |
| Message Text: | Dice que esta joven |
| Translation: | He says that you are young |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440501 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:04:53 |
| Subject: | |
| Message Text: | TambiÃ©n |
| Translation: | Too |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976469 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:05:05 |
| Subject: | |
| Message Text: | Jajaja |
| Translation: | Hahaha |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440505 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:05:48 |
| Subject: | |

SHARED FOR COURT ORDER FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **Message Text:** | Dice que maÃ±ana vamos air al golf |
| Translation: | He says that tomorrow we are going to golf |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440508 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:05:52 |
| **Subject:** | |
| **Message Text:** | Para que conosca |
| Translation: | So I can meet |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440511 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:05:55 |
| **Subject:** | |
| **Message Text:** | A una amistad |
| Translation: | A friend |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440514 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:05:56 |
| **Subject:** | |
| **Message Text:** | Que el tiene |
| Translation: | That he has |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440517 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:05:59 |
| **Subject:** | |
| **Message Text:** | Que para que vea |
| Translation: | So that we can see |
| SB: | VA |

USDOJ-EDNY0000000069

**Message ID:**            179440520
**Message Direction:**     Outgoing
**To:**                    SPARTACUS <7770aaa5>
**From:**                  SAMANTA <2BDCE03B>
**Date:**                  Wed, 09 Dec 2015 23:06:02
**Subject:**
**Message Text:**          Usted y yo
Translation:               You and I
SB:                        VA


**Message ID:**            179440523
**Message Direction:**     Outgoing
**To:**                    SPARTACUS <7770aaa5>
**From:**                  SAMANTA <2BDCE03B>
**Date:**                  Wed, 09 Dec 2015 23:06:04
**Subject:**
**Message Text:**          Que tampoco
Translation:               That he is not
SB:                        VA


**Message ID:**            179440526
**Message Direction:**     Outgoing
**To:**                    SPARTACUS <7770aaa5>
**From:**                  SAMANTA <2BDCE03B>
**Date:**                  Wed, 09 Dec 2015 23:06:06
**Subject:**
**Message Text:**          Lo busca
Translation:               Looking
SB:                        VA


**Message ID:**            179440529
**Message Direction:**     Outgoing
**To:**                    SPARTACUS <7770aaa5>
**From:**                  SAMANTA <2BDCE03B>
**Date:**                  Wed, 09 Dec 2015 23:06:10
**Subject:**
**Message Text:**          A usted ni le ara
Translation:               For you and that he would not do you
SB:                        VA


**Message ID:**            179440532
**Message Direction:**     Outgoing

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:06:13 |
| Subject: | |
| Message Text: | DaÃ±o |
| Translation: | Harm |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440535 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:06:17 |
| Subject: | |
| Message Text: | No me dijo quien |
| Translation: | He did not tell me who |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976475 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:06:35 |
| Subject: | |
| Message Text: | Va hacer el tio |
| Translation: | It's going to be Tio |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976478 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:06:55 |
| Subject: | |
| Message Text: | O el amigo osorio |
| Translation: | Or the buddy Osorio |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976481 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:07:02 |
| Subject: | |

USDOJ-EDNY0000000071

| | |
|---|---|
| Message Text: | A ver aquien le presenta |
| Translation: | Let's see who he will introduce you too |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976484 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:07:05 |
| Subject: | |
| Message Text: | =-D |
| Translation: | =-D |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976488 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:07:42 |
| Subject: | |
| Message Text: | DÃgale q traigo un gusto q nunca habÃa sentido q me siento tranquilo y vamos a seguir asiendo las cosas bien |
| Translation: | Tell him that I'm very happy that I have never felt this way before that I feel calm and that we will continue to make things right |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976491 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:07:50 |
| Subject: | |
| Message Text: | Para nunca hacerlo quedar mal |
| Translation: | So we will never make him look bad |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440542 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:08:14 |
| Subject: | |
| Message Text: | Jajaja que ahorita estÃ¡n enojado con el papa por que |

SHARED FOR COURT ORDER FOR FURTHER DISTRIBUTION

| | |
|---|---|
| Translation: | Hahaha that right now they're mad at the dad because |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440545 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:08:18 |
| **Subject:** | |
| **Message Text:** | Se metiÃ³ de metiche |
| Translation: | He's being noisy |

| | |
|---|---|
| **Message ID:** | 179440548 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:08:21 |
| **Subject:** | |
| **Message Text:** | En una guerra |
| Translation: | In a war |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440551 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:08:25 |
| **Subject:** | |
| **Message Text:** | Que no es de ellos |
| Translation: | That's not theirs |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440554 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:10:10 |
| **Subject:** | |
| **Message Text:** | Dice que las cosas ya las vamos hacer mÃ¡s bien que el le va a yudar |
| Translation: | He says that we will make things better that he will help you |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440557 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:10:33 |
| **Subject:** | |
| **Message Text:** | Y que yo que desmadre traigo con las artistas y cantantes y que usted que hace |
| **Translation:** | And that what mess do I have with the artists and singers and that what do you do |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440560 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:10:36 |
| **Subject:** | |
| **Message Text:** | Como se la vive |
| **Translation:** | How you live |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440563 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:10:39 |
| **Subject:** | |
| **Message Text:** | En tpeic |
| **Translation:** | In Tepic |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440566 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:10:42 |
| **Subject:** | |
| **Message Text:** | Que aquÃ tiene |
| **Translation:** | That here you have |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440569 |
| **Message Direction:** | Outgoing |

USDOJ-EDNY0000000074

| To: | SPARTACUS <7770aaa5> |
|---|---|
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:10:44 |
| Subject: | |
| Message Text: | Su casa |
| Translation: | Your home |
| SB: | VA |

# BlackBerry Messenger Conversation

## Conversation ID: *QDPPYERU*

| Message ID: | 1229976630 |
|---|---|
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:27:00 |
| Subject: | |
| Message Text: | Yo jamÃ¡s tÃ©rmino de pagar un favor q me hayan echo a mi |
| Translation: | I finish paying a favor that one has done for me |
| SB: | VA |

| Message ID: | 1229976633 |
|---|---|
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:27:13 |
| Subject: | |
| Message Text: | Y el ya me ah echo muchos asÃ q ya soy de el |
| Translation: | And he has done a lot for me so now I am his |
| SB: | VA |

| Message ID: | 179440723 |
|---|---|
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:27:44 |
| Subject: | |
| Message Text: | Que cheque cuanto tiene que no entra un operativo |
| Translation: | That you should check how long it has been since an operation went into |
| SB: | VA |

USDOJ-EDNY0000000075

| | |
|---|---|
| Message ID: | 179440726 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:27:44 |
| Subject: | |
| Message Text: | A su estado |
| Translation: | Your state |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440729 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:27:47 |
| Subject: | |
| Message Text: | Que cheque |
| Translation: | That you should check |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440732 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:27:48 |
| Subject: | |
| Message Text: | Vien eso |
| Translation: | That very well |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440735 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:27:52 |
| Subject: | |
| Message Text: | Dice que por que el |
| Translation: | He says because he |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440738 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |

USDOJ-EDNY0000000076

**Date:**      Wed, 09 Dec 2015 23:28:04
**Subject:**
**Message Text:**    tiene proivido
**Translation:**     Has prohibited
**SB:**        VA

**Message ID:**      179440741
**Message Direction:**   Outgoing
**To:**         SPARTACUS <7770aaa5>
**From:**      SAMANTA <2BDCE03B>
**Date:**      Wed, 09 Dec 2015 23:28:06
**Subject:**
**Message Text:**    Que vallan a su estado
**Translation:**     For them to go to your state
**SB:**        VA

**Message ID:**      1229976638
**Message Direction:**   Outgoing
**To:**         SAMANTA <2bdce03b>
**From:**      SPARTACUS <7770AAA5>
**Date:**      Wed, 09 Dec 2015 23:28:12
**Subject:**
**Message Text:**    Siii lo se
**Translation:**     Yes I know
**SB:**        VA

**Message ID:**      1229976641
**Message Direction:**   Outgoing
**To:**         SAMANTA <2bdce03b>
**From:**      SPARTACUS <7770AAA5>
**Date:**      Wed, 09 Dec 2015 23:28:37
**Subject:**
**Message Text:**    Estamos agusto desde q lo conocimos
**Translation:**     We are comfortable since we met him
**SB:**        VA

**Message ID:**      1229976644
**Message Direction:**   Outgoing
**To:**         SAMANTA <2bdce03b>
**From:**      SPARTACUS <7770AAA5>
**Date:**      Wed, 09 Dec 2015 23:28:44
**Subject:**
**Message Text:**    Bueno desde q hablamos con el
**Translation:**     Well since we talk to him

SB:                      VA

**Message ID:**          179440745
**Message Direction:**    Outgoing
**To:**                   SPARTACUS <7770aaa5>
**From:**               SAMANTA <2BDCE03B>
**Date:**               Wed, 09 Dec 2015 23:29:44
**Subject:**
**Message Text:**      Dice que el ya tenÃa su
Translation:          He says he had his
SB:                      VA

**Message ID:**          179440748
**Message Direction:**    Outgoing
**To:**                   SPARTACUS <7770aaa5>
**From:**               SAMANTA <2BDCE03B>
**Date:**               Wed, 09 Dec 2015 23:29:48
**Subject:**
**Message Text:**      As vajo la manga
Translation:          Ace under the sleeve
SB:                      VA

**Message ID:**          179440751
**Message Direction:**    Outgoing
**To:**                   SPARTACUS <7770aaa5>
**From:**               SAMANTA <2BDCE03B>
**Date:**               Wed, 09 Dec 2015 23:29:53
**Subject:**
**Message Text:**      Por eso puso
Translation:          That's why he put
SB:                      VA

**Message ID:**          179440754
**Message Direction:**    Outgoing
**To:**                   SPARTACUS <7770aaa5>
**From:**               SAMANTA <2BDCE03B>
**Date:**               Wed, 09 Dec 2015 23:29:55
**Subject:**
**Message Text:**      Al segundo
Translation:          The second one
SB:                      VA

**Message ID:**          179440757

USDOJ-EDNY0000000078

| | |
|---|---|
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:29:58 |
| **Subject:** | |
| **Message Text:** | De el habvlar |
| Translation: | From him to talk |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | <u>179440760</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:30:07 |
| **Subject:** | |
| **Message Text:** | Que pensÃ³ que le ivamos asalir |
| Translation: | That he thought that we were going to come up |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | <u>179440763</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:30:07 |
| **Subject:** | |
| **Message Text:** | Con cosas |
| Translation: | With things |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | <u>179440766</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:30:10 |
| **Subject:** | |
| **Message Text:** | Pero que ay le va |
| Translation: | But that he will |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | <u>179440769</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:30:13 |

Subject:
Message Text:                    A mandar un
Translation:                    Send you a
SB:                             VA


Message ID:                     179440772
Message Direction:              Outgoing
To:                             SPARTACUS <7770aaa5>
From:                           SAMANTA <2BDCE03B>
Date:                           Wed, 09 Dec 2015 23:30:16
Subject:
Message Text:                    SatÃ©lite
Translation:                    Satelite
SB:                             VA


Message ID:                     179440775
Message Direction:              Outgoing
To:                             SPARTACUS <7770aaa5>
From:                           SAMANTA <2BDCE03B>
Date:                           Wed, 09 Dec 2015 23:30:21
Subject:
Message Text:                    Para usted y para el
Translation:                    For you and for him
SB:                             VA


Message ID:                     179440778
Message Direction:              Outgoing
To:                             SPARTACUS <7770aaa5>
From:                           SAMANTA <2BDCE03B>
Date:                           Wed, 09 Dec 2015 23:30:25
Subject:
Message Text:                    Solo emergencia
Translation:                    Only emergency
SB:                             VA


Message ID:                     179440781
Message Direction:              Outgoing
To:                             SPARTACUS <7770aaa5>
From:                             SAMANTA <2BDCE03B>
Date:                           Wed, 09 Dec 2015 23:30:50
Subject:
Message Text:                    Dice que a pesar de su edad
Translation:                    He says that for your age
SB:                             VA

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **Message ID:** | 179440784 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:30:53 |
| **Subject:** | |
| **Message Text:** | Usted es hombre |
| Translation: | You are a man |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976656 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:31:01 |
| **Subject:** | |
| **Message Text:** | ({}) |
| Translation: | ({}) |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440788 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:31:09 |
| **Subject:** | |
| **Message Text:** | Y a el le gusta tratar con hombre |
| Translation: | And he likes to deal with man |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976660 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:31:28 |
| **Subject:** | |
| **Message Text:** | DÃgale q nadie nos ah dado nada desde q tenÃamos 13 aÃ±os andamos luchando por salir adelante |
| Translation: | Tell him that no one has given us anything since we were 13 years old we were fighting to get ahead |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976663 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:32:02 |
| **Subject:** | |
| **Message Text:** | Tal ves por eso sabemos ser hombres respetuosos y leal |
| **Translation:** | Maybe that's why we know how to be men respectful and faithful |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 1229976668 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:33:18 |
| **Subject:** | |
| **Message Text:** | Quiero tener 60 aÃ±os o mÃ¡s y acordarme de el cÃ³mo si hubiera sido mi guÃa en este mundo tan difÃcil, |
| **Translation:** | I want to be 60 years old or more and remember him as if he was guide in this hard world |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 1229976671 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:33:38 |
| **Subject:** | |
| **Message Text:** | No conocemos a nadie |
| **Translation:** | We don't know anyone |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 1229976674 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:33:48 |
| **Subject:** | |
| **Message Text:** | Chapos, beltranes, zetas, menchos |
| **Translation:** | Chapos, Beltranes, Zetas, Menchos |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 1229976677 |

| | |
|---|---|
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:33:59 |
| **Subject:** | |
| **Message Text:** | A nadie conocemos de esos personajes |
| **Translation:** | We don't know any of those characters |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 1229976680 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:34:16 |
| **Subject:** | |
| **Message Text:** | Al Ã°nico q fui a conocer fue al de guasave y ya ve como nos pagooo |
| **Translation:** | The only one that I got to know was the one from Guasave and look how he paid us |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 1229976684 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:36:06 |
| **Subject:** | |
| **Message Text:** | Q primero dios sueÃ±o con ser grande, pero tambiÃ©n quiero cambiar la historia de la mafia q no me anden buscando para matarme quiero hacer todo lo mejor q pueda para q me quieran |
| **Translation:** | That God willing I dream to be big, but I also want to change the history of the mafia for them to not be looking for me to kill me I want to do the best I can so they like me |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440797 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:09 |
| **Subject:** | |

| | |
|---|---|
| **Message Text:** | Y que por eso es hombre por que le a vatallado dice que la vida y los golpes lo an echo hombre dice que el le va alistar |
| Translation: | And that's why you're a man because you have struggled he says that life and hardships have made you a man he says he will get ready |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440801 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:21 |
| **Subject:** | |
| **Message Text:** | Todo que aguante que le va a comodar todo |
| Translation: | Everything that you should hang on that he will arrange everything |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440804 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:20 |
| **Subject:** | |
| **Message Text:** | Que maÃ±ana |
| Translation: | That tomorrow |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440807 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:24 |
| **Subject:** | |
| **Message Text:** | Habla con su amigo el almirante |
| Translation: | He will talk to his admiral friend |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440810 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:27 |
| **Subject:** | |
| **Message Text:** | Que me lo va |
| Translation: | That he will |

SB:                VA

| | |
|---|---|
| **Message ID:** | 179440813 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:30 |
| **Subject:** | |
| **Message Text:** | A presentar |
| Translation: | Introduce him to me |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440816 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:34 |
| **Subject:** | |
| **Message Text:** | TambiÃ©n |
| Translation: | Too |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440819 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:36:35 |
| **Subject:** | |
| **Message Text:** | Dice |
| Translation: | He says |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976695 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:36:40 |
| **Subject:** | |
| **Message Text:** | Y no me pase lo q les estÃ¡ pasando a todos por ambiciosos |
| Translation: | And so what's happening to them for being ambitious does not happen to me |
| SB: | VA |

USDOJ-EDNY0000000085

| | |
|---|---|
| **Message ID:** | 179440823 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:23 |
| **Subject:** | |
| **Message Text:** | Y que esos de beltranes pues que el del Ã°nico que resivio |
| **Translation:** | And that regarding the Beltranes that he only one he received |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440826 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:23 |
| **Subject:** | |
| **Message Text:** | Lana |
| **Translation:** | Money |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440829 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:27 |
| **Subject:** | |
| **Message Text:** | Era de don |
| **Translation:** | From was Don |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440832 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:29 |
| **Subject:** | |
| **Message Text:** | Arturo |
| **Translation:** | Arturo |
| **SB:** | VA |

| | |
|---|---|
| **Message ID:** | 179440835 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |

SHALL NOT BE COPIED PER COURT ORDER OR NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **Date:** | Wed, 09 Dec 2015 23:37:33 |
| **Subject:** | |
| **Message Text:** | Y nunca |
| Translation: | And he never |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440838 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:35 |
| **Subject:** | |
| **Message Text:** | Lo conosio |
| Translation: | Met him |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440841 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:38 |
| **Subject:** | |
| **Message Text:** | Que solo le ayudo |
| Translation: | That he only helped him |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440844 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:43 |
| **Subject:** | |
| **Message Text:** | Por ensimita |
| Translation: | From the surface |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440847 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:53 |
| **Subject:** | |
| **Message Text:** | Pero nunca le presentÃ³ alas amistades |
| Translation: | But he never introduced him to the friends |

SHARED PER COURT ORDER FURTHER DISTRIBUTION

SB:                        VA

| | |
|---|---|
| **Message ID:** | 179440850 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:55 |
| **Subject:** | |
| **Message Text:** | Que me van a presentar |
| Translation: | That they will introduce me to |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440853 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:56 |
| **Subject:** | |
| **Message Text:** | Mananba |
| Translation: | Tomorrow |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440856 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:37:57 |
| **Subject:** | |
| **Message Text:** | Dice |
| Translation: | He says |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440859 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:38:25 |
| **Subject:** | |
| **Message Text:** | Y que a isidro |
| Translation: | And that Isidro |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440862 |

USDOJ-EDNY0000000088

| | |
|---|---|
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:38:28 |
| **Subject:** | |
| **Message Text:** | Nada mÃ¡s lo conose |
| Translation: | He only knows him |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976703 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:38:30 |
| **Subject:** | |
| **Message Text:** | Sii me imagino por eso siento mucho cariÃ±o por el |
| Translation: | Yes I can imagine that's why I feel a lot of affection for him |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440866 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:38:32 |
| **Subject:** | |
| **Message Text:** | Que para el |
| Translation: | That to him |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976708 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:38:36 |
| **Subject:** | |
| **Message Text:** | Q yo se q me esta ayudando mucho |
| Translation: | I know that he is helping me a lot |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440869 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:38:36 |

Subject:
Message Text:                     Es un delincuente
Translation:                      Is a crook
SB:                               VA


Message ID:                       179440873
Message Direction:                Outgoing
To:                               SPARTACUS <7770aaa5>
From:                             SAMANTA <2BDCE03B>
Date:                             Wed, 09 Dec 2015 23:38:38
Subject:
Message Text:                     Corriente
Translation:                      Ghetto
SB:                               VA


Message ID:                       179440876
Message Direction:                Outgoing
To:                               SPARTACUS <7770aaa5>
From:                             SAMANTA <2BDCE03B>
Date:                             Wed, 09 Dec 2015 23:38:42
Subject:
Message Text:                     Al igual que el chapÂ³
Translation:                      The same as Chapo
SB:                               VA


Message ID:                       179440879
Message Direction:                Outgoing
To:                               SPARTACUS <7770aaa5>
From:                             SAMANTA <2BDCE03B>
Date:                             Wed, 09 Dec 2015 23:38:50
Subject:
Message Text:                     Y el compadre de el
Translation:                      And his friend
SB:                               VA


Message ID:                       179440882
Message Direction:                Outgoing
To:                               SPARTACUS <7770aaa5>
From:                             SAMANTA <2BDCE03B>
Date:                             Wed, 09 Dec 2015 23:38:54
Subject:
Message Text:                     Y que mencho
Translation:                      And that Mencho
SB:                               VA

USDOJ-EDNY0000000090

| | |
|---|---|
| Message ID: | 179440885 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:38:57 |
| Subject: | |
| Message Text: | Es una escoria |
| Translation: | Is a scumbag |
| SB: | VA |

| | |
|---|---|
| Message ID: | 1229976716 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:39:20 |
| Subject: | |
| Message Text: | Por todo lo q esta haciendo por nosotros |
| Translation: | Because of everything that he is doing for us |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440888 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:39:24 |
| Subject: | |
| Message Text: | Dice que cuando don Arturo |
| Translation: | He says that when Don Arturo |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440892 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:39:36 |
| Subject: | |
| Message Text: | Le mandava dinero lo metiÃ³ en un problema |
| Translation: | Used to send him money he got him into a problem |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440895 |
| Message Direction: | Outgoing |

| | |
|---|---|
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:39:36 |
| Subject: | |
| Message Text: | Y dejo |
| Translation: | And he stopped |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440898 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:39:42 |
| Subject: | |
| Message Text: | Aserle fabores |
| Translation: | Doing him favors |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440901 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:39:45 |
| Subject: | |
| Message Text: | Y proteherlo |
| Translation: | And protecting him |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440904 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:39:49 |
| Subject: | |
| Message Text: | Pero que de Ã©l si no tiene |
| Translation: | But that about him he has |
| SB: | VA |

| | |
|---|---|
| Message ID: | 179440907 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:39:52 |
| Subject: | |

USDOJ-EDNY0000000092

| | |
|---|---|
| **Message Text:** | Nada que hablar |
| Translation: | Nothing to say |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440910 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:39:55 |
| **Subject:** | |
| **Message Text:** | Nada mÃ¡s que no fue |
| Translation: | Just that he was not |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440913 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:40:05 |
| **Subject:** | |
| **Message Text:** | Lo suficientemente hombre |
| Translation: | Man enough |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440916 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:40:14 |
| **Subject:** | |
| **Message Text:** | Para tirarle tierra en unas cosas |
| Translation: | To throw dirt on some things |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440919 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:40:14 |
| **Subject:** | |
| **Message Text:** | Pero que eso |
| Translation: | But that |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 179440922 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:40:17 |
| **Subject:** | |
| **Message Text:** | Ya quedo a tras |
| Translation: | Is behind |
| SB: | VA |

| | |
|---|---|
| **Message ID:** | 1229976720 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:40:45 |
| **Subject:** | |
| **Message Text:** | Yo de mi parte jamÃ¡s le darÃ© un problema primero me muero q quedarle mal |
| Translation: | I will never give him a problem I'll die first before doing him wrong |
| SB: | VA |

USDOJ-EDNY0000000094

# PID #29856812

## BlackBerry Messenger Conversation

### Conversation ID: *QDPPYERU*

| | |
|---|---|
| Message ID: | 179440926 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:42:09 |
| Subject: | |
| Message Text: | Que el ya estÃ¡ consiente |
| Translation: | That he is aware |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440929 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:42:09 |
| Subject: | |
| Message Text: | De eso |
| Translation: | Of that |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440932 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:42:12 |
| Subject: | |
| Message Text: | Y que si quiere ayudar |
| Translation: | And that he does want to help |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440935 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:42:18 |
| Subject: | |
| Message Text: | A don HÃ©ctor el le puede |

Translation:                          For don Hector he can
SB:                                    CB


Message ID:                           179440938
Message Direction:                    Outgoing
To:                                    SPARTACUS <7770aaa5>
From:                                  SAMANTA <2BDCE03B>
Date:                                  Wed, 09 Dec 2015 23:42:21
Subject:
Message Text:                          Fasilitar todo
Translation:                           Facilitate everything
SB:                                    CB


Message ID:                           179440941
Message Direction:                    Outgoing
To:                                    SPARTACUS <7770aaa5>
From:                                  SAMANTA <2BDCE03B>
Date:                                  Wed, 09 Dec 2015 23:42:28
Subject:
Message Text:                          En conjunto de el licensioado
Translation:                           In conjunction with the lawyer
SB:                                    CB


Message ID:                           179440944
Message Direction:                    Outgoing
To:                                    SPARTACUS <7770aaa5>
From:                                  SAMANTA <2BDCE03B>
Date:                                  Wed, 09 Dec 2015 23:42:29
Subject:
Message Text:                          Que trai
Translation:                           That he has
SB:                                    CB


Message ID:                           179440947
Message Direction:                    Outgoing
To:                                    SPARTACUS <7770aaa5>
From:                                  SAMANTA <2BDCE03B>
Date:                                  Wed, 09 Dec 2015 23:42:32
Subject:
Message Text:                          Pero que usted
Translation:                           But that you
SB:                                    CB

| | |
|---|---|
| **Message ID:** | 179440950 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:42:42 |
| **Subject:** | |
| **Message Text:** | Esta mejor asÃ que usted pinta para su propia |
| Translation: | Are better off that way that you design your own |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440953 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:42:45 |
| **Subject:** | |
| **Message Text:** | Organisasion |
| Translation: | Organisation |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440956 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:42:47 |
| **Subject:** | |
| **Message Text:** | Y no susia |
| Translation: | And not dirty |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976728 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:44:42 |
| **Subject:** | |
| **Message Text:** | Primeros dios y nos irÃ¡ bien |
| Translation: | God willing and we'll do well |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976732 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |

USDOJ-EDNY0000000097

| | |
|---|---|
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:45:21 |
| Subject: | |
| Message Text: | Ya me puso en este camino difÃcil, ahora tengo q hacer lo posible por sobresalir con la ayuda de el padrino y de dios |
| Translation: | He put me on this difficult path, now I have to do whatever is possible to come out ahead with the help of Padrino and God |
| SB: | CB |


| | |
|---|---|
| Message ID: | 179440960 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:06 |
| Subject: | |
| Message Text: | Le estoy enseÃ±ando |
| Translation: | I'm showing him |
| SB: | CB |


| | |
|---|---|
| Message ID: | 179440963 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:12 |
| Subject: | |
| Message Text: | Los mensajes |
| Translation: | The messages |
| SB: | CB |


| | |
|---|---|
| Message ID: | 179440966 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:14 |
| Subject: | |
| Message Text: | Al padrino |
| Translation: | To Padrino |
| SB: | CB |


| | |
|---|---|
| Message ID: | 179440969 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:19 |

USDOJ-EDNY0000000098

| | |
|---|---|
| Subject: | |
| Message Text: | Para que los este leyendo el |
| Translation: | So that he can be reading them he |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440972 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:22 |
| Subject: | |
| Message Text: | Dice |
| Translation: | Said |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440975 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:35 |
| Subject: | |
| Message Text: | Que con el no le va a pasar nada |
| Translation: | That with him nothing will happen to you |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440978 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:35 |
| Subject: | |
| Message Text: | Que por que a Â©l |
| Translation: | That because he |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179440981 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:46:38 |
| Subject: | |
| Message Text: | No le gustan |
| Translation: | Doesn't like |
| SB: | CB |

USDOJ-EDNY0000000099

105

| | |
|---|---|
| **Message ID:** | 179440984 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:46:40 |
| **Subject:** | |
| **Message Text:** | Las traisiones |
| Translation: | Traders |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440987 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:46:44 |
| **Subject:** | |
| **Message Text:** | Que no espere |
| Translation: | That not to expect |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440990 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:46:45 |
| **Subject:** | |
| **Message Text:** | Una mala |
| Translation: | A bad |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179440993 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:46:48 |
| **Subject:** | |
| **Message Text:** | Jugada de el |
| Translation: | Play from him |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976737 |
| **Message Direction:** | Outgoing |

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:47:09 |
| Subject: | |
| Message Text: | Yo estoy en sus manos dÃgale q lo q el diga eso se ase |
| Translation: | I am in his hands tell him that what he says that will be done |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229976740 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:47:30 |
| Subject: | |
| Message Text: | Q nos ayude aquÃ en el sur de nayarit para sacar a los menchos y estar mÃ¡s tranquilos nosotros solos |
| Translation: | For him to help us here in the South of Nayarit to get the Menchos out and for us to be more calm alone |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229976743 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:47:48 |
| Subject: | |
| Message Text: | Agarrando a flores yo tengo el acuerdo con el gobierno estatal de q ya no dejamos q entre nadie |
| Translation: | Grabbing Flores I have an agreement with the state governor that we won't let anyone come in |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229976746 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:48:06 |
| Subject: | |
| Message Text: | Yo le puedo estár pasando el pin de flores |
| Translation: | I can be giving him Flores' PIN |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976749 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:48:14 |
| **Subject:** | |
| **Message Text:** | Para ver si saca la ubicaciÃ³n |
| **Translation:** | To see if he can get the location |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441000 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:49:39 |
| **Subject:** | |
| **Message Text:** | Dice que se puede aser algo lento pero que si con el pin |
| **Translation:** | He said that something slow could be done but that it could be done with the PIN |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441003 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:49:41 |
| **Subject:** | |
| **Message Text:** | Que se lo demos |
| **Translation:** | For us to give it to him |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441006 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:49:59 |
| **Subject:** | |
| **Message Text:** | Dice que si ellos |
| **Translation:** | He said if they |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441009 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |

USDOJ-EDNY0000000102

| | |
|---|---|
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:50:01 |
| **Subject:** | |
| **Message Text:** | Pudieroan |
| Translation: | Can |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441012 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:50:05 |
| **Subject:** | |
| **Message Text:** | Pudieran |
| Translation: | Can |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441015 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:50:09 |
| **Subject:** | |
| **Message Text:** | Se lo chingan |
| Translation: | Take him out |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441018 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Wed, 09 Dec 2015 23:50:11 |
| **Subject:** | |
| **Message Text:** | A usted |
| Translation: | For you |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229976771 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:50:50 |
| **Subject:** | |
| **Message Text:** | AsÃ es |

SHARED FOR COURT ORDER OR FURTHER DISTRIBUTION

| | |
|---|---|
| Translation: | That's it |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | <u>1229976774</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:51:10 |
| **Subject:** | |
| **Message Text:** | Una ves el de guasave me dijo q mencho estaba en una fiesta planeando como chingarme con los marinos |
| Translation: | One time the one from Guasave told me that Mencho was at a party planning on how to take me out with the marines |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | <u>1229976777</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:51:25 |
| **Subject:** | |
| **Message Text:** | Pero despuÃ©s el de guasave se hizo amigo de mencho y ya no supe nadaa |
| Translation: | But then the one from Guasave became Mencho's friend and then I didn't know anything anymore |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | <u>1229976780</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:51:38 |
| **Subject:** | |
| **Message Text:** | Ya nunca hable con nadie de los de guasave |
| Translation: | I've never talked with the ones from Guasave |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | <u>1229976784</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Wed, 09 Dec 2015 23:52:52 |
| **Subject:** | |

| | |
|---|---|
| **Message Text:** | 2BEC4DD0 Flores |
| Translation: | 2BEC4DD0 Flores |
| SB: | CB |

**Message ID:** <u>179441027</u>
**Message Direction:** <u>Outgoing</u>
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 23:53:20
**Subject:**
**Message Text:** Que a usted jamÃ¡s se lo van a chingar con marinos ni con militares y que a partir de maÃ±ana tampoco con pfp
Translation: That you will never be taken out by marines or the military and that as of tomorrow not even with the PFP
SB: CB

**Message ID:** <u>179441030</u>
**Message Direction:** <u>Outgoing</u>
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 23:53:25
**Subject:**
**Message Text:** Que el me va a presentar
Translation: That he is going to introduce me
SB: CB

**Message ID:** <u>179441033</u>
**Message Direction:** <u>Outgoing</u>
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 23:53:29
**Subject:**
**Message Text:** A una persona
Translation: To a person
SB: CB

**Message ID:** <u>179441036</u>
**Message Direction:** <u>Outgoing</u>
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Wed, 09 Dec 2015 23:53:29
**Subject:**
**Message Text:** MaÃ±ana

| | |
|---|---|
| Translation: | Tomorrow |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179441039 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Wed, 09 Dec 2015 23:53:37 |
| Subject: | |
| Message Text: | Que vallamos al golf |
| Translation: | That we're going to golf |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229976788 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:54:33 |
| Subject: | |
| Message Text: | Q bueno &gt;=|&lt; |
| Translation: | That's good &gt;=|&lt; |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229976791 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Wed, 09 Dec 2015 23:54:50 |
| Subject: | |
| Message Text: | Me siento con mucha suerte |
| Translation: | I feel I have a lot of luck |
| SB: | CB |

# PID 29859326

# BlackBerry Messenger Conversation

## Conversation ID: *QDPPYERU*

| | |
|---|---|
| **Message ID:** | 179441595 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:08:59 |
| **Subject:** | |
| **Message Text:** | Que si tiene |
| Translation: | That if you have |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441597 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:09:00 |
| **Subject:** | |
| **Message Text:** | Amigos |
| Translation: | Friends |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441600 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:09:02 |
| **Subject:** | |
| **Message Text:** | Que mÃ¡s |
| Translation: | That are more |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441603 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:09:04 |
| **Subject:** | |
| **Message Text:** | Biejo |

USDOJ-EDNY0000000107

| | |
|---|---|
| Translation: | Old |
| SB: | CB |

| | |
|---|---|
| Message ID: | 179441606 |
| Message Direction: | Outgoing |
| To: | SPARTACUS <7770aaa5> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Thu, 10 Dec 2015 04:09:06 |
| Subject: | |
| Message Text: | Guango |
| Translation: | Flabby |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229978392 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Thu, 10 Dec 2015 04:09:31 |
| Subject: | |
| Message Text: | Con eso q nos ayude con un amigo de esos q nos puedan traer unos 500 kilos |
| Translation: | He can help us with one of those friends that can bring us about 500 kilos |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229978395 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Thu, 10 Dec 2015 04:09:40 |
| Subject: | |
| Message Text: | Lo cargamos en panamá¡ |
| Translation: | We load it in Panama |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1229978398 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Thu, 10 Dec 2015 04:09:46 |
| Subject: | |
| Message Text: | Se preÃ±an |
| Translation: | It's loaded |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441611 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:10:05 |
| **Subject:** | |
| **Message Text:** | Ok aquÃ |
| Translation: | Ok here |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441614 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:10:07 |
| **Subject:** | |
| **Message Text:** | Le digo |
| Translation: | I'll tell him |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229978404 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Thu, 10 Dec 2015 04:10:18 |
| **Subject:** | |
| **Message Text:** | Sale una lancha rÃ¡pida y se echan al atunero y aquÃ mando otra lancha rÃ¡pida a recibir para q no se pare el apartÃ³ q siga su ruta normal |
| Translation: | A fast boat will leave and put it into a tuna boat and from here I'll send another fast boat to receive it so that he doesn't stop besides he'll continue his normal route |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 1229978428 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Thu, 10 Dec 2015 04:12:14 |
| **Subject:** | |
| **Message Text:** | Se puede preÃ±ar en Colombia, panamÃ¡, ecuador |
| Translation: | It can be loaded in Columbia, Panama, Ecuador |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179441618 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:12:17 |
| **Subject:** | |
| **Message Text:** | Que usted nada mÃ¡s diga lo que o cupa |
| **Translation:** | That for you just to say what you need |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441622 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:12:18 |
| **Subject:** | |
| **Message Text:** | Que |
| **Translation:** | That |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441625 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:12:25 |
| **Subject:** | |
| **Message Text:** | El le pone todos los mediso |
| **Translation:** | He will put all of the services |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441628 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:12:28 |
| **Subject:** | |
| **Message Text:** | Medios |
| **Translation:** | Services |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 1229978433 |
| **Message Direction:** | Outgoing |

SHARED PER COURT ORDER NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Thu, 10 Dec 2015 04:13:03 |
| **Subject:** | |
| **Message Text:** | Solo ocupo un atunero o barco grande q venga de haya para mexico |
| **Translation:** | I only need a tuna boat or a large boat that's coming from there to Mexico |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 1229978436 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Thu, 10 Dec 2015 04:13:29 |
| **Subject:** | |
| **Message Text:** | Q solo pase de paso por aquÃ yo mando a recibir a mar abierto |
| **Translation:** | That will only come by here on it's way I'll send someone to receive in the open sea |
| **SB:** | CB |

**PID 29859696**

# BlackBerry Messenger Conversation

## Conversation ID: *QDPPYERU*

| | |
|---|---|
| **Message ID:** | 179441633 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:21:52 |
| **Subject:** | |
| **Message Text:** | Que ay le estÃ¡ lokalisando |
| **Translation:** | That he's locating |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441636 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:21:55 |
| **Subject:** | |
| **Message Text:** | Al de los varcos |
| **Translation:** | The one with the boats |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441639 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:21:58 |
| **Subject:** | |
| **Message Text:** | Que maÃ±ana |
| **Translation:** | That tomorrow |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179441642 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 10 Dec 2015 04:22:00 |
| **Subject:** | |
| **Message Text:** | MÃ¡s tardar |

Translation:                    At the latest
SB:                           CB

**Message ID:** 179441645
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Thu, 10 Dec 2015 04:22:02
**Subject:**
**Message Text:** Le manda
Translation: He'll send
SB: CB

**Message ID:** 179441648
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Thu, 10 Dec 2015 04:22:13
**Subject:**
**Message Text:** A una persona para que se a comode con el
Translation: A person so you can work it out with him
SB: CB

**Message ID:** 179441651
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Thu, 10 Dec 2015 04:22:19
**Subject:**
**Message Text:** Ya me van a llevar a dormir
Translation: They're going to take me to sleep now
SB: CB

**Message ID:** 179441654
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Thu, 10 Dec 2015 04:22:21
**Subject:**
**Message Text:** Santo dios
Translation: Holy lord
SB: CB

USDOJ-EDNY0000000113

BlackBerry Messenger Conversation
Conversation ID: AHUCDPTI
Message ID:        179535403
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Fri, 08 Jan 2016 20:17:10
Subject:
Message Text:      Que ya le confirmaron
Translation:       That it is already confirmed
SB:        RF

Message ID:        179535406
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Fri, 08 Jan 2016 20:17:16
Subject:
Message Text:      Que es el cholo
Translation:       That it is Cholo
SB:        RF

Message ID:        179535409
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Fri, 08 Jan 2016 20:17:16
Subject:
Message Text:      Ivan
Translation:       Ivan
SB:        RF

Message ID:        179535412
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Fri, 08 Jan 2016 20:17:16
Subject:
Message Text:      Que le diga
Translation:       Tell him
SB:        RF

Message ID:        179535415
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Fri, 08 Jan 2016 20:17:17
Subject:
Message Text:      Más datos
Translation:       To give you more information
SB:        RF

Message ID        179535418
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Fri, 08 Jan 2016 20:17:18
Subject:
Message Text:      Si
Translation:       Yes
SB:        RF

Message ID:        179535421
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Fri, 08 Jan 2016 20:17:19

```
Subject:
Message Text:      Save
Translation:       He knows
SB:       RF


Message ID:        179535424
Message Direction:         Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Fri, 08 Jan 2016 20:17:22
Subject:
Message Text:      Rumores
Translation:       Rumors
SB:       RF


Message ID:        179535427
Message Direction:         Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Fri, 08 Jan 2016 20:17:25
Subject:
Message Text:      Que se escuchen
Translation:       That are being heard
SB:       RF


Message ID:        179535430
Message Direction:         Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Fri, 08 Jan 2016 20:17:27
Subject:
Message Text:      Ya le capio
Translation:       He understood
SB:       RF


Message ID:        179535433
Message Direction:         Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Fri, 08 Jan 2016 20:17:30
Subject:
Message Text:      Ya se chingo
Translation:       He is screwed
SB:       RF


Message ID:        1230071989
Message Direction:         Outgoing
To:       SAMANTA <2bdce03b>
From:     SPARTACUS <7770AAA5>
Date:     Fri, 08 Jan 2016 20:17:56
Subject:
Message Text:      Jajajaja
Translation:       Hahaha
SB:       RF


Message ID:        1230071991
Message Direction:         Outgoing
To:       SAMANTA <2bdce03b>
From:     SPARTACUS <7770AAA5>
Date:     Fri, 08 Jan 2016 20:18:00
Subject:
Message Text:      Qu.ien dice
Translation:       Who is saying
SB:       RF


Message ID:        1230071994
Message Direction:         Outgoing
```

```
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Fri, 08 Jan 2016 20:18:04
Subject:
Message Text:    El tÃo o el pope
Translation:     The uncle or pope
SB:      RF


Message ID:      179535437
Message Direction:       Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:18:12
Subject:
Message Text:    El pope
Translation:     Pope
SB:      RF


Message ID:      179535440
Message Direction:       Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:18:16
Subject:
Message Text:    Que le confirmaron
Translation:     That they confirmed him
SB:      RF


Message ID:      179535443
Message Direction:       Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:18:18
Subject:
Message Text:    De arriva
Translation:     From above
SB:      RF


Message ID:      179535446
Message Direction:       Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:18:21
Subject:
Message Text:    Que el que
Translation:     That the one
SB:      RF


Message ID:      179535449
Message Direction:       Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:18:25
Subject:
Message Text:    Callo es el cholo
Translation:     Who fell is Cholo
SB:      RF


Message ID:      179535452
Message Direction:       Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:18:33
Subject:
Message Text:    Que si no save usted
Translation:     That if you do not know
SB:      RF
```

USDOJ-EDNY0000000116

Message ID:          179535455
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Fri, 08 Jan 2016 20:18:35
Subject:
Message Text:        De algo que se
Translation:         About something to let
SB:         RF

Message ID:          1230071999
Message Direction:              Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Fri, 08 Jan 2016 20:18:36
Subject:
Message Text:        Muy bien
Translation:         Good job
SB:         RF

Message ID:          179535458
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Fri, 08 Jan 2016 20:18:36
Subject:
Message Text:        Escuche
Translation:         Listen
SB:         RF

Message ID:          1230072003
Message Direction:              Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Fri, 08 Jan 2016 20:18:44
Subject:
Message Text:        En la cruz de elota
Translation:         At the cross of the elota
SB:         RF

Message ID:          1230072006
Message Direction:              Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Fri, 08 Jan 2016 20:18:52
Subject:
Message Text:        Ya dijeron q si esta detenido
Translation:         They said that he is detained
SB:         RF

Message ID:          1230072009
Message Direction:              Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Fri, 08 Jan 2016 20:19:06
Subject:
Message Text:        Por eso le dije a usted q le pasara la foto y le dijera eso
Translation:         That is why I told you to pass him the photo and to tell him that
SB:         RF

Message ID:          179535463
Message Direction:              Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Fri, 08 Jan 2016 20:19:21
Subject:

Message Text:    Si pero el dato
Translation:     Yes but the data
SB:      RF

Message ID:      179535466
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Fri, 08 Jan 2016 20:19:24
Subject:
Message Text:    Yo se lo di
Translation:     I gave it to him
SB:      RF

Message ID:      179535469
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Fri, 08 Jan 2016 20:19:25
Subject:
Message Text:    Al tÃo
Translation:     To tio
SB:      RF

Message ID:      179535472
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Fri, 08 Jan 2016 20:19:29
Subject:
Message Text:    Por que es el que estava
Translation:     Because he is the one
SB:      RF

Message ID:      179535475
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Fri, 08 Jan 2016 20:19:30
Subject:
Message Text:    Hablando
Translation:     Talking
SB:      RF

Message ID:      179535478
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Fri, 08 Jan 2016 20:19:38
Subject:
Message Text:    Conmigo en ese rato
Translation:     With me at that time
SB:      RF

Message ID:      179535480
Message Direction:      Outgoing
To:      SPARTACUS <7770aaa5>
From:    SAMANTA <2BDCE03B>
Date:    Fri, 08 Jan 2016 20:21:39
Subject:
Message Text:    Que si usted tiene
Translation:     That if you have
SB:      RF

Message ID:      179535483
Message Direction:      Outgoing

USDOJ-EDNY0000000118

```
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:21:41
Subject:
Message Text:   Manera
Translation:    A way
SB:     RF
```

```
Message ID:      179535486
Message Direction:         Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:21:42
Subject:
Message Text:   De matarlo esqui
Translation:    Of killing here
SB:     RF
```

```
Message ID:      179535489
Message Direction:         Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:21:46
Subject:
Message Text:   En el sefereso
Translation:    At the Cefereso
SB:     RF
```

```
Message ID:      179535492
Message Direction:         Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:21:49
Subject:
Message Text:   Dice el padrino
Translation:    Padrino is asking
SB:     RF
```

```
Message ID:      179535495
Message Direction:         Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:21:51
Subject:
Message Text:   Jajajajaja
Translation:    Hahahah
SB:     RF
```

```
Message ID:      179535498
Message Direction:         Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Fri, 08 Jan 2016 20:21:53
Subject:
Message Text:   Al chaparro
Translation:    The short one [possibly chapo]
SB:     RF
```

```
Message ID:      1230072015
Message Direction:         Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Fri, 08 Jan 2016 20:22:00
Subject:
Message Text:   Jajajajajajaja
Translation:    Hahahahahaha
SB:     RF
```

# RIM image\jpeg File PID30107537

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bdce03b

Notified Pin(s): 7770aaa5

Date:          Fri, 08 Jan 2016 23:28:57

Direction:     Incoming

File Name:     ..\PIN_2bdce03b_im_20160108234141891\IMG_20160108_172824-2.jpg



Per conversation with H2 this is supposed to be with Tio [per PID 30107532]

I am good thank god tell your uncle [h2] that if he can back me up in going for the son of this trash [possibly son of Chapo] it's v just urgent that I give something to some people [possibly money]

USDOJ-EDNY0000000120

# RIM image\jpeg File PID 30108094
**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2bdce03b

Notified Pin(s): 7770aaa5

Date:           Fri, 08 Jan 2016 23:36:28

Direction:      Incoming

File Name:      ..\PIN_2bdce03b_im_20160109000009722\IMG_20160108_173619-2.jpg



Per conversation with H9 possibly with Tio [per PID 30108094]

Tell him that just the way I said we were going to take that shit out. I also tell you that if you support me, I will take Ivan today in less than the rooster sings. Tell him I give you my word. I don't need much. I will be in good terms with my dad and he will benefit your/his business.

# RIM image\jpeg File PID 30108098

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2bdce03b

**Notified Pin(s):**   7770aaa5

**Date:**   Fri, 08 Jan 2016 23:52:24

**Direction:**   Incoming

**File Name:**   ..\PIN_2bdce03b_im_20160109000009722\IMG_20160108_175215-2.jpg



Per conversation with H9 possibly with Tio [per PID 3108098]

Hahaha! Tell him I send him a hug, but tell him I needed them tomorrow morning. Tell him to do me the favor Sunday in the afternoon and what was he doing in Hills what was going on if everything was okay.

USDOJ-EDNY0000000122

# RIM image\jpeg File PIC 30108560

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   293cc791
Notified Pin(s):  7770AAA5

Date:        Fri, 08 Jan 2016 23:56:21
Direction:    Outgoing
File Name:   ..\PIN_7770aaa5_im_20160109000009722\IMG-20160108-00448-1.jpg



Vela sent picture to H2. P/BBM #30111397 Vela said that Chon, Tio and Padrino were signing the national anthem together.

USDOJ-EDNY0000000123

# RIM image\jpeg File PID30118825

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2BDCE03B

**Notified Pin(s):**  7770aaa5

**Date:**          Sat, 09 Jan 2016 23:51:20

**Direction:**     Outgoing

**File Name:**     ..\PIN_7770aaa5_im_20160109235346418\IMG_20160109_175042-1.jpg



Zepeda: The elements that were by where your guys are they are going to their base of operations and also they are going to coordinate and in these days there would be a lot of movement from my guys towards the north.

USDOJ-EDNY0000000124

130

# RIM image\jpeg File PID30118829

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BDCE03B

Notified Pin(s):  7770aaa5

Date:          Sat, 09 Jan 2016 23:51:34

Direction:     Outgoing

File Name:     ..\PIN_7770aaa5_im_20160109235346418\IMG_20160109_175048-1.jpg



..And also they are going to coordinate and in these days there is going to be a lot of movement from my guys towards the north because they are going back to their barracks but I am aware do not worry tell my god son [possibly H2] to not forget about me he has me to abandon

USDOJ-EDNY0000000125

# RIM image\jpeg File PID30119821
**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2bdce03b

Notified Pin(s):   7770aaa5

Date:            Sun, 10 Jan 2016 00:12:06

Direction:       Incoming

File Name:       ..\PIN_7770aaa5_im_20160110002149948\IMG_20160109_175640-3.jpg



. We have to keep everyone happy I am going to bust him another thing at 8 AM very early I need you to help me with the money at that time because the person that is going to pick up the money is going to leave and for confidence only that person I'll wait here to see what your uncle says.

# PID 30157651

## BlackBerry Messenger Conversation

### Conversation ID: *AHUCDPTI*

| | |
|---|---|
| Message ID: | 1230079060 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Mon, 11 Jan 2016 22:07:14 |
| Subject: | |
| Message Text: | Entonces el padrino |
| Translation: | So then Padrino |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1230079063 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Mon, 11 Jan 2016 22:07:16 |
| Subject: | |
| Message Text: | Va sobre mencho |
| Translation: | Is going after Mencho |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1230079066 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Mon, 11 Jan 2016 22:07:25 |
| Subject: | |
| Message Text: | DÃgale q me acaban de decir q esta en el cerro |
| Translation: | Tell him that I was just told that he is in the hills |
| SB: | CB |

| | |
|---|---|
| Message ID: | 1230079069 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2bdce03b> |
| From: | SPARTACUS <7770AAA5> |
| Date: | Mon, 11 Jan 2016 22:07:46 |
| Subject: | |
| Message Text: | Un compadre de mencho me dijo ahorita el q le controla tijuana |

SHARED PER COURT ORDER – NO FURTHER DISTRIBUTION

| | |
|---|---|
| Translation: | One of Mencho's buddy's just told me the one that controls Tijuana |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179541793 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:07:51 |
| **Subject:** | |
| **Message Text:** | Si el padrino |
| Translation: | Yes Padrino |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179541796 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:07:55 |
| **Subject:** | |
| **Message Text:** | Le anda asiendo |
| Translation: | Is doing |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179541799 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:07:58 |
| **Subject:** | |
| **Message Text:** | El operativo |
| Translation: | The operative |
| SB: | CB |

| | |
|---|---|
| **Message ID:** | 179541802 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:08:01 |
| **Subject:** | |
| **Message Text:** | A mencho |
| Translation: | For Mencho |
| SB: | CB |

USDOJ-EDNY0000000128

134

| | |
|---|---|
| **Message ID:** | 1230079074 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 11 Jan 2016 22:08:03 |
| **Subject:** | |
| **Message Text:** | Q me cuide mucho yo q mencho no baja del cerro ahorita me dijo |
| **Translation:** | He told me to be very careful that Mencho will not come down from the hills right now |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179541806 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:08:37 |
| **Subject:** | |
| **Message Text:** | Ok aquÃ le dirÃ© eso |
| **Translation:** | Ok I'll tell him that here |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179541809 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:08:42 |
| **Subject:** | |
| **Message Text:** | Ya le quitaron |
| **Translation:** | They already took |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179541812 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:08:47 |
| **Subject:** | |
| **Message Text:** | Tijuana |
| **Translation:** | Tijuana |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179541815 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |

USDOJ-EDNY0000000129

| | |
|---|---|
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:08:47 |
| **Subject:** | |
| **Message Text:** | Ala rana |
| **Translation:** | From Rana |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 179541818 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 11 Jan 2016 22:08:48 |
| **Subject:** | |
| **Message Text:** | Oiga |
| **Translation:** | Hey |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 1230079091 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 11 Jan 2016 22:19:22 |
| **Subject:** | |
| **Message Text:** | Sii |
| **Translation:** | Yes |
| **SB:** | CB |

| | |
|---|---|
| **Message ID:** | 1230079094 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 11 Jan 2016 22:19:28 |
| **Subject:** | |
| **Message Text:** | Ya estÃ¡ bien metido mencho |
| **Translation:** | Mencho has set himself up very well |
| **SB:** | CB |

USDOJ-EDNY0000000130

PID 30227564

BlackBerry Messenger Conversation
Conversation ID: YUQOJTQI
Message ID:          1230094968
Message Direction:          Outgoing
To:          SAMANTA <2bdce03b>
From:          SPARTACUS <7770AAA5>
Date:          Sun, 17 Jan 2016 05:26:25
Subject:
Message Text:          Me dicen q va a ver operativo aqui
Translation:          They are telling me that there will be an operative here
SB:          AZ

Message ID:          1230094971
Message Direction:          Outgoing
To:          SAMANTA <2bdce03b>
From:          SPARTACUS <7770AAA5>
Date:          Sun, 17 Jan 2016 05:26:48
Subject:
Message Text:          De la PGR de mexico
Translation:          Of the PGR from Mexico
SB:          AZ

Message ID:          1230094974
Message Direction:          Outgoing
To:          SAMANTA <2bdce03b>
From:          SPARTACUS <7770AAA5>
Date:          Sun, 17 Jan 2016 05:26:59
Subject:
Message Text:          Q van a catear casas y ranchos
Translation:          That they will raid houses and ranches
SB:          AZ

Message ID:          179559813
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>
From:          SAMANTA <2BDCE03B>
Date:          Sun, 17 Jan 2016 05:27:02
Subject:
Message Text:          Quiere que le pregunte
Translation:          Do you want me to ask
SB:          AZ

Message ID:          179559817
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>
From:          SAMANTA <2BDCE03B>
Date:          Sun, 17 Jan 2016 05:27:10
Subject:
Message Text:          Al padrino
Translation:          Padrino
SB:          AZ

Message ID:          1230094979
Message Direction:          Outgoing
To:          SAMANTA <2bdce03b>
From:          SPARTACUS <7770AAA5>
Date:          Sun, 17 Jan 2016 05:27:14
Subject:
Message Text:          Q llegarĂ¡n 3 boludos ala zona militar
Translation:          That 3 helicopters will arrive to the military zone
SB:          AZ

Message ID:          179559821
Message Direction:          Outgoing
To:          SPARTACUS <7770aaa5>

SHARED FER NOT FOR ORDER - NOT FOR FURTHER DISTRIBUTION

```
From:        SAMANTA <2BDCE03B>
Date:        Sun, 17 Jan 2016 05:27:20
Subject:
Message Text:      Aver
Translation:       Let me see
SB:          AZ
```

```
Message ID:        1230094982
Message Direction:        Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Sun, 17 Jan 2016 05:27:21
Subject:
Message Text:      Si pregÃ¹ntele a ver para donde van
Translation:       Yes ask him to see where they are going
SB:          AZ
```

```
Message ID:        1230094986
Message Direction:        Outgoing
To:          SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Sun, 17 Jan 2016 05:27:29
Subject:
Message Text:      Si no para salime  al montesito
Translation:       If not to go to the mountains
SB:          AZ
```

```
Message ID:        179559851
Message Direction:        Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Sun, 17 Jan 2016 05:28:09
Subject:
Message Text:      AquÃ pregunto
Translation:       I will ask here
SB:          AZ
```

```
Message ID:        179560013
Message Direction:        Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Sun, 17 Jan 2016 05:37:09
Subject:
Message Text:      Dice el padrino que él no a untorisado
Translation:       Padrino says that he has not authorized
SB:          AZ
```

```
Message ID:        179560016
Message Direction:        Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Sun, 17 Jan 2016 05:37:13
Subject:
Message Text:      NingÃºn operativo ay
Translation:       An operative there
SB:          AZ
```

```
Message ID:        179560019
Message Direction:        Outgoing
To:          SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Sun, 17 Jan 2016 05:37:16
Subject:
Message Text:      Y que la pgr
Translation:       And that the PGR
SB:          AZ
```

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
Message ID:       179560022
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE038>
Date:      Sun, 17 Jan 2016 05:37:18
Subject:
Message Text:      Quienes
Translation:       Who
SB:        AZ


Message ID:       179560025
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 17 Jan 2016 05:37:25
Subject:
Message Text:      Son para disponer de boludos
Translation:       Are to dispose of the helicopters
SB:        AZ


Message ID:       179560028
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 17 Jan 2016 05:37:30
Subject:
Message Text:      Y de cuarteles
Translation:       And of barracks
SB:        AZ


Message ID:       179560031
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 17 Jan 2016 05:37:39
Subject:
Message Text:      Y elementos que a un sean de aquÃ
Translation:       And elements that would still be from here
SB:        AZ


Message ID:       179560034
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 17 Jan 2016 05:37:46
Subject:
Message Text:      Que el va a preguntar pero que lo duda
Translation:       That he will ask but that he doubts
SB:        AZ


Message ID:       179560037
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 17 Jan 2016 05:37:48
Subject:
Message Text:      Mucho dice
Translation:       Too much he says
SB:        AZ
```

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# BlackBerry Messenger Conversation

## Conversation ID: *WSRZQEAH*

| | |
|---|---|
| Message ID: | 179575767 |
| Message Direction: | Outgoing |
| To: | JavierGC <58b37ae3> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Thu, 21 Jan 2016 02:14:32 |
| Subject: | |
| Message Text: | Cual es |
| Translation: | Which one is it |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 179575769 |
| Message Direction: | Outgoing |
| To: | JavierGC <58b37ae3> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Thu, 21 Jan 2016 02:14:33 |
| Subject: | |
| Message Text: | La vieja |
| Translation: | The old woman |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 179575771 |
| Message Direction: | Outgoing |
| To: | JavierGC <58b37ae3> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Thu, 21 Jan 2016 02:14:34 |
| Subject: | |
| Message Text: | Chaca |
| Translation: | Chaca |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 179575774 |
| Message Direction: | Outgoing |
| To: | JavierGC <58b37ae3> |
| From: | SAMANTA <2BDCE03B> |
| Date: | Thu, 21 Jan 2016 02:14:36 |
| Subject: | |
| Message Text: | De aquÃ |
| Translation: | From here |
| SB: | AZ |

USDOJ-EDNY0000000134

140

**Message ID:** 179575777
**Message Direction:** Outgoing
**To:** JavierGC <58b37ae3>
**From:** SAMANTA <2BDCE03B>
**Date:** Thu, 21 Jan 2016 02:14:40
**Subject:**
**Message Text:** Que manda todo
**Translation:** That is in charge of everything
**SB:** AZ


**Message ID:** 303002114
**Message Direction:** Incoming
**To:** SAMANTA <2bdce03b>;
**From:** JavierGC <58b37ae3>
**Date:** Thu, 21 Jan 2016 02:14:56
**Subject:**
**Message Text:** Arely GÃ³mez
**Translation:** Arely Gomez
**SB:** AZ


**Message ID:** 303002117
**Message Direction:** Incoming
**To:** SAMANTA <2bdce03b>;
**From:** JavierGC <58b37ae3>
**Date:** Thu, 21 Jan 2016 02:15:02
**Subject:**
**Message Text:** Procuradora general de la RepÃºblica
**Translation:** District Attorney General of the Republic
**SB:** AZ


**Message ID:** 303002120
**Message Direction:** Incoming
**To:** SAMANTA <2bdce03b>;
**From:** JavierGC <58b37ae3>
**Date:** Thu, 21 Jan 2016 02:15:11
**Subject:**
**Message Text:** Pero nose si sea la que dicen.
**Translation:** But I do not know if she is the one they are saying.
**SB:** AZ


**Message ID:** 303002123
**Message Direction:** Incoming
**To:** SAMANTA <2bdce03b>;
**From:** JavierGC <58b37ae3>

| | |
|---|---|
| **Date:** | Thu, 21 Jan 2016 02:15:31 |
| **Subject:** | |
| **Message Text:** | Esa es la jefa de toda las PGR del pais |
| Translation: | She is the boss of the entire PGR of the country |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | 179575782 |
| **Message Direction:** | Outgoing |
| **To:** | JavierGC <58b37ae3> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 21 Jan 2016 02:17:05 |
| **Subject:** | |
| **Message Text:** | Ya estoy aquÃ |
| Translation: | I am here |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | 303002627 |
| **Message Direction:** | Incoming |
| **To:** | SAMANTA <2bdce03b>; |
| **From:** | JavierGC <58b37ae3> |
| **Date:** | Thu, 21 Jan 2016 02:17:17 |
| **Subject:** | |
| **Message Text:** | Donde te dejamos?( |
| Translation: | Where do we leave you?( |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | 303002630 |
| **Message Direction:** | Incoming |
| **To:** | SAMANTA <2bdce03b>; |
| **From:** | JavierGC <58b37ae3> |
| **Date:** | Thu, 21 Jan 2016 02:17:41 |
| **Subject:** | |
| **Message Text:** | AhÃ vamos. Tamos a la vuelta. |
| Translation: | We are on our way. We are at the turn. |
| SB: | AZ |

USDOJ-EDNY0000000136

142

# BlackBerry Messenger Conversation

## Conversation ID: *WYZSWLES*

| | |
|---|---|
| **Message ID:** | 179575756 |
| **Message Direction:** | Outgoing |
| **To:** | CHEBRAWNIE <2bbbd4d2> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 21 Jan 2016 02:13:14 |
| **Subject:** | |
| **Message Text:** | Oiga |
| Translation: | Listen |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | 179575758 |
| **Message Direction:** | Outgoing |
| **To:** | CHEBRAWNIE <2bbbd4d2> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 21 Jan 2016 02:13:15 |
| **Subject:** | |
| **Message Text:** | Como |
| Translation: | How |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | 179575760 |
| **Message Direction:** | Outgoing |
| **To:** | CHEBRAWNIE <2bbbd4d2> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 21 Jan 2016 02:13:17 |
| **Subject:** | |
| **Message Text:** | Se llema |
| Translation: | Is she called |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | 179575762 |
| **Message Direction:** | Outgoing |
| **To:** | CHEBRAWNIE <2bbbd4d2> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 21 Jan 2016 02:13:18 |
| **Subject:** | |
| **Message Text:** | La mujer |
| Translation: | The woman |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | 179575765 |
| **Message Direction:** | Outgoing |
| **To:** | CHEBRAWNIE <2bbbd4d2> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Thu, 21 Jan 2016 02:13:21 |
| **Subject:** | |
| **Message Text:** | Chaca de aquÃ |
| **Translation:** | Chaca from here |
| **SB:** | AZ |

USDOJ-EDNY0000000138

# BlackBerry Messenger Conversation

## Conversation ID: *WYZSWLES*

| | |
|---|---|
| **Message ID:** | -1847020284 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | CHEBRAWNIE <2BBBD4D2> |
| **Date:** | Thu, 21 Jan 2016 02:21:03 |
| **Subject:** | |
| **Message Text:** | Areli.. sr |
| **Translation:** | Areli.. sir |
| **SB:** | AZ |

USDOJ-EDNY0000000139

# BlackBerry Messenger Conversation

## Conversation ID: *YUQOJTQI*

| | |
|---|---|
| **Message ID:** | 1230100433 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 18 Jan 2016 22:59:29 |
| **Subject:** | |
| **Message Text:** | Aquí andan los 3 boludos |
| **Translation:** | The 3 balled ones are here |
| **SB:** | AZ |

| | |
|---|---|
| **Message ID:** | 1230100436 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 18 Jan 2016 22:59:29 |
| **Subject:** | |
| **Message Text:** | De PGR |
| **Translation:** | From PGR |
| **SB:** | AZ |

| | |
|---|---|
| **Message ID:** | 1230100439 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 18 Jan 2016 22:59:30 |
| **Subject:** | |
| **Message Text:** | Dando vueltas |
| **Translation:** | Doing trips |
| **SB:** | AZ |

| | |
|---|---|
| **Message ID:** | 1230100442 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 18 Jan 2016 22:59:39 |
| **Subject:** | |
| **Message Text:** | Le pregunta al padrino a ver q se sabe de ellos |
| **Translation:** | Ask Padrino to see what he knows about them |
| **SB:** | AZ |

**Message ID:** 1230100445
**Message Direction:** Outgoing
**To:** SAMANTA <2bdce03b>
**From:** SPARTACUS <7770AAA5>
**Date:** Mon, 18 Jan 2016 22:59:50
**Subject:**
**Message Text:** SegÃºn andan buscando plantios pero es mentira
**Translation:** Supposedly they are looking for field crops but it might be lies
**SB:** AZ


**Message ID:** 179565558
**Message Direction:** Outgoing
**To:** SPARTACUS <7770aaa5>
**From:** SAMANTA <2BDCE03B>
**Date:** Mon, 18 Jan 2016 22:59:53
**Subject:**
**Message Text:** Aver
**Translation:** Let me see
**SB:** AZ


**Message ID:** 1230100449
**Message Direction:** Outgoing
**To:** SAMANTA <2bdce03b>
**From:** SPARTACUS <7770AAA5>
**Date:** Mon, 18 Jan 2016 23:00:07
**Subject:**
**Message Text:** Ase rato salieron del aeropuerto y le dieron una vuelta al rancho donde tengo los caballos
**Translation:** They left from the airport earlier and went to the ranch where I have the horses
**SB:** AZ


**Message ID:** 1230100452
**Message Direction:** Outgoing
**To:** SAMANTA <2bdce03b>
**From:** SPARTACUS <7770AAA5>
**Date:** Mon, 18 Jan 2016 23:00:08
**Subject:**
**Message Text:** *tear*
**Translation:** *tear*
**SB:** AZ


**Message ID:** 1230100455
**Message Direction:** Outgoing

| | |
|---|---|
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 18 Jan 2016 23:00:12 |
| **Subject:** | |
| **Message Text:** | Solo una vuelta y se fueron |
| **Translation:** | Just one trip and they left |
| **SB:** | AZ |

| | |
|---|---|
| **Message ID:** | 1230100458 |
| **Message Direction:** | Outgoing |
| **To:** | SAMANTA <2bdce03b> |
| **From:** | SPARTACUS <7770AAA5> |
| **Date:** | Mon, 18 Jan 2016 23:00:17 |
| **Subject:** | |
| **Message Text:** | No se clavaron mucho |
| **Translation:** | They did not go in too much |
| **SB:** | AZ |

| | |
|---|---|
| **Message ID:** | 179565575 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 18 Jan 2016 23:00:44 |
| **Subject:** | |
| **Message Text:** | Ya le estoy diciendo |
| **Translation:** | I am telling him |
| **SB:** | AZ |

| | |
|---|---|
| **Message ID:** | 179565578 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 18 Jan 2016 23:02:14 |
| **Subject:** | |
| **Message Text:** | dice que eso es otra cosa pero que ahorita le habla a su mujer |
| **Translation:** | He says that is another thing but that he would talk with his woman now |
| **SB:** | AZ |

| | |
|---|---|
| **Message ID:** | 179565581 |
| **Message Direction:** | Outgoing |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 18 Jan 2016 23:02:21 |
| **Subject:** | |

SHARED FOR COURT ORDER ONLY - NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| **Message Text:** | Para que le de toda la informaciÃ³n |
| Translation: | So she can give him all the information |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | <u>179565584</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 18 Jan 2016 23:02:25 |
| **Subject:** | |
| **Message Text:** | Le llama areli |
| Translation: | He calls her Areli |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | <u>179565587</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 18 Jan 2016 23:02:36 |
| **Subject:** | |
| **Message Text:** | Ala mujer por que aquÃ dijo comuniqueme |
| Translation: | The woman because here he said get me in touch with Areli |
| SB: | AZ |

| | |
|---|---|
| **Message ID:** | <u>179565590</u> |
| **Message Direction:** | <u>Outgoing</u> |
| **To:** | SPARTACUS <7770aaa5> |
| **From:** | SAMANTA <2BDCE03B> |
| **Date:** | Mon, 18 Jan 2016 23:02:47 |
| **Subject:** | |
| **Message Text:** | Con areli |
| Translation: | With Areli |
| SB: | AZ |

SHARED PER COU

ORDER: NO FURTHER DISTRIBUTION

# RIM image\jpeg File –PID30341820

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2bdce03b

Notified Pin(s): 7770aaa5

Date:           Mon, 25 Jan 2016 14:24:26

Direction:      Incoming

File Name:      ..\PIN_2bdce03b_im_20160125142810640\IMG_20160125_082305-2.jpg



- Let me tell my uncle that either way  I'm here and the one that picks that up is me unless they send another person if my uncle has money because he was broke

Zepeda

- Tell him that I'm already moving

USDOJ-EDNY0000000144

149

# RIM image\jpeg File –PID30341824

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bdce03b

Notified Pin(s):  7770aaa5

Date:          Mon, 25 Jan 2016 14:24:34

Direction:     Incoming

File Name:     ..\PIN_2bdce03b_im_20160125142810640\IMG_20160125_082323-2.jpg



- money because he was broke

Zepeda

- Tell him that I'm already moving all what's all of Sinaloa is staying with him he should trust me
  that's what I'm asking for to please trust me look that's not a problem you already know

USDOJ-EDNY0000000145

# RIM image\jpeg File-PID 30341828

## This image was sent/received via Blackberry Messenger.

**UpdatedPin:**  2bdce03b

**Notified Pin(s):**  7770aaa5

**Date:**  Mon, 25 Jan 2016 14:24:41

**Direction:**  Incoming

**File Name:**  ..\PIN_2bdce03b_im_2016012514281O640\IMG_20160125_082348-2.jpg



Zepeda

- that only 2 people can see me and know about me you and your uncle look right now I can get you on one of my private to Tepic or Guadalajara in Guadalajara its 4 minutes away and Tepic is one hour you won't even notice and you go back we will not stop because of that

USDOJ-EDNY0000000146

151

# RIM image\jpeg File PID-30372831

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2bdce03b

**Notified Pin(s):**   7770aaa5

**Date:**        Tue, 26 Jan 2016 22:09:47

**Direction:**   Incoming

**File Name:**   ..\PIN_2bdce03b_im_20160126221056309\IMG_20160126_160849-2.jpg



Zepeda

- I just ask you to speak to me with the truth and we will not talk about it again either way I'm going to die for you guys but I do ask you to never lie to me because I do feel like you think wrongly and you only go along with me

USDOJ-EDNY0000000147

# RIM image\jpeg File PID-30372835

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2bdce03b

**Notified Pin(s):**  7770aaa5

**Date:**        Tue, 26 Jan 2016 22:09:55

**Direction:**   Incoming

**File Name:**   ..\PIN_2bdce03b_im_2016012622105309\IMG_20160126_160906-2.jpg



Zepeda
- I want to remove the person I have some of the "doludo" [possibly military aircraft]  that's going to leave from where you are and I am thinking about putting the person in it so they can bring him to me already because you [say] you will see your uncle but you don't see him

USDOJ-EDNY0000000148

# RIM image\jpeg File PID-30373682

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**    2bdce03b
**Notified Pin(s):** 7770aaa5

**Date:**        Tue, 26 Jan 2016 22:28:55
**Direction:**   Incoming
**File Name:**   ..\PIN_2bdce03b_im_2016012623859813\IMG_20160126_162845-2.jpg



- Right now he says said he only has
- 3 on hand he does not have any more
- Right now

Zepeda
- Look tell him to send me 6 to give 2 to the woman 2 to another person and the other 2 for a friend

USDOJ-EDNY0000000149



# RIM image\jpeg File PID-30373686

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2BDCE03B

**Notified Pin(s):**  7770aaa5

**Date:**          Tue, 26 Jan 2016 22:34:56

**Direction:**      Outgoing

**File Name:**     ..\PIN_2bdce03b_im_20160126223859813\IMG_20160126_163440-2.jpg



- I'll tell him father beautiful doll
- From Sosoloi
- There's a lot of "boludos" [possibly military aircraft] and marines and it's full there

Zepeda

- Haha regarding the beautiful I'll let it go by because what I do know is that I am

USDOJ-EDNY0000000150

155

# RIM image\jpeg File PID-30373690

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2BDCE03B

Notified Pin(s):  7770aaa5

Date:           Tue, 26 Jan 2016 22:35:03

Direction:      Outgoing

File Name:      ..\PIN_2bdce03b_im_20160126223859813\IMG_20160126_163447-2.jpg



Zepeda

- because what I do know is that I am hahaha but doll hahaha those people are going after you guys but don't worry you will not step foot into a jail for any reason simply put no one is going to know about you guys hahaha just joking don't believe me you started joking and now you have to take it

USDOJ-EDNY0000000151

156

# RIM image\jpeg File PID-30373710

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:      2bdce03b
Notified Pin(s): 7770aaa5

Date:        Tue, 26 Jan 2016 22:44:42
Direction:   Incoming
File Name:   ..\PIN_2bdce03b_im_20160126225302016\IMG_20160126_164421-2.jpg



- it's a lie it's a joke he is at home watching TV the ones that are afraid are the Menchos

Zepeda

- hahaha he should be calm your uncle should not worry and regarding Mencho he should be worried

USDOJ-EDNY0000000152

# RIM image\jpeg File PID-30373713

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2BDCE03B

Notified Pin(s): 7770aaa5

Date:          Tue, 26 Jan 2016 22:44:50

Direction:     Outgoing

File Name:     ..\PIN_2bdce03b_im_20160126225302016\IMG_20160126_164429-1.jpg



- Mencho he should be worried because I am going to surround the entire area where he is moving
- Tell him to help me out with that because I need the person for the operation that I am going to do and the other 4 he should tell me when I will take care of them

USDOJ-EDNY0000000153

# RIM image\jpeg File PID-30373858

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bdce03b
Notified Pin(s): 7770aaa5

Date:          Tue, 26 Jan 2016 22:57:43
Direction:     Incoming
File Name:     ..\PIN_2bdce03b_im_20160126230705849\IMG_20160126_165733-2.jpg



- That he will get ready
- 2

Zepeda
- No look I asked for 10 I'm telling you and now I need 6 to hand out 2 by 2 in the meantime the other 4 he should tell me when right now I need 6 and it's urgent

USDOJ-EDNY0000000154

# RIM image\jpeg File PID-30373861

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**     2BDCE03B

**Notified Pin(s):**  7770aaa5

**Date:**            Tue, 26 Jan 2016 23:03:50

**Direction:**       Outgoing

**File Name:**       ..\PIN_2bdce03b_im_2016012623070585849\IMG_20160126_170257-1.jpg



- I misunderstood he had 3 and the other 3 on Monday I did not know how to explain myself

Zepeda

- He does not complete 5

USDOJ-EDNY0000000155

# RIM image\jpeg File PID-30376305

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| **UpdatedPin:** | 2bdce03b |
| **Notified Pin(s):** | 7770aaa5 |
| **Date:** | Tue, 26 Jan 2016 23:17:09 |
| **Direction:** | Incoming |
| **File Name:** | ..\PIN_2bdce03b_im_20160127000031692\IMG_20160126_171638-2.jpg |



- Give you the remaining 2. So you can hand that out and he would later send for you

Zepeda
- He should not feel bad look I am going to do what you asked for it has been solicited once they are telling me that next time that

# RIM image\jpeg File PID-30376309

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2bdce03b
**Notified Pin(s):** 7770aaa5

**Date:** Tue, 26 Jan 2016 23:17:13
**Direction:** Incoming
**File Name:** ..\PIN_2bdce03b_im_2016012700031692\IMG_20160126_171648-2.jpg



Zepeda

- telling me that next time that that the person that we already know is solicited and does not go he will be screwed but this will be the last month he will be solicited it lasts a month that's the rule that this woman made because that corresponds to the woman that I introduced to you guys to it's just so that...

USDOJ-EDNY0000000157

162

# RIM image\jpeg File PID-30376313

This image was sent/received via Blackberry Messenger.

UpdatedPin:    2bdce03b
Notified Pin(s):  7770aaa5

Date:          Tue, 26 Jan 2016 23:17:21
Direction:    Incoming
File Name:    ..\PIN_2bdce03b_im_20160127000031692\IMG_20160126_171654-2.jpg



Zepeda
- woman that I introduced to you guys to it's just so that they are arranged in all Mexico but take those 4 to the airport now so this person can come no look instead you arrange it with that same person wherever he tells you to and tell him thanks

USDOJ-EDNY0000000158

163

# RIM image\jpeg File PID-30460195

**This image was sent/received via Blackberry Messenger.**

UpdatedPin: 2bdce03b

Notified Pin(s): 7770aaa5

Date: Sun, 31 Jan 2016 16:33:13

Direction: Incoming

File Name: ..\PIN_2bdce03b_im_20160131163329259\IMG_20160131_103252-2.jpg



Zepeda:

- Good the person is ready I need a favor he wanted to have an operation in your area but we did not let him I'll explain it to you later so you can leave the houses for about 2 days but first I want the…

USDOJ-EDNY0000000159

# RIM image\jpeg File PID-30460199

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:  2bdce03b

Notified Pin(s): 7770aaa5

Date:          Sun, 31 Jan 2016 16:33:31

Direction:     Incoming

File Name:     ..\PIN_2bdce03b_im_20160131163329259\IMG_20160131_103301-2.jpg



Zepeda:

- ... have an operation in your area but we did not let him I'll explain it to you later so you can leave the houses for about 2 days but first I want the one of Guadalajara and his people in charge to go down but for me it's urgent that you take care of the person that I have with you guys

# RIM image\jpeg File PID-30460117

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2bdce03b

Notified Pin(s): 7770aaa5

Date:        Sun, 31 Jan 2016 19:52:48

Direction:   Incoming

File Name:   ..\PIN_2bdce03b_im_2016013120040320O\IMG_20160131_135229-2.jpg



- • fulfilled the rest
- • My uncle I can take it later or you let me know

Zepeda
- • I know that he always fulfills me tell him that I do it too and I will do it this is not for me he will see I want and I need you to come because…

USDOJ-EDNY0000000161

# RIM image\jpeg File PID-30460121

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bdce03b

Notified Pin(s): 7770aaa5

Date:          Sun, 31 Jan 2016 19:52:56

Direction:     Incoming

File Name:     ..\PIN_2bdce03b_im_20160131200403200\IMG_20160131_135236-2.jpg



Zepeda

- I want and I need you to come because the person that will give you municipalities is ready because they are not delegations anymore I don't know if you know and regarding the ones I will incarcerate I am not getting money ask the godson how much is for me do the same operation with the same person

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2bdce03b
**Notified Pin(s):** 7770aaa5

**Date:** Wed, 03 Feb 2016 16:28:39
**Direction:** Incoming
**File Name:** ..\PIN_2bdce03b_im_20160203163156949\IMG_20160203_102801-2.jpg



Picture sent by H9 to H2.
H9: Good morning how are you
Zepeda: Good look I need you to do a favor for me give me the place of where those gunmen are that you guys are telling me about because the Sinaloa government is telling me that the operation was not going to loosen up and that it was not fair that those operations were...

USDOJ-EDNY0000000163

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2bdce03b
Notified Pin(s): 7770aaa5

Date:             Wed, 03 Feb 2016 16:28:52
Direction:       Incoming
File Name:      ..\PIN_2bdce03b_im_2016020316315669949\IMG_20160203_102809-2.jpg



Picture sent by H9 to H2.
Zepeda: ...operation I am not going to loosen up the government in Sinaloa says that it is not fair that those operations are happening without getting them out of there while the ones causing all the deaths happening in Sinaloa are in Tepic  hahaha do not loosen up I respond for you guys and the operations...

USDOJ-EDNY0000000164

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  2bdce03b
**Notified Pin(s):**  7770aaa5

**Date:**          Wed, 03 Feb 2016 16:46:02
**Direction:**     Incoming
**File Name:**     ..\PIN_2bdce03b_im_20160203164558725\IMG_20160203_104522-2.jpg



Picture sent by H9 to H2.

H9: ... that they are in Mazatlan they just send their people from Rosario and Escuinapa to make a mess.

Zepeda: The people that are in the operation have a list but I will be in charge of locating those people with the...

USDOJ-EDNY0000000165

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  2BDCE03B

**Notified Pin(s):** 7770aaa5

**Date:**         Wed, 03 Feb 2016 16:46:10

**Direction:**    Outgoing

**File Name:**    ..\PIN_2bdce03b_im_20160203164558725\IMG_20160203_104529-2.jpg



Picture sent by H9 to H2.

Zepeda: ... I will be in charge of locating those people with the numbers.  That you sent me let's see what comes out in a little bit you know how you told me that in 8 it's been 2 already and we are on the 3rd well I have the appointment on the 10th but come one day earlier before you will just see the lady and your uncle can tell you there to...

USDOJ-EDNY0000000166

171

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2bdce03b
Notified Pin(s): 7770aaa5

Date:           Wed, 03 Feb 2016 16:46:19
Direction:      Incoming
File Name:      ..\PIN_2bdce03b_im_20160203170001962\IMG_20160203_104541-2.jpg



Picture sent by H9 to H2.

Zepeda: ... do not let him get out of there without an arrangement and that same day you will take the person that will be in charge of doing the dirty work they can organize themselves but I want to have you guys here so you can start producing here I just need you guys to give me what is mine a day before you guys come another thing I want you guys to be as calm as possible

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2bdce03b

**Notified Pin(s):** 7770aaa5

**Date:**        Wed, 03 Feb 2016 17:01:45

**Direction:**   Incoming

**File Name:**   ..\PIN_2bdce03b_im_20160203171409333\IMG_20160203_110105-2.jpg



Picture sent by H9 to H2.

H9: Once we arrive we will make all the adjustments that need to be done and from there only working no fighting

Zepeda: Tell him that I trust him leave the fight to me I will help you guys with that let me know in case of anything and also let the lady know because she

USDOJ-EDNY0000000168

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2bdce03b

Notified Pin(s): 7770aaa5

Date:           Wed, 03 Feb 2016 17:01:53
Direction:      Incoming
File Name:      ..\PIN_2bdce03b_im_20160203171409333\IMG_20160203_110116-2.jpg



Picture sent by H9 to H2.

Zepeda: Tell him that I trust him leave the fight to me I will help you guys with that let me know in case of anything and also let the lady know because she will send with the guy that would be in charge of all the dirty work well I will arrange the arrival and get the person ready that will show face with the lady not with the other one that he will see...

USDOJ-EDNY0000000169

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2bdce03b
Notified Pin(s): 7770aaa5

Date:           Wed, 03 Feb 2016 17:02:01
Direction:      Incoming
File Name:      ..\PIN_2bdce03b_im_20160203171409333\IMG_20160203_110132-2.jpg



Picture sent by H9 to H2.

Zepeda: ... the lady not with the other one that he would see you are the only one that will meet the lady and I will have to take double care of you guys I just ask you not to mention the lady at all well you come on the 9th I will have everything ready and on the 8th give that same person what already know the lady is asking for you to do that

SHARED PER COURT ORDER

FOR FURTHER DISTRIBUTION

# RIM image\jpeg File – PID 30537308

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:  2bdce03b
Notified Pin(s): 7770aaa5

Date:        Sun, 07 Feb 2016 16:18:13
Direction:   Incoming
File Name:   ..\PIN_2bdce03b_im_20160207161901259\IMG_20160207_101802-2.jpg



® Good thank God and you
Zepeda
• Thank God I am good also the lady was telling me that Sajapulos was going to be receiving the last notice so that you could be rid of him

# RIM image\jpeg File – PID 30537329

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2bdce03b
Notified Pin(s): 7770aaa5

Date:         Sun, 07 Feb 2016 16:23:37
Direction:    Incoming
File Name:    ..\PIN_2bdce03b_im_2016020716330567\IMG_20160207_102256-2.jpg



⊗   Oh that's good I will let my uncle know here then that's good because we could not handle
that elected sellout

Zepeda

•   Hahaha that pig does not shower or something like that yes it's good so that he comes

# RIM image\jpeg File – PID 30537332

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2BDCE03B

Notified Pin(s): 7770aaa5

Date:          Sun, 07 Feb 2016 16:23:43
Direction:     Outgoing
File Name:     ..\PIN_2bdce03b_im_20160207163305671\IMG_20160207_102317-1.jpg



Zepeda

Zepeda                                           10:22 a.m.

- Jajaja cochino no se baña o algo
  ha si bueno para que se venga
  mañana para que platique con la
  dama y para que su tio acomode
  al enviado de el la persona mia ya
  esta lista para que le manden lo
  mismo para que el se valla a
  mazatlan y usted ya este listo por

Escriba un mensaje

Zepeda

- Hahaha that pig does not shower or something like that yes it's good so that he comes
  tomorrow to speak with the lady and so that your uncle can setup the person that I will be
  sending she is ready so that you can send her the same so that he can go to Mazatlan and you
  can be ready for

USDOJ-EDNY0000000174

# RIM image\jpeg File – PID 30537337

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bdce03b
Notified Pin(s): 7770aaa5

Date:           Sun, 07 Feb 2016 16:23:51
Direction:      Incoming
File Name:      ..\PIN_2bdce03b_im_20160207163305671\IMG_20160207_102321-2.jpg



• same so that he can go to Mazatlan and you can be ready because the lady is willing build a friendship with her try to win over her friendship I know you can do it you are going to do a lot of things with the lady

BlackBerry Messenger Conversation
Conversation ID: TBMTSWFL
Message ID:        1230166605
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Sun, 07 Feb 2016 16:55:29
Subject:
Message Text:        Epp
Translations:        Hey.
SB:        CMendoza

Message ID:        1230166608
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Sun, 07 Feb 2016 16:55:35
Subject:
Message Text:        Me quede dormido
Translation:        I fell asleep.
SB:        CMendoza

Message ID:        179633643
Message Direction:        Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Sun, 07 Feb 2016 16:55:54
Subject:
Message Text:        Yo estoy viendo
Translation:        I am watching.
SB:        CMendoza

Message ID:        179633646
Message Direction:        Outgoing
To:        SPARTACUS <7770aaa5>
From:        SAMANTA <2BDCE03B>
Date:        Sun, 07 Feb 2016 16:55:58
Subject:
Message Text:        Una pelÃcula
Translation:        A movie.
SB:        CMendoza

Message ID:        179633649
Message Direction:        Incoming
To:        SPARTACUS <7770aaa5>;
From:        SAMANTA <2bdce03b>
Date:        Sun, 07 Feb 2016 16:56:01
Subject:
Message Text:        De sus tiempos
Translation:        From your time.
SB:        CMendoza

Message ID:        1230166614
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Sun, 07 Feb 2016 16:56:06
Subject:
Message Text:        Quienn se va a mazatlan
Translation:        Who is going to Mazatlan?
SB:        CMendoza

Message ID:        1230166617
Message Direction:        Outgoing
To:        SAMANTA <2bdce03b>
From:        SPARTACUS <7770AAA5>
Date:        Sun, 07 Feb 2016 16:56:10

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    No le entendi
Translation:      I didn't understand.
SB:     CMendoza

Message ID:       1230166620
Message Direction:      Outgoing
To:     SAMANTA <2bdce03b>
From:   SPARTACUS <7770AAA5>
Date:   Sun, 07 Feb 2016 16:56:16
Subject:
Message Text:    Dice la persona mia
Translation:      My person says.
SB:     CMendoza

Message ID:       179633655
Message Direction:      Outgoing
To:     SPARTACUS <7770aaa5>
From:   SAMANTA <2BDCE03B>
Date:   Sun, 07 Feb 2016 16:56:25
Subject:
Message Text:    El me estÃ¡ hablando
Translation:      He is telling me.
SB:     CMendoza

Message ID:       179633658
Message Direction:      Incoming
To:     SPARTACUS <7770aaa5>;
From:   SAMANTA <2bdce03b>
Date:   Sun, 07 Feb 2016 16:56:28
Subject:
Message Text:    De la persona
Translation:      About the person.
SB:     CMendoza

Message ID:       1230166624
Message Direction:      Outgoing
To:     SAMANTA <2bdce03b>
From:   SPARTACUS <7770AAA5>
Date:   Sun, 07 Feb 2016 16:56:31
Subject:
Message Text:    Ya estÃ¡ lista
Translation:      They are ready.
SB:     CMendoza

Message ID:       179633662
Message Direction:      Outgoing
To:     SPARTACUS <7770aaa5>
From:   SAMANTA <2BDCE03B>
Date:   Sun, 07 Feb 2016 16:56:32
Subject:
Message Text:    Que mandarÃ¡ arreglar
Translation:      That they would have fixed/arranged.
SB:     CMendoza

Message ID:       179633665
Message Direction:      Outgoing
To:     SPARTACUS <7770aaa5>
From:   SAMANTA <2BDCE03B>
Date:   Sun, 07 Feb 2016 16:56:44
Subject:
Message Text:    Y la persona que le recoje el dinero
Translation:      And the person who picks up the money
SB:     CMendoza

Message ID:       179633668
Message Direction:      Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Sun, 07 Feb 2016 16:56:46
Subject:
Message Text:    A el
Translation:     For him.
SB:         CMendoza

Message ID:      179633671
Message Direction:       Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Sun, 07 Feb 2016 16:56:51
Subject:
Message Text:    Lo va a mandar a maza
Translation:     He is going to send him to Maza
SB:         CMendoza

Message ID:      179633674
Message Direction:       Incoming
To:         SPARTACUS <7770aaa5>;
From:       SAMANTA <2bdce03b>
Date:       Sun, 07 Feb 2016 16:56:59
Subject:
Message Text:    Ya que usted lo aiga atendido
Translation:     Once you have tended to him.
SB:         CMendoza

Message ID:      179633677
Message Direction:       Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Sun, 07 Feb 2016 16:57:11
Subject:
Message Text:    Y de la persona que usted aliste para que de la cara en el df
Translation:     And the person that you have ready so they can go represent in DF.
SB:         CMendoza

Message ID:      1230166628
Message Direction:       Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Sun, 07 Feb 2016 16:57:22
Subject:
Message Text:    Ok
Translation:     Okay.
SB:         CMendoza

Message ID:      179633681
Message Direction:       Incoming
To:         SPARTACUS <7770aaa5>;
From:       SAMANTA <2bdce03b>
Date:       Sun, 07 Feb 2016 16:57:23
Subject:
Message Text:    Le mande 4 comversasiones
Translation:     I sent you 4 conversations.
SB:         CMendoza

Message ID:      1230166632
Message Direction:       Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Sun, 07 Feb 2016 16:57:34
Subject:
Message Text:    Si ya las leÁ
Translation:     Yes, I already read them.
SB:         CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        179633685
Message Direction:           Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 16:57:38
Subject:
Message Text:      En una de ellas dice
Translation:       In one of them it says
SB:        CMendoza

Message ID:        179633688
Message Direction:           Incoming
To:        SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Sun, 07 Feb 2016 16:57:41
Subject:
Message Text:      Que nos ganemos
Translation:       For us to win over
SB:        CMendoza

Message ID:        179633691
Message Direction:           Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 16:57:43
Subject:
Message Text:      Ala mujer
Translation:       The woman.
SB:        CMendoza

Message ID:        1230166638
Message Direction:           Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 16:57:47
Subject:
Message Text:      Solo no entendÃ eso q mandarÃn a una persona a maza
Translation:       I only understood that, that they would send a person to Maza.
SB:        CMendoza

Message ID:        179633695
Message Direction:           Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 16:57:50
Subject:
Message Text:      Que ay vamos a
Translation:       That there we are going to
SB:        CMendoza

Message ID:        179633698
Message Direction:           Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 16:57:54
Subject:
Message Text:      Ser muchas cosas
Translation:       Do a lot of things.
SB:        CMendoza

Message ID:        1230166643
Message Direction:           Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 16:58:01
Subject:

SHARED PURSUANT TO PROTECTIVE ORDER – NOT FOR FURTHER DISTRIBUTION

Message Text:     Si a esa sra no la vamos a ganar
Translation:      Yes, we are going to win that lady.
SB:               CMendoza

Message ID:       1230166646
Message Direction:          Outgoing
To:               SAMANTA <2bdce03b>
From:             SPARTACUS <7770AAA5>
Date:             Sun, 07 Feb 2016 16:58:09
Subject:
Message Text:     Para eso nos pintamos solos
Translation:      We will do that on our own.
SB:               CMendoza

Message ID:       1230166649
Message Direction:          Outgoing
To:               SAMANTA <2bdce03b>
From:             SPARTACUS <7770AAA5>
Date:             Sun, 07 Feb 2016 16:58:16
Subject:
Message Text:     La vamos a tener chikiada
Translation:      We are going to spoil her.
SB:               CMendoza

Message ID:       179633702
Message Direction:          Outgoing
To:               SPARTACUS <7770aaa5>
From:             SAMANTA <2BDCE03B>
Date:             Sun, 07 Feb 2016 16:59:01
Subject:
Message Text:     Si asÁ es jajajaja el vato que recoje el dinero va para maza
Translation:      Yes, that is right, hahaha, the dude that picks up money is going to Maza.
SB:               CMendoza

Message ID:       179633705
Message Direction:          Outgoing
To:               SPARTACUS <7770aaa5>
From:             SAMANTA <2BDCE03B>
Date:             Sun, 07 Feb 2016 16:59:10
Subject:
Message Text:     Dice el padrino eso es lo que quiere decir
Translation:      El Padrino says that that is what he is trying to say.
SB:               CMendoza

Message ID:       179633708
Message Direction:          Outgoing
To:               SPARTACUS <7770aaa5>
From:             SAMANTA <2BDCE03B>
Date:             Sun, 07 Feb 2016 16:59:24
Subject:
Message Text:     Que va hablar con
Translation:      That he is going to talk with\
SB:               CMendoza

Message ID:       179633711
Message Direction:          Outgoing
To:               SPARTACUS <7770aaa5>
From:             SAMANTA <2BDCE03B>
Date:             Sun, 07 Feb 2016 16:59:37
Subject:
Message Text:     Aver deje veo
Translation:      Hold on, let me see.
SB:               CMendoza

Message ID:       179633714
Message Direction:          Outgoing
To:               SPARTACUS <7770aaa5>

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

From:        SAMANTA <2BDCE03B>
Date:        Sun, 07 Feb 2016 16:59:38
Subject:
Message Text:      Vien
Translation:       Well
SB:          CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

186

# RIM image\jpeg File – PID 30538009

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2bdce03b

**Notified Pin(s):** 7770aaa5

**Date:**        Sun, 07 Feb 2016 17:09:39

**Direction:**   Incoming

**File Name:**   ..\PIN_2bdce03b_im_20160207171515699\IMG_20160207_110932-2.jpg



- from Mazatlan I want to go over there

Zepeda

- Hahaha look she is going to put pressure on Tono to make it look like he is next after his bad element so that he can see that they have a lot of proof against him I am doing it so

USDOJ-EDNY0000000182

187

# RIM image\jpeg File – PID 30538013

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2bdce03b
**Notified Pin(s):**   7770aaa5

**Date:**          Sun, 07 Feb 2016 17:10:08
**Direction:**     Incoming
**File Name:**     ..\PIN_2bdce03b_im_20160207171515699\IMG_20160207_111001-2.jpg



- ... he is next so that he can see that they have a lot of proof against him I am doing it so that he won't think of screwing up with those thieves this is just for the moment until we bring him over to this side meanwhile you all could work without enemies

USDOJ-EDNY0000000183

BlackBerry Messenger Conversation
Conversation ID: TBMTSWFL
Message ID:        179633781
Message Direction:           Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 17:15:27
Subject:
Message Text:      Al pinchi
Translation:       That fucking.
SB:        CMendoza

Message ID:        179633784
Message Direction:           Incoming
To:        SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Sun, 07 Feb 2016 17:15:29
Subject:
Message Text:      Viejo
Translation:       Old man
SB:        CMendoza

Message ID:        179633787
Message Direction:           Incoming
To:        SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Sun, 07 Feb 2016 17:15:31
Subject:
Message Text:      Pendejo
Translation:       Idiot.
SB:        CMendoza

Message ID:        179633790
Message Direction:           Incoming
To:        SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Sun, 07 Feb 2016 17:15:32
Subject:
Message Text:      Ese
Translation:       That one.
SB:        CMendoza

Message ID:        1230166835
Message Direction:           Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 17:17:02
Subject:
Message Text:      Entonces el padrino
Translation:       So then El Padrino
SB:        CMendoza

Message ID        1230166838
Message Direction:           Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 17:17:12
Subject:
Message Text:      Quiere q le demos los 4 pesos hoy
Translation:       Wants us to give him the 4 pesos today.
SB:        CMendoza

Message ID:        1230166841
Message Direction:           Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 17:17:15

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    Los q le debemos a el
Translation:     The ones we owe him.
SB:     CMendoza

Message ID:      179633794
Message Direction:       Outgoing
To:     SPARTACUS <7770aaa5>
From:   SAMANTA <2BDCE03B>
Date:   Sun, 07 Feb 2016 17:19:27
Subject:
Message Text:    No se nada mÃ¡s me dijo que lo estÃ¡ esperando
Translation:     I don't know anything else, he told me that he was waiting.
SB:     CMendoza

Message ID:      179633797
Message Direction:       Outgoing
To:     SPARTACUS <7770aaa5>
From:   SAMANTA <2BDCE03B>
Date:   Sun, 07 Feb 2016 17:19:27
Subject:
Message Text:    A usted
Translation:     For you.
SB:     CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: UDZCEJLQ
Message ID:       859480081
Message Direction:          Incoming
To:        SPARTACUS <7770AAA5>;
From:      Vela <293cc791>
Date:      Sun, 07 Feb 2016 17:17:56
Subject:
Message Text:     Si me mandas unas 3 fotos mejor
Translation:      Yes, better you send me about 3 pictures
SB:        FQuevedo/CMendoza


Message ID:       859480082
Message Direction:          Outgoing
To:        SPARTACUS <7770AAA5>
From:      Vela <293cc791>
Date:      Sun, 07 Feb 2016 17:18:03
Subject:
Message Text:     Asi para ver bien el espacio y como esta.
Translation:      That way I can look into that space and see how it is
SB:        FQuevedo/CMendoza


Message ID:       859480083
Message Direction:          Incoming
To:        SPARTACUS <7770AAA5>;
From:      Vela <293cc791>
Date:      Sun, 07 Feb 2016 17:18:13
Subject:
Message Text:     Para mandarselo ala sra.
Translation:      So that I can send it to the Lady
SB:        FQuevedo


Message ID:       1230166845
Message Direction:          Outgoing
To:        Vela <293cc791>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 17:25:31
Subject:
Message Text:     Alista 2 pesos
Translation:      Get 2 pesos ready
SB:        FQuevedo


Message ID:       1230166848
Message Direction:          Outgoing
To:        Vela <293cc791>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 17:25:45
Subject:
Message Text:     Para ya pagarle al padrino lo q esta pendiente
Translation:      So that we can pay Padrino now what was pending
SB:        FQuevedo


Message ID:       859480086
Message Direction:          Outgoing
To:        SPARTACUS <7770AAA5>
From:      Vela <293cc791>
Date:      Sun, 07 Feb 2016 17:26:04
Subject:
Message Text:     :/
Translation:      :/
SB:        FQuevedo


Message ID:       859480087
Message Direction:          Incoming
To:        SPARTACUS <7770AAA5>;
From:      Vela <293cc791>
Date:      Sun, 07 Feb 2016 17:27:01

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     No emos podido juntar lana
Translation:       We have not been able to collect money
SB:      FQuevedo

Message ID:        859480088
Message Direction:           Incoming
To:      SPARTACUS <7770AAA5>;
From:    Vela <293cc791>
Date:    Sun, 07 Feb 2016 17:27:01
Subject:
Message Text:     Estamos bajos
Translation:       We are low
SB:      FQuevedo

Message ID:        859480089
Message Direction:           Incoming
To:      SPARTACUS <7770AAA5>;
From:    Vela <293cc791>
Date:    Sun, 07 Feb 2016 17:27:01
Subject:
Message Text:     Quedaremos muy pobres sacando esos 2 pesos
Translation:       We would end up very poor if we take out those 2 pesos
SB:      FQuevedo

Message ID:        859480090
Message Direction:           Incoming
To:      SPARTACUS <7770AAA5>;
From:    Vela <293cc791>
Date:    Sun, 07 Feb 2016 17:27:02
Subject:
Message Text:     &lt;/3
Translation:       &lt;/3
SB:      FQuevedo

Message ID:        1230166860
Message Direction:           Outgoing
To:      Vela <293cc791>
From:    SPARTACUS <7770AAA5>
Date:    Sun, 07 Feb 2016 17:29:08
Subject:
Message Text:     Pues si
Translation:       Well yeah
SB:      FQuevedo

Message ID:        1230166863
Message Direction:           Incoming
To:      Vela <293cc791>
From:    SPARTACUS <7770aaa5>
Date:    Sun, 07 Feb 2016 17:29:20
Subject:
Message Text:     Pero le debemos hay q pagar de una ves
Translation:       But we owe him, we need to pay now
SB:      FQuevedo

USDOJ-EDNY0000000187

192

# RIM image\jpeg File – PID 30538422

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  2bdce03b
**Notified Pin(s):** 7770aaa5

**Date:**        Sun, 07 Feb 2016 18:20:05
**Direction:**   Incoming
**File Name:**   ..\PIN_2bdce03b_im_20160207182521417\IMG_20160207_121949-2.jpg



® Yes that was what he told me that as a matter of fact he was getting them together
® He barely got them together

Zepeda

• I feel bad every time you tell me that ask him if could lend me 2 Pesos

USDOJ-EDNY0000000188

193

BlackBerry Messenger Conversation
Conversation ID: TBMTSWFL
Message ID:        1230167335
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 18:28:07
Subject:
Message Text:      Q haga el escÃ¡ndalo q quiera digale
Translation:       Tell him he can make all the ruckus he wants.
SB:        CMendoza


Message ID:        1230167338
Message Direction:          Incoming
To:        SAMANTA <2bdce03b>;
From:      SPARTACUS <7770aaa5>
Date:      Sun, 07 Feb 2016 18:28:22
Subject:
Message Text:      Jajajaja
Translation:       Hahaha.
SB:        CMendoza


Message ID:        1230167341
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 18:28:33
Subject:
Message Text:      Quien lo va a molestar al amigo nadie
Translation:       Who is going to bother the guy?  No one.
SB:        CMendoza


Message ID:        179634065
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 18:31:13
Subject:
Message Text:      Jajajajaja aquÃ le digo es que el es asÃ el culero
Translation:       Hahaha, I'll tell him here, its just that that is how he is, the fucker.
SB:        CMendoza


Message ID:        1230167345
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 18:31:45
Subject:
Message Text:      Jaja ok
Translation:       Haha, okay.
SB:        CMendoza


Message ID:        179634074
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 18:32:04
Subject:
Message Text:      Ya le dije al padrino que anda a penitas
Translation:       I already told Padrino that he is barely making it.
SB:        CMendoza


Message ID:        1230167352
Message Direction:          Incoming
To:        SAMANTA <2bdce03b>;
From:      SPARTACUS <7770aaa5>
Date:      Sun, 07 Feb 2016 18:32:33

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Ya le voy a dar 10 melones con estos 4
Translation:      I am going to give him 10 melons with these 4.
SB:        CMendoza


Message ID:       1230167355
Message Direction:           Incoming
To:        SAMANTA <2bdce03b>;
From:      SPARTACUS <7770aaa5>
Date:      Sun, 07 Feb 2016 18:32:36
Subject:
Message Text:     En 15 dÃas
Translation:      In 15 days.
SB:        CMendoza


Message ID:       1230167358
Message Direction:           Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Sun, 07 Feb 2016 18:32:58
Subject:
Message Text:     Q en cuanto agarre agua la nuve le mando mÃjs
Translation:      That as soon the cloud gets some water I'll send him more.
SB:        CMendoza


Message ID:       1230167361
Message Direction:           Incoming
To:        SAMANTA <2bdce03b>;
From:      SPARTACUS <7770aaa5>
Date:      Sun, 07 Feb 2016 18:33:16
Subject:
Message Text:     Pero q se acuerde q no estamos en tiempos de lluvia asÃ q la nuve agarra muy poca agua =D
Translation:      But he has to remember that we are not in time of rain, so that the cloud gets very little water =D.
SB:        CMendoza


Message ID:       179634081
Message Direction:           Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 18:33:28
Subject:
Message Text:     Jajajajajjajajajajajajajajjajaja
Translation:      Hahahahahahahahaha
SB:        CMendoza


Message ID:       179634084
Message Direction:           Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Sun, 07 Feb 2016 18:33:31
Subject:
Message Text:     AsÃ le dirÃ©
Translation:      That's how I will tell him.
SB:        CMendoza

SHARED IN PART UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File – PID 30538517

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2bdce03b
**Notified Pin(s):**  7770aaa5

**Date:**       Sun, 07 Feb 2016 18:40:28
**Direction:**    Incoming
**File Name:**    ..\PIN_2bdce03b_im_2016020718532908\IMG_20160207_124018-2.jpg



- In 15 days as soon as he gets new water we will give him but he needs to remember that we are not in the rainy season so the cloud got very little water

Zepeda
- But that money is not for me and that thing about getting very little

# RIM image\jpeg File – PID 30538521

**This image was sent/received via Blackberry Messenger.**

UpdatedPin: 2bdce03b

Notified Pin(s): 7770aaa5

Date: Sun, 07 Feb 2016 18:40:47

Direction: Incoming

File Name: ..\PIN_2bdce03b_im_20160207185329008\IMG_20160207_124040-2.jpg



Zepeda

- But that money is not for me and that thing about getting very little water in the cloud hahaha that is funny he just needs to tell you in how much time and I will know it is fine to just give those 4 to finish

USDOJ-EDNY0000000192

197

BlackBerry Messenger Conversation
Conversation ID: TBMTSWFL
Message ID:        1230169462
Message Direction:            Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Mon, 08 Feb 2016 23:35:17
Subject:
Message Text:      Epp
Translation:       Hey
SB:        LMedina

Message ID:        179640528
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Mon, 08 Feb 2016 23:35:35
Subject:
Message Text:      Chequese el otro pin
Translation:       Check the other PIN
SB:        LMedina

Message ID:        179640531
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Mon, 08 Feb 2016 23:35:46
Subject:
Message Text:      Unas son del cabeza
Translation:       Some are from Cabeza's
SB:        LMedina

Message ID:        179640534
Message Direction:            Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Mon, 08 Feb 2016 23:35:49
Subject:
Message Text:      De yaka
Translation:       From Yaka
SB:        LMedina

Message ID:        1230169467
Message Direction:            Incoming
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770aaa5>
Date:      Mon, 08 Feb 2016 23:36:37
Subject:
Message Text:      Ya los lei
Translation:       I already read them
SB:        LMedina

Message ID        1230169471
Message Direction:            Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Mon, 08 Feb 2016 23:36:38
Subject:
Message Text:      Y le conteste pero no le llegan
Translation:       And I responded to him but he does not get them
SB:        LMedina

Message ID:        1230169475
Message Direction:            Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Mon, 08 Feb 2016 23:36:51

Subject:
Message Text:   Al padrino no le acompleto ni un millÃ⁴n creo ahorita
Translation:    I think I will not be able to gather not even a million for Padrino right now
SB:     LMedina

Message ID:     1230169478
Message Direction:      Incoming
To:     SAMANTA <2bdce03b>;
From:   SPARTACUS <7770aaa5>
Date:   Mon, 08 Feb 2016 23:36:57
Subject:
Message Text:   Apenas le acomplete los 4 pesos
Translation:    I just came up with the 4 pesos for him
SB:     LMedina

Message ID:     1230169481
Message Direction:      Outgoing
To:     SAMANTA <2bdce03b>
From:   SPARTACUS <7770AAA5>
Date:   Mon, 08 Feb 2016 23:37:05
Subject:
Message Text:   Deje veo pero no creo
Translation:    Let me see but I do not think so
SB:     LMedina

Message ID:     1230169484
Message Direction:      Outgoing
To:     SAMANTA <2bdce03b>
From:   SPARTACUS <7770AAA5>
Date:   Mon, 08 Feb 2016 23:37:11
Subject:
Message Text:   Al cabeza de yaka
Translation:    To Yaka's Cabeza
LMedina LMedina

Message ID:     1230169487
Message Direction:      Incoming
To:     SAMANTA <2bdce03b>;
From:   SPARTACUS <7770aaa5>
Date:   Mon, 08 Feb 2016 23:37:20
Subject:
Message Text:   Ocupo hablar con el urgente
Translation:    I need to talk to him urgently
SB:     LMedina

Message ID:     1230169490
Message Direction:      Outgoing
To:     SAMANTA <2bdce03b>
From:   SPARTACUS <7770AAA5>
Date:   Mon, 08 Feb 2016 23:37:43
Subject:
Message Text:   DÃgale q si estoy enterado
Translation:    Tell him that I am aware
SB:     LMedina

Message ID:     1230169493
Message Direction:      Incoming
To:     SAMANTA <2bdce03b>;
From:   SPARTACUS <7770aaa5>
Date:   Mon, 08 Feb 2016 23:37:47
Subject:
Message Text:   De su problema
Translation:    Of his problem
SB:     LMedina

Message ID:     179640542
Message Direction:      Incoming

USDOJ-EDNY0000000194

199

To:         SPARTACUS <7770aaa5>;
From:       SAMANTA <2bdce03b>
Date:       Mon, 08 Feb 2016 23:37:58
Subject:
Message Text:    AquÅ le digo entonces
Translation:     I'll let him know here then
SB:         LMedina


Message ID:      179640545
Message Direction:          Outgoing
To:         SPARTACUS <7770aaa5>
From:       SAMANTA <2BDCE03B>
Date:       Mon, 08 Feb 2016 23:38:01
Subject:
Message Text:    En caliente
Translation:     Right away
SB:         LMedina


Message ID:      1230169496
Message Direction:          Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Mon, 08 Feb 2016 23:38:03
Subject:
Message Text:    Q al saja se lo van a llevar si no se presenta
Translation:     That they will take Saja if he does not show up
LMedina: LMedina


Message ID:      1230169501
Message Direction:          Outgoing
To:         SAMANTA <2bdce03b>
From:       SPARTACUS <7770AAA5>
Date:       Mon, 08 Feb 2016 23:38:10
Subject:
Message Text:    TambiÅ©n al comandante gallardo de rosario
Translation:     As well as Commander Gallardo from Rosario
SB:         LMedina

# RIM image\jpeg File PID 30555602

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BDCE03B

Notified Pin(s): 7770aaa5

Date:          Mon, 08 Feb 2016 23:49:26

Direction:     Outgoing

File Name:     ..\PIN_2bdce03b_im_20160208235215891\IMG_20160208_174910-1.jpg



Zepeda:

- Don't tell me that it's been 3 hours he should not leave me alone because I never do that he should try he can do anything and I have no other way I have no one except for my godson
- Tell him to not abandon me
- I will reward him this year I will

USDOJ-EDNY0000000196



# RIM image\jpeg File PID 30555607

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2bdce03b

Notified Pin(s): 7770aaa5

Date:         Mon, 08 Feb 2016 23:49:32

Direction:    Incoming

File Name:    ..\PIN_2bdce03b_im_20160208235215891\IMG_20160208_174916-2.jpg



Zepeda:
- Godson
- Tell him to not abandon me
- I will reward him this year I will arrange everything

USDOJ-EDNY0000000197

BlackBerry Messenger Conversation
Conversation ID: VSSMKVPO

Message ID:            1230172876
Message Direction:              Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 10 Feb 2016 08:15:48
Subject:
Message Text:      =]Y
Translation:        =]Y
SB:        VFloriant


Message ID:1230172879
Message Direction:              Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 10 Feb 2016 08:15:53
Subject:
Message Text:      =-w
Translation:        =-w
SB:        VFloriant
Message ID:            179643465
Message Direction:              Incoming
To:        SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Wed, 10 Feb 2016 08:16:12
Subject:
Message Text:      Ya
Translation:        Already.
SB:        VFloriant


Message ID:            1230172882
Message Direction:              Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 10 Feb 2016 08:16:22
Subject:
Message Text:      Ya q
Translation:        Already what?
SB:        VFloriant


Message ID:            179643469
Message Direction:              Incoming
To:        SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Wed, 10 Feb 2016 08:16:33
Subject:
Message Text:      Ya estoy esperando aver
Translation:        I'm a ready waiting to see if.
SB:        VFloriant


Message ID:            179643472
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:16:35
Subject:
Message Text:      Si
Translation:        Yes.
SB:        VFloriant


Message ID:179643475
Message Direction:              Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:16:38

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Descanso
Translation:      I rest.
SB:               VFloriant

Message ID:179643478
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:16:40
Subject:
Message Text:     O me voy
Translation:      Or I leave.
SB:               VFloriant

Message ID:179643481
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:16:41
Subject:
Message Text:     Al df
Translation:      To DF.
SB:               VFloriant

Message ID:        1230172886
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 10 Feb 2016 08:16:50
Subject:
Message Text:     Ya estÃ¡ con la gente del padrino
Translation:      Are you with Padrino's people already?
SB:               VFloriant

Message ID:        179643485
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:21
Subject:
Message Text:     Los estoy esperando
Translation:      I'm waiting for them.
SB:               VFloriant

Message ID:179643488
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:26
Subject:
Message Text:     Me dijieron
Translation:      They told me.
SB:               VFloriant

Message ID:        1230172889
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 10 Feb 2016 08:17:26
Subject:
Message Text:     Ok
Translation:      Okay.
SB:               VFloriant

Message ID:        179643492
Message Direction:          Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION



To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:28
Subject:
Message Text:    Que me fuera
Translation:     To leave.
SB:        VFloriant

Message ID:        1230172892
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 10 Feb 2016 08:17:30
Subject:
Message Text:    Me manda msg
Translation:     Send me a message.
SB:        VFloriant

Message ID:        179643495
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:30
Subject:
Message Text:    Ala misma
Translation:     To the same.
SB:        VFloriant

Message ID:179643499
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:32
Subject:
Message Text:    Sentral
Translation:     Central.
SB:        VFloriant

Message ID:        1230172898
Message Direction:          Outgoing
To:        SAMANTA <2bdce03b>
From:      SPARTACUS <7770AAA5>
Date:      Wed, 10 Feb 2016 08:17:35
Subject:
Message Text:    Ya q este con ellos
Translation:     Once you're with them.
SB:        VFloriant

Message ID:        179643503
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:48
Subject:
Message Text:    Si yo le aviso
Translation:     Yes, I'll let you know.
SB:        VFloriant

Message ID:179643506
Message Direction:          Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:48
Subject:
Message Text:    En cuanto
Translation:     As soon as.
SB:        VFloriant

SHARED COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:179643509
Message Direction:        Outgoing
To:        SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 08:17:50
Subject:
Message Text:      Lleguen
Translation:       They arrive.
SB:        VFloriant

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: VSSMKVPO

Message ID:       1230172967
Message Direction:          Incoming
To:       SAMANTA <2bdce03b>;
From:     SPARTACUS <7770aaa5>
Date:     Wed, 10 Feb 2016 16:51:52
Subject:
Message Text:     Ya anda en uno
Translation:      Are you in one now?
SB:       VFloriant

Message ID:       179643746
Message Direction:          Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 10 Feb 2016 16:54:50
Subject:
Message Text:     Si ya me van a llevar
Translation:      Yes, they're going to take me now.
SB:       VFloriant

Message ID:       179643748
Message Direction:          Incoming
To:       SPARTACUS <7770aaa5>;
From:     SAMANTA <2bdce03b>
Date:     Wed, 10 Feb 2016 16:54:51
Subject:
Message Text:     Al df
Translation:      To DF.
SB:       VFloriant

Message ID:       179643751
Message Direction:          Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 10 Feb 2016 16:54:53
Subject:
Message Text:     Ahorita
Translation:      Right now.
SB:       VFloriant

Message ID:1230172992
Message Direction:          Incoming
To:       SAMANTA <2bdce03b>
From:     SPARTACUS <7770aaa5>
Date:     Wed, 10 Feb 2016 16:55:04
Subject:
Message Text:     Sigue en la perla
Translation:      Are you still at Perla?
SB:       VFloriant

Message ID:179643755
Message Direction:          Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>
Date:     Wed, 10 Feb 2016 16:55:17
Subject:
Message Text:     Si ya boy arriva
Translation:      Yes, I'm already on.
SB:       VFloriant

Message ID:179643758
Message Direction:          Outgoing
To:       SPARTACUS <7770aaa5>
From:     SAMANTA <2BDCE03B>

SHARED DO NOT COPY COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:      Wed, 10 Feb 2016 16:55:21
Subject:
Message Text:    De la camioneta
Translation:      The truck.
SB:      VFloriant

Message ID:179643761
Message Direction:          Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 16:55:24
Subject:
Message Text:    De estos amigos
Translation:      Of these guys.
SB:      VFloriant

Message ID:179643764
Message Direction:          Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 16:55:27
Subject:
Message Text:    En una
Translation:      In one.
SB:      VFloriant

Message ID:179643767
Message Direction:          Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 16:55:32
Subject:
Message Text:    Hora me pongo en el umo
Translation:      Hour I'll be at the smoke.
SB:      VFloriant

Message ID:      179643770
Message Direction:          Incoming
To:      SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Wed, 10 Feb 2016 16:55:37
Subject:
Message Text:    En lo que me llevan
Translation:      In the meantime they take me.
SB:      VFloriant

Message ID:      179643773
Message Direction:          Incoming
To:      SPARTACUS <7770aaa5>;
From:      SAMANTA <2bdce03b>
Date:      Wed, 10 Feb 2016 16:55:44
Subject:
Message Text:    Ala aviÃ³n que le compro usted
Translation:      To the airplane that you bought.
SB:      VFloriant

Message ID:      179643776
Message Direction:          Outgoing
To:      SPARTACUS <7770aaa5>
From:      SAMANTA <2BDCE03B>
Date:      Wed, 10 Feb 2016 16:55:47
Subject:
Message Text:    Al padrino
Translation:      For Padrino.
SB:      VFloriant

USDOJ-EDNY0000000203

BlackBerry Messenger Conversation
Conversation ID: QLXACDIS
Message ID:        1230174588
Message Direction:         Outgoing
To:        "clover" <2bd0d337>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 10 Feb 2016 21:55:18
Subject:
Message Text:        El padrino me ah quitado en 20 dias
Translation:        In 20 days, Padrino has taken from me
SB:        MPorta

Message ID:        1230174591
Message Direction:         Outgoing
To:        "clover" <2bd0d337>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 10 Feb 2016 21:55:22
Subject:
Message Text:        11 melones
Translation:        11 melons
SB:        MPorta

Message ID:        1230174594
Message Direction:         Outgoing
To:        "clover" <2bd0d337>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 10 Feb 2016 21:55:30
Subject:
Message Text:        Me quito asta lo de las vacas
Translation:        He even took from me what was for the cows
SB:        MPorta/LMedina

Message ID:        1230174597
Message Direction:         Outgoing
To:        "clover" <2bd0d337>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 10 Feb 2016 21:55:34
Subject:
Message Text:        Q mande a efra a comprar
Translation:        That I sent Efra to buy
SB:        MPorta

Message ID:        1230174600
Message Direction:         Outgoing
To:        "clover" <2bd0d337>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 10 Feb 2016 21:55:44
Subject:
Message Text:        A ver como le hago este fin de semana q lleguen
Translation:        We'll see what I do this coming weekend when they arrive.
SB:        MPorta

Message ID:        1230174603
Message Direction:         Outgoing
To:        "clover" <2bd0d337>
From:        SPARTACUS <7770AAA5>
Date:        Wed, 10 Feb 2016 21:55:46
Subject:
Message Text:        ='(
Translation:        ='(
SB:        MPorta

Message ID:        -79464438
Message Direction:         Incoming
To:        SPARTACUS <7770aaa5>;
From:        "clover" <2bd0d337>
Date:        Wed, 10 Feb 2016 22:01:23

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      ='( hay mamacita X_X ke punetones tan matonesss esos del padrino
Translation:       ='( Oh my God X_X what low blows from Padrino
SB:     .   MPorta

Message ID:        -79464435
Message Direction:        Outgoing
To:       SPARTACUS <7770aaa5>
From:     *clover* <2BD0D337>
Date:     Wed, 10 Feb 2016 22:01:35
Subject:
Message Text:      Y tan pegados pegadossss
Translation:       And back to back
SB:       MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File

## This image was sent/received via Blackberry Messenger.

**UpdatedPin:**   2BDCE03B

**Notified Pin(s):** 7770aaa5

**Date:**           Sat, 20 Feb 2016 17:31:52

**Direction:**      Outgoing

**File Name:**      ..\PIN_2bdce03b_im_20160220173319136\IMG_20160220_113117-1.jpg



#1732236 Samanta to Spartacus

Translation:
Zepeda

- Fine thank God, fine.
- There you go so you guys can arrange things with him.  His name is Antonio Gonzales 2BE71D77
- Who's is it because my uncle will ask that.

*SB: crios*

USDOJ-EDNY0000000206

210

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BDCE03B

Notified Pin(s): 7770aaaS

Date:        Sat, 20 Feb 2016 17:32:02

Direction:   Outgoing

File Name:    ..\PIN_2bdce03b_im_20160220173319136\IMG_20160220_113123-1.jpg



#1732240 Samanta to Spartacus

☺

- Whose is it because my uncle will ask that.

Zepeda

- That's the person of the boats.

*SB: crios*

USDOJ-EDNY0000000207

# RIM image\jpeg File             #1738758

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2BDCE03B

**Notified Pin(s):** 7770aaa5

**Date:**          Sun, 21 Feb 2016 19:41:19

**Direction:**     Outgoing

**File Name:**     ..\PIN_2bdce03b_im_20160221195118413\IMG_20160221_134057-1.jpg



Zepeda

- It's because bad thinking that they/you don't tell me. I am already setting that up. I am going to stop that better for some days and when lo man comes in we will give the other part. Let me get done with this meeting and you can count on that.

  *SB: crios*

USDOJ-EDNY0000000208

212

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bdce03b
Notified Pin(s): 7770aaa5

Date:          Wed, 02 Mar 2016 17:23:31
Direction:     Incoming
File Name:     ..\PIN_2bdce03b_im_20160302173145658\IMG_20160302_112317-2.jpg



Product ID #1826361

Zepeda

- Yes because he needs to work if not, there is going to be no money for anyone, tell the
  Sajarapulos. They will come this week that is coming up. This bad personnel  will come in so that
  you are on top of that.
  *SB: crios*

USDOJ-EDNY0000000209



Product ID #1826314

Zepeda:

- All right, the reason for this message is because my friend is waiting for you guys. I already have everything ready so that he leaves the same day if you would like just that they take it/him to Guadalajara early today because you won't be able to come.
  *SB: crios*



Product ID #1826318

Zepeda:

- ... just that they take it/him to Guadalajara early today because you won't be able to come. Just that it's rough on the road and it can affect me in a negative way. I know that they are men but the it's better to do things safe. I will take care of you guys and you guys take care of me. Agreed?
  *SB: crios*

USDOJ-EDNY0000000211

# RIM image\jpeg File

#1958827

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| **UpdatedPin:** | 2BE56D94 |
| **Notified Pin(s):** | 2bf10ab3 |
| **Date:** | Sun, 27 Mar 2016 00:09:11 |
| **Direction:** | Outgoing |
| **File Name:** | ..\PIN_2be56d94_im_20160328000027621\IMG_20160326_180848-1.jpg |



Zepeda

- Good afternoon. I am ready for early tomorrow.
- Just like last time, very early. Tell him that as soon as holy week passes, my friend and I will need a guide that will not spill the beans on anything to any of the ones that are going up with the guys.
- Please, if you can do that.
  *SB: crios*

USDOJ-EDNY0000000212

# RIM image\jpeg File

#1958831

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2BE56D94
**Notified Pin(s):** 2bf10ab3

**Date:** Sun, 27 Mar 2016 00:09:20
**Direction:** Outgoing
**File Naome:** ..\PIN_2be56d94_im_2016032800027621\IMG_20160326_180857-1.jpg



Zepeda
- Please, if you can do that.

☺ = ☺ ☺

- Yes, I already told my uncle that passing holy week you would be needing them

Zepeda
- Yes, because of holy...
- Week everything was stalled.
  *SB: crios*

USDOJ-EDNY0000000213



# RIM image\jpeg File

#1958835

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| **UpdatedPin:** | 2BE56D94 |
| **Notified Pin(s):** | 2bf10ab3 |
| **Date:** | Sun, 27 Mar 2016 00:18:03 |
| **Direction:** | Outgoing |
| **File Name:** | ..\PIN_2be56d94_im_20160328000027621\IMG_20160326_181756-1.jpg |



Zepeda

- Haha it's because I have time measured. Tell him that to get me out of this so that he can see my friend that it's fine with him so that he plays dumb and takes up your personnel and leaves them out of all of these operations.
- Tell him to help me out.
  *SB: crios*

USDOJ-EDNY0000000214



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2BE56D94

Notified Pin(s):   2bf10ab3

Date:          Wed, 06 Apr 2016 22:58:25

Direction:     Outgoing

File Name:     ..\PIN_2be56d94_im_20160406230949320\IMG_20160406_175730-1.jpg



Zepeda

- It's because this shouldn't be like this. Everything has it's time. Do you think or your uncle that I am not doing anything? One of the things that no one bothers you guys or go for you guys.  I have arranged your freedom from here from the top. That doesn't count. I have this year to make a structure well made...
  *SB: crios*

USDOJ-EDNY0000000215



# RIM image\jpeg File

## This image was sent/received via Blackberry Messenger.

**UpdatedPin:**   2BE56D94

**Notified Pin(s):**  2bf10ab3

**Date:**          Wed, 06 Apr 2016 22:58:34

**Direction:**     Outgoing

**File Name:**     ..\PIN_2be56d94_im_20160406230949320\IMG_20160406_175756-1.jpg



Zepeda

- I have this year to make a well-made structure for you guys that you guys have never had. I am going to make that structure, of course if you allow me. I won't let you guys out of my hand. We are a team. To fuck you guys over they need an order from me because they aren't just any dumb person. There is only one mistake that...
  *SB: crios*

USDOJ-EDNY0000000216



# RIM image\jpeg File

## This image was sent/received via Blackberry Messenger.

UpdatedPin:   2BE56D94

Notified Pin(s):  2bf10ab3

Date:          Wed, 06 Apr 2016 22:58:39

Direction:     Outgoing

File Name:     ..\PIN_2be56d94_im_20160406230949320\IMG_20160406_175802-1.jpg



Zepeda

- To fuck you guys over they need an order from me because they aren't just any dumb person. There is only one mistake that...
  *SB: crios*

USDOJ-EDNY0000000217

# RIM image\jpeg File

#2354341

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**    2BE56D94
**Notified Pin(s):**  2bf10ab3

**Date:**       Sat, 30 Apr 2016 17:16:22
**Direction:**   Outgoing
**File Name:**   ..\PIN_2be56d94_im_2016043017172930S\IMG_20160430_121537-1.jpg



Zepeda

- Haha okay, tell him if he can help me out with something today to give to the guys. I need to send buses with groceries so that they don't move until your uncle removes them but put them to work. Those are yours.
  *SB: crios*

USDOJ-EDNY0000000218

# RIM image\jpeg File

#2354329

## This image was sent/received via Blackberry Messenger.

UpdatedPin:     2BE56D94
Notified Pin(s): 2bf10ab3

Date:          Sat, 30 Apr 2016 17:07:04
Direction:     Outgoing
File Name:     ..\PIN_2be56d94_im_20160430171729305\IMG_20160430_120637-1.jpg



Zepeda

- And even more so now that we are in an operation. There aren't exact hours to let you/them know if there is anyone detained. It's not the same ever since I met you guys. I don't sleep well anymore just of thinking that. Just because of that I always have my means of communications close to me. You guys changed my life.
  *SB: crios*

USDOJ-EDNY0000000219

# RIM image\jpeg File

#2354325

## This image was sent/received via Blackberry Messenger.

**UpdatedPin:** 2BE56D94
**Notified Pin(s):** 2bf10ab3

**Date:** Sat, 30 Apr 2016 17:03:40
**Direction:** Outgoing
**File Name:** ..\PIN_2be56d94_im_20160430171729305\IMG_20160430_120300-1.jpg



Zepeda

- ...in my ear. That is how I sleep, you do that too, son.
- I am always on an emergency your uncle might have because we cannot have things go wrong. I am doing so many things that are going to benefit your uncle. Don't be dumb, I always have my means of communication next to my ear.

  **SB: crios**

USDOJ-EDNY0000000220



# RIM image\jpeg File
#2354321

### This image was sent/received via Blackberry Messenger.

**UpdatedPin:**    2BE56D94

**Notified Pin(s):**  2bf10ab3

**Date:**        Sat, 30 Apr 2016 17:03:33

**Direction:**     Outgoing

**File Name:**     ..\PIN_2be56d94_im_20160430171729305\IMG_20160430_120251-1.jpg



Zepeda

- Parts just tell him to support me to motivate the personnel so that we are all on the same channel and that way we can work very comfortably, they sleep very well with their phone in their ear. That is how I sleep, I know you sleep that way too, son.
- I am always on an emergency your uncle might have because we cannot have things go wrong. I am...
  *SB: crios*

USDOJ-EDNY0000000221

# RIM image\jpeg File
#2354317

## This image was sent/received via Blackberry Messenger.

**UpdatedPin:** 2BE56D94

**Notified Pin(s):** 2bf10ab3

**Date:** Sat, 30 Apr 2016 17:03:23

**Direction:** Outgoing

**File Name:** ..\PIN_2be56d94_im_20160430171729305\IMG_20160430_120244.jpg



Zepeda

- All right, let's just hope that it's where my men left it and don't worry I will leave all of the operation there in all of those places. Just tell him to support me to motivate the personnel to...
  *SB: crios*

USDOJ-EDNY0000000222

226

# RIM image\jpeg File

## This image was sent/received via Blackberry Messenger.

**UpdatedPin:**  2BE56D94

**Notified Pin(s):**  2bf10ab3

**Date:**  Sun, 01 May 2016 18:52:00

**Direction:**  Outgoing

**File Name:**  ..\PIN_2be56d94_im_20160501185738167\IMG_20160501_135143-1.jpg



#2369758 – Sent to Espartacus

*Zepeda – Good afternoon, I ask you in the best way possible to be on the lookout with the phone because there is going to be an operation and so they can be sending to you and to remind you to do the favor for me before 5, thank you.*

*SB: CMendoza*

USDOJ-EDNY0000000223

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BE56D94

Notified Pin(s):  2bf10ab3

Date:       Sun, 12 Jun 2016 19:19:21

Direction:   Outgoing

File Name:    ..\PIN_2bf10ab3_im_20160612192213058\IMG_20160612_141908-1.jpg



*#2818651 – Sent by Samanta*
*Translation: Zepeda – Available*

*Zepeda: I want you guys to give me a good explanation because they are reporting to me that my sons were going by a bridge when they shot at them from the hills and that they responded aggressively.  They killed 2 men/personnel and one wounded.*

*SB: CMendoza*

USDOJ-EDNY0000000224

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BE56D94

Notified Pin(s):   2bf10ab3

Date:        Sun, 12 Jun 2016 20:06:04

Direction:   Outgoing

File Name:    ..\PIN_2bf10ab3_im_20160612200838876\IMG_20160612_150243-1.jpg



*#2818789 – Sent by Samanta*
*Translation: Zepeda – Available*

*Zepeda: Look, I trust you guys, in my godson, but I don't want you guys to lie to me in the least, to tell me the truth no matter how strong it is and I will see what I can do.  In the meantime, with all that you have told me then we will...*

*SB: CMendoza*

USDOJ-EDNY0000000225

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2be56d94

Notified Pin(s):   2bf10ab3

Date:           Sun, 12 Jun 2016 20:06:18

Direction:      Incoming

File Name:      ..\PIN_2bf10ab3_im_20160612200838876\IMG_20160612_150251-1.jpg



*#2818793 – Sent by Samanta*
*Translation: Zepeda – Available*

*Zepeda: ... can do.  In the meantime, with all that you have told me then we will change those men and I will remove the one you say was there as a civilian.  Tell him if he can lend me 4 tomorrow very early to send a little gift to some that are over there.  What I will do today is I will change them all and tell them they are shit, that's what I will say, you don't say anything...*

*SB: CMendoza*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  2BE56D94

**Notified Pin(s):**  2bf10ab3

**Date:**  Sun, 12 Jun 2016 20:06:32

**Direction:**  Outgoing

**File Name:**  ..\PIN_2bf10ab3_im_20160612200838876\IMG_20160612_150544-1.jpg



*#2818797 – Sent by Samanta*
*Translation: Zepeda – Typing...*

*Zepeda: I will say, you don't say anything about that, their yours.*
*Zepeda: I am going to have strong operations, so then I am asking you in the best way*
*possible and without lies to say what points/scouts can't go so that these things don't*
*happen, because you guys said you didn't have anything in that damn ranch and not it turns*
*out  you did.   Come to an agreement and forgive me for the bad mood...*

*SB: CMendoza*

USDOJ-EDNY0000000227

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2BE56D94

**Notified Pin(s):**  2bf10ab3

**Date:**    Sun, 12 Jun 2016 20:16:36

**Direction:**   Outgoing

**File Name:**   ..\PIN_2bf10ab3_im_20160612202427208\IMG_20160612_151601-1.jpg



*#2818858 – Sent by Samanta*
*Translation: Zepeda – Available*

*...us and you didn't say anything.*

*Zepeda: I am going to believe my godson's explanation that you are giving me, I will put it aside but let me know so that these things don't happen, please.  The person from Tepic will leave tomorrow at you, you know...*

*SB: CMendoza*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2BE56D94

**Notified Pin(s):**   2bf10ab3

**Date:**   Sun, 12 Jun 2016 20:16:56

**Direction:**   Outgoing

**File Name:**   ..\PIN_2bf10ab3_im_20160612202427208\IMG_20160612_151611-1.jpg



*#2818862 – Sent by Samanta*
*Translation:  Zepeda – Available*

*Zepeda: ...things don't happen, please.  The person from Tepic will leave tomorrow at you,*
*you know what to do, tell my godson to trust in me, to let me know, I am with him to help*
*him, protect him or have there been strong operations over there? No, right? And there won't*
*be any as long as I am moving them to other places.*

*SB: CMendoza*

USDOJ-EDNY0000000229

233

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C248790

**Notified Pin(s):**   2bf10ab3

**Date:**   Wed, 22 Jun 2016 05:26:57

**Direction:**   Outgoing

**File Name:**   ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_002651-1.jpg



*#2930828 – Sent by Samanta*
*Translation:*

USDOJ-EDNY0000000231

235

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C248790

Notified Pin(s):    2bf10ab3

Date:    Wed, 22 Jun 2016 05:27:35

Direction:    Outgoing

File Name:    ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_002728-1.jpg



*#2930832 – Sent by Samanta*
*Translation:*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C248790

Notified Pin(s): 2bf10ab3

Date:         Wed, 22 Jun 2016 05:28:28

Direction:    Outgoing

File Name:    ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_002816-1.jpg



*#2930836 – Sent by Samanta*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C248790

**Notified Pin(s):**   2bf10ab3

**Date:**   Wed, 22 Jun 2016 05:31:44

**Direction:**   Outgoing

**File Name:**   ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_003138-1.jpg



*#2930840 – Sent by Samanta*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C248790

Notified Pin(s):  2bf10ab3

Date:          Wed, 22 Jun 2016 05:33:10

Direction:     Outgoing

File Name:     ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_003304-1.jpg



*#2930848 – Sent by Samanta*

USDOJ-EDNY0000000235

239

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2C248790

Notified Pin(s):  2bf10ab3

Date:          Wed, 22 Jun 2016 05:40:17

Direction:      Outgoing

File Name:      ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_004010-1.jpg



*#2930856 – Sent by Samanta*

USDOJ-EDNY0000000236

240

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C248790

Notified Pin(s):   2bf10ab3

Date:         Wed, 22 Jun 2016 05:45:11

Direction:     Outgoing

File Name:     ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_004504-1.jpg



#2930864 – Sent by Samanta

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2C248790

Notified Pin(s):   2bf10ab3

Date:             Wed, 22 Jun 2016 05:54:50

Direction:        Outgoing

File Name:        ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_005442-1.jpg



#2930868 – Sent by Samanta

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BF10AB3

Notified Pin(s):   2c227414

Date:        Wed, 22 Jun 2016 05:59:44

Direction:   Outgoing

File Name:   ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_005442-5.jpg



*#2930872 – Sent by Samanta*

USDOJ-EDNY0000000239

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C248790

Notified Pin(s): 2bf10ab3

Date:         Wed, 22 Jun 2016 06:09:01

Direction:    Outgoing

File Name:    ..\PIN_2bf10ab3_im_20160623001818017\IMG_20160622_010854-1.jpg



*#2930876 – Sent by Samanta*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C248790

**Notified Pin(s):**  2bf10ab3

**Date:**      Wed, 22 Jun 2016 20:49:40

**Direction:**   Outgoing

**File Name:**   ..\PIN_2bf10ab3_im_20160622205925584\IMG_20160622_154933-1.jpg



*#2928924 – Sent by Samanta*
*. – typing...*
- *Where*
- *Can they send the body*
- *Of that man*
- *That Loya killed*

- *Whatever you say, they can leave him at a funeral home and the funeral home can transfer him.*

*SB: CMendoza*

USDOJ-EDNY0000000241

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:      2C248790

Notified Pin(s): 2bf10ab3

Date:            Wed, 22 Jun 2016 20:53:59

Direction:       Outgoing

File Name:       ..\PIN_2bf10ab3_im_20160622205925584\IMG_20160622_155255-1.jpg



*#2928928 – Sent by Samanta*
*. – Available*
  - *...where do I send him*
  - *And once we talk we'll move Loya from his place and Buitre, he's the one that supervises. But I see all they do are stupidities.*

*Emoji*
  - *He says if you can leave him somewhere and let him know so they can go pick him or for the funeral home to and they can bury him right there.*
*SB: CMendoza*

USDOJ-EDNY0000000242

# RIM image\jpeg File

## This image was sent/received via Blackberry Messenger.

UpdatedPin:   2C248790

Notified Pin(s):   2bf10ab3

Date:            Wed, 22 Jun 2016 21:25:47

Direction:       Outgoing

File Name:       ..\PIN_2bf10ab3_im_20160622212737015\IMG_20160622_162517-1.jpg



#2929160 – Sent by Samanta
Translation:
Zepeda
- *Well yes why wouldn't they if they've already got one foot on the grave and another one in jail, but try to work things out there, but I'll still go after them.*
SB: CMendoza

USDOJ-EDNY0000000243

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BF10AB3

Notified Pin(s):  2c227414

Date:         Wed, 22 Jun 2016 21:29:40

Direction:    Outgoing

File Name:    ..\PIN_2bf10ab3_im_2016062214144741\IMG_20160622_162517-1.jpg



*#2929248 – Sent by Samanta*

*Translation:*
*Zepeda*

- *Well yes why wouldn't they if they've already got one foot on the grave and another one in jail, but try to work things out there, but I'll still go after them.*

*SB: CMendoza*

USDOJ-EDNY0000000244



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:      2bf10ab3
Notified Pin(s):  2bf80ea9

Date:            Wed, 22 Jun 2016 21:29:58
Direction:       Incoming
File Name:       ..\PIN_2bf80ea9_im_20160622214144741\IMG_20160622_162517 2.jpg



Product #2929216

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**      2C248790

**Notified Pin(s):**  2bf10ab3

**Date:**            Wed, 22 Jun 2016 21:37:43

**Direction:**       Outgoing

**File Name:**       ..\PIN_2bf10ab3_im_20160622214144741\IMG_20160622_163629-1.jpg



#2929256 – *Sent by Samanta*
*Translation:*
*Zepeda*
- *Yes, it is a lie, but Mayo and the sons of the low lives who are in jail and my godson's brother, the one he has in Guasabes and the one who likes to knock down planes that are in the state where you guys are, near the South side, everyone together except for my...*

*SB:MPorta*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2C248790

Notified Pin(s):  2bf10ab3

Date:           Wed, 22 Jun 2016 21:38:33

Direction:      Outgoing

File Name:      ..\PIN_2bf10ab3_im_2016062221144741\IMG_20160622_163638-1.jpg



*#2929260 – Sent by Samanta*
*Translation:*
*Zepeda*

- *...near the South side, everyone together, except for my godson, from there I will put in jail all of them together. The one who likes to take down helicopters, I already sent the order to kill him and from that arrangement we can get something good. That way you guys can move more in Sinaloa and help me try and arrange things so that you can take more land and more personnel so that you guys stop stealing and you guys can stop putting the blame...*

*SB: MPorta*

USDOJ-EDNY0000000247

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C248790

Notified Pin(s): 2bf10ab3

Date:          Wed, 22 Jun 2016 21:38:40

Direction:     Outgoing

File Name:     ..\PIN_2bf10ab3_im_20160622214144741\IMG_20160622_163647-1.jpg



*#2929264 – Sent by Samanta*
*Translation:*
*Zepeda*

- *...in Sinaloa and help me try and arrange things so that you can take more land and more personnel so that you guys stop stealing and you guys can stop putting the blame on my godson because whether you want it to or not, these things make its way to me. But don't worry, I am supporting you with the new government that will be coming into Sinaloa. I just didn't want to say anything until everything was all set.*

*SB: MPorta*

USDOJ-EDNY0000000248

252

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C248790

Notified Pin(s):  2bf10ab3

Date:         Wed, 22 Jun 2016 21:47:52

Direction:    Outgoing

File Name:     ..\PIN_2bf10ab3_im_20160622215550956\IMG_20160622_164743-1.jpg



#2929350 – Sent by Samanta
Translation:
Zepeda

- *What you can see, you don't ask about, but my godson has a big flaw. He doesn't remember about me. He never does it first, I send it to him. I always have to ask him for it and not even for myself, it's to give to different places. I don't keep any of it. Believe me, I don't get anything for myself.*
SB: MPorta

USDOJ-EDNY0000000249

253

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C248790

Notified Pin(s):   2bf10ab3

Date:          Wed, 22 Jun 2016 21:59:34

Direction:     Outgoing

File Name:     ..\PIN_2bf10ab3_im_20160622220953154\IMG_20160622_165924-1.jpg



*#2929415 – Sent by Samanta*
*Translation:*
*Zepeda*

- *Hahaha They don't have it, but I'm speaking to you honestly. I haven't taken one peso, everything is divided up. What I have done, I have done to help you so that they don't bug you guys. In fact, I am recommending you in Culiacan with a person in the government, but if he starts being foolish hahaha when will he give me anything.*

*SB: MPorta*

USDOJ-EDNY0000000250

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C248790

Notified Pin(s):  2bf10ab3

Date:          Wed, 22 Jun 2016 22:18:52

Direction:     Outgoing

File Name:     ..\PIN_2bf10ab3_im_20160622222408395\IMG_20160622_171832-1.jpg



#2929624 – Sent by Samanta
*Translation:*
*Zepeda*

- *Tell him that if he loves me, he would do me the favor of giving it to me. From the 30th for 2 weeks I'm going on vacation or, well, if he doesn't love me them have him show me a just a little bit of kindness.*
*SB: MPorta*

USDOJ-EDNY0000000251

SHARED PER COURT OR ER   NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C248790

Notified Pin(s):  2bf10ab3

Date:         Thu, 23 Jun 2016 04:27:24

Direction:     Outgoing

File Name:    ..\PIN_2bf10ab3_im_20160623043232000\IMG_20160622_232711-1.jpg



*#2933004 – sent by Samanta*

USDOJ-EDNY0000000253

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C248790

**Notified Pin(s):** 2bf10ab3

**Date:**        Thu, 23 Jun 2016 04:28:28

**Direction:**      Outgoing

**File Name:**      ..\PIN_2bf10ab3_im_20160623043232000\IMG_20160622_232821-1.jpg



*#2933008 – Sent by Samanta*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C248790

Notified Pin(s):  2bf10ab3

Date:          Thu, 23 Jun 2016 04:46:57

Direction:     Outgoing

File Name:     ..\PIN_2bf10ab3_im_20160623050039978\IMG_20160622_234650-1.jpg



*#2933062 – Sent by Samanta*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C248790

**Notified Pin(s):**   2bf10ab3

**Date:**   Thu, 23 Jun 2016 05:10:41

**Direction:**   Outgoing

**File Name:**   ..\PIN_2bf10ab3_im_20160623051441553\IMG_20160623_001034-1.jpg



*#2933196 – Sent by Samanta*

USDOJ-EDNY0000000256

# RIM image\jpeg File

#2962438

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| **UpdatedPin:** | 2C248790 |
| **Notified Pin(s):** | 2bf10ab3 |
| **Date:** | Tue, 28 Jun 2016 21:20:39 |
| **Direction:** | Outgoing |
| **File Name:** | ..\PIN_2bf10ab3_im_2016062821248636\IMG_20160628_162028-2.jpg |



Zepeda:

- It's because I am not asking because I know that it's a lot what you do for us but tell him to send me 3 and I will give him half to him. The person arrives today and will go back tomorrow at 8AM or 7AM. Please don't make him wait.  I will wait for your response. Thank you.



Product # 2963409

Zepeda

It's because the truth is I need to know because my friend also asked me to ask you for the favor but I want to give him something that Ahijado is going to send. That is why I want to know because it interest me please ask.

USDOJ-EDNY0000000258





Product 2963468

It's because I am not asking you for any

Because I know it's a lot what you do for us is enough but tell him to send 3 and I will give him half today the person is arriving today and tomorrow he/she is returning back at 8 am or at 7am. Please don't have him wait. I will wait for you response

Thank you.

Product ID 3132189

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:       -1768010840
Message Direction:        Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Fri, 05 Aug 2016 01:10:06
Subject:
Message Text:     Q paso
Translation:      What happened...
SB:       GFernandez

Message ID:       -1768010837
Message Direction:        Incoming
To:       SAMANTA <2c248790>;
From:     Iron Man <2c2b3cc9>
Date:     Fri, 05 Aug 2016 01:10:08
Subject:
Message Text:     Conmigo
Translation:      with me?
SB:       GFernandez

Message ID:       -1768010834
Message Direction:        Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Fri, 05 Aug 2016 01:10:09
Subject:
Message Text:     O de q pregunta el padrino
Translation:      Or what is that Padrino asking about?
SB:       GFernandez/ECastillo

Message ID:       311755131
Message Direction:        Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Fri, 05 Aug 2016 01:11:45
Subject:
Message Text:     No es que le dije que usted iva hablar con el le iva a mandar a decir unas cosas
Translation:      No it's becuase I told him that you were going to talk to him, he was going to send someone to tell you
some things.
SB:       GFernandez

USDOJ-EDNY0000000260

Product ID 3132234

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:        -1768010820
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Fri, 05 Aug 2016 01:27:27
Subject:
Message Text:        Ah sii
Translation:        Oh yes...
SB:        ECastillo

Message ID:        -1768010816
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Fri, 05 Aug 2016 01:27:27
Subject:
Message Text:        Mire dÃ¡gale q los gringos nos quieren chingar muy pronto q ganarÃ¡an con chingarme ami si entrarÃ¡ otro mÃ¡s violento y mandarÃ¡ mÃ¡s droga para EU
Translation:        Look, tell him that the Americans want to fuck us up soon, what are they going to win by getting me? Another guy, more violent, is going to send more drugs to the United States.
SB:        ECastillo

Message ID:        -1768010813
Message Direction:        Incoming
To:        SAMANTA <2c248790>;
From:        Iron Man <2c2b3cc9>
Date:        Fri, 05 Aug 2016 01:27:27
Subject:
Message Text:        Sii no hay de otra tratamos de ver la manera de cooperar con ellos y q nos dejen trabajar lo poco q hacemos nosotros
Translation:        If there is no other way, we can look into cooperating with them and they can let us work the little bit that we do.
SB:        ECastillo

Message ID:        -1768010809
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Fri, 05 Aug 2016 01:27:27
Subject:
Message Text:        No se si en su momento yo podrÃ¡ pasarles una lista de unos 30 o 40 personas q trabajan llevando heroÃna de aquÃ para EU
Translation:        I do not know, maybe at the right time I could give them a list of about 30 or 40 people who work transporting heroin from here to the United States.
SB:        ECastillo

Message ID:        -1768010805
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Fri, 05 Aug 2016 01:27:27
Subject:
Message Text:        Les convendrÃa mÃ¡s agarrar a 20 o 40 q llevan muchÃsimo mÃ¡s heroÃna q yooo porq es cosa q si me agarran o me matan otro ocuparÃ¡ mi lugar no se benefician en nada ellos
Translation:        It would be better for them to get 20 to 40 that take a lot more heroin than me, because if they get me or kill me another one will take my place and they would not benefit of anything.
SB:        ECastillo

Message ID:        -1768010802
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Fri, 05 Aug 2016 01:30:09

USDOJ-EDNY0000000261

265

Subject:
Message Text:     Quiero q me de un buen consejo el
Translation:      I want him to give me his advice.
SB:       ECastillo

Message ID:       -1768010799
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Fri, 05 Aug 2016 01:30:10
Subject:
Message Text:     Ami se me ase muy pronto para q nos busquen asÃ esos sres
Translation:      I think it is too soon for those men to look for us.
SB:       ECastillo

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Product ID 3132346

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:        -1768010749
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Fri, 05 Aug 2016 02:08:01
Subject:
Message Text:        Deje me muevo en eso
Translation:        Let me get moving on that...
SB:        ddelahanty

Message ID:        -1768010746
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Fri, 05 Aug 2016 02:08:01
Subject:
Message Text:        ver como le hago para no quedarle mal
Translation:        to see what I can do so I don't let you down.
SB:        ddelahanty

Message ID:        311755161
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Fri, 05 Aug 2016 02:10:34
Subject:
Message Text:        A qui le digo
Translation:        I will tell him here ...
SB:        ddelahanty

Message ID:        311755164
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Fri, 05 Aug 2016 02:10:49
Subject:
Message Text:        Dice que el ala 1 del medio dÁa tiene que estar con las personas y el dinero
Translation:        He is saying that at 1 in the afternoon he has to be with the people and the money...
SB:        ddelahanty

Message ID:        311755167
Message Direction:        Incoming
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2c248790>
Date:        Fri, 05 Aug 2016 02:10:55
Subject:
Message Text:        Para que la persona
Translation:        So the person ...
SB:        ddelahanty

Message ID:        311755170
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Fri, 05 Aug 2016 02:11:04
Subject:
Message Text:        Que les va a llegar tiene que llegar con el dinero
Translation:        ... that is going to arrive has to arrive with money.
SB:        ddelahanty

USDOJ-EDNY0000000263

Product ID 3132392

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:        -1768010743
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Fri, 05 Aug 2016 02:16:18
Subject:
Message Text:      Muy bien
Translation:       Very good.
SB:                GFernandez

Message ID:        -1768010740
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Fri, 05 Aug 2016 02:16:18
Subject:
Message Text:      Ya ando viendo eso
Translation:       I'm already looking into that.
SB:                GFernandez

Message ID:        311755173
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Fri, 05 Aug 2016 02:16:52
Subject:
Message Text:      Ya le dije
Translation:       I told him already.
SB:                GFernandez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS

Message ID:        311763031
Message Direction:         Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 16:21:08
Subject:
Message Text:      Viejo
Translation:       You old...
SB:      E. Mendoza

Message ID:        311763033
Message Direction:         Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 16:21:10
Subject:
Message Text:      Talegas
Translation:       swine...
SB:      E. Mendoza

Message ID:311763036
Message Direction:         Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 16:21:14
Subject:
Message Text:      De cochi me dice
Translation:       balls, let me know...
SB:      E. Mendoza

Message ID:311763039
Message Direction:         Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 16:21:17
Subject:
Message Text:      Si va al rancho
Translation:       if you're going to the ranch
SB:      E. Mendoza

Message ID:        311763042
Message Direction:         Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 16:21:21
Subject:
Message Text:      Por que quiero decirles
Translation:       because I want to let them know...
SB:      E. Mendoza

Message ID:        311763045
Message Direction:         Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 16:21:24
Subject:
Message Text:      Una cositas
Translation:       Some things.
SB:      E. Mendoza

Message ID:-1768002454
Message Direction:         Outgoing
To:      SAMANTA <2c248790>
From:    Iron Man <2C2B3CC9>

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:      Mon, 08 Aug 2016 16:21:36
Subject:
Message Text:      De q son
Translation:       That they are...
SB:        E. Mendoza

Message ID:-1768002452
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:21:39
Subject:
Message Text:      El de la politica
Translation:       The ones from politics.
SB:        E. Mendoza

Message ID:-1768002449
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:21:43
Subject:
Message Text:      Ami no me contesta
Translation:       They don't answer me.
SB:        E. Mendoza

Message ID:-1768002446
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:21:46
Subject:
Message Text:      Me deja en D
Translation:       It leaves me in D
SB:        E. Mendoza

Message ID:      -1768002443
Message Direction:         Incoming
To:        SAMANTA <2c248790>;
From:      Iron Man <2c2b3cc9>
Date:      Mon, 08 Aug 2016 16:21:51
Subject:
Message Text:      Desde el dÃa q le mande el regalo
Translation:       Ever since the day I sent the gift.
SB:        E. Mendoza

Message ID:      -1768002440
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:22:04
Subject:
Message Text:      Me dio las gracias le conteste y ya no supe nada de el
Translation:       He thanked me and I responded and never heard from him again.
SB:        E. Mendoza

Message ID:      311763051
Message Direction:         Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:22:07
Subject:
Message Text:      No ese no ese tampoco me a contestado
Translation:       No, not that one.  He doesn't respond to me either.
SB:        E. Mendoza

Message ID:      311763054

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:22:11
Subject:
Message Text:      El que me pasa el dato
Translation:       The one who sends me the information...
SB:        E. Mendoza


Message ID:        311763057
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:22:15
Subject:
Message Text:      Es el otro
Translation:       is a different one.
SB:        E. Mendoza


Message ID:        311763060
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:22:20
Subject:
Message Text:      Pero me dijo que andaba
Translation:       But he told me that he was...
SB:        E. Mendoza


Message ID:        311763063
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:22:22
Subject:
Message Text:      Fuera
Translation:       out.
SB:        E. Mendoza


Message ID:-1768002436
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:22:27
Subject:
Message Text:      Ah ok
Translation:       Ah, okay.
SB:        E. Mendoza


Message ID:311763067
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:22:29
Subject:
Message Text:      Que va a durar
Translation:       That he would be there...
SB:        E. Mendoza


Message ID:311763070
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:22:30
Subject:
Message Text:      DÃas
Translation:       for days.

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:        E. Mendoza

Message ID:-1768002432
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:22:48 .
Subject:
Message Text:      Y el padrino
Translation:       And the padrino...
SB:        E. Mendoza

Message ID:-1768002429
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:22:49
Subject:
Message Text:      Q dice
Translation:       What does he say?
SB:        E. Mendoza

Message ID:        -1768002426
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:22:55
Subject:
Message Text:      Nos vamos al monte ya
Translation:       We are going to the hills already.
SB:        E. Mendoza

Message ID:        311763075
Message Direction:            Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 16:22:57
Subject:
Message Text:      Y no es de la polÃtica con el estoy
Translation:       And he's not involved with politics. I am with him...
SB:        E. Mendoza

Message ID:        311763078
Message Direction:            Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 16:23:00
Subject:
Message Text:      Platicando
Translation:       just socializing.
SB:        E. Mendoza

Message ID        311763081
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:23:13
Subject:
Message Text:      Pero mÃjs vien era para desoavilarme
Translation:       But it was more like to distract myself.
SB:        E. Mendoza

Message ID:        311763084
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:23:25

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      Ahorita dice que le dirÃ¡
Translation:       Right now he says that he would let you know...
SB:      E. Mendoza


Message ID:      311763087
Message Direction:      Incoming
To:      Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 16:23:30
Subject:
Message Text:      30 minutos
Translation:      in 30 minutes...
SB:      E. Mendoza


Message ID:311763090
Message Direction:      Outgoing
To:      Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:23:32
Subject:
Message Text:      Para que
Translation:      So you...
SB:      E. Mendoza


Message ID:311763093
Message Direction:      Outgoing
To:      Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:23:35
Subject:
Message Text:      Me diga todo
Translation:      can tell me..
SB:      E. Mendoza


Message ID:311763096
Message Direction:      Incoming
To:      Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 16:23:37
Subject:
Message Text:      Ya
Translation:      already.
SB:      E. Mendoza


Message ID:311763099
Message Direction:      Outgoing
To:      Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:23:39
Subject:
Message Text:      Lo que querÃa
Translation:      Whatever you want.
SB:      E. Mendoza


Message ID:311763102
Message Direction:      Outgoing
To:      Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:23:48
Subject:
Message Text:      Explicarle
Translation:      To explain to you..
SB:      E. Mendoza


Message ID:      311763105
Message Direction:      Incoming

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:     Iron Man <2c2b3cc9>;
From:   SAMANTA <2c248790>
Date:   Mon, 08 Aug 2016 16:23:59
Subject:
Message Text:   Es decirle lo de MÃ©xico y que oyera gogo las
Translation:   It's to let you know about Mexico and so you can listen to Gogo talk about the...
SB:   E. Mendoza

Message ID:   311763108
Message Direction:   Outgoing
To:   Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Mon, 08 Aug 2016 16:24:08
Subject:
Message Text:   Partes que quieren que hagamo el movimiento
Translation:   the parts that they want us to do about the movement...
SB:   E. Mendoza

Message ID:   311763111
Message Direction:   Outgoing
To:   Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Mon, 08 Aug 2016 16:24:14
Subject:
Message Text:   Del df
Translation:   Of the DF/Mexico City.
SB:   E. Mendoza

Message ID:   -1768002418
Message Direction:   Outgoing
To:   SAMANTA <2c248790>
From:   Iron Man <2C2B3CC9>
Date:   Mon, 08 Aug 2016 16:24:20
Subject:
Message Text:   Ah para trabajar ya en el humo
Translation:   So we can work already in El Humo/Mexico City.
SB:   E. Mendoza

Message ID:   -1768002415
Message Direction:   Outgoing
To:   SAMANTA <2c248790>
From:   Iron Man <2C2B3CC9>
Date:   Mon, 08 Aug 2016 16:24:24
Subject:
Message Text:   Ya estÃ¡ gogo haya
Translation:   Gogo is already there.
SB:   E. Mendoza

Message ID:-1768002412
Message Direction:   Outgoing
To:   SAMANTA <2c248790>
From:   Iron Man <2C2B3CC9>
Date:   Mon, 08 Aug 2016 16:24:26
Subject:
Message Text:   Ya lo mande
Translation:   I already sent him.
SB:   E. Mendoza

Message ID:311763117
Message Direction:   Outgoing
To:   Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Mon, 08 Aug 2016 16:24:30
Subject:
Message Text:   Si
Translation:   Yes.
SB:   E. Mendoza

SHARED PURSUANT TO COURT ORDER_NOT FOR FURTHER DISTRIBUTION

Message ID:311763120
Message Direction:          Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 16:24:32
Subject:
Message Text:     Eso
Translation:      That way...
SB:        E. Mendoza

Message ID:        -1768002407
Message Direction:          Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:24:33
Subject:
Message Text:     Para q se junte con el chilango
Translation:      he can meet with the chilango.
SB:        E. Mendoza

Message ID:        -1768002404
Message Direction:          Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:24:45
Subject:
Message Text:     Y raÃ³nan raza para vender y para matar
Translation:      Gather people to so they can sell and to kill.
SB:        E. Mendoza

Message ID:        -1768002401
Message Direction:          Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:24:51
Subject:
Message Text:     Unos 6 chabalos con cortas
Translation:      About 6 guys with short ones.
SB:        E. Mendoza

Message ID:        311763126
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 16:25:15
Subject:
Message Text:     Ok
Translation:      Okay...
SB:        E. Mendoza

Message ID:311763129
Message Direction:          Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 16:25:17
Subject:
Message Text:     Fierro
Translation:      Right on.
SB:        E. Mendoza

Message ID:311763132
Message Direction:          Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 16:25:18
Subject:

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
Message Text:     Ya estÃ¡
Translation:      All right.
SB:       E. Mendoza
```

```
Message ID:-1768002397
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Mon, 08 Aug 2016 16:25:23
Subject:
Message Text:     Otra cosa
Translation:      Another thing...
SB:       E. Mendoza
```

```
Message ID:-1768002394
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Mon, 08 Aug 2016 16:25:29
Subject:
Message Text:     Usted q todo consigue
Translation:      For you to get everything...
SB:       E. Mendoza
```

```
Message ID:-1768002391
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Mon, 08 Aug 2016 16:25:32
Subject:
Message Text:     Me urge
Translation:      It's important.
SB:       E. Mendoza
```

```
Message ID:-1768002388
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Mon, 08 Aug 2016 16:25:36
Subject:
Message Text:     Esto
Translation:      This is.
SB:       E. Mendoza
```

```
Message ID:-1768002385
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Mon, 08 Aug 2016 16:25:42
Subject:
Message Text:     Trabaje ayer con una 22
Translation:      Yesterday I used a 22...
SB:       E. Mendoza
```

```
Message ID:-1768002382
Message Direction:          Incoming
To:       SAMANTA <2c248790>;
From:     Iron Man <2c2b3cc9>
Date:     Mon, 08 Aug 2016 16:25:48
Subject:
Message Text:     Con el sapo de la DEA
Translation:      with the DEA snitch.
SB:       E. Mendoza
```

```
Message ID:-1768002379
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
```

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:25:52
Subject:
Message Text:    Y no sirvio
Translation:       and he didn't work.
SB:        E. Mendoza


Message ID:-1768002376
Message Direction:         Incoming
To:        SAMANTA <2c248790>;
From:      Iron Man <2c2b3cc9>
Date:      Mon, 08 Aug 2016 16:25:57
Subject:
Message Text:    6 balasos en la cabeza
Translation:       6 shot to the head.
SB:        E. Mendoza


Message ID:-1768002373
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:26:04
Subject:
Message Text:    Y no le entro ninguno
Translation:       And none of them saturated.
SB:        E. Mendoza


Message ID:-1768002370
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:26:11
Subject:
Message Text:    Esta en el puerta de hierro
Translation:       He is at Puerta de Hierro.
SB:        E. Mendoza


Message ID:      -1768002367
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:26:24
Subject:
Message Text:    Ocupo un doctor o enfermera q trabaje ahi
Translation:       I need a doctor or nurse that works there.
SB:        E. Mendoza


Message ID:      -1768002364
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:26:37
Subject:
Message Text:    Para q le ponga un inyecciÃ³n q le darÃ¡ un paro
Translation:       So they can give him a shot to hook him up.
SBr        E. Mendoza


Message ID:      -1768002361
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:26:46
Subject:
Message Text:    Le darÃ© 150mil pesos al q lo haga
Translation:       I will give 150 thousand pesos to whoever does it.
SB:        E. Mendoza

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000273

277

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:       -1768002358
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:26:56
Subject:
Message Text:     Y todo estÃ¡ arreglado con el gobierno digales
Translation:      Everything has been taken care of with the government, tell them.
SB:        Mdelacruz

Message ID:       -1768002355
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:27:10
Subject:
Message Text:     No abra investigaciÃ³n el muriÃ³ de un paro y listo
Translation:      There won't be an investigation. He died of a heart attack and done.
SB:        Mdelacruz

Message ID:       -1768002352
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:27:36
Subject:
Message Text:     Yo ya tengo la inyecciÃ³n
Translation:      I already have the injection.
SB:        Mdelacruz

Message ID:       -1768002349
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 16:27:47
Subject:
Message Text:     Se le pone en el suero y no pasa nada
Translation:      It's put in the IV and nothing will happen.
SB:        Mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

**RIM image\jpeg File – PID #36894244**
**This image was sent/received via Blackberry Messenger.**
UpdatedPin:  2b9cdb58 – Sas [possibly Mario]
Notified Pin(s):  2c2b3cc9

Date:  Mon, 08 Aug 2016 17:46:35
Direction:  Incoming
File Name:  ..\PIN_2c2b3cc9_im_2016080817583068\IMG_20160808_124616-2.jpg



-Felipe Guzman is in room 212, second floor
-You can arrive there and go up on the elevator  and press  for the second floor
-If  security asks you say you are a relative and that you are going to see him
 if they ask for the name of the person who is going to have that person give another name

USDOJ-EDNY0000000276

**RIM image\jpeg File – PID #36894249**

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2b9cdb58 – Sas [possibly Mario]

Notified Pin(s): 2c2b3cc9

Date:           Mon, 08 Aug 2016 17:48:22

Direction:      Incoming

File Name:      ..\PIN_2c2b3cc9_im_2016080817583068\IMG_20160808_124812-2.jpg



He is reported in stable conditions

Ask Maldonado, he might have a police man outside the room

They told me so

That he had custody

Because of the wound from the gun shots

USDOJ-EDNY0000000277

**RIM image\jpeg File – PID #36894253**
**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2b9cdb58 – Sas [possibly Mario]

**Notified Pin(s):**   2c2b3cc9

**Date:**   Mon, 08 Aug 2016 17:50:04

**Direction:**   Incoming

**File Name:**   ..\PIN_2c2b3cc9_im_2016080817583068\IMG_20160808_124953-2.jpg



Galeno:

-You can enter anytime and put the injection on him

USDOJ-EDNY0000000278

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:        -1768001483
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:19:40
Subject:
Message Text:    Q le dicen
Translation:     What did they say ...
SB:        Mdelacruz

Message ID:        -1768001481
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:19:41
Subject:
Message Text:    Del jale
Translation:     about the job?
SB:        Mdelacruz

Message ID:        -1768001478
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:19:50
Subject:
Message Text:    Ya estÁ¡ en el cuarto de reposo
Translation:     He's already in the recovery room.
SB:        Mdelacruz

Message ID:        -1768001475
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:19:51
Subject:
Message Text:    En el segundo piso
Translation:     On the second floor
SB:        Mdelacruz

Message ID:        -1768001472
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:19:55
Subject:
Message Text:    Cuarto 212
Translation:     Room 212
SB:        Mdelacruz

Message ID:        311763531
Message Direction:        Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 18:20:17
Subject:
Message Text:    Pues ay le estÁ¡n diciendo al morro ahorita quedaron
Translation:     Well, they're telling the guy, they're going to let ...
SB:        Mdelacruz

Message ID:        311763534
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 18:20:19

USDOJ-EDNY0000000280

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

284

Subject:
Message Text:      De avisarme
Translation:       me know...
SB:        Mdelacruz

Message ID:        311763537
Message Direction:         Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 18:20:21
Subject:
Message Text:      En una hora
Translation:       in an hour.
SB:        Mdelacruz

Message ID:        -1768001452
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:20:53
Subject:
Message Text:      200mil le doy digale
Translation:       Tell him, I'll give him 200 thousand.
SB:        Mdelacruz        *

Message ID:        311763541
Message Direction:         Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 18:21:10
Subject:
Message Text:      A ver aquÃ le digo
Translation:       Okay, I'll tell him here...
SB:        Mdelacruz

Message ID:        311763544
Message Direction:         Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 18:21:12
Subject:
Message Text:      Que
Translation:       that ...
SB:        Mdelacruz

Message ID:        311763547
Message Direction:         Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 18:21:12
Subject:
Message Text:      200
Translation:       200.
SB:        Mdelacruz

Message ID:        -1768001446
Message Direction:         Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:21:40
Subject:
Message Text:      Ok
Translation:       Okay.
SB:        Mdelacruz

Message ID:        -1768001443
Message Direction:         Outgoing

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:21:41
Subject:
Message Text:    Es un jale limpio digales
Translation:     Tell them it's a clean job.
SB:        Mdelacruz

Message ID:       -1768001440
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:21:50
Subject:
Message Text:    Yo les darÃ© la inyeccion
Translation:     I'll give them the injection.
SB:        Mdelacruz

Message ID:       -1768001437
Message Direction:        Incoming
To:        SAMANTA <2c248790>;
From:      Iron Man <2c2b3cc9>
Date:      Mon, 08 Aug 2016 18:22:01
Subject:
Message Text:    Se la ponen y a los 20min, le darÃ¡ un paro
Translation:     They give it to him an din 20 minutes he'll have a heart attack.
SB:        Mdelacruz

Message ID:       -1768001434
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:22:03
Subject:
Message Text:    Y no paso nada ahÃ
Translation:     And nothing happened there.
SB:        Mdelacruz

Message ID:       311763551
Message Direction:        Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 18:22:20
Subject:
Message Text:    Si ya les dije eso.
Translation:     Yes, I already told them that.
SB:        Mdelacruz

Message ID:       311763554
Message Direction:        Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 18:22:25
Subject:
Message Text:    AquÃ lo estÃ¡n comensiendo
Translation:     They're here convincing him.
SB:        Mdelacruz

Message ID:       -1768001431
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:23:08
Subject:
Message Text:    Esta todo arreglado dÃgale
Translation:     Tell him everything is arranged.
SB:        Mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:       -1768001428
Message Direction:       Outgoing
To:       SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Mon, 08 Aug 2016 18:23:20
Subject:
Message Text:       El gobierno somos nosotros
Translation:       We are the government.
SB:       Mdelacruz

Message ID:       311763559
Message Direction:       Incoming
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2c248790>
Date:       Mon, 08 Aug 2016 18:23:27
Subject:
Message Text:       Si ya le dije eso Jajaja nada mÁjs que diga que si el pleve
Translation:       Yes, I already told him that. Hahaha. It's just for the guy to say yes.
SB:       Mdelacruz

Message ID:       -1768001424
Message Direction:       Outgoing
To:       SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Mon, 08 Aug 2016 18:23:30
Subject:
Message Text:       Yo dirÁ© q muriÁ³ de un paro y asÁ quedara
Translation:       I'll say that he dies from a heart attack and it'll stay like that.
SB:       Mdelacruz

Message ID:       -1768001421
Message Direction:       Outgoing
To:       SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Mon, 08 Aug 2016 18:23:44
Subject:
Message Text:       250mil le doy digale
Translation:       Tell him I'll give him 250 thousand.
SB:       Mdelacruz

Message ID:       -1768001418
Message Direction:       Incoming
To:       SAMANTA <2c248790>
From:       Iron Man <2c2b3cc9>
Date:       Mon, 08 Aug 2016 18:23:50
Subject:
Message Text:       Pero q se aviente el jale hoy
Translation:       But for him to do the job today.
SB:       Mdelacruz

Message ID:       311763563
Message Direction:       Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Mon, 08 Aug 2016 18:25:42
Subject:
Message Text:       Oiga
Translation:       Sir...
SB:       Mdelacruz

Message ID:       311763565
Message Direction:       Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Mon, 08 Aug 2016 18:25:44
Subject:

SHARED PURSUANT ORDER – NOT FOR FURTHER DISTRIBUTION

Message Text:    Y si mando
Translation:     and if I send ...
SB:      Mdelacruz

Message ID:      311763568
Message Direction:        Incoming
To:      Iron Man <2c2b3cc9>;
From:    SAMANTA <2c248790>
Date:    Mon, 08 Aug 2016 18:25:47
Subject:
Message Text:    A una persona
Translation:     a person ...
SB:      Mdelacruz

Message ID:      311763571
Message Direction:        Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 18:25:51
Subject:
Message Text:    A que se la ponga asÃ
Translation:     that give it to him like that ...
SB:      Mdelacruz

Message ID:      311763574
Message Direction:        Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Mon, 08 Aug 2016 18:25:52
Subject:
Message Text:    De una
Translation:     right now.
SB:      Mdelacruz

Message ID:      -1768001371
Message Direction:        Outgoing
To:      SAMANTA <2c248790>
From:    Iron Man <2C2B3CC9>
Date:    Mon, 08 Aug 2016 18:26:05
Subject:
Message Text:    Pues yo nunca eh ido
Translation:     Well I have never gone.
SB:      Mdelacruz

Message ID:      -1768001368
Message Direction:        Incoming
To:      SAMANTA <2c248790>;
From:    Iron Man <2c2b3cc9>
Date:    Mon, 08 Aug 2016 18:26:16
Subject:
Message Text:    Pero me dicen q hay guardias de esos desarmados
Translation:     But I've been told there are unarmed guards.
SB:      Mdelacruz

Message ID:      -1768001365
Message Direction:        Incoming
To:      SAMANTA <2c248790>;
From:    Iron Man <2c2b3cc9>
Date:    Mon, 08 Aug 2016 18:26:25
Subject:
Message Text:    Q le preguntan a donde va al entrar y con quien
Translation:     Have them ask him where he's entering through and with whom.
SB:      Mdelacruz

Message ID:      -1768001362
Message Direction:        Outgoing
To:      SAMANTA <2c248790>

USDOJ-EDNY0000000284

From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 18:26:27
Subject:
Message Text:      Y apuntan el nombre
Translation:       And write down the name.
SB:          Mdelacruz

Message ID:        311763581
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Mon, 08 Aug 2016 18:26:47
Subject:
Message Text:      Eso si
Translation:       That's right.
SB:          Mdelacruz

Message ID:        311763584
Message Direction:          Incoming
To:          Iron Man <2c2b3cc9>;
From:        SAMANTA <2c248790>
Date:        Mon, 08 Aug 2016 18:26:51
Subject:
Message Text:      Bueno aver ahorita
Translation:       Okay, we'll see right now.
SB:          Mdelacruz

Message ID:        -1768001356
Message Direction:          Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 18:26:57
Subject:
Message Text:      Ocupamos q trabaje ahÁ
Translation:       We need for him to work there.
SB:          Mdelacruz

Message ID:        -1768001353
Message Direction:          Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 18:27:05
Subject:
Message Text:      Entre al cuarto como a checarlo
Translation:       Enter the room like to check on him
SB:          Mdelacruz

Message ID:        -1768001350
Message Direction:          Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 18:27:18
Subject:
Message Text:      Y le pone la inyecciÁ³n para dolor y desinflamar
Translation:       and gives him the injection for the pain and inflamation.
SB:          Mdelacruz

Message ID:        -1768001347
Message Direction:          Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 18:27:27
Subject:
Message Text:      Y se sale hacer sus cosas normales
Translation:       and he gets out to do his normal things.
SB:          Mdelacruz

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1768001344
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 18:27:39
Subject:
Message Text:      En 20min, el va a darle un paro y no paso nada
Translation:       In 20 minutes he'll have a heart attack and nothing happened.
SB:        Mdelacruz

Message ID:        311763592
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 18:28:05
Subject:
Message Text:      EstÄ¡n checando deme chansa
Translation:       They're checking, give me a moment.
SB:        Mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File – PID #36896676

This image was sent/received via Blackberry Messenger.

| | |
|---|---|
| UpdatedPin: | 77709267 - CK |
| Notified Pin(s): | 2c2b3cc9 |
| Date: | Mon, 08 Aug 2016 20:21:49 |
| Direction: | Incoming |
| File Name: | ..\PIN_2c2b3cc9_im_20160808203234957\IMG-20160808-00007-2.jpg |



USDOJ-EDNY0000000287

# RIM image\jpeg File – PID #36896680

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 77709267 - CK
**Notified Pin(s):** 2c2b3cc9

**Date:** Mon, 08 Aug 2016 20:22:03
**Direction:** Incoming
**File Name:** ..\PIN_2c2b3cc9_im_20160808203234957\IMG-20160808-00008-2.jpg



This is possibly CK

# RIM image\jpeg File – PID 36896870

This image was sent/received via Blackberry Messenger.

| | |
|---|---|
| UpdatedPin: | 77709267 - CK |
| Notified Pin(s): | 2c2b3cc9 |
| Date: | Mon, 08 Aug 2016 20:42:36 |
| Direction: | Outgoing |
| File Name: | ..\PIN_2c2b3cc9_im_2016080820471483\IMG_20160808_143208-2.jpg |



USDOJ-EDNY0000000289

293

# RIM image\jpeg File – PID 36896970

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2c248790 – H9
**Notified Pin(s):** 2c2b3cc9

**Date:**         Mon, 08 Aug 2016 20:47:49
**Direction:**    Incoming
**File Name:**    ..\PIN_2c2b3cc9_im_20160808210125540\IMG_20160808_154723-2.jpg



Look here goes they don't have an extradition order yet but it's going that way now your uncle look this is urgent to us they are not going after you guys but I need you to give all the information on your neighbors

# RIM image\jpeg File – PID #36896973

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C248790
Notified Pin(s): 2c2b3cc9

Date:          Mon, 08 Aug 2016 20:53:38
Direction:     Outgoing
File Name:     ..\PIN_2c2b3cc9_im_20160808210125540\IMG_20160808_155311-1.jpg



Your uncle is being thrown under the bus he needs to be very careful they have protected witnesses
these person are signaling him out another thing he needs to send 3 now in order to give more to these
person and

USDOJ-EDNY0000000291



# RIM image\jpeg File – PID #36896978

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2C248790 – H9
**Notified Pin(s):** 2c2b3cc9

**Date:** Mon, 08 Aug 2016 20:53:48
**Direction:** Outgoing
**File Name:** ..\PIN_2c2b3cc9_im_20160808210125540\IMG_20160808_155317-2.jpg



another thing he needs to send 3 now in order to give more to these person and they could do the favor
of taking the objective away from me because they are going hard after you guys they will give us all the
information as long as we help them with the people in the USA too they're going to help you out with
whatever you need from the USA

USDOJ-EDNY0000000292

296

# RIM image\jpeg File – PID #36896982

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2c248790 – H9
**Notified Pin(s):** 2c2b3cc9

**Date:** Mon, 08 Aug 2016 21:01:34
**Direction:** Incoming
**File Name:** ..\PIN_2c2b3cc9_im_20160808210125540\IMG_20160808_160124-2.jpg



I'm will be sending in a couple days 300 elements or more but they're solely going to display a military exposition it will be after August 20 so that you don't get scared

USDOJ-EDNY0000000293

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS

Message ID:        311763827
Message Direction:          Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 20:53:59
Subject:
Message Text:      Boy a salir aver
Translation:       I am on my way to see...
SB:        Khernadnez

Message ID:        311763830
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 20:54:02
Subject:
Message Text:      Al enfermero
Translation:       The nurse...
SB:        Khernadnez

Message ID:311763833
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 20:54:06
Subject:
Message Text:      Son 250 verdad
Translation:       It's 250 right?
SB:        Khernadnez

Message ID:311763836
Message Direction:          Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 20:54:10
Subject:
Message Text:      Parese que se va aventar
Translation:       It seems like he may go
SB:        Khernadnez

Message ID:311763839
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 20:54:11
Subject:
Message Text:      El tiro
Translation:       For the job
SB:        Khernadnez

Message ID:-1768000919
Message Direction:          Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 20:55:00
Subject:
Message Text:      Sii 300mil les doy
Translation:       Yes, 300 thousand I'll give
SB:        Khernadnez

Message ID:-1768000916
Message Direction:          Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>

SHARED UNDER A PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Date:      Mon, 08 Aug 2016 20:55:09
Subject:
Message Text:      Si le ponen la inyecciÃ³n
Translation:       If they apply the injection
SB:        Khernadnez

Message ID:-1768000913
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 20:55:13
Subject:
Message Text:      Q tengo aquÃ yo
Translation:       That I have here
SB:        Khernadnez

Message ID:311763843
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 20:55:18
Subject:
Message Text:      Ok
Translation:       Okay...
SB:        Khernadnez

Message ID:      311763846
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 20:55:25
Subject:
Message Text:      AquÃ lo boy aver ahorita
Translation:       I am going to see him right now.
SB:        Khernadnez

Message ID:      311763849
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 20:55:26
Subject:
Message Text:      Alas 4
Translation:       At 4.
SB:        Khernadnez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:        -1768000909
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:10:49
Subject:
Message Text:      Jajaja
Translation:       Hahaha
SB:        Mdelacruz


Message ID:        -1768000906
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:11:00
Subject:
Message Text:      Me estaba baÃ±ando
Translation:       I was taking a shower.
SB:        Mdelacruz


Message ID:        -1768000903
Message Direction:            Incoming
To:        SAMANTA <2c248790>;
From:      Iron Man <2c2b3cc9>
Date:      Mon, 08 Aug 2016 21:11:02
Subject:
Message Text:      Ya sali
Translation:       I'm out.
SB:        Mdelacruz


Message ID:        -1768000900
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:11:10
Subject:
Message Text:      Valla ver eso de la inyecciÃ³n
Translation:       Go and see that about the injection.
SB:        Mdelacruz


Message ID:        -1768000897
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:11:17
Subject:
Message Text:      Esta en el cuarto 212
Translation:       He's in room 212.
SB:        Mdelacruz


Message ID:        -1768000894
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:11:31
Subject:
Message Text:      Felipe GuzmÃ¡n GuzmÃ¡n se llama
Translation:       His name is Felipe Guzman Guzman
SB:        Mdelacruz


Message ID:        -1768000891
Message Direction:            Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:11:47

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:   Hay PFP afuera porq chocaron y estÃ¡n curando a los heridos
Translation:     There's PFP outside because there was a crash and they're taking care of the injured.
SB:     Mdelacruz


Message ID:     -1768000888
Message Direction:      Outgoing
To:     SAMANTA <2c248790>
From:   Iron Man <2C2B3CC9>
Date:   Mon, 08 Aug 2016 21:11:55
Subject:
Message Text:   No piense q lo estÃ¡n cuidando
Translation:     Don't think they're guarding him.
SB:     Mdelacruz


Message ID:     311763904
Message Direction:      Outgoing
To:     Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Mon, 08 Aug 2016 21:12:32
Subject:
Message Text:   Ya estÃ¡ aquÃ le digo oiga para enseÃ±arle
Translation:     You got it. I'll tell him here sir so I can show him ...
SB:     Mdelacruz


Message ID:     311763907
Message Direction:      Outgoing
To:     Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Mon, 08 Aug 2016 21:12:35
Subject:
Message Text:   Lo de MÃ©xico
Translation:     that of Mexico.
SB:     Mdelacruz


Message ID:     311763910
Message Direction:      Incoming
To:     Iron Man <2c2b3cc9>;
From:   SAMANTA <2c248790>
Date:   Mon, 08 Aug 2016 21:12:37
Subject:
Message Text:   Si va
Translation:     If you go ...
SB:     Mdelacruz


Message ID:     311763913
Message Direction:      Incoming
To:     Iron Man <2c2b3cc9>;
From:   SAMANTA <2c248790>
Date:   Mon, 08 Aug 2016 21:12:40
Subject:
Message Text:   Para su rancho
Translation:     to your ranch ...
SB:     Mdelacruz


Message ID:     311763916
Message Direction:      Outgoing
To:     Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Mon, 08 Aug 2016 21:12:42
Subject:
Message Text:   Me dice
Translation:     tell me
SB:     Mdelacruz


Message ID:     311763919
Message Direction:      Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Mon, 08 Aug 2016 21:12:51
Subject:
Message Text:    Sirve que salgo un rato
Translation:     It'll do me good to get out for a while...
SB:          Mdelacruz


Message ID:      311763922
Message Direction:        Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Mon, 08 Aug 2016 21:12:53
Subject:
Message Text:    De aquÃ
Translation:     from here.
SB:          Mdelacruz


Message ID:      -1768000885
Message Direction:        Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 21:13:51
Subject:
Message Text:    Si voy a ir
Translation:     I am going.
SB:          Mdelacruz


Message ID:      -1768000882
Message Direction:        Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 21:13:59
Subject:
Message Text:    Pero quiero ver lo de este herido
Translation:     But I want to see that of this wounded guy...
SB:          Mdelacruz


Message ID:      -1768000880
Message Direction:        Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Mon, 08 Aug 2016 21:14:07
Subject:
Message Text:    Primero
Translation:     first.
SB:          Mdelacruz


Message ID:      311763940
Message Direction:        Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Mon, 08 Aug 2016 21:14:07
Subject:
Message Text:    Deje
Translation:     Let me ...
SB:          Mdelacruz


Message ID:      311763942
Message Direction:        Incoming
To:          Iron Man <2c2b3cc9>;
From:        SAMANTA <2c248790>
Date:        Mon, 08 Aug 2016 21:14:08
Subject:
Message Text:    Veo
Translation:     see ...
SB:          Mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        311763946
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Mon, 08 Aug 2016 21:14:13
Subject:
Message Text:      Ala enfermera
Translation:       the nurse
SB:        Mdelacruz

Message ID:        311763949
Message Direction:              Incoming
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 21:14:14
Subject:
Message Text:      Ahorita
Translation:       right now ...
SB:        Mdelacruz

Message ID:        311763952
Message Direction:              Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Mon, 08 Aug 2016 21:14:19
Subject:
Message Text:      Alas 4
Translation:       at 4.
SB:        Mdelacruz

Message ID:        -1768000877
Message Direction:              Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:14:36
Subject:
Message Text:      Muy bien
Translation:       All right.
SB:        Mdelacruz

Message ID:        -1768000874
Message Direction:              Incoming
To:        SAMANTA <2c248790>
From:      Iron Man <2c2b3cc9>
Date:      Mon, 08 Aug 2016 21:15:23
Subject:
Message Text:      La enreda toda
Translation:       Get her all tangled up.
SB:        Mdelacruz

Message ID:        -1768000871
Message Direction:              Outgoing
To:        SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Mon, 08 Aug 2016 21:15:30
Subject:
Message Text:      DÃgale todo arreglado con el gobierno
Translation:       Tell her everything is arranged with the the government.
SB:        Mdelacruz

SHARED - UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:          2b8a16f5

Notified Pin(s):     2c2b3cc9

Date:                Mon, 08 Aug 2016 22:41:00

Direction:           Incoming

File Name:           ..\PIN_2c2b3cc9_im_20160808224407034\IMG_20160808_173841-2.jpg



USDOJ-EDNY0000000300

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2B8A16F5

Notified Pin(s):  2c2b3cc9

Date:           Mon, 08 Aug 2016 22:41:02

Direction:      Outgoing

File Name:       ..\PIN_2c2b3cc9_im_20160808224407034\IMG_20160808_173803-1.jpg



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2B8A16F5

**Notified Pin(s):** 2c2b3cc9

**Date:**   Mon, 08 Aug 2016 22:41:03

**Direction:**   Outgoing

**File Name:**   ..\PIN_2c2b3cc9_im_20160808224407034\IMG_20160808_173742-0.jpg



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C2B3CC9

Notified Pin(s):   2b9cdb58

Date:         Mon, 08 Aug 2016 23:02:34

Direction:    Outgoing

File Name:    ..\PIN_2c2b3cc9_im_20160809002017781\IMG_20160808_165938-1.jpg



USDOJ-EDNY0000000303

# RIM image\jpeg File – PID 36904104

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:        77709267 - CK

Notified Pin(s):   2c2b3cc9

Date:              Tue, 09 Aug 2016 01:00:08

Direction:         Incoming

File Name:         ..\PIN_2c2b3cc9_im_20160809011204421\IMG_20160808_184952-2.jpg



# RIM image\jpeg File – PID #36904112

This image was sent/received via Blackberry Messenger.

UpdatedPin:   2c2b3cc9

Notified Pin(s):  77709267

Date:        Tue, 09 Aug 2016 01:03:44

Direction:     Incoming

File Name:    ..\PIN_2c2b3cc9_im_2016080901 1204421\IMG_20160808_190153-6.jpg





# RIM image\jpeg File – PID #36904120

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c2b3cc9

Notified Pin(s): 77709267

Date:          Tue, 09 Aug 2016 01:04:30

Direction:     Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160809011204421\IMG_20160808_190243-6.jpg



USDOJ-EDNY0000000306

# RIM image\jpeg File / PID-36956099

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c2b3cc9

Notified Pin(s): 2b7cad6e

Date:          Wed, 10 Aug 2016 22:00:00

Direction:     Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160811000358213\IMG_20160809_135714-2.jpg



This is urgent and I see that you have not told me anything I'm very worried trying to be in good standings and your uncle is as if nothing was happening another thing these people are saying that they have a person over there in USA and that it's been days that since the person that they sent outside had answered bit that is

USDOJ-EDNY0000000307

# RIM image\jpeg File / PID- 36956103

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c2b3cc9

Notified Pin(s):  2b7cad6e

Date:          Wed, 10 Aug 2016 22:00:42

Direction:     Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160811000358213\IMG_20160809_135751-2.jpg



Over there in USA and that it's been days that since the person that they sent outside had answered but that he is related to your case

I don't understand you but is happening is that my uncle was losing his head but

USDOJ-EDNY0000000308

312

# RIM image\jpeg File / PID-36956084

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2b93c180

**Notified Pin(s):** 2c2b3cc9

**Date:** Wed, 10 Aug 2016 20:37:21

**Direction:** Incoming

**File Name:** ..\PIN_2c2b3cc9_im_2016081100358213\IMG-20160810-00008-2.jpg



**Stolen cars at the Habal are insured**

USDOJ-EDNY0000000309

# RIM image\jpeg File \ PID-36956091

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:      2b890a44

Notified Pin(s): 2c2b3cc9

**Date:**           Wed, 10 Aug 2016 20:52:52

**Direction:**      Incoming

**File Name:**      ..\PIN_2c2b3cc9_im_2016081100358213\IMG-20160810-WA0107-2.jpg



USDOJ-EDNY0000000310

# RIM image\jpeg File \ PID-36956095

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2b890a44

Notified Pin(s):  2c2b3cc9

Date:          Wed, 10 Aug 2016 20:53:16

Direction:     Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160810-WA0110-2.jpg



USDOJ-EDNY0000000311

# RIM image\jpeg File \ PID-36955975

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2c248790
Notified Pin(s): 2c2b3cc9

Date:        Wed, 10 Aug 2016 01:07:22
Direction:   Incoming
File Name:    ..\PIN_2c2b3cc9_im_2016081100358213\IMG_20160809_200637-1.jpg



Zepeda

They're ready to end this once and for all I'm asking that you come to an agreement with the same person you guys already know how

Let me see let me ask

USDOJ-EDNY0000000312

# RIM image\jpeg File \PID-36955987

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:  2c1968ca

Notified Pin(s):  2c2b3cc9

Date:          Wed, 10 Aug 2016 01:48:26

Direction:    Incoming

File Name:    ..\PIN_2c2b3cc9_im_20160811000358213\IMG_20160809_194231-1.jpg



USDOJ-EDNY0000000313

# RIM image\jpeg File \PID-36955991

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C1968CA

**Notified Pin(s):**  2c2b3cc9

**Date:**         Wed, 10 Aug 2016 01:49:40

**Direction:**    Outgoing

**File Name:**    ..\PIN_2c2b3cc9_im_20160811000358213\IMG_20160809_194835-1.jpg



# RIM image\jpeg File \PID-36956015

**This image was sent/received via Blackberry Messenger.**

UpdatedPin: 25a1230e

Notified Pin(s): 2C2B3CC9

Date: Wed, 10 Aug 2016 04:11:16

Direction: Outgoing

File Name: ..\PIN_2c2b3cc9_im_2016081000358213\IMG-20160809-00011-1.jpg



# RIM image\jpeg File \ PID-36956019

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  25a1230e
**Notified Pin(s):**  2C2B3CC9

**Date:**  Wed, 10 Aug 2016 04:12:22
**Direction:**  Outgoing
**File Name:**  ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160809-00012-1.jpg



# RIM image\jpeg File \ PID-36956023

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     25a1230e

Notified Pin(s): 2C2B3CC9

Date:           Wed, 10 Aug 2016 04:15:35

Direction:      Outgoing

File Name:      ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160809-00013-1.jpg



USDOJ-EDNY0000000317

# RIM image\jpeg File \ PID-36956035

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2B93C180

Notified Pin(s): 2c2b3cc9

Date:            Wed, 10 Aug 2016 14:57:19
Direction:       Outgoing
File Name:       ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160810-WA000-1.jpg





# RIM image\jpeg File \ PID-36956039

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2b93c180

**Notified Pin(s):** 2c2b3cc9

**Date:**       Wed, 10 Aug 2016 14:57:29

**Direction:**  Incoming

**File Name:**  ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160810-WA001-1.jpg





USDOJ-EDNY0000000319

# RIM image\jpeg File \ PID-36956043

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2B93C180

**Notified Pin(s):**  2c2b3cc9

**Date:**          Wed, 10 Aug 2016 14:57:43

**Direction:**     Outgoing

**File Name:**    ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160810-WA002-1.jpg



# RIM image\jpeg File \ PID-36956051

**This image was sent/received via Blackberry Messenger.**

UpdatedPin: 2c248790
Notified Pin(s): 2c2b3cc9

Date: Wed, 10 Aug 2016 19:36:57
Direction: Incoming
File Name: ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160809-WA0007-1.jpg



# RIM image\jpeg File \ PID-36956055

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C248790
Notified Pin(s): 2c2b3cc9

Date:          Wed, 10 Aug 2016 19:37:05
Direction:     Outgoing
File Name:     ..\PIN_2c2b3cc9_im_20160811000358213\IMG-20160809-WA0008-1.jpg



USDOJ-EDNY0000000322

# RIM image\jpeg File \PID-36929911

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**    2C248790

**Notified Pin(s):** 2c2b3cc9

**Date:**        Tue, 09 Aug 2016 18:58:48

**Direction:**    Outgoing

**File Name:**    ..\PIN_2c2b3cc9_im_20160810002111708\IMG_20160809_135800-2.jpg



Message possibly forward by H9 to H2 possibly coming from Zepeda toH9

- He did not understand you but what happens is that my uncle is going around without his head but of course he is worried because of what is going on, I did not understand of what he said about the Americans.

Sepada:

- Not even my sender understood it but I will get that detail for you but that is urgent so these persons can take off now

# RIM image\jpeg File \ PID-36929914

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2C248790

Notified Pin(s): 2c2b3cc9

Date:           Tue, 09 Aug 2016 18:59:11
Direction:      Outgoing
File Name:      ..\PIN_2c2b3cc9_im_20160810002111708\IMG_20160809_135806-1.jpg



Message possibly forward by H9 to H2 possibly coming from Zepeda toH9
Sepeda:

- Not even my sender understood it but I will get that detail for you but that is urgent so these
  people can take off by tomorrow so I can be in peace I don't know if you understand me

USDOJ-EDNY0000000324

# RIM image\jpeg File \ PID-36978212

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**    2b8a16f5

**Notified Pin(s):** 2c2b3cc9

**Date:**           Thu, 11 Aug 2016 20:13:42

**Direction:**      Incoming

**File Name:**      ..\PIN_2c2b3cc9_im_20160811201658346\IMG_20160811_151234-2.jpg



USDOJ-EDNY0000000325

# RIM image\jpeg File \ PID-36978351

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**      2B8C3179
**Notified Pin(s):**  2c2b3cc9

**Date:**        Thu, 11 Aug 2016 20:27:54
**Direction:**   Outgoing
**File Name:**   ..\PIN_2c2b3cc9_im_2016081120325850\IMG_20160811_134300-2.jpg



# RIM image\jpeg File-PID 36982500

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c2b3cc9

Notified Pin(s): 2b93c180

Date:         Fri, 12 Aug 2016 00:06:01

Direction:    Incoming

File Name:    ..\PIN_2c2b3cc9_im_20160812000547292\IMG-20160811-WA001-2.jpg



Screen shot says that Rene Arteaga Garcia, aka La Rana falls dead in a shootout between him and
people from the Marines.

USDOJ-EDNY0000000327

# RIM Avatar File \ PID-37071218

**The intercepted target has received a Blackberry Messenger (BBM) Contact Display Picture from this BBM contact. This broadcast is system generated and does not indicate an active communication between the recipient and the intercepted target.**

UpdatedPin:    264feea4

Notified Pin(s): 2c2b3cc9

Date:          Mon, 15 Aug 2016 17:45:19

Direction:     Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160815175108306\unknown.jpg



Para ser grande en la vida,
solo necesitamos ser humildes
de corazon......ABL

USDOJ-EDNY0000000328

# RIM image\jpeg File \ PID-37071709

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2a8074c5

Notified Pin(s):   2c2b3cc9

Date:        Mon, 15 Aug 2016 18:22:48

Direction:    Outgoing

File Name:    ..\PIN_2c2b3cc9_im_2016081518244316O\IMG-20160815-00013-2.jpg



USDOJ-EDNY0000000329

# RIM image\jpeg File \ PID-37072312

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2a8074c5

Notified Pin(s): 2c2b3cc9

Date:         Mon, 15 Aug 2016 18:33:06

Direction:     Outgoing

File Name:    ..\PIN_2c2b3cc9_im_20160815183845879\IMG-20160815-00014-1.jpg



# RIM image\jpeg File \ PID-37077263

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2c248790

Notified Pin(s): 2c2b3cc9

Date:           Mon, 15 Aug 2016 20:27:39

Direction:      Incoming

File Name:      ..\PIN_2c2b3cc9_im_20160815203920249\IMG_20160815_152456-2.jpg



- That's good but not because of that I'm going to leave your uncle's friends alone but it is confirmed

- I really don't know let me ask

Zepeda
- Let's see ask him I was told my

# RIM image\jpeg File   /   PID-37077268

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c248790

Notified Pin(s): 2c2b3cc9

Date:          Mon, 15 Aug 2016 20:27:48

Direction:     Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160815203920249\IMG_20160815_152513-2.jpg



Zepeda

- Let's see ask him my friend told me that you told him that your uncle kidnapped a woman and that news killed me because my friend that's here with me asked him for a worldly favor and that he will do whatever favors you want that he wants to be with him on good terms being vigilant so that he doesn't get caught

USDOJ-EDNY0000000332

# RIM image\jpeg File  \  PID-37077271

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c248790

Notified Pin(s):  2c2b3cc9

Date:              Mon, 15 Aug 2016 20:28:12

Direction:       Incoming

File Name:      ..\PIN_2c2b3cc9_im_20160815203920249\IMG_20160815_152529-2.jpg



communication with him I have it with another person but I believe that even that person is good right now we're going to wait for to show signs of life on his own

Zepeda
* I tell my friend that and well the other one doesn't interest me your uncle sends to that one and I did not even know about it

USDOJ-EDNY0000000333

# RIM image\jpeg File \ PID-37078801

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2c2b3cc9

Notified Pin(s): 335ef020

Date:           Mon, 15 Aug 2016 21:25:00

Direction:      Incoming

File Name:      ..\PIN_2c2b3cc9_im_20160815214000666\IMG_00000002-0.jpg



Ivan Archivaldo

# RIM image\jpeg File – PID #37086173

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   7b1b8477 - LRN

Notified Pin(s): 2c2b3cc9

Date:         Mon, 15 Aug 2016 04:16:46

Direction:    Incoming

File Name:    ..\PIN_2c2b3cc9_im_20160816001444290\IMG_0973-0.JPG



USDOJ-EDNY0000000335

339

# RIM image\jpeg File – PID #37086175

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   7b1b8477

Notified Pin(s): 2c2b3cc9

Date:             Mon, 15 Aug 2016 04:16:47

Direction:      Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160816001444290\IMG_0974-0.JPG



USDOJ-EDNY0000000336

# RIM image\jpeg File – PID #37086249

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2928ebca - Jose

Notified Pin(s):  2c2b3cc9

Date:         Mon, 15 Aug 2016 20:48:42

Direction:    Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160816001444290\puerto%2520vayarta-1.jpg



USDOJ-EDNY0000000337

341

# RIM image\jpeg File – PID #37087330

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2c2b3cc9

Notified Pin(s): 2b7cad6e – Crixus

Date:          Tue, 16 Aug 2016 01:50:05

Direction:     Incoming

File Name:     ..\PIN_2c2b3cc9_im_20160816015250957\IMG_00000004-2.jpg



Possibly Alfredo or Kevin

# RIM image\jpeg File – PID #37087334

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c2b3cc9

Notified Pin(s):  2b7cad6e – Crixus

Date:        Tue, 16 Aug 2016 01:50:28

Direction:   Incoming

File Name:   ..\PIN_2c2b3cc9_im_20160816015250957\IMG_00000005-2.jpg



Possibly Alfredo or Kevin

USDOJ-EDNY0000000339

343

# RIM image\jpeg File – PID #37091536

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2c248790 – H9

**Notified Pin(s):** 2c2b3cc9

**Date:**   Tue, 16 Aug 2016 05:16:50

**Direction:**   Incoming

**File Name:**   ..\PIN_2c2b3cc9_im_20160816052346515\IMG_20160816_000454-2.jpg



USDOJ-EDNY0000000340

# RIM image\jpeg File – PID #37092562

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2c248790 – H9

Notified Pin(s):  2c2b3cc9

Date:         Tue, 16 Aug 2016 05:48:57

Direction:    Incoming

File Name:    ..\PIN_2c2b3cc9_im_20160816055311029\IMG_20160816_004759-2.jpg

## Cuando sientes que él cartel de Sinaloa esta apunto de acabarce



When you feel as if the Sinaloa Cartel is about to end

USDOJ-EDNY0000000341

345

# RIM image\jpeg File – PID #37093312

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2c2b3cc9

**Notified Pin(s):** 2c248790 – H9

**Date:** Tue, 16 Aug 2016 06:26:46

**Direction:** Incoming

**File Name:** ..\PIN_2c2b3cc9_im_20160816063639860\595274777_RUPFISUMFGUYEBE(1)-2.jpg



BlackBerry Messenger Conversation
Conversation ID: NLWQVEKS
Message ID:        311811243
Message Direction:        Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 17:40:22
Subject:
Message Text:     Andal
Translation:      Are you
SB:       AZ

Message ID:        311811245
Message Direction:        Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 17:40:22
Subject:
Message Text:     Anda por ay
Translation:      Are you around
SB:       AZ

Message ID:        311811247
Message Direction:        Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 17:40:22
Subject:
Message Text:     Usted
Translation:      You
SB:       AZ

Message ID:        311811486
Message Direction:        Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 18:08:01
Subject:
Message Text:     No le digo
Translation:      I am telling you
SB:       AZ

Message ID:        -1767964945
Message Direction:        Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 18:17:26
Subject:
Message Text:     Para correr
Translation:      To run
SB:       AZ

Message ID        -1767964948
Message Direction:        Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 18:17:26
Subject:
Message Text:     Q paso
Translation:      What happened
SB:       AZ

Message ID:        311811638
Message Direction:        Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 18:18:11

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      Nombre usted
Translation:        No you
SB:         AZ

Message ID:          311811641
Message Direction:            Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:18:23
Subject:
Message Text:      Ya anda muy mal ya no contesta
Translation:        Are very bad you do not answer me anymore
SB:         AZ

Message ID:          311811644
Message Direction:            Incoming
To:         Iron Man <2c2b3cc9>:
From:       SAMANTA <2c248790>
Date:       Wed, 24 Aug 2016 18:18:24
Subject:
Message Text:      Usted nada
Translation:        Nothing from you
SB:         AZ

Message ID:          311811647
Message Direction:            Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:18:25
Subject:
Message Text:      Anda bien mal
Translation:        You are very bad
SB:         AZ

Message ID:          311811650
Message Direction:            Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:18:39
Subject:
Message Text:      Ya se me olvidÃ³ pero no era nada inportante
Translation:        I already forgot but it was nothing important
SB:         AZ

Message ID:          -1767964925
Message Direction:            Outgoing
To:         SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Wed, 24 Aug 2016 18:19:05
Subject:
Message Text:      Desde las 7am
Translation:        Since 7 AM
SB:         AZ

Message ID:          -1767964922
Message Direction:            Outgoing
To:         SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Wed, 24 Aug 2016 18:19:05
Subject:
Message Text:      EstÃ¡n llegando verdes al aeropuerto
Translation:        Green ones are arriving to the airport
SB:         AZ

Message ID:          -1767964919
Message Direction:            Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 18:19:05
Subject:
Message Text:      Me salÃ de mi casa alas 8am
Translation:       I left my house at 8 AM
SB:          AZ


Message ID:        -1767964916
Message Direction:           Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 18:19:05
Subject:
Message Text:      Hay llegaron mas
Translation:       More arrived
SB:          AZ


Message ID:        311811684
Message Direction:           Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 18:21:56
Subject:
Message Text:      Y quien
Translation:       And who
SB:          AZ


Message ID:        311811687
Message Direction:           Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 18:21:59
Subject:
Message Text:      Es ese tan feo
Translation:       Is that ugly guy
SB:          AZ


Message ID:        -1767964892
Message Direction:           Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 18:22:43
Subject:
Message Text:      Alonso beltran
Translation:       Alonso Beltran
SB:          AZ


Message ID:        -1767964889
Message Direction:           Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 18:22:43
Subject:
Message Text:      Q es mio
Translation:       That is mine
SB:          AZ


Message ID:        -1767964886
Message Direction:           Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 18:22:44
Subject:
Message Text:      Pero en mi vida lo eh visto
Translation:       But I have never seen him in my life
SB:          AZ
```

SHARED - NOT FOR DISTRIBUTION - UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:          -1767964883
Message Direction:            Outgoing
To:        SAMANTA <2C248790>
From:      Iron Man <2C2B3CC9>
Date:      Wed, 24 Aug 2016 18:22:44
Subject:
Message Text:        Hay van por el del copete
Translation:         They are going for the guy with the toupee
SB:        AZ

Message ID:          311811713
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:23:04
Subject:
Message Text:        Jajajajaja
Translation:         Hahahaha
SB:        AZ

Message ID:          311811715
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:23:06
Subject:
Message Text:        Esta feo
Translation:         He is ugly
SB:        AZ

Message ID:          311811718
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:23:09
Subject:
Message Text:        El indio
Translation:         The Indian guy
SB:        AZ

Message ID:          311811721
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:23:16
Subject:
Message Text:        La neta oiga y que paso
Translation:         Honestly and what happened
SB:        AZ

Message ID:          311811724
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:23:19
Subject:
Message Text:        Con el dato de ayer
Translation:         With the information from yesterday
SB:        AZ

Message ID:          311811727
Message Direction:            Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:23:22
Subject:

USDOJ-EDNY0000000346

Message Text:     SaliÂª sierto de la mujer
Translation:     Was that thing with the woman true
SB:     AZ

Message ID:     311811730
Message Direction:     Outgoing
To:     Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 18:23:24
Subject:
Message Text:     Esta o no
Translation:     Are you there or not
SB:     AZ

Message ID:     -1767964871
Message Direction:     Outgoing
To:     SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 18:23:44
Subject:
Message Text:     Y esa vola de militares
Translation:     And that bunch of military
SB:     AZ

Message ID:     -1767964868
Message Direction:     Outgoing
To:     SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 18:23:44
Subject:
Message Text:     Q llegaron aque vienen
Translation:     What are they coming for
SB:     AZ

Message ID:     -1767964836
Message Direction:     Outgoing
To:     SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 18:27:06
Subject:
Message Text:     Eso
Translation:     That
SB:     AZ

Message ID:     -1767964833
Message Direction:     Outgoing
To:     SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 18:27:06
Subject:
Message Text:     Lo trabajar el mudo
Translation:     Could Mudo be working it
SB:     AZ

Message ID:     -1767964830
Message Direction:     Outgoing
To:     SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 18:27:07
Subject:
Message Text:     Andan checando ellos
Translation:     They are checking that
SB:     AZ

Message ID:     -1767964827
Message Direction:     Outgoing
To:     SAMANTA <2c248790>

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| From: | Iron Man <2C2B3CC9> |
| Date: | Wed, 24 Aug 2016 18:27:07 |
| Subject: | |
| Message Text: | Quiero saber lo q le preguntÀ© yoo |
| Translation: | I want to know what you asked him |
| SB: | AZ |

| | |
|---|---|
| Message ID: | -1767964824 |
| Message Direction: | Outgoing |
| To: | SAMANTA <2c248790> |
| From: | Iron Man <2C2B3CC9> |
| Date: | Wed, 24 Aug 2016 18:27:07 |
| Subject: | |
| Message Text: | Porq desde las 8 ando fuera de la ciudad causa de eso |
| Translation: | Because I have been out of the city since 8 due to that |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 311811741 |
| Message Direction: | Incoming |
| To: | Iron Man <2c2b3cc9>; |
| From: | SAMANTA <2c248790> |
| Date: | Wed, 24 Aug 2016 18:27:29 |
| Subject: | |
| Message Text: | Le estoy preguntando |
| Translation: | I am asking him |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 311811744 |
| Message Direction: | Outgoing |
| To: | Iron Man <2c2b3cc9> |
| From: | SAMANTA <2C248790> |
| Date: | Wed, 24 Aug 2016 18:27:32 |
| Subject: | |
| Message Text: | Al padrino |
| Translation: | Padrino |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 311811747 |
| Message Direction: | Outgoing |
| To: | Iron Man <2c2b3cc9> |
| From: | SAMANTA <2C248790> |
| Date: | Wed, 24 Aug 2016 18:27:36 |
| Subject: | |
| Message Text: | Por que los de aquÀ |
| Translation: | Because the ones from here |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 311811750 |
| Message Direction: | Outgoing |
| To: | Iron Man <2c2b3cc9> |
| From: | SAMANTA <2C248790> |
| Date: | Wed, 24 Aug 2016 18:27:38 |
| Subject: | |
| Message Text: | No me dicen |
| Translation: | Do not tell me |
| SB: | AZ |

| | |
|---|---|
| Message ID: | 311811753 |
| Message Direction: | Outgoing |
| To: | Iron Man <2c2b3cc9> |
| From: | SAMANTA <2C248790> |
| Date: | Wed, 24 Aug 2016 18:27:39 |
| Subject: | |
| Message Text: | Nada |
| Translation: | Nothing |
| SB: | AZ |

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        311811756
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:27:50
Subject:
Message Text:      Ya me esta
Translation:       He is
SB:        AZ


Message ID:        311811759
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:27:52
Subject:
Message Text:      Escriviendo
Translation:       Writing to me
SB:        AZ


Message ID:        311811761
Message Direction:              Incoming
To:        Iron Man <2c2b3cc9>;
From:      SAMANTA <2c248790>
Date:      Wed, 24 Aug 2016 18:27:59
Subject:
Message Text:      Y por quÁ© des de esa
Translation:       And since that
SB:        AZ


Message ID:        311811764
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:28:03
Subject:
Message Text:      Hora no me dijo
Translation:       Time he has not told me
SB:        AZ


Message ID:        311811768
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:41:28
Subject:
Message Text:      Que no ay problema
Translation:       That there is no problem
SB:        AZ


Message ID:        311811771
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:41:33
Subject:
Message Text:      Dice que van al vatallon
Translation:       He says they are going to the batallion
SB:        AZ


Message ID:        311811774
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 18:41:34
Subject:
Message Text:      Y unos

USDOJ-EDNY0000000349

Translation:       And some
SB:       AZ

Message ID:        311811777
Message Direction:         Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:41:37
Subject:
Message Text:       Los mandarÃ¡
Translation:       Will be sent
SB:       AZ

Message ID:        311811780
Message Direction:         Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:41:40
Subject:
Message Text:       Para la nosa sur
Translation:       To the South Nosa
SB:       AZ

Message ID:        311811783
Message Direction:         Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:41:46
Subject:
Message Text:       Dice que el ya sabe que en
Translation:       He says that he already knows that in
SB:       AZ

Message ID:        311811786
Message Direction:         Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:41:52
Subject:
Message Text:       Las partes de usted no deve de aver
Translation:       In your parts there should be no
SB:       AZ

Message ID:        311811789
Message Direction:         Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:41:54
Subject:
Message Text:       Operativo
Translation:       Operation
SB:       AZ

Message ID:        311811792
Message Direction:         Outgoing
To:       Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 18:41:58
Subject:
Message Text:       Que no se preocupe
Translation:       That you should not worry
SB:       AZ

Message ID:        -1767964798
Message Direction:         Outgoing
To:       SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>

USDOJ-EDNY0000000350

Date:       Wed, 24 Aug 2016 19:15:38
Subject:
Message Text:    Ok
Translation:     Ok
SB:         AZ


Message ID:      -1767964795
Message Direction:        Outgoing
To:         SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Wed, 24 Aug 2016 19:15:38
Subject:
Message Text:    Me tranquilizÂ¹ entonces
Translation:     I will calm down then
SB:         AZ


Message ID:      311811798
Message Direction:        Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:18:01
Subject:
Message Text:    Pues si
Translation:     Well yeah
SB:         AZ


Message ID:      311811800
Message Direction:        Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:18:05
Subject:
Message Text:    Pero usted
Translation:     But you
SB:         AZ


Message ID:      311811803
Message Direction:        Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:18:08
Subject:
Message Text:    Que va a estar a sustado
Translation:     That you will be scared
SB:         AZ


Message ID:      311811806
Message Direction:        Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:18:11
Subject:
Message Text:    Ni me pela
Translation:     You do not even acknowledge me
SB:         AZ


Message ID:      311811809
Message Direction:        Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:18:26
Subject:
Message Text:    Usted es rambo
Translation:     You are Rambo
SB:         AZ


Message ID:      311811812

USDOJ-EDNY0000000351

Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:18:26
Subject:
Message Text:        Solo termina con los boludos
Translation:        You just finish up with the balled ones
SB:        AZ

Message ID:        311811815
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:18:29
Subject:
Message Text:        Viejo talegas de ipopotamo
Translation:        Ugly old man from hippopotamus
SB:        AZ

Message ID:        -1767964759
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 19:18:44
Subject:
Message Text:        ='(
Translation:        ='(
SB:        AZ

Message ID:        -1767964756
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 19:18:48
Subject:
Message Text:        No apenas mencho y el menchito
Translation:        No barely Mencho and Menchito
SB:        AZ

Message ID:        -1767964753
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 19:18:48
Subject:
Message Text:        Tumban aviones
Translation:        Take down planes
SB:        PG

Message ID:        311811818
Message Direction:        Incoming
To:        Iron Man <2c2b3cc9>;
From:        SAMANTA <2c248790>
Date:        Wed, 24 Aug 2016 19:24:28
Subject:
Message Text:        Jajajajajajajajaja
Translation:        Hehehehe
SB:        PG

Message ID:        311811821
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:24:33
Subject:
Message Text:        Jajjajajajja
Translation:        Hehehe

SB:          PG

Message ID:          311811824
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:          SAMANTA <2C248790>
Date:          Wed, 24 Aug 2016 19:24:36
Subject:
Message Text:          Quiere que le conisga
Translation:          Do you want me to find you something
SB:          PG

Message ID:          311811827
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:          SAMANTA <2C248790>
Date:          Wed, 24 Aug 2016 19:24:40
Subject:
Message Text:          Uno de esos
Translation:          One of those
SB:          PG

Message ID:          311811830
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:          SAMANTA <2C248790>
Date:          Wed, 24 Aug 2016 19:24:40
Subject:
Message Text:          Le digo
Translation:          I can tell him
SB:          PG

Message ID:          311811833
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:          SAMANTA <2C248790>
Date:          Wed, 24 Aug 2016 19:24:41
Subject:
Message Text:          Al ruco
Translation:          The old guy
SB:          PG

Message ID:          311811851
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:          SAMANTA <2C248790>
Date:          Wed, 24 Aug 2016 19:31:42
Subject:
Message Text:          Dice que ala mejor
Translation:          He said maybe
SB:          PG

Message ID          311811853
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:          SAMANTA <2C248790>
Date:          Wed, 24 Aug 2016 19:31:45
Subject:
Message Text:          VendrÃ¡n
Translation:          Will come
SB:          PG

Message ID:          311811856
Message Direction:          Outgoing
To:          Iron Man <2c2b3cc9>
From:          SAMANTA <2C248790>
Date:          Wed, 24 Aug 2016 19:31:49

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      AquÃ a tepic
Translation:       Here in Tepic
SB:      PG


Message ID:        311811859
Message Direction:           Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Wed, 24 Aug 2016 19:31:54
Subject:
Message Text:      El padrino
Translation:       The Padrino
SB:      PG


Message ID:        -1767964699
Message Direction:           Outgoing
To:      SAMANTA <2C248790>
From:    Iron Man <2C2B3CC9>
Date:    Wed, 24 Aug 2016 19:32:11
Subject:
Message Text:      Quienn vendrÃ¡ a tepic
Translation:       Who is coming to Tepic
SB:      PG


Message ID:        311811863
Message Direction:           Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Wed, 24 Aug 2016 19:32:22
Subject:
Message Text:      PeÃ±a
Translation:       Pena
SB:      PG


Message ID:        311811866
Message Direction:           Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Wed, 24 Aug 2016 19:32:23
Subject:
Message Text:      Y de aquÃ
Translation:       And from here
SB:      PG


Message ID:        311811869
Message Direction:           Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Wed, 24 Aug 2016 19:32:24
Subject:
Message Text:      Se pasan
Translation:       They cross
SB:      PG


Message ID:        311811872
Message Direction:           Outgoing
To:      Iron Man <2c2b3cc9>
From:    SAMANTA <2C248790>
Date:    Wed, 24 Aug 2016 19:32:27
Subject:
Message Text:      A mazatlan
Translation:       To Mazatlan
SB:      PG


Message ID:        -1767964683
Message Direction:           Incoming

USDOJ-EDNY0000000354

To:        SAMANTA <2c248790>;
From:      Iron Man <2c2b3cc9>
Date:      Wed, 24 Aug 2016 19:33:30
Subject:
Message Text:    =-D ok
Translation:     =-D okay
SB:        PG


Message ID:        311811900
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:53
Subject:
Message Text:    Sticker recibido
Translation:     Sticker received
SB:        PG


Message ID:        311811902
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:54
Subject:
Message Text:    Sticker recibido
Translation:     Sticker received
SB:        PG


Message ID:        311811904
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:54
Subject:
Message Text:    Sticker recibido
Translation:     Sticker received
SB:        PG


Message ID:        311811906
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:54
Subject:
Message Text:    Sticker recibido
Translation:     Sticker received
SB:        PG


Message ID:        311811908
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:55
Subject:
Message Text:    Sticker recibido
Translation:     Sticker received
SB:        PG


Message ID:        311811910
Message Direction:          Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:55
Subject:
Message Text:    Sticker recibido
Translation:     Sticker received
SB:        PG

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        311811912
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:56
Subject:
Message Text:      Sticker recibido
Translation:       Sticker received
SB:        PG

Message ID:        311811914
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:57
Subject:
Message Text:      Sticker recibido
Translation:       Sticker received
SB:        PG

Message ID:        311811916
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:57
Subject:
Message Text:      Sticker recibido
Translation:       Sticker received
SB:        PG

Message ID:        311811918
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:57
Subject:
Message Text:      Sticker recibido
Translation:       Sticker received
SB:        PG

Message ID:        311811920
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:57
Subject:
Message Text:      Sticker recibido
Translation:       Sticker received
SB:        PG

Message ID:        311811922
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:58
Subject:
Message Text:      Sticker recibido
Translation:       Sticker received
SB:        PG

Message ID:        311811924
Message Direction:              Outgoing
To:        Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:33:58
Subject:

Message Text:   Sticker recibido
Translation:    Sticker received
SB:     PG

Message ID:     311811926
Message Direction:      Incoming
To:     Iron Man <2c2b3cc9>;
From:   SAMANTA <2c248790>
Date:   Wed, 24 Aug 2016 19:33:59
Subject:
Message Text:   Sticker recibido
Translation:    Sticker received
SB:     PG

Message ID:     311811928
Message Direction:      Outgoing
To:     Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Wed, 24 Aug 2016 19:33:59
Subject:
Message Text:   Sticker recibido
Translation:    Sticker received
SB:     PG

Message ID:     311811930
Message Direction:      Outgoing
To:     Iron Man <2c2b3cc9>
From:   SAMANTA <2C248790>
Date:   Wed, 24 Aug 2016 19:34:00
Subject:
Message Text:   Por que ya no me quiere viejo Guango si le atiendo todo vien
Translation:    Why do not love me old man, if I am always attending you
SB:     PG

Message ID:     -1767964675
Message Direction:      Incoming
To:     SAMANTA <2c248790>;
From:   Iron Man <2c2b3cc9>
Date:   Wed, 24 Aug 2016 19:36:07
Subject:
Message Text:   Como q me entiende todo bien
Translation:    Like you understand me well
SB:     PG

Message ID:     -1767964672
Message Direction:      Outgoing
To:     SAMANTA <2c248790>
From:   Iron Man <2C2B3CC9>
Date:   Wed, 24 Aug 2016 19:36:08
Subject:
Message Text:   Viejo cara de sapooo prieto lleno de garrapatas
Translation:    Old man with a face of a frog full of tiks
SB:     PG

Message ID:     -1767964669
Message Direction:      Outgoing
To:     SAMANTA <2c248790>
From:   Iron Man <2C2B3CC9>
Date:   Wed, 24 Aug 2016 19:36:08
Subject:
Message Text:   =))
Translation:    =))
SB:     PG

Message ID:     311811935
Message Direction:      Outgoing
To:     Iron Man <2c2b3cc9>

SHARED PURSUANT TO PROTECTIVE ORDER – NOT FOR FURTHER DISTRIBUTION

From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:36:52
Subject:
Message Text:       Todo lo que pide
Translation:        All that you ask for
SB:         PG

Message ID:         311811937
Message Direction:          Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:36:52
Subject:
Message Text:       Viejo
Translation:        Old man
SB:         PG

Message ID:         311811940
Message Direction:          Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:36:53
Subject:
Message Text:       Guango
Translation:        Loose
SB:         PG

Message ID:         -1767964659
Message Direction:          Outgoing
To:         SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Wed, 24 Aug 2016 19:38:29
Subject:
Message Text:       Quiere los 23mil dlls
Translation:        Do you want the 23 thousand dollars
SB:         PG

Message ID:         -1767964656
Message Direction:          Outgoing
To:         SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Wed, 24 Aug 2016 19:38:31
Subject:
Message Text:       O los quiere en pesos
Translation:        Or you want it in the way
SB:         PG

Message ID:         311811944
Message Direction:          Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:39:45
Subject:
Message Text:       Jajajajajaja
Translation:        Hehehe
SB:         PG

Message ID:         311811947
Message Direction:          Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:39:48
Subject:
Message Text:       Le digo que por que no me quiere
Translation:        I am telling you that you do not love me
SB:         PG

USDOJ-EDNY0000000358

Message ID:         311811950
Message Direction:              Incoming
To:         Iron Man <2c2b3cc9>;
From:       SAMANTA <2c248790>
Date:       Wed, 24 Aug 2016 19:39:48
Subject:
Message Text:       Eso
Translation:        That
SB:         PG

Message ID:         311811953
Message Direction:              Incoming
To:         Iron Man <2c2b3cc9>;
From:       SAMANTA <2c248790>
Date:       Wed, 24 Aug 2016 19:39:49
Subject:
Message Text:       Le digo
Translation:        I am telling you
SB:         PG

Message ID:         311811956
Message Direction:              Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:39:50
Subject:
Message Text:       Cree que todo en la vida
Translation:        You belive everything in life
SB:         PG

Message ID:         311811959
Message Direction:              Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:39:52
Subject:
Message Text:       Es dinero pero como quiera darmelos
Translation:        Is money but give them to me
SB:         PG

Message ID:         311811962
Message Direction:              Outgoing
To:         Iron Man <2c2b3cc9>
From:       SAMANTA <2C248790>
Date:       Wed, 24 Aug 2016 19:40:01
Subject:
Message Text:       En dÃ³lar o dinero mexicano
Translation:        In dollars or in Mexican money
SB:         PG

Message ID:         -1767964627
Message Direction:              Outgoing
To:         SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Wed, 24 Aug 2016 19:42:16
Subject:
Message Text:       Pos si no quiere no le doy nada y le regalo mÃ¡s amor del q tengo en me bello corazÃ³n
Translation:        But if you do not want I will not give you anything and give more love from my heart
SB:         PG

Message ID:         -1767964624
Message Direction:              Outgoing
To:         SAMANTA <2c248790>
From:       Iron Man <2C2B3CC9>
Date:       Wed, 24 Aug 2016 19:42:17
Subject:
Message Text:       Q esta lleno de amor el condenado

Translation:     Because is full of love
SB:      PG

Message ID:      311811966
Message Direction:      Incoming
To:      Iron Man <2c2b3cc9>
From:      SAMANTA <2c248790>
Date:      Wed, 24 Aug 2016 19:46:56
Subject:
Message Text:      Jajajajja es que se ocupo amor ternura y comprecion es lo mÁjs importante pero tanbien es importante regarlo con dinero
Translation:      Hehehe because love, tenure and comprehension is the more important and also gifts with money are important
SB:      PG

Message ID:      -1767964599
Message Direction:      Outgoing
To:      SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Wed, 24 Aug 2016 19:49:08
Subject:
Message Text:      =D
Translation:      =D
SB:      PG

Message ID:      311811969
Message Direction:      Outgoing
To:      Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:49:11
Subject:
Message Text:      Para que vea me arrimo donde me diga
Translation:      So you can see, I can go wherever you say
SB:      PG

Message ID:      -1767964579
Message Direction:      Incoming
To:      SAMANTA <2c248790>;
From:      Iron Man <2c2b3cc9>
Date:      Wed, 24 Aug 2016 19:51:32
Subject:
Message Text:      No apenas me darÁjn los dlls este fin de semana pero le pregunto para guardarle los suyos
Translation:      Barely they are go ng to give me the dollars this weekend but I am asking to keep yours safe
SB:      PG

Message ID:      -1767964576
Message Direction:      Outgoing
To:      SAMANTA <2c248790>
From:      Iron Man <2C2B3CC9>
Date:      Wed, 24 Aug 2016 19:51:33
Subject:
Message Text:      O darle pesos mexicanos
Translation:      Or to give Mexican dollar
SB:

Message ID:      311811974
Message Direction:      Outgoing
To:      Iron Man <2c2b3cc9>
From:      SAMANTA <2C248790>
Date:      Wed, 24 Aug 2016 19:52:02
Subject:
Message Text:      Jajajajajajaja pero mejor me loda
Translation:      Hehehe but it would be better if you could give it to me
SB:      PG

Message ID:      311811977
Message Direction:      Outgoing

To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:17
Subject:
Message Text:    Para el mes
Translation:     Of the month
SB:          PG

Message ID:       311811980
Message Direction:            Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:18
Subject:
Message Text:    Todo junto
Translation:     All together
SB:          PG

Message ID:       311811983
Message Direction:            Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:18
Subject:
Message Text:    Cuando me toca la mensualidad
Translation:     When is the monthly payment
SB:          PG

Message ID:       311811986
Message Direction:            Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:19
Subject:
Message Text:    Para alisinar
Translation:     To do accounts
SB:          PG

Message ID:       311811989
Message Direction:            Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:20
Subject:
Message Text:    Oye agarre
Translation:     To get
SB:          PG

Message ID:       311811992
Message Direction:            Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:28
Subject:
Message Text:    Un dineral y le dirÃ© ami vieja y al ruco
Translation:     It is a lot of money, I am going to tell my lady and the old man
SB:          PG

Message ID:       311811995
Message Direction:            Incoming
To:          Iron Man <2c2b3cc9>;
From:        SAMANTA <2c248790>
Date:        Wed, 24 Aug 2016 19:52:31
Subject:
Message Text:    Mire para que vean
Translation:     Look to see
SB:          PG

USDOJ-EDNY0000000361

Message ID:        311811998
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:34
Subject:
Message Text:        Lo que me paga
Translation:        He is not paying me
SB:        PG

Message ID:        -1767964566
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 19:52:35
Subject:
Message Text:        Jajaja
Translation:        Hehehe
SB:        PG

Message ID:        311812002
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:37
Subject:
Message Text:        El tÃo al mes
Translation:        The Tio at the month
SB:        PG

Message ID:        311812005
Message Direction:        Outgoing
To:        Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:52:43
Subject:
Message Text:        Tronadod
Translation:        Broke
SB:        PG

Message ID:        -1767964563
Message Direction:        Incoming
To:        SAMANTA <2c248790>;
From:        Iron Man <2c2b3cc9>
Date:        Wed, 24 Aug 2016 19:53:38
Subject:
Message Text:        Para el dÃa 2 o 3 del mes le doy la mensualidad y esos 23mil dlls viejo guango
Translation:        By the 2 or 3 day of the month I am going to give the monthly payment and is 23 thousand dollars
SB:        PG

Message ID:        -1767964560
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 19:53:40
Subject:
Message Text:        Entonces le darÃ© pesos para q se vea mas
Translation:        I am going to give it to you in pesos so it would look like a lot
SB:        PG

Message ID:        -1767964557
Message Direction:        Outgoing
To:        SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 19:53:41
Subject:

USDOJ-EDNY0000000362



Message Text:     Esq me dan pesos a 17 aquÃ
Translation:      Because I get the pesos at 17 over here
SB:     PG

Message ID:       311812008
Message Direction:          Incoming
To:       Iron Man <2c2b3cc9>;
From:     SAMANTA <2c248790>
Date:     Wed, 24 Aug 2016 19:54:01
Subject:
Message Text:     Ok
Translation:      Okay
SB:     PG

Message ID:       311812010
Message Direction:          Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 19:54:02
Subject:
Message Text:     Fierro
Translation:      Okay
SB:     PG

Message ID:       311812012
Message Direction:          Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 19:54:04
Subject:
Message Text:     Hermoso
Translation:      Beautiful
SB:     PG

Message ID:       -1767964553
Message Direction:          Outgoing
To:       SAMANTA <2c248790>
From:     Iron Man <2C2B3CC9>
Date:     Wed, 24 Aug 2016 19:54:06
Subject:
Message Text:     390mil del kilo mÃjs sus 150mil del mes =-D
Translation:      390 thousand more kilos your 150 thousand of the month =D
SB:     PG

Message ID:       311812016
Message Direction:          Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 19:54:07
Subject:
Message Text:     El 2 le chingo
Translation:      The 2 of the badass
SB:     PG

Message ID:       311812019
Message Direction:          Outgoing
To:       Iron Man <2c2b3cc9>
From:     SAMANTA <2C248790>
Date:     Wed, 24 Aug 2016 19:54:08
Subject:
Message Text:     Jajajajajaja
Translation:      Hehehe
SB:     PG

Message ID:       311812022
Message Direction:          Outgoing
To:       Iron Man <2c2b3cc9>

From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:54:29
Subject:
Message Text:    Jajajajaja no se por que me dejo
Translation:     Heheh I do not know but he left me
SB:          PG

Message ID:      311812025
Message Direction:        Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:54:30
Subject:
Message Text:    Como la paleta
Translation:     With the lollypop
SB:          PG

Message ID:      311812028
Message Direction:        Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:54:30
Subject:
Message Text:    Payaso
Translation:     Payaso
SB:          PG

Message ID:      311812031
Message Direction:        Outgoing
To:          Iron Man <2c2b3cc9>
From:        SAMANTA <2C248790>
Date:        Wed, 24 Aug 2016 19:55:06
Subject:
Message Text:    Ya con el palo vien ensartado y con la risa de oreja a oreja
Translation:     With the stick inserted and with the smile from ear to ear
SB:          PG

Message ID:      -1767964550
Message Direction:        Outgoing
To:          SAMANTA <2c248790>
From:        Iron Man <2C2B3CC9>
Date:        Wed, 24 Aug 2016 19:55:08
Subject:
Message Text:    (()
Translation:     (()

USDOJ-EDNY0000000364

368

# RIM image\jpeg File – PID 37473841

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:           2c248790

Notified Pin(s):      2c2b3cc9

Date:                 Wed, 31 Aug 2016 02:57:53

Direction:            Incoming

File Name:            ..\PIN_2c2b3cc9_im_20160831030502038\IMG_20160830_215657-2.jpg



- Federal support has been requested in Mazatlán in case your uncle has people then he needs to be very vigilant tell your uncle to send for the refreshments for my friend  and along the way to me well if he can if not then to send to my friend as a matter of fact do not tell him anything let it go better
- But that he does have to be vigilant if he has

USDOJ-EDNY0000000365

369

# RIM image\jpeg File – PID 37473845

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:          2c248790

Notified Pin(s):     2c2b3cc9

Date:                Wed, 31 Aug 2016 02:58:09

Direction:           Incoming

File Name:           ..\PIN_2c2b3cc9_im_20160831030502038\IMG_20160830_215703-2.jpg



los refrescos a mi amigo y de
pasada ami bueno si puede si no
que le mande a mi amigo es mas
no le diga nada dejelo mejor
Pero que si este al pendiente si tiene
gente en mazatlan si no tiene personal
entonces que duerma tranquilo yo le
digo a mi amigo que no se le puede
hacer el favor

along the way to me well if he can if not then to send to my friend as a matter of fact do not tell
him anything let it go better

• But he does need to be vigilant if he had people in Mazatlán if he doesn't have personnel there
then he can sleep calmly I will tell my friend that the favor cannot be done

USDOJ-EDNY0000000366

370

#3293584

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        661356990
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:26:47
Subject:
Message Text:      Viejo guango
Translation:       Loose old man.
SB:        S. Ruiz

Message ID:        661356992
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Wed, 19 Oct 2016 16:26:50
Subject:
Message Text:      Como anda
Translation:       How are you?
SB:        S. Ruiz

Message ID:        -1939405912
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Wed, 19 Oct 2016 16:27:14
Subject:
Message Text:      Al 100 y pasadito
Translation:       Great and more.
SB:        S. Ruiz

Message ID:        -1939405909
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:27:20
Subject:
Message Text:      Dijero jorge santa cruz
Translation:       like Jorge Santa Cruz would say
SB:        S. Ruiz/Khernandez

Message ID:        661356997
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:27:26
Subject:
Message Text:      EstAµn llamando a los ministeriales ala base
Translation:       They calling the attorneys to the base...
SB:        S. Ruiz

Message ID:        661357000
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:27:29
Subject:
Message Text:      Urgente a todos
Translation:       Urgent to everybody...
SB:        S. Ruiz

Message ID:        661357003
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>

USDOJ-EDNY0000000367

371

From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 16:27:42
Subject:
Message Text:       Les toca entrar alas 12
Translation:        They have to come in at 12...
SB:         S. Ruiz


Message ID:         661357006
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 16:27:48
Subject:
Message Text:       Y ya los estÁn llamando
Translation:        And they're calling them in already.
SB:         S. Ruiz


Message ID:         -1939405903
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:28:01
Subject:
Message Text:       Oiga pues a mi me siguen
Translation:        Hey, well i'm still not
SB:         S. Ruiz


Message ID:         -1939405900
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:28:04
Subject:
Message Text:       Sin entrar los pines
Translation:        receiving PIN's.
SB:         S. Ruiz


Message ID:         -1939405897
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:28:08
Subject:
Message Text:       Que estarÁ pasando
Translation:        What could be happening?
SB:         S. Ruiz


Message ID:         -1939405894
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:28:11
Subject:
Message Text:       Ya no me irÁn a contestar
Translation:        they are not going to answer me anymore..
SB:         S. Ruiz


Message ID:         -1939405891
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:28:15
Subject:
Message Text:       Estos weyes
Translation:        These dudes?
SB:         S. Ruiz

URTHER DISTRIBUTION.
R - NOT
SHARED PURSUOR

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3293638

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK

Message ID:        -1939405888
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:28:21
Subject:
Message Text:      Me dijo el amigo del sr que usted ya sabe
Translation:       The man's friend told me you already know...
SB:        Khernandez

Message ID:        -1939405885
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:28:35
Subject:
Message Text:      Me dice que van a mandar como a 300 elementos de pfp a mazatlan
Translation:       he tells me they are going to send around 300 elements from PFP to Mazatlan...
SB:        Khernandez

Message ID:        -1939405882
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:28:38
Subject:
Message Text:      Que va a ver algo
Translation:       that there is going to be something.
SB:        Khernandez

Message ID:        661357013
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:29:02
Subject:
Message Text:      Sii esos...
Translation:       Yes those...
SB:        Khernandez

Message ID:        661357016
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:29:08
Subject:
Message Text:      Se van a chingar a uno bueno
Translation:       are going to fuck up a good one...
SB:        Khernandez

Message ID:        661357019
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Wed, 19 Oct 2016 16:29:11
Subject:
Message Text:      No tardan
Translation:       it will not take long...
SB:        Khernandez

Message ID:        661357022
Message Direction:         Outgoing

SHARED FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 16:29:27
Subject:
Message Text:    Entre padrino y tÃo y el amigo ese
Translation:     between  Padrino, Tio and that friend
SB:         Khernandez


Message ID:        661357025
Message Direction:            Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Wed, 19 Oct 2016 16:29:33
Subject:
Message Text:    Algo estÃ¡n cazando
Translation:     they are hunting for something...
SB:         Khernandez


Message ID:        661357030
Message Direction:            Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 16:29:58
Subject:
Message Text:    Se quieren chingar una bestia carnuda y zangana
Translation:     they want to take down a stupid fleshy beast.
SB:         Khernandez


Message ID:        -1939405877
Message Direction:            Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:30:18
Subject:
Message Text:    Jajajaja
Translation:     hahahaah
SB:         Khernandez


Message ID:-1939405874
Message Direction:            Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:30:23
Subject:
Message Text:    Y yo creo que si
Translation:     and I think so too...
SB:         Khernandez


Message ID:-1939405871
Message Direction:            Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:30:27
Subject:
Message Text:    Y la verdad de echo
Translation:     and to be honest, in fact
SB:         Khernandez


Message ID:-1939405868
Message Direction:            Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:30:32
Subject:
Message Text:    Dijero que Ivan a pasar
Translation:     they said they would pass
SB:         Khernandez

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:-1939405865
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:30:33
Subject:
Message Text:    Por aqui
Translation:     through here...
SB:        Khernandez

Message ID:      -1939405862
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:30:38
Subject:
Message Text:    Pero van rumbo a mazatlan
Translation:     but are heading towards Mazatlan...
SB:        Khernandez

Message ID:      -1939405859
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:30:44
Subject:
Message Text:    Pero si los que no me contestan
Translation:     but if the ones that are not answering me...
SB:        Khernandez

Message ID:      -1939405856
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:30:49
Subject:
Message Text:    Los los ministeriales
Translation:     the local police...
SB:        Khernandez

Message ID:-1939405853
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:30:54
Subject:
Message Text:    Solo Aesta la flechita
Translation:     only the checkmark is there
SB:        Khernandez

Message ID:      661357041
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:30:57
Subject:
Message Text:    Ni carrillo
Translation:     Not even Carrillo?
SB:        Khernandez

Message ID:      -1939405850
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:31:20
Subject:

Message Text:   Si carrillo si
Translation:    Yes, Carrillo yes.
SB:    Khernandez

Message ID:   661357045
Message Direction:   Outgoing
To:    SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:    Wed, 19 Oct 2016 16:31:21
Subject:
Message Text:   Toñito
Translation:    Toñito.
SB:    Khernandez

Message ID:   -1939405846
Message Direction:   Outgoing
To:    THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 16:31:22
Subject:
Message Text:   Pero ese wey
Translation:    But that dude...
SB:    Khernandez

Message ID:   -1939405843
Message Direction:   Outgoing
To:    THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 16:31:27
Subject:
Message Text:   Ya ni va a la ministerial
Translation:    doesn't even go to the Local Police anymore
SB:    Khernandez

Message ID:   661357050
Message Direction:   Outgoing
To:    SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:    Wed, 19 Oct 2016 16:31:32
Subject:
Message Text:   Si contesta
Translation:    He does answer.
SB:    Khernandez

Message ID:   -1939405840
Message Direction:   Outgoing
To:    THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 16:31:33
Subject:
Message Text:   Ese hay lo poquito que se entera
Translation:    That one any little thing he finds out...
SB:    Khernandez

Message ID:   -1939405836
Message Direction:   Outgoing
To:    THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 16:31:39
Subject:
Message Text:   Que están que no caben
Translation:    that they are there and do not fit...
SB:    Khernandez

Message ID:   -1939405833
Message Direction:   Outgoing
To:    THOR <2b265027>

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:31:46
Subject:
Message Text:    Que se van a llevar a chuy amarrado
Translation:     that they are going to take Chuy tied up...
SB:         Khernandez

Message ID:      -1939405830
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:31:50
Subject:
Message Text:    Que no sale diciembre
Translation:     that he will not come out, December
SB:         Khernandez

Message ID:      -1939405827
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:32:07
Subject:
Message Text:    Si ese wey toda la vida
Translation:     Yes, that dude his whole life...
SB:         Khernandez

Message ID:-1939405824
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:32:10
Subject:
Message Text:    A a contestado
Translation:     has answered...
SB:         Khernandez

Message ID:-1939405821
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:32:18
Subject:
Message Text:    Anda para nabolato
Translation:     He is in Nabolato...
SB:         Khernandez

Message ID:      -1939405818
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:32:22
Subject:
Message Text:    Ya ve que ese pura amistad
Translation:     you see that one is pure friendship...
SB:         Khernandez

Message ID:      -1939405815
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:32:26
Subject:
Message Text:    Porque no le damos nada
Translation:     because we do not give him anything...
SB:         Khernandez

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939405812
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:32:29
Subject:
Message Text:      Ese si es amigo
Translation:       that one is a friend....
SB:        Khernandez

Message ID:        -1939405809
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 16:32:35
Subject:
Message Text:      A ese si lo debe de acomodar
Translation:       that one you should accomodate.
SB:        Khernandez

Message ID:        661357069
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Wed, 19 Oct 2016 16:32:45
Subject:
Message Text:      Sii la vdd
Translation:       to be honest, yes...
SB:        Khernandez

Message ID:        661357072
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:32:52
Subject:
Message Text:      Q lo vamos a poner de segundo en maza
Translation:       that we are going to put him up as second in Maza...
SB:        Khernandez

Message ID:        661357075
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 16:33:00
Subject:
Message Text:      Q sea el q mueva todo
Translation:       to be the one to move everything...
SB:        Khernandez

Message ID:        -1939405805
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Wed, 19 Oct 2016 16:33:10
Subject:
Message Text:      Ese si
Translation:       that one is...
SB:        Khernandez

Message ID:-1939405802
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Wed, 19 Oct 2016 16:33:14
Subject:
Message Text:      Es de arranque

Translation:       starting...
SB:       Khernandez

Message ID:       -1939405799
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:33:19
Subject:
Message Text:       Hay no vamos a batallar
Translation:       we won't struggle there.
SB:       Khernandez

Message ID:       661357079
Message Direction:       Incoming
To:       SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Wed, 19 Oct 2016 16:33:21
Subject:
Message Text:       En la ministerial
Translation:       at the local police.
SB:       Khernandez

Message ID:       -1939405795
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:33:27
Subject:
Message Text:       Para que nos entregue a la gente
Translation:       So he can turn in the people.
SB:       Khernandez

Message ID:       661357084
Message Direction:       Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 16:33:27
Subject:
Message Text:       DÃgale a carrillo
Translation:       Tell Carrillo...
SB:       Khernandez

Message ID:       661357088
Message Direction:       Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 16:33:36
Subject:
Message Text:       Q si se llegarÃ¡ a ofrecer si toÃ±ito
Translation:       that if needed, if Toñito...
SB:       Khernandez

Message ID:       -1939405791
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 16:33:37
Subject:
Message Text:       Ese si es cochino es un cochinaso
Translation:       That one is dirty, very dirty.
SB:       Khernandez

Message ID:       661357092
Message Direction:       Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

```
Date:        Wed, 19 Oct 2016 16:33:47
Subject:
Message Text:    Esta capacitado para ponerlo de segundo en maza
Translation:     is capable of being the second one in Maza.
SB:          Khernandez
```

```
Message ID:       -1939405786
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 16:34:02
Subject:
Message Text:    Pues le pregunto
Translation:     Well I will ask.
SB:          Khernandez
```

```
Message ID:       661357132
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 16:36:04
Subject:
Message Text:    Sii Porq ese loco esta pirata
Translation:     Yes because that fool is shady...
SB:          Khernandez
```

```
Message ID:       661357135
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 16:36:09
Subject:
Message Text:    Ese nos ayudarÃa mucho
Translation:     That one will help us out a lot..
SB:          Khernandez
```

```
Message ID:       661357139
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 16:36:46
Subject:
Message Text:    Nada mÃ¡s q no la riegue para q no lo quiten rÃ¡pido lo q es el trabajo y lo q lo mandemos hacer con
permiso de los de la polÃtica =-D
Translation:     the only thing is for him to not mess up, to not have him removed fast in regards to work and whatever we
send him to do with the politicians permission=-D
SB:          Khernandez
```

```
Message ID:       -1939405783
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 16:37:19
Subject:
Message Text:    Sí asÃ es
Translation:     Yes that's right.
SB:          Khernandez
```

```
Message ID:-1939405780
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 16:37:23
Subject:
Message Text:    Pues le pregunto a este
Translation:     Well I will ask this one...
SB:          Khernandez
```

SHARED PURSUANT TO A PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939405777
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 16:37:29
Subject:
Message Text:        Loco que referencia me da
Translation:        fool what reference he gives me..
SB:        Khernandez


Message ID:        -1939405774
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 16:37:38
Subject:
Message Text:        Ya sabemos que el bato es de arranque
Translation:        we already know that guy is a starter.
SB:        Khernandez


Message ID:        661357151
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Wed, 19 Oct 2016 16:37:50
Subject:
Message Text:        Así es
Translation:        That is right..
SB:        Khernandez


Message ID:        661357154
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 16:38:15
Subject:
Message Text:        Solo q carrillo diga si esta capacitado toÃ±ito
Translation:        Just for Carrillo to say that Toñito is capable..
SB:        Khernandez


Message ID:        661357157
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 16:38:20
Subject:
Message Text:        Para tenerlo de segundo
Translation:        to have him as a second..
SB:        Khernandez


Message ID:        661357160
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 16:38:33
Subject:
Message Text:        Y si no es segundo serÃ¡ tercero pero serÃ¡ el q mande a todos =))
Translation:        and if he is not second then third but he will be the one in charge of everyone=))
SB:        Khernandez


Message ID:        -1939405769
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 16:39:04
Subject:

SHARED UNDER ORDER – NOT FOR FURTHER DISTRIBUTION

Message Text:    Si ese loco si
Translation:     Yes that fool yes...
SB:      Khernandez

Message ID:-1939405766
Message Direction:         Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 16:39:10
Subject:
Message Text:    Ese loco la neta
Translation:     That fool honestly...
SB:      Khernandez

Message ID:-1939405763
Message Direction:         Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 16:39:13
Subject:
Message Text:    Siempre ha estado hay
Translation:     has always been there.
SB:      Khernandez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3294029

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK

Message ID:       -1939405761
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:36:36
Subject:
Message Text:     Oiga
Translation:      Listen...
SB:        Khernandez

Message ID:       -1939405758
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Wed, 19 Oct 2016 17:36:58
Subject:
Message Text:     Se a cuerda que le dije del vato que va a un gym que me dijo el Michel que le dijo al del gym
Translation:      do you remember I told you about the guy that goes to a gym that Michel told me that he told the one from
the gym...
SB:        Khernandez

Message ID:       -1939405755
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Wed, 19 Oct 2016 17:37:01
Subject:
Message Text:     Que si estuviera
Translation:      that if he was
SB:        Khernandez

Message ID:       -1939405752
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:37:09
Subject:
Message Text:     Con los de aquÁ trabajando se muere de
Translation:      with the ones I om here working , he would die of
SB:        Khernandez

Message ID:       -1939405749
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:37:11
Subject:
Message Text:     Hambre
Translation:      hunger.
SB:        Khernandez

Message ID:       661357736
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 17:37:24
Subject:
Message Text:     Sii
Translation:      Yes
SB:        Khernandez

Message ID:661357739

USDOJ-EDNY0000000380

Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 17:37:33
Subject:
Message Text:     Quien es ese culero
Translation:      Who is that fucker?
SB:        Khernandez


Message ID:        -1939405744
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:37:43
Subject:
Message Text:     Vine por unos tacos capiado con mi seÃ±ora
Translation:      I came for some tacos with my lady...
SB:        Khernandez


Message ID:        -1939405741
Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Wed, 19 Oct 2016 17:37:47
Subject:
Message Text:     AquÃ estÃ¡
Translation:      he is here...
SB:        Khernandez


Message ID:        -1939405738
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:37:49
Subject:
Message Text:     Comiendo
Translation:      eating...
SB:        Khernandez


Message ID:-1939405735
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:37:52
Subject:
Message Text:     Tacos
Translation:      tacos.
SB:        Khernandez


Message ID:        -1939405732
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:37:55
Subject:
Message Text:     Tray
Translation:      He has...
SB:        Khernandez


Message ID:        -1939405729
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:38:08
Subject:
Message Text:     Nose que carro trai pero aquÃ estÃ¡
Translation:      I don't know what care he has but he is here.

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:       Khernandez

Message ID:      -1939405726
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:38:18
Subject:
Message Text:    El vato es un prieto con cara de malo
Translation:      The dude is dark skinned with an evil looking face.
SB:       Khernandez

Message ID:      -1939405723
Message Direction:        Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Wed, 19 Oct 2016 17:38:19
Subject:
Message Text:    Ya se ve
Translation:      He already looks....
SB:       Khernandez

Message ID:      -1939405720
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:38:21
Subject:
Message Text:    Masiso
Translation:      buff.
SB:       Khernandez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3294361

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK

Message ID:          -1939405717
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:38:37
Subject:
Message Text:     A un lado del oxxo de cv
Translation:      Next to the Oxxo in CV.
SB:        Khernadnez

Message ID:          661357747
Message Direction:              Outgoing
To:        . SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 17:38:41
Subject:
Message Text:     En cuales tacos
Translation:      In which tacos
SB:        Khernadnez

Message ID:661357749
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 17:38:43
Subject:
Message Text:     Esta
Translation:      is he at?
SB:        Khernadnez

Message ID:661357753
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 17:38:56
Subject:
Message Text:     Q carro trae
Translation:      What car does he have?
SB:        Khernadnez

Message ID:          -1939405712
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:38:59
Subject:
Message Text:     A un lado del cv
Translation:      Next to CV
SB:        Khernadnez

Message ID:-1939405709
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 17:39:01
Subject:
Message Text:     Esta
Translation:      he is.
SB:        Khernadnez

Message ID:          661357756
Message Direction:              Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

587

To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:39:04
Subject:
Message Text:    Para mandar q lo sigan
Translation:     To have him followed.
SB:          Khernadnez

Message ID:      661357759
Message Direction:         Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:39:09
Subject:
Message Text:    Anda solo el puto
Translation:     Is the fucker is alone?
SB:          Khernadnez

Message ID:      -1939405706
Message Direction:         Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:39:20
Subject:
Message Text:    En los tacos capiados
Translation:     At the taco capiados...
SB:          Khernadnez

Message ID:-1939405703
Message Direction:         Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:39:36
Subject:
Message Text:    Ya estÃ¡ pagando
Translation:     he is already paying...
SB:          Khernadnez

Message ID:      -1939405700
Message Direction:         Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:39:42
Subject:
Message Text:    Lo mando a seguir o no
Translation:     Do I have him followed or not?
SB:          Khernadnez

Message ID:      661357777
Message Direction:         Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:40:03
Subject:
Message Text:    Sii
Translation:     Yes...
SB:          Khernadnez

Message ID:661357779
Message Direction:         Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:40:05
Subject:
Message Text:    Siganlo
Translation:     follow him.
SB:          Khernadnez

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000384

388

Message ID:        -1939405696
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:40:13
Subject:
Message Text:        A ver deje
Translation:        Okay let me ...
SB:        Khernadnez

Message ID:-1939405693
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:40:14
Subject:
Message Text:        Veo
Translation:        check.
SB:        Khernadnez

Message ID:        661357782
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:40:16
Subject:
Message Text:        Para ver donde lo alcansa el ck
Translation:        To see where CK can catch up to him.
SB:        Khernadnez

Message ID:        -1939405689
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:40:20
Subject:
Message Text:        Ahorita a quien mando
Translation:        Who do I send right now...
SB:        Khernadnez

Message ID:        661357786
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>
From:        THOR <2b265027>
Date:        Wed, 19 Oct 2016 17:40:23
Subject:
Message Text:        Para pararlo y ver quien es
Translation:        to have him stopped and see who it is.
SB:        Khernadnez

Message ID:        -1939405685
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:40:30
Subject:
Message Text:        Ok ya estÁj
Translation:        Okay, you got it.
SB:        Khernadnez

Message ID:        -1939405682
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:41:12
Subject:

SHARED FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:     Dice el Michel que maÃ±ana sin falta lo sigue saliendo
Translation:      Michel said tomorrow without fail he will follow him as he leaves...
SB:       Khernadnez


Message ID:       -1939405679
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:41:14
Subject:
Message Text:     Del gym
Translation:      the gym.
SB:       Khernadnez


Message ID:       661357815
Message Direction:         Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Wed, 19 Oct 2016 17:41:54
Subject:
Message Text:     No mas
Translation:      Just...
SB:       Khernadnez


Message ID:661357817
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Wed, 19 Oct 2016 17:41:57
Subject:
Message Text:     Q me diga
Translation:      let me know...
SB:       Khernadnez


Message ID:       661357820
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Wed, 19 Oct 2016 17:42:05
Subject:
Message Text:     Y yo lo espero afuera del gym
Translation:      and I will wait for him outside the gym.
SB:       Khernadnez


Message ID:       661357823
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Wed, 19 Oct 2016 17:42:13
Subject:
Message Text:     Ya se fue entonces para regresar al ck
Translation:      He left already, so then so we can have CK return.
SB:       Khernadnez


Message ID:       -1939405676
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:42:32
Subject:
Message Text:     Si
Translation:      Yes...
SB:       Khernadnez


Message ID:-1939405674
Message Direction:         Outgoing
To:       THOR <2b265027>

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

```
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:42:34
Subject:
Message Text:    Ya se fue
Translation:     he left already...
SB:          Khernadnez
```

```
Message ID:-1939405672
Message Direction:            Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:42:36
Subject:
Message Text:    El bato
Translation:     the dude...
SB:          Khernadnez
```

```
Message ID:-1939405669
Message Direction:            Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:42:41
Subject:
Message Text:    MaÃ±ana temprano
Translation:     early tomorrow...
SB:          Khernadnez
```

```
Message ID:-1939405666
Message Direction:            Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 17:42:44
Subject:
Message Text:    No los ponen
Translation:     they will put him up.
SB:          Khernadnez
```

```
Message ID:        661357828
Message Direction:            Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:42:44
Subject:
Message Text:    Ok
Translation:     Okay
SB:          Khernadnez
```

```
Message ID:661357831
Message Direction:            Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:42:47
Subject:
Message Text:    Ni modo
Translation:     Oh well...
SB:          Khernadnez
```

```
Message ID:661357835
Message Direction:            Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 17:42:56
Subject:
Message Text:    En cuanto lo vea el michel
Translation:     as soon as Michel sees him...
SB:          Khernadnez
```

SHARED RE: COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:661357839
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Wed, 19 Oct 2016 17:43:07
Subject:
Message Text:    MaÃ±ana en el gym
Translation:       tomorrow at the gym        ...
SB:       Khernadnez

Message ID:661357842
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Wed, 19 Oct 2016 17:43:07
Subject:
Message Text:    Me avisa
Translation:       let me know
SB:       Khernadnez

Message ID:      -1939405660
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:43:46
Subject:
Message Text:    Si
Translation:       Yes
SB:       Khernadnez

Message ID:-1939405657
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:43:49
Subject:
Message Text:    Anda solo dice
Translation:       He says he is alone...
SB:       Khernadnez

Message ID:-1939405654
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:43:59
Subject:
Message Text:    La esposa anda en una X6
Translation:       the wife drives an X6
SB:       Khernadnez

Message ID:-1939405651
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Wed, 19 Oct 2016 17:44:06
Subject:
Message Text:    Y el va en diferentes
Translation:       and he goes in different ...
SB:       Khernadnez

Message ID:      -1939405648
Message Direction:        Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Wed, 19 Oct 2016 17:44:08
Subject:
Message Text:    Carros

SHARED COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:      cars.
SB:      Khernadnez

Message ID:661357864
Message Direction:      Outgoing
To:      SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 17:44:15
Subject:
Message Text:      Ok
Translation:      Okay.
SB:      Khernadnez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3294864

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK

Message ID:         661358442
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 19:07:11
Subject:
Message Text:       Viejo guango
Translation:        Saggy old man...
SB:         Khernandez

Message ID:         661358445
Message Direction:          Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Wed, 19 Oct 2016 19:07:26
Subject:
Message Text:       Se acuerda cuando le comentÃ© q me habÃan matado los del agua a un amigo mio en el humo
Translation:        do you remember when I told you the ones from the water had killed a friend of mine at The Smoke?
SB:         Khernandez

Message ID:         661358448
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 19:07:30
Subject:
Message Text:       Q le dijimos al tio
Translation:        That we told Tio/uncle...
SB:         Khernandez

Message ID:         -1939405641
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 19:07:31
Subject:
Message Text:       A na no soy
Translation:        Oh now I'm...
SB:         Khernandez

Message ID:-1939405639
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Wed, 19 Oct 2016 19:07:34
Subject:
Message Text:       Chulo
Translation:        handsome?
SB:         Khernandez

Message ID:         661358452
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Wed, 19 Oct 2016 19:07:38
Subject:
Message Text:       Y les agarraron como 350kilos de polvo
Translation:        and they got like 350 kilos of powder?
SB:         Khernandez

Message ID:         -1939405635
Message Direction:          Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Wed, 19 Oct 2016 19:07:49
Subject:
Message Text:   Si
Translation:    Yes..
SB:            Khernandez


Message ID:-1939405632
Message Direction:        Outgoing
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Wed, 19 Oct 2016 19:07:50
Subject:
Message Text:   Así es
Translation:    that's right.
SB:            Khernandez


Message ID:     661358458
Message Direction:        Incoming
To:            SUPERMAN <2c2d0a02>;
From:          THOR <2b265027>
Date:          Wed, 19 Oct 2016 19:08:10
Subject:
Message Text:   Ah pues sus hermanos son muy amigos mios
Translation:    Oh well his friends are very good friends of mine..
SB:            Khernandez


Message ID:     661358461
Message Direction:        Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Wed, 19 Oct 2016 19:08:21
Subject:
Message Text:   Y la seido esta molestando ala esposa del muerto
Translation:    and the SEIDO is bothering the dead ones wife..
SB:            Khernandez


Message ID:     661358464
Message Direction:        Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Wed, 19 Oct 2016 19:08:30
Subject:
Message Text:   Quiero ver con el padrino para ayudarles en eso
Translation:    I want to see if Padrino can help us out with that.
SB:            Khernandez

SHARED PER COURT ORDER NOT FOR FURTHER DISTRIBUTION

#3294915

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK

Message ID:        -1939405626
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 19:08:46
Subject:
Message Text:      Ya estÀj que quiere que le diga
Translation:       All right, what do you want me to tell him...
SB:        KHernandez

Message ID:        -1939405623
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 19:08:46
Subject:
Message Text:      Para decirle
Translation:       so I can tell him.
SB:        KHernandez

Message ID:        661358470
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Wed, 19 Oct 2016 19:09:11
Subject:
Message Text:      Para q ya se sierre el caso q toda la bronca le queda al difunto o como sea q salga librada la familia ya
Translation:       So the case can be closed and all the problems can stay with the dead one or whatever so the family can
be free and clear now.
SB:        KHernandez

Message ID:        -1939405619
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 19:10:30
Subject:
Message Text:      A ok aquÀ le digo eso entonces
Translation:       Oh okay I will tell him that then...
SB:        KHernandez

Message ID:        -1939405616
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 19:10:33
Subject:
Message Text:      Al minuto
Translation:       in a minute.
SB:        KHernandez

Message ID:-1939405613
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Wed, 19 Oct 2016 19:10:37
Subject:
Message Text:      Oiga me dice
Translation:       Let me know sir...
SB:        KHernandez

Message ID:-1939405610

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 19:10:40
Subject:
Message Text:    Si va air
Translation:     if you are going ...
SB:          KHernandez

Message ID:-1939405607
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 19:10:48
Subject:
Message Text:    Al punto
Translation:     to the location...
SB:          KHernandez

Message ID:      -1939405604
Message Direction:       Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Wed, 19 Oct 2016 19:10:51
Subject:
Message Text:    Bandido
Translation:     Bandido.
SB:          KHernandez

Message ID:      661358483
Message Direction:       Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 19:11:49
Subject:
Message Text:    Si ala tarde ire
Translation:     Yes I will go in the evening...
SB:          KHernandez

Message ID:      661358486
Message Direction:       Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Wed, 19 Oct 2016 19:11:53
Subject:
Message Text:    =-D
Translation:     =-D
SB:          KHernandez

Message ID:      -1939405600
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 19:12:02
Subject:
Message Text:    A bueno ay le caigo
Translation:     All right then I'll meet you there...
SB:          KHernandez

Message ID:      -1939405597
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Wed, 19 Oct 2016 19:12:04
Subject:
Message Text:    Ay le tire
Translation:     I called...

SHARED IN COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:      KHernandez

Message ID:      -1939405594
Message Direction:          Incoming
To:      THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Wed, 19 Oct 2016 19:12:06
Subject:
Message Text:    Al padrino
Translation:     Padrino,
SB:      KHernandez

Message ID:      661358492
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Wed, 19 Oct 2016 19:12:14
Subject:
Message Text:    Ase casi 2 añtos del caso ese
Translation:     It's been already around 2 years of that case.
SB:      KHernandez

Message ID:      -1939405590
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:15:51
Subject:
Message Text:    Oiga me deja a calar
Translation:     Listen, can I go try...
SB:      KHernandez

Message ID:-1939405587
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:15:54
Subject:
Message Text:    Ir a calar
Translation:     go try out...
SB:      KHernandez

Message ID:-1939405584
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:16:01
Subject:
Message Text:    2 r que compre
Translation:     2 R's that I purchased.
SB:      KHernandez

Message ID:      -1939405581
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:16:04
Subject:
Message Text:    Me los a cava
Translation:     They were just dropped off...
SB:      KHernandez

Message ID:      -1939405578
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:16:08

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     De dejar el ruco
Translation:       by the old man...
SB:      KHernandez

Message ID:        -1939405575
Message Direction:            Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:16:13
Subject:
Message Text:     Los compre con amigos de el
Translation:       I purchased them from his friends...
SB:      KHernandez

Message ID:        -1939405572
Message Direction:            Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:16:20
Subject:
Message Text:     Y un cuerno
Translation:       and a horn/AK-47
SB:      KHernandez

Message ID:-1939405569
Message Direction:            Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Wed, 19 Oct 2016 19:16:23
Subject:
Message Text:     Rafagoo
Translation:       Rafagoo.
SB:      KHernandez

Message ID:        661358500
Message Direction:            Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Wed, 19 Oct 2016 19:16:28
Subject:
Message Text:     Muy bien
Translation:       Very well
SB:      KHernandez

Message ID:661358502
Message Direction:            Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Wed, 19 Oct 2016 19:16:28
Subject:
Message Text:     Valla
Translation:       go ahead..
SB:      KHernandez

Message ID:        661358506
Message Direction:            Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Wed, 19 Oct 2016 19:16:32
Subject:
Message Text:     Con cuidado nada mÃ¡s con los verdes
Translation:       just be very careful with the green ones.
SB:      KHernandez

Message ID:        -1939405563
Message Direction:            Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Wed, 19 Oct 2016 19:16:36
Subject:
Message Text:  Son 2 r y un cuerno
Translation:   Its 2 R's and a horn/AK-47
SB:            KHernandez


Message ID:-1939405560
Message Direction:        Outgoing
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Wed, 19 Oct 2016 19:16:45
Subject:
Message Text:  Rafago el que compre
Translation:   Rafago that I purchased...
SB:            KHernandez


Message ID:        -1939405557
Message Direction:        Outgoing
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Wed, 19 Oct 2016 19:16:55
Subject:
Message Text:  Si yo boy a calarlos donde fue a calar los 10
Translation:   Yes, I will go try them out where you went to test out the 10
SB:            KHernandez


Message ID:        -1939405554
Message Direction:        Outgoing
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Wed, 19 Oct 2016 19:16:58
Subject:
Message Text:  Ayer
Translation:   yesterday...
SB:            KHernandez


Message ID:-1939405551
Message Direction:        Outgoing
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Wed, 19 Oct 2016 19:17:15
Subject:
Message Text:  Esta lejicimos
Translation:   it's very far
SB:            KHernandez


Message ID:        661368512
Message Direction:        Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Wed, 19 Oct 2016 19:17:55
Subject:
Message Text:  Ok=-D
Translation:   Okay =-D
SB:            KHernandez
```

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3298661

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:         661359128
Message Direction:           Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 03:05:42
Subject:
Message Text:        Viejo hermoso
Translation:         Social Greeting.
SB:         ECastillo


Message ID:         661359131
Message Direction:           Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 03:06:31
Subject:
Message Text:        Llegaron carros de civil al cuartel
Translation:         Civilian cars arrived at the barracks/headquarters.
SB:         ECastillo


Message ID:         661359134
Message Direction:           Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 03:06:44
Subject:
Message Text:        Suburban y cheyennes creo
Translation:         Suburban and Cheyennes I think.
SB:         ECastillo


Message ID:         661359137
Message Direction:           Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 03:06:48
Subject:
Message Text:        Unos blindados
Translation:         Some armored.
SB:         ECastillo


Message ID:         661359140
Message Direction:           Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 03:06:51
Subject:
Message Text:        Y rÁpidas de verdes
Translation:         and green fast ones.
SB:         ECastillo

SHARED PERSUANT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        -1939405544
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 03:07:07
Subject:
Message Text:      Van para sinaloa
Translation:       They are headed to Sinaloa.
SB:        EReyes

Message ID:        661359143
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 03:07:11
Subject:
Message Text:      Quien llegarÃa en ellas el padrino o q
Translation:       Who arrived in them? El Padrino or who?
SB:        EReyes/Fvasquez

Message ID:        -1939405540
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 03:07:14
Subject:
Message Text:      Hace rato para eso le hable
Translation:       A while ago, that is why I called you...
SB:        EReyes

Message ID:        661359146
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 03:07:18
Subject:
Message Text:      VenÃan de la perla
Translation:       Were they coming from La Perla?
SB:        EReyes

Message ID:        -1939405536
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 03:07:30
Subject:
Message Text:      Pero como ya no me quiere usted
Translation:       But since you don't love me anymore.
SB:        EReyes

Message ID:        -1939405533
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 03:07:34
Subject:
Message Text:      MaÃ±ana se van
Translation:       They leave tomorrow.
SB:        EReyes

Message ID:        661359151
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 03:07:34

SHARED FOR OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      AcÃ¡ ando en el rancho
Translation:       I'm over here at the ranch.
SB:     EReyes

Message ID:        661359155
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 03:07:44
Subject:
Message Text:      EstÃ¡bamos vacunando el ganado
Translation:       We are vaccinating the cattle.
SB:     EReyes

Message ID:        -1939405529
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 03:08:00
Subject:
Message Text:      A no se preocupe
Translation:       Oh, don't worry.
SB:     EReyes

Message ID:        -1939405526
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 03:08:07
Subject:
Message Text:      Van para sinaloa van a dormir aqui
Translation:       They are headed to Sinaloa.  They are going to sleep here...
SB:     EReyes

Message ID:        -1939405523
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 03:08:11
Subject:
Message Text:      Y maÃ±ana se van para alla
Translation:       And tomorrow leave for there.
SB:     EReyes

Message ID:        661359166
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 03:08:32
Subject:
Message Text:      AhÃ va uno chaka
Translation:       A Chaka one is going there.
SB:     EReyes/Fvasquez

Message ID:        -1939405519
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 03:10:08
Subject:
Message Text:      asÃ me dijeron a mi
Translation:       That is what they told me...
SB:     EReyes

Message ID:        -1939405516
Message Direction:          Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 20 Oct 2016 03:10:12
Subject:
Message Text:   Que van a dormir aqui
Translation:    That they are going to sleep here...
SB:         EReyes


Message ID:     -1939405513
Message Direction:      Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 20 Oct 2016 03:10:18
Subject:
Message Text:   Y maÂ±ana se van para sinaloa
Translation:    And tomorrow they leave for Sinaloa.
SB:         EReyes


Message ID:     -1939405510
Message Direction:      Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 20 Oct 2016 03:10:23
Subject:
Message Text:   De echo me dijeron
Translation:    In fact they told me...
SB:         EReyes


Message ID:     -1939405507
Message Direction:      Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 20 Oct 2016 03:10:28
Subject:
Message Text:   Antes de que llegaran
Translation:    Before they arrived.
SB:         EReyes


Message ID:     661359181
Message Direction:      Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 03:10:43
Subject:
Message Text:   Ah q bueno viejo chulo hermoso
Translation:    Oh, that is good pretty, beautiful, old man.
SB:         EReyes


Message ID:     661359184
Message Direction:      Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 03:11:01
Subject:
Message Text:   Como jalaron los 3 aparatos q fue a calar
Translation:    How did the 3 apparatus that you went to try out work?
SB:         EReyes/Fvasquez


Message ID:     -1939405504
Message Direction:      Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 20 Oct 2016 03:12:22
Subject:
Message Text:   A pinchÃ© ruco
Translation:    Oh, damn old man...
SB:         EReyes

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939405501
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 20 Oct 2016 03:12:26
Subject:
Message Text:        Nunca se desocupo
Translation:        He never had the time...
SB:        EReyes

Message ID:        -1939405498
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 20 Oct 2016 03:12:29
Subject:
Message Text:        Hasta maÃ±ana
Translation:        Until tomorrow...
SB:        EReyes

Message ID:        -1939405495
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 20 Oct 2016 03:12:33
Subject:
Message Text:        En la maÃ±ana
Translation:        In the morning...
SB:        EReyes

Message ID:        -1939405492
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 20 Oct 2016 03:12:34
Subject:
Message Text:        Me los da
Translation:        He will give them to me...
SB:        EReyes

Message ID:        661359187
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 20 Oct 2016 03:12:54
Subject:
Message Text:        Ah ok
Translation:        Oh; okay...
SB:        EReyes

Message ID:        661359191
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 20 Oct 2016 03:12:57
Subject:
Message Text:        PensÃ© q ya los tenÃa usted
Translation:        I thought you already had them.
SB:        EReyes

Message ID:        -1939405487
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 20 Oct 2016 03:14:08
Subject:

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:     El ruco
Translation:      The old man...
SB:       EReyes

Message ID:       -1939405484
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 03:14:11
Subject:
Message Text:     Pero son seguros
Translation:      But they are for sure.
SB:       EReyes

Message ID:       661359194
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 03:14:39
Subject:
Message Text:     Ok ;)
Translation:      Okay ;)
SB:       EReyes

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        661359642
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:37:51
Subject:
Message Text:      Andele eso vamos hacer
Translation:       Alright, that is what we are going to do.
SB:        EReyes


Message ID:        661359645
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:37:57
Subject:
Message Text:      Del monico y del aco
Translation:       Of Monico and of Aco...
SB:        EReyes


Message ID:        661359648
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:38:11
Subject:
Message Text:      Vamos a darles datos del damaso lo q tengamos
Translation:       We are going to give them what ever information we have of Damaso.
SB:        Ereyes/Fvasquez


Message ID:        661359651
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:38:19
Subject:
Message Text:      Hay q empezar a recabar los datos
Translation:       We need to start collecting the data.
SB:        EReyes


Message ID:        661359673
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:39:42
Subject:
Message Text:      A ver dÁgale q usted me pasa el recado al instante
Translation:       Let's see, tell them that you pass me the message instantly.
SB:        EReyes

SHARED PER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        661359788
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:56:49
Subject:
Message Text:      ='(
Translation:       ='(
SB:       EReyes


Message ID:        661359792
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:57:43
Subject:
Message Text:      DÃgale q no le aseguro acompletarle todo este mes pero mÃnimo la mitad de lo q quedamos y en unos
15 a 20 dÃas le mando la otra mitad
Translation:       Tell him that I cannot assure to complete everything this month but at the minimum half of what we
agreed and in about 15 to 20 days I will send the other half.
SB:       EReyes


Message ID:        661359796
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 04:58:43
Subject:
Message Text:      Porq tambiÃ©n le mandarÃ© algo al padrino este mes lo tengo abandonado, pero como sea en el mes q
entra se los acompleto a el dÃgale nada mÃjs q nos de chanza unos 15 a 20 dÃas y le damos la otra mitad

Translation:Because I will also send something to Padrino this month.  I have him abandoned, but at any rate this next
month I will complete it for him. Just tell him to give us a chance of 15 to 20 days and we will give him the other half.


SB:       EReyes/Fvasquez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

408

#3299239

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:          661359939
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:16:14
Subject:
Message Text:      Jajajaja pasan juntos como q no sabe quien es
Translation:       hahaha they pass by each other like they do not know who it is.
SB:        ECastillo

Message ID:        -1939405432
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:16:54
Subject:
Message Text:      Oiga rapidito tiene gente de cacalotanm arrivita
Translation:       Sir, quickly, do you have people at Cacalotan, a little above.
SB:        ECastillo

Message ID:        661359943
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:17:00
Subject:
Message Text:      DÃ¡gale q maÃ±ana le resuelvo para no quedarle mal Porq andamos bien gastados pero de una forma o
otra le asernos el favor
Translation:       Tell him that tomorrow I will let him know so I don't fail him because we have had a lot of expenses, but in
one way or another we can do him the favor.
SB:        ECastillo

Message ID:        661359947
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:17:12
Subject:
Message Text:      Noo yo no tengo nada en cacalotan
Translation:       No, I don't have anything in Cacalotan.
SB:        ECastillo

Message ID:        661359950
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:17:24
Subject:
Message Text:      Solo tengo en palmarito y la rastra
Translation:       I only have in Palmarito and la Rastra.
SB:        ECastillo

Message ID:        661359953
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:17:48
Subject:
Message Text:      Si estÃ¡n viendo gente cercas de cacalotan son los chapos y mayos nada q ver
Translation:       If they are seeing people near Cacalotan is the Chapos and Mayos nothing to do...
SB:        ECastillo

Message ID:        661359956

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:17:55
Subject:
Message Text:       Con nosotros pura gente de los archivaldos
Translation:        with us, all Archivaldo's people.
SB:        ECastillo

Message ID:        -1939405426
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:17:59
Subject:
Message Text:       Ok por que dice el. De inte que donde esta cacalotan arrivita esta un campamento
Translation:        Okay because the guy from Inte says that where Cacalotan is a little above there is a camp...
SB:        ECastillo

Message ID:        -1939405423
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:18:04
Subject:
Message Text:       Que la gente estÅ¡ poniendo
Translation:        That people are saying...
SB:        ECastillo

Message ID:        -1939405420
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:18:06
Subject:
Message Text:       Y que van air
Translation:        that they are going to go.
SB:        ECastillo

Message ID:        661359960
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:18:20
Subject:
Message Text:       Q vallan
Translation:        They should go...
SB:        ECastillo

Message ID:        661359963
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:18:23
Subject:
Message Text:       Nada q ver digale
Translation:        Tell him not even.
SB:        ECastillo

Message ID:        -1939405416
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:19:06
Subject:
Message Text:       Ok ya le dije que maÅ±ana le avisa
Translation:        Okay I told him that tomorrow you will let him know.

SHARED - FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

410

SB:                    ECastillo

Message ID:        -1939405413
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:19:06
Subject:
Message Text:      Vamos a ocupar rentar
Translation:       We are going to need to rent...
SB:                ECastillo

Message ID:        -1939405410
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:19:07
Subject:
Message Text:      Más casas
Translation:       more houses...
SB:                ECastillo

Message ID:        -1939405407
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:19:17
Subject:
Message Text:      Por que se quemaron
Translation:       because they are burnt.
SB:                ECastillo

Message ID:        -1939405404
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 20 Oct 2016 05:19:26
Subject:
Message Text:      4 y según no savian
Translation:       4 and allegedly no one...
SB:                ECastillo

Message ID:        -1939405401
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:19:29
Subject:
Message Text:      Nadie
Translation:       knew.
SB:                ECastillo

Message ID:        -1939405398
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 05:19:41
Subject:
Message Text:      No más le aviso para que sepa que boy agarrar de aya
Translation:       I am just letting you know so you are aware that I am going to get one over there.
SB:                ECastillo

Message ID:        661359968
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 05:20:20

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
Subject:
Message Text:      Sii hay q rentar unas 4 casas nuevas
Translation:       Yes, we need to rent 4 new houses.
SB:                ECastillo


Message ID:        661359971
Message Direction:            Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 05:20:23
Subject:
Message Text:      =-D
Translation:       =-D
SB:                ECastillo


Message ID:        -1939405394
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 05:20:57
Subject:
Message Text:      Pero de todos modos
Translation:       But regardless...
SB:                ECastillo


Message ID:        -1939405391
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 05:21:00
Subject:
Message Text:      Ay para meter
Translation:       We need to put...
SB:                ECastillo


Message ID:        -1939405388
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 05:21:01
Subject:
Message Text:      Rasita
Translation:       people in.
SB:                ECastillo
```

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3299266

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:       661359980
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 05:38:58
Subject:
Message Text:     Ah pues vamos a ver como se pone la cosa
Translation:      Oh, well we are going to see how things get...
SB:       EReyes


Message ID:       661359983
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 05:39:05
Subject:
Message Text:     Para pegar unos golpes pronto
Translation:      So we can start fighting soon.
SB:       EReyes


Message ID:       -1939405384
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 05:39:21
Subject:
Message Text:     Ok ya dijo
Translation:      Okay, you said it.
SB:       EReyes


Message ID:       -1939405381
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 05:39:45
Subject:
Message Text:     Ustede me dice que sigue
Translation:      You tell me what's next.
SB:       EReyes

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        -1939405343
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:12:49
Subject:
Message Text:    El polÃtico paro alÃ¹ que me dijo yo creeo que viene el putaso por que me dijo tenga lista ala persona
que irÃ¡ con nosotros
Translation:       The politician stopped when he told me he believed a big blow was coming because he told me to get the
person who will be going with us ready.
SB:        Ivelasquez

Message ID:        661360017
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 06:13:36
Subject:
Message Text:    Ah bueno vemos aquien mandamos maÃ±ana
Translation:       Oh okay, we'll see who we we'll be sending tomorrow.
SB:        Ivelasquez

Message ID:        661360020
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 06:13:52
Subject:
Message Text:    Y el video los veÃa en realidades mzt
Translation:       And I would see the video in Realidades Mzt
SB:        Ivelasquez/Fvasquez

Message ID:        -1939405339
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:13:55
Subject:
Message Text:    MaÃ±ana no el sabdo dijo
Translation:       He said tomorrow, not Saturday.
SB:        Ivelasquez

Message ID:        661360024
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 06:14:01
Subject:
Message Text:    Y no aparece ahÃ ni el Ãºltimo de Carrin
Translation:       And not even the last one of Carrin appears there.
SB:        Ivelasquez

Message ID:        -1939405335
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:14:03
Subject:
Message Text:    Si asy mero
Translation:       Yes, that's right.
SB:        Ivelasquez

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
Message ID:        -1939405331
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:14:04
Subject:
Message Text:      En
Translation:       In...
SB:                Ivelasquez
```

```
Message ID:        -1939405328
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 20 Oct 2016 06:14:10
Subject:
Message Text:      A ver deje
Translation:       Let's see, let me...
SB:                Ivelasquez
```

```
Message ID:        -1939405325
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:14:13
Subject:
Message Text:      Le digo
Translation:       I'll tell.
SB:                Ivelasquez
```

```
Message ID:        661360029
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 06:14:18
Subject:
Message Text:      Si pero le digo
Translation:       Yes, but I mean...
SB:                Ivelasquez
```

```
Message ID:        661360033
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 06:14:19
Subject:
Message Text:      Q maÃ±ana vemos eso usted y yo
Translation:       that tomorrow you and I will figure that out.
SB:                Ivelasquez
```

```
Message ID:        -1939405322
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:14:20
Subject:
Message Text:      Por que me dijo que
Translation:       Because he told me that...
SB:                Ivelasquez
```

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:          -1939405318
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 20 Oct 2016 06:14:21
Subject:
Message Text:          Lo Avia suvido
Translation:          he had uploaded that...
SB:          Ivelasquez


Message ID:          -1939405314
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 20 Oct 2016 06:14:43
Subject:
Message Text:          En la maÃ±ana a que horas me puedo
Translation:          in the morning, at what time can I...
SB:          Ivelasquez


Message ID:          -1939405311
Message Direction:          Incoming
To:          THOR <2b265027>;
From:          SUPERMAN <2c2d0a02>
Date:          Thu, 20 Oct 2016 06:14:46
Subject:
Message Text:          Lanzar
Translation:          go to...
SB:          Ivelasquez/Fvasquez


Message ID:          -1939405308
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 20 Oct 2016 06:14:47
Subject:
Message Text:          Al punto
Translation:          to the point...
SB:          Ivelasquez


Message ID:          -1939405305
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 20 Oct 2016 06:14:49
Subject:
Message Text:          Bandido
Translation:          bandit?
SB:          Ivelasquez


Message ID:          661360042
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Thu, 20 Oct 2016 06:16:19
Subject:
Message Text:          DespuÃ©s de medio dia
Translation:          After noon.
SB:          Ivelasquez

SHARED PER JOINT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:       661360045
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 06:16:25
Subject:
Message Text:     Y no aparece todavia
Translation:      and it's not showing up yet...
SB:       Ivelasquez


Message ID:       661360048
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 06:16:29
Subject:
Message Text:     Solo el viejito
Translation:      Only the little old man...
SB:       Ivelasquez


Message ID:       661360051
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 20 Oct 2016 06:16:34
Subject:
Message Text:     Del gabito y gallardo
Translation:      of Gabito and Gallardo.
SB:       Ivelasquez


Message ID:       -1939405299
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 06:16:45
Subject:
Message Text:     este pleve pemdejo
Translation:      This idiot dude...
SB:       Ivelasquez


Message ID:       -1939405296
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 06:16:53
Subject:
Message Text:     Me dijo que ya lo Avia terminado
Translation:      he told me that he had finished it...
SB:       Ivelasquez


Message ID:       -1939405293
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 20 Oct 2016 06:16:58
Subject:
Message Text:     A qui le estoy
Translation:      and here I am...
SB:       Ivelasquez


Message ID:       -1939405290

USDOJ-EDNY0000000413

Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:16:58
Subject:
Message Text:    Diciendo
Translation:     telling him...
SB:              Ivelasquez


Message ID:      -1939405287
Message Direction:          Incoming
To:        THOR <2b265027>:
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 20 Oct 2016 06:17:16
Subject:
Message Text:    Por que si de por sÁ usted ya no me quiere
Translation:     because if, as it is now, you don't want me there...
SB:              Ivelasquez


Message ID:      -1939405284
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:17:16
Subject:
Message Text:    Con esas cosas
Translation:     with those things...
SB:              Ivelasquez


Message ID:      -1939405281
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:17:17
Subject:
Message Text:    Menos oiga
Translation:     less sir.
SB:              Ivelasquez


Message ID:      -1939405278
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:17:19
Subject:
Message Text:    El armero
Translation:     the weapon's guy...
SB:              Ivelasquez


Message ID:      -1939405275
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:17:23
Subject:
Message Text:    Va hacer
Translation:     will make...
SB:              Ivelasquez


Message ID:      -1939405272
Message Direction:          Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 20 Oct 2016 06:17:24
Subject:
Message Text:  Rafagos
Translation:   automatic...
SB:            lvelasquez/Fvasquez


Message ID:        -1939405269
Message Direction:        Outgoing
To:            THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 20 Oct 2016 06:17:29
Subject:
Message Text:  Los rifles o no
Translation:   the rifles or not?
SB:            lvelasquez
```

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3299377

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        661359995
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 06:09:57
Subject:
Message Text:      MaÃ±ana lo veo
Translation:       I will see you tomorrow...
SB:        EReyes

Message ID:        661359998
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 20 Oct 2016 06:10:01
Subject:
Message Text:      Para hacer planes
Translation:       To make plans.
SB:        EReyes

Message ID:        -1939405377
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:10:21
Subject:
Message Text:      Ok esta vien
Translation:       Okay, that's fine.
SB:        EReyes

Message ID:        -1939405374
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:10:26
Subject:
Message Text:      Que le dicen del video
Translation:       What do they tell you about the video?
SB:        EReyes

Message ID:        -1939405371
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:10:31
Subject:
Message Text:      Ya se suvio ahora
Translation:       Did it go up today?
SB:        EReyes

Message ID:        -1939405368
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:10:38
Subject:
Message Text:      No le an dicho nada
Translation:       They haven't told you anything?
SB:        EReyes

Message ID:        661360001
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>

From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 06:11:26
Subject:
Message Text:    Noo
Translation:     No...
SB:       EReyes

Message ID:       661360003
Message Direction:              Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 06:11:30
Subject:
Message Text:    Nada
Translation:     Nothing.
SB:       EReyes

Message ID:       661360006
Message Direction:              Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 06:11:33
Subject:
Message Text:    En donde esta ese
Translation:     Where is that one?
SB:       EReyes

Message ID:       661360009
Message Direction:              Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 06:11:36
Subject:
Message Text:    Para verlo
Translation:     To see it.
SB:       EReyes

Message ID:       -1939405362
Message Direction:              Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 20 Oct 2016 06:11:43
Subject:
Message Text:    Donde mismo
Translation:     Same place.
SB:       EReyes

Message ID:       -1939405359
Message Direction:              Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 20 Oct 2016 06:11:47
Subject:
Message Text:    En el mismo canal
Translation:     In the same channel.
SB:       EReyes

Message ID:       661360013
Message Direction:              Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 20 Oct 2016 06:11:59
Subject:
Message Text:    A ver
Translation:     Let's see.
SB:       EReyes

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939405355
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:12:01
Subject:
Message Text:      Pero maÃ±ana le are promociÃ³n masiso va aver
Translation:       But tomorrow I will promote it big time, you'll see.
SB:        EReyes

Message ID:        -1939405352
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:12:14
Subject:
Message Text:      Otra cosa ay le va
Translation:       Here goes another thing.
SB:        EReyes

Message ID:        -1939405349
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:12:23
Subject:
Message Text:      El sÃ¡bado se dejan venir
Translation:       Saturday they will be coming...
SB:        EReyes

Message ID:        -1939405346
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 20 Oct 2016 06:12:24
Subject:
Message Text:      Aquellos
Translation:       Those.
SB:        EReyes

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

422

**#3299833**

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID: -1939405266
Message Direction: Outgoing
To: THOR <2b265027>
From: SUPERMAN <2C2D0A02>
Date: Thu, 20 Oct 2016 15:11:34
Subject:
Message Text: Me a caba de romper el corazÃ³n mal tÃo
Translation: You just broke my heart real bad, uncle.
SB: MF. Coss

Message ID: -1939405263
Message Direction: Outgoing
To: THOR <2b265027>
From: SUPERMAN <2C2D0A02>
Date: Thu, 20 Oct 2016 15:11:45
Subject:
Message Text: &lt;/3
Translation: &lt;/3
SB: MF. Coss

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:          -1939403753
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 19:18:03
Subject:
Message Text:      Ya me esta hablando
Translation:       He is already calling me ...
SB:        ddelahanty

Message ID:          -1939403750
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 19:18:09
Subject:
Message Text:      El padrino que nos a comodemos
Translation:       El Padrino is, for us to make arrangements...
SB:        ddelahanty

Message ID:          -1939403747
Message Direction:           Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 22 Oct 2016 19:18:13
Subject:
Message Text:      Con la misma persona
Translation:       with the same person...
SB:        ddelahanty

Message ID:          -1939403744
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 19:18:15
Subject:
Message Text:      Y lloro
Translation:       and he cried ...
SB:        ddelahanty

Message ID:          -1939403741
Message Direction:           Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 22 Oct 2016 19:18:22
Subject:
Message Text:      El dijo me ganaron el jalÃ*n
Translation:       He told me, "He beat me to the punch."
SB:        ddelahanty

SHARED PERSONANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

#3320902

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:          661365914
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 22 Oct 2016 20:11:26
Subject:
Message Text:      Jesús le darÁ¡ 3 pesos
Translation:       Jesus is going to give you 3 pesos...
SB:        Fvasquez


Message ID:          661365917
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 22 Oct 2016 20:11:34
Subject:
Message Text:      Y el chichi 1peso y medo
Translation:       and chichi, 1 peso and a half.
SB:        Fvasquez


Message ID:          -1939403729
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 20:12:24
Subject:
Message Text:      Pues
Translation:       Well...
SB:        Fvasquez


Message ID:          -1939403727
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 20:12:26
Subject:
Message Text:      Usted digame
Translation:       you tell me...
SB:        Fvasquez


Message ID:          -1939403725
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 20:12:28
Subject:
Message Text:      Que hacemos
Translation:       what we should do.
SB:        Fvasquez

SHARED PURSUANT ORDER - NOT FOR FURTHER DISTRIBUTION

#3321015

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        661365924
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 22 Oct 2016 20:48:20
Subject:
Message Text:    DÁgale a jesus
Translation:     Tell jesus...
SB:        Fvasquez

Message ID:        661365927
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 22 Oct 2016 20:48:24
Subject:
Message Text:    Q le de el dinero
Translation:     to give you the money.
SB:        Fvasquez

Message ID:        -1939403677
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 20:48:44
Subject:
Message Text:    Ok
Translation:     Okay.
SB:        Fvasquez

Message ID:        -1939403675
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 20:48:46
Subject:
Message Text:    Orita
Translation:     In a little while...
SB:        Fvasquez

Message ID:        -1939403673
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 22 Oct 2016 20:48:47
Subject:
Message Text:    Le digo
Translation:     I will tell him.
SB:        Fvasquez

SHARED PURSUANT ORDER - NOT FOR FURTHER DISTRIBUTION

425

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2C2D0A02

Notified Pin(s):  2b265027

Date:           Mon, 24 Oct 2016 23:49:05

Direction:      Outgoing

File Name:      ..\PIN_2c2d0a02_im_20161024235629253\IMG_20161024_184815 1.jpg



*#3334891 – Sent to Thor*

*Haha, I stayed asleep, I was very tired. I am very sad, my God child abandoned me. Truthfully, he didn't remember me anymore. At the end what happened I was going to ask him for help and you already saw the bad thing that happened. I sent him a communication with my friend.*

USDOJ-EDNY0000000423

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     7b1b366e
Notified Pin(s): 2c248790

Date:           Mon, 24 Oct 2016 23:09:41
Direction:      Incoming
File Name:      ..\PIN_2c248790_im_20161025000829209\20161024_170905-0.jpg



#3334797 - Sent by El Tigre de Santa Julia

USDOJ-EDNY0000000424

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:  2BF2B774
Notified Pin(s): 2c248790

Date:          Tue, 25 Oct 2016 03:32:17
Direction:     Outgoing
File Name:     ..\PIN_2c248790_im_2016102503434031\IMG_20161024_210901_hdr-0.jpg



#3336407 – Sent by Lupeo

USDOJ-EDNY0000000425

# RIM image\jpeg File

This image was sent/received via Blackberry Messenger.

| | |
|---|---|
| UpdatedPin: | 2bf30fe7 |
| Notified Pin(s): | 2c248790 |
| Date: | Tue, 25 Oct 2016 04:19:54 |
| Direction: | Incoming |
| File Name: | ..\PIN_2c248790_im_2016102504230328\IMG-20161024-WA0000-2.jpg |



#3336694 – Sent by Toño Morongo

USDOJ-EDNY0000000426

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2C2D0A02
**Notified Pin(s):** 2b265027

**Date:** Thu, 27 Oct 2016 18:23:30
**Direction:** Outgoing
**File Name:** ..\PIN_2c2d0a02_im_20161027182905375\IMG_20161027_131738-1.jpg



*#3354923 – Sent to THOR*

*Zepeda – Available*

*Good morning, how are you? Look, I'll get straight to the point, you know how you told me yesterday that the other week I told you that it was fine, that there was no problem but the truth is I have to give a few things to personnel. Tell him to please, for the love of God and the friendship there is, to help me out tomorrow or early Saturday.*

*SB: CMendoza*

USDOJ-EDNY0000000427

#3372541

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:      -1939400927
Message Direction:      Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 16:11:52
Subject:
Message Text:   Para que este enterado ya tiro el padrino viejo feo cara de sapo
Translation:     Just so you know, Padrino called already, that ugly frog faced old man.
SB:      JValdez

USDOJ-EDNY0000000428

#3372577

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        -1939400925
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:30:19
Subject:
Message Text:     Oiga el potrero de carrazco
Translation:      Hey, Carrazco's cowboy...
SB:        crios

Message ID:        -1939400922
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:30:22
Subject:
Message Text:     Donde esta
Translation:      where is he at?
SB:        crios

Message ID:        661376213
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:30:46
Subject:
Message Text:     Epp
Translation:      Hey...
SB:        crios

Message ID:        661376215
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:30:50
Subject:
Message Text:     Esta en el habal
Translation:      He is at El Habal...
SB:        crios

Message ID:        661376218
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:30:54
Subject:
Message Text:     AhÁ pegado
Translation:      there close by.
SB:        crios

Message ID:        -1939400918
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:31:18
Subject:
Message Text:     Que si no le perjudica que pongan una vase militar
Translation:      Does it affect him if they put a military base...
SB:        crios

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939400915
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:31:24
Subject:
Message Text:      Y de ay salen a culiacan
Translation:       and from there leave to Culiacan...
SB:        crios


Message ID:        -1939400912
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:31:29
Subject:
Message Text:      Cruz y mazatlan
Translation:       Cruz and Mazatlan?
SB:        crios


Message ID:        -1939400909
Message Direction:         Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sun, 30 Oct 2016 16:31:34
Subject:
Message Text:      Pero que si le perjudica
Translation:       But if it affects him...
SB:        crios


Message ID:        -1939400906
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:31:37
Subject:
Message Text:      No la pone
Translation:       he won't put it.
SB:        crios


Message ID:        661376227
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sun, 30 Oct 2016 16:32:43
Subject:
Message Text:      Pues no perjudica si no nos molestan a nosotros
Translation:       Well it won't affect him. They won't bother us...
SB:        crios


Message ID:        661376230
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:32:43
Subject:
Message Text:      Porq ahÃ estÃ¡ la raza en el habal, pegadito a 2min,
Translation:       because the people are there at El Habal, right next door, 2 minutes away.
SB:        crios

```
Message ID:        661376233
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:32:57
Subject:
Message Text:      TambiÁ©n el recreo y zapotes
Translation:       Recreo and Zapotes as well...
SB:        crios
```

```
Message ID:        -1939400901
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:33:32
Subject:
Message Text:      Dice que usted manda
Translation:       He said that you are the boss.
SB:        crios
```

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3372643

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:          661376284
Message Direction:              Outgoing
To:          SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:36:57
Subject:
Message Text:     Si es para pegarles a los de la cruz
Translation:          Yes, it's to hit those from La Cruz.
SB:          JValdez/EGonzalez

Message ID:          661376287
Message Direction:              Outgoing
To:          SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:37:02
Subject:
Message Text:     Q la pongan digale
Translation:          Tell them to put it up...
SB:          JValdez

Message ID:          661376290
Message Direction:              Outgoing
To:          SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:37:13
Subject:
Message Text:     En el potrero o los zapotes
Translation:          ...at El Potrero or the Zapotes.
SB:          JValdez/EGonzalez

Message ID:          661376293
Message Direction:              Outgoing
To:          SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:37:17
Subject:
Message Text:     Donde ellos quieran
Translation:          Wherever they want
SB:          JValdez

Message ID:          -1939400897
Message Direction:              Outgoing
To:          THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 16:38:08
Subject:
Message Text:     A ok aquÃ les digo
Translation:          Oh, okay I'll tell them...
SB:          JValdez

Message ID:          -1939400894
Message Direction:              Outgoing
To:          THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 16:38:10
Subject:
Message Text:     Entonces
Translation:          ...then.
SB:          JValdez

Message ID:          -1939400891
Message Direction:              Outgoing
To:          THOR <2b265027>

SHARED PRODUCT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000432

435

From:         SUPERMAN <2C2D0A02>
Date:         Sun, 30 Oct 2016 16:38:16
Subject:
Message Text:   Que si es asÃ que le de para a delante
Translation:    That if it's like that, for him/them to move forward.
SB:           JValdez

Message ID:           661376304
Message Direction:            Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:38:19
Subject:
Message Text:   Pero donde la pongan la base los van a detectar los puntos
Translation:    But wherever they put the base they are going to detect the points.
SB:           JValdez

Message ID:           661376309
Message Direction:            Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:38:27
Subject:
Message Text:   Porq tienen mucho antes de llegar ala cruz
Translation:    Because they have many before you get to La Cruz.
SB:           JValdez/EGonzalez

Message ID:           -1939400887
Message Direction:            Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 16:39:08
Subject:
Message Text:   Si asÃ es es diokis verdad eso entonces.
Translation:    Yes, that's right, then all of that is for nothing.
SB:           JValdez/EGonzalez

Message ID:           661376335
Message Direction:            Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:39:50
Subject:
Message Text:   Callendoles alas 4 am o 5 am
Translation:    Getting to them at 4am or 5am.
SB:           JValdez

Message ID:           661376338
Message Direction:            Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:39:55
Subject:
Message Text:   Es cuando los puntos
Translation:    That's when the points...
SB:           JValdez

Message ID:           661376341
Message Direction:            Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Sun, 30 Oct 2016 16:39:59
Subject:
Message Text:   Se quedan dormidos
Translation:    ...are sleeping.
SB:           JValdez

SHARED PURSUANT TO OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        661376344
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:40:05
Subject:
Message Text:        AhÅ pueden hacer algo bueno
Translation:        That's when they can do something good.
SB:        JValdez

Message ID:        661376347
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:40:26
Subject:
Message Text:        En cln sale q mataron al Cali antrax
Translation:        In Cln they say that they killed Cali Antrax.
SB:        JValdez

Message ID:        661376350
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:40:31
Subject:
Message Text:        Enfrentamiento con los verdes
Translation:        Comfrontation with the green ones.
SB:        JValdez

Message ID:        661376356
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:41:13
Subject:
Message Text:        En toyua por la pista en el km 41 tienen un punto dÅa y noche
Translation:        In Toyua, on the highway at km 41 they have a point day and night.
SB:        JValdez

Message ID:        661376359
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:41:34
Subject:
Message Text:        Por la libre en el limÃ*n de los peraza tienen otro punto
Translation:        On the free highway, at Peraza's Limon, they have another point.
SB:        JValdez

Message ID:        661376372
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:43:21
Subject:
Message Text:        SegÃºn esta muerto ese Cali antrax
Translation:        Apparently that Cali Antrax is dead.
SB:        JValdez

Message ID:        661376375
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:43:27
Subject:
Message Text:        No dice nada de caÅdos el de inte.

SHARED PURSUANT TO COURT ORDER. NOT FOR FURTHER DISTRIBUTION

Translation:     Nothing is said about fallen/wounded ones on the internet,
SB:          JValdez/EGonzalez

Message ID:       661376390
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:46:18
Subject:
Message Text:    =-D
Translation:     =-D
SB:          JValdez

Message ID:       661376393
Message Direction:        Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Sun, 30 Oct 2016 16:46:43
Subject:
Message Text:    Ande cabrones
Translation:     There you go, fuckers.
SB:          JValdez

Message ID:       661376396
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:46:48
Subject:
Message Text:    Y los alcones
Translation:     And the falcons
SB:          JValdez

Message ID:       661376399
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 16:47:02
Subject:
Message Text:    Ya no les avisan ya los dejaron sin alcones jajaja
Translation:     They don't notify them, they left them without falcons hahaha.
SB:          JValdez

Message ID:       -1939400867
Message Direction:        Incoming
To:          THOR <2b265027>
From:        SUPERMAN <2c2d0a02>
Date:        Sun, 30 Oct 2016 16:47:10
Subject:
Message Text:    Jajajaja yo creeo que ya
Translation:     Hahahaha I think that...
SB:          JValdez

Message ID:       -1939400864
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 16:47:16
Subject:
Message Text:    Los dejaron sin ojos
Translation:     ...they left them without eyes
SB:          JValdez/EGoonzalez

Message ID:       -1939400861
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:         Sun, 30 Oct 2016 16:47:21
Subject:
Message Text:    A esos sanganos bestias
Translation:     Those beastly slackers
SB:           JValdez/EGonzalez

Message ID:        661376411
Message Direction:         Outgoing
To:           SUPERMAN <2c2d0a02>
From:         THOR <2B265027>
Date:         Sun, 30 Oct 2016 16:47:36
Subject:
Message Text:    Sii eso jurelo
Translation:     Yes, you can bet on that.
SB:           JValdez/EGonzalez

Message ID:        661376414
Message Direction:         Outgoing
To:           SUPERMAN <2c2d0a02>
From:         THOR <2B265027>
Date:         Sun, 30 Oct 2016 16:47:42
Subject:
Message Text:    Si aquÃ casi nos dejan sin alcones
Translation:     Yes, they are almost leaving us without falcons here.
SB:           JValdez/EGonzalez

Message ID:        661376417
Message Direction:         Incoming
To:           SUPERMAN <2c2d0a02>;
From:         THOR <2b265027>
Date:         Sun, 30 Oct 2016 16:47:49
Subject:
Message Text:    En una noche nos quitan asta 3 motos
Translation:     In one night they take up to 3 motorcycles from us.
SB:           JValdez/EGonzalez

Message ID:        661376420
Message Direction:         Incoming
To:           SUPERMAN <2c2d0a02>;
From:         THOR <2b265027>
Date:         Sun, 30 Oct 2016 16:47:54
Subject:
Message Text:    Y nos garrotean a 6
Translation:     And they beat up 6
SB:           JValdez

Message ID:        661376423
Message Direction:         Outgoing
To:           SUPERMAN <2c2d0a02>
From:         THOR <2B265027>
Date:         Sun, 30 Oct 2016 16:47:56
Subject:
Message Text:    =D
Translation:      =D
SB:           JValdez

Message ID:        -1939400854
Message Direction:         Outgoing
To:           THOR <2b265027>
From:         SUPERMAN <2C2D0A02>
Date:         Sun, 30 Oct 2016 16:48:08
Subject:
Message Text:    Jajajajajajajajajjaajjajajajaa
Translation:     Hahahahahahahahaha
SB:           JValdez

Message ID:        -1939400851

SHARED UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:48:10
Subject:
Message Text:    Jjajajajajajajaja
Translation:     Hahahahahaha
SB:        JValdez

Message ID:      661376426
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:48:11
Subject:
Message Text:    Haya los an de traer sin patas y sin manos
Translation:     They must have them with no hands or feet over there.
SB:        JValdez/EGonzalez

Message ID:      661376430
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:48:20
Subject:
Message Text:    A los alcones a leÃ±asos
Translation:     The falcons, with clubs.
SB:        JValdez/EGonzalez

Message ID:      -1939400846
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:48:22
Subject:
Message Text:    La neta
Translation:     Honestly
SB:        JValdez

Message ID:      -1939400843
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:48:27
Subject:
Message Text:    Se les durmiÃ³
Translation:     They caught them off guard...
SB:        JValdez/EGonzalez

Message ID:      -1939400840
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:48:30
Subject:
Message Text:    Bien feo alos lokos
Translation:     ....badly, those fools.
SB:        JValdez/EGonzalez

Message ID:      661376437
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:48:51
Subject:
Message Text:    Q eran 4 camionetas segun
Translation:     Supposably there were 4 trucks/SUVs

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

SB:       JValdez

Message ID:       661376440
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:48:54
Subject:
Message Text:     Los antrax
Translation:      The Antrax
SB:       JValdez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3372735

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        661376443
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:49:06
Subject:
Message Text:      Q hay tienen rodeada como 3 cuadras
Translation:       That they have about 3 blocks surrounded...
SB:        crios

Message ID:        661376446
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:49:17
Subject:
Message Text:      Porq ahÂ andan corriendo en los techos de las casas
Translation:       ...because they are running on the rooftops of the houses.
SB:        crios/EGonzalez

Message ID:        -1939400835
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:50:08
Subject:
Message Text:      OjalÃ¡ los chinguen a todos la neta
Translation:       I hope they fuck everyone up, honestly...
SB:        crios/EGonzalez

Message ID:        -1939400832
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:50:24
Subject:
Message Text:      Ya para que se a caben esas lacras
Translation:       ...so that those low lifes get finished off...
SB:        crios/EGonzalez

Message ID:        -1939400829
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:50:26
Subject:
Message Text:      Culeras
Translation:       Fuckers.
SB:        crios

Message ID:        661376451
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:51:13
Subject:
Message Text:      =-D asÃ es
Translation:       =-D that's right.
SB:        crios

USDOJ-EDNY0000000439

Message ID:       661376454
Message Direction:            Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:51:21
Subject:
Message Text:     Por sanganos
Translation:      For being slackers.
SB:       crios


Message ID:       -1939400825
Message Direction:            Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Sun, 30 Oct 2016 16:51:54
Subject:
Message Text:     Jajajajajajaja si la neta por sanganos
Translation:      Hahahaha yes, honestly for being slackers.
SB:       crios


Message ID:       661376474
Message Direction:            Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:53:12
Subject:
Message Text:     Esos son mayos
Translation:      They are Mayos...
SB:       crios


Message ID:       661376477
Message Direction:            Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 16:53:16
Subject:
Message Text:     Los antrax
Translation:      ...the Antrax....
SB:       crios


Message ID:       -1939400822
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 16:53:33
Subject:
Message Text:     Si asÁ es
Translation:      That's right.
SB:       crios


Message ID:       -1939400819
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 16:53:39
Subject:
Message Text:     Son mayos esos culeros
Translation:      Those fuckers are Mayos.
SB:       crios

SHARED REPORT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939400816
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:53:47
Subject:
Message Text:      Pero son bestias sanganos
Translation:       But they are slacker beasts...
SB:        crios


Message ID:        -1939400813
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:53:49
Subject:
Message Text:      TambiÃ©n
Translation:       ...as well.
SB:        crios


Message ID:        661376482
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:53:49
Subject:
Message Text:      Los chimales de navolato son del archivaldo digale
Translation:       The Chimales from Navolato are people of Archivaldo's, tell him...
SB:        crios


Message ID:        -1939400809
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 16:53:50
Subject:
Message Text:      Que no
Translation:       ...right?
SB:        crios


Message ID:        661376486
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 16:53:59
Subject:
Message Text:      Es una cÃ©lula q tiene ahÃ grandecita
Translation:       It's a pretty big cell they have there.
SB:        crios//EGonzalez


Message ID:        661376509
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 17:02:13
Subject:
Message Text:      En la cruz esta al mando el Liobas y cesar a ese cesar le dicen 270 como clave
Translation:       Liobas and Cesar are in charge of La Cruz. They call that Cesar 270 as code...
SB:        crios/EGonzalez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        661376512
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 17:02:24
Subject:
Message Text:        Para q se los pase al de inte.
Translation:        ...so that you send it to the one at Inte/Intel...
SB:        crios/EGonzalez


Message ID:        661376516
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 30 Oct 2016 17:02:59
Subject:
Message Text:        En la cruz y potrerillos
Translation:        At La Cruz and Potrerillos
SB:        crios

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3372845

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        661376519
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 17:03:39
Subject:
Message Text:     En jacola y pueblos unidos esta el TalibÃjn
Translation:      Taliban is in Jacola and Pueblos Unidos...
SB:        crios

Message ID:        661376522
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 17:04:03
Subject:
Message Text:     En kila y el dorado esta el 4
Translation:      4 is at Kila and Dorado...
SB:        crios

Message ID:        661376525
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 17:04:12
Subject:
Message Text:     En navolato esta el montana
Translation:      Montana is in Navolato.
SB:        crios

Message ID:        661376528
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 17:04:34
Subject:
Message Text:     Esos casi todos son del Damasoo
Translation:      Those are almost all Damaso's people.
SB:        crios

Message ID:        -1939400801
Message Direction:        Outgoing
To:        THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 17:15:02
Subject:
Message Text:     Ya los pase muÃ±eco el padrino que tiene que sallir la persona
Translation:      I already passed them on, Muñeco, Padrino, that the person has to come up...
SB:        crios

Message ID:        -1939400799
Message Direction:        Outgoing
To:        THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 17:15:18
Subject:
Message Text:     Ya le dije que se a traso una
Translation:      I already told him that one was delayed an...
SB:        crios

USDOJ-EDNY0000000443

```
Message ID:      -1939400797
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 17:15:19
Subject:
Message Text:    Hora
Translation:     ...hour...
SB:        crios
```

```
Message ID:      661376555
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 17:15:21
Subject:
Message Text:    Al oxxo de cv
Translation:     To Oxxo from CV...
SB:        crios
```

```
Message ID:      -1939400794
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 17:15:21
Subject:
Message Text:    Que son
Translation:     ...which is...
SB:        crios/EGonzalez
```

```
Message ID:      661376558
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 17:15:22
Subject:
Message Text:    Va a ver al chicho
Translation:     He is going to see Chicho...
SB:        crios
```

```
Message ID:      -1939400790
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 17:15:23
Subject:
Message Text:    Las 10
Translation:     ...10.
SB:        crios
```

```
Message ID:      661376562
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 17:15:31
Subject:
Message Text:    Chichi
Translation:     Chichi...
SB:        crios
```

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

```
Message ID:      661376566
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 17:15:37
Subject:
Message Text:    Con un peso
Translation:     ...with one peso.
SB:       crios
```

```
Message ID:      -1939400784
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 17:15:40
Subject:
Message Text:    No quien chicho
Translation:     No, who, Chicho?
SB:       crios
```

```
Message ID:      661376571
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 17:15:46
Subject:
Message Text:    Y yo le mandaré un peso mÃ¡s ahÃ mismo
Translation:     I will send one peso more right there...
SB:       crios
```

```
Message ID:      661376586
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 17:16:23
Subject:
Message Text:    En 30min,
Translation:     ...in 30 minutes.
SB:       crios
```

```
Message ID:      -1939400779
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 17:17:04
Subject:
Message Text:    Ok ya estÃ¡ ay boy
Translation:     Okay, you got it. I am on my way...
SB:       crios
```

```
Message ID:      -1939400776
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 17:17:05
Subject:
Message Text:    Para
Translation:     ...to...
SB:       crios
```

SHARED FOR SUPPORT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939400773
Message Direction:              Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sun, 30 Oct 2016 17:17:07
Subject:
Message Text:      El oxxo
Translation:       ....the Oxxo.
SB:         crios

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

449

#3373169

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        -1939400690
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 18:56:05
Subject:
Message Text:        Porque el ruco
Translation:        Because Ruco...
SB:        crios

Message ID:        -1939400687
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 18:56:12
Subject:
Message Text:        Me acaba de dar un R y 3 cortas
Translation:        just gave me an R and 3 short ones....
SB:        crios

Message ID:        -1939400684
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 18:56:17
Subject:
Message Text:        Para ir a calarlos
Translation:        to go and try them out...
SB:        crios

Message ID:        -1939400681
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 18:56:24
Subject:
Message Text:        Para llevarme al martín y al nico
Translation:        so that I take Martin and Nico...
SB:        crios

Message ID:        -1939400678
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 18:56:27
Subject:
Message Text:        O que vamos a hacer
Translation:        or what are we going to do?
SB:        crios

Message ID:        -1939400675
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 18:56:30
Subject:
Message Text:        Me va a ver aora
Translation:        Is he going to see me today...
SB:        crios

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

450

Message ID:       -1939400672
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 18:56:33
Subject:
Message Text:     O maÃ±ana?
Translation:      or tomorrow?
SB:        crios


Message ID:       661376798
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sun, 30 Oct 2016 18:56:44
Subject:
Message Text:     MaÃ±ana
Translation:      Tomorrow.
SB:        crios


Message ID:       661376801
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 18:56:51
Subject:
Message Text:     Voy a ver ami hija hoy
Translation:      I am going to see my daughter today.
SB:        crios


Message ID:       661376804
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sun, 30 Oct2016 18:56:55
Subject:
Message Text:     AhÃ estarÃ© con ellas
Translation:      I will be with them.
SB:        crios


Message ID:       661376807
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 18:57:08
Subject:
Message Text:     Asta ya muy tarde me desocupo
Translation:      I won't be available until late this afternoon.
SB:        crios


Message ID:       -1939400667
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 18:57:20
Subject:
Message Text:     Ok entonces si puedo ir para alla
Translation:      Okay, so then I can go over there?
SB:        crios

Message ID:        -1939400664
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 18:57:27
Subject:
Message Text:      Allá¡ si agarra el radio negro
Translation:       The black radio does work over there...
SB:        crios


Message ID:        -1939400661
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 30 Oct 2016 18:57:31
Subject:
Message Text:      Por si me necesita
Translation:       in case you need me.
SB:        crios


Message ID:        661376817
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 18:57:37
Subject:
Message Text:      Si valla con el ruco
Translation:       Yes, go with Ruco.
SB:        crios


Message ID:        661376821
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sun, 30 Oct 2016 18:57:41
Subject:
Message Text:      Ok
Translation:       Okay.
SB:        crios


Message ID:        661376872
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 19:06:22
Subject:
Message Text:      Dicen q mataron al finix y al 23
Translation:       They say that they killed Finix and 23...
SB:        crios


Message ID:        661376875
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 30 Oct 2016 19:06:35
Subject:
Message Text:      Junto con el Cali antrax
Translation:       together with Cali Antrax...
SB:        crios

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:       -1939400655
Message Direction:              Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 19:09:18
Subject:
Message Text:     A poco si
Translation:      Really?
SB:       crios


Message ID:       -1939400652
Message Direction:              Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 19:09:26
Subject:
Message Text:     Pues los otros no los han identificado
Translation:      Well they haven't identified the other ones....
SB:       crios


Message ID:       -1939400649
Message Direction:              Incoming
To:       THOR <2b265027>:
From:     SUPERMAN <2c2d0a02>
Date:     Sun, 30 Oct 2016 19:09:39
Subject:
Message Text:     Pero deje preguntarle al del inte
Translation:      but let me ask the guy from Inte....
SB:       crios


Message ID:       -1939400646
Message Direction:              Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 30 Oct 2016 19:09:45
Subject:
Message Text:     Porque no me han dicho nada
Translation:      because they haven't said anything.
SB:       crios


Message ID:       661376964
Message Direction:              Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sun, 30 Oct 2016 19:09:53
Subject:
Message Text:     Si digale
Translation:      Yes, tell him.
SB:       crios

SHARED PERSUANT ORDER - NOT FOR FURTHER DISTRIBUTION

#3373208

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:      -1939400642
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sun, 30 Oct 2016 19:10:04
Subject:
Message Text:     Me aseguraron al cali
Translation:      They confirmed Cali...
SB:         crios

Message ID:      661376967
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sun, 30 Oct 2016 19:10:06
Subject:
Message Text:     Q dicen q ya se murieron los heridos o serÃjn otros muertos
Translation:      Are they saying that the wounded ones died or is it some other dead guys
SB:         crios

Message ID:      661376972
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sun, 30 Oct 2016 19:10:12
Subject:
Message Text:     Pero es el sargento finix
Translation:      But is Sargento Finix...
SB:         crios

Message ID:      661376975
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sun, 30 Oct 2016 19:10:22
Subject:
Message Text:     Uno de los heridos o de los muertos
Translation:      one of the wounded ones or one of the dead ones?
SB:         crios

Message ID:      -1939400636
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sun, 30 Oct 2016 19:11:21
Subject:
Message Text:     Deje le checo
Translation:      Let me check.
SB:         crios

Message ID:      -1939400633
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sun, 30 Oct 2016 19:11:24
Subject:
Message Text:     Orita le aviso
Translation:      I will let you know.
SB:         crios

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

454

Message ID:          661377000
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sun, 30 Oct 2016 19:11:57
Subject:
Message Text:          Si ya se murieron 2 de los heridos son esos 2 q le digo
Translation:          Yes, 2 of the wounded ones died already. It's those 2 that I am telling you about...
SB:          crios


Message ID:          661377003
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sun, 30 Oct 2016 19:12:02
Subject:
Message Text:          El finix y el 23
Translation:          Finix and 23.
SB:          crios


Message ID:          -1939400614
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sun, 30 Oct 2016 19:17:11
Subject:
Message Text:          Aver
Translation:          Let me see...
SB:          crios


Message ID:          -1939400612
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sun, 30 Oct 2016 19:17:14
Subject:
Message Text:          AquÁ mande un
Translation:          I sent here a...
SB:          crios


Message ID:          -1939400609
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sun, 30 Oct 2016 19:17:16
Subject:
Message Text:          Mensaje ya
Translation:          message already.
SB:          crios

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3373874

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        -1939400505
Message Direction:          Outgoing
To:            THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sun, 30 Oct 2016 21:57:39
Subject:
Message Text:    Dice el nico que va aver si los primos de el le pegan al verdeÃ±o
Translation:      Nico said that he will see if his primos will drop in to Verdeño.
SB:       crios

#3373951

BlackBerry Messenger Conversation
Conversation ID: KKHZLGXK
Message ID:        -1939400492
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 22:24:17
Subject:
Message Text:        EstÃ¡n por
Translation:        They are about to...
SB:        crios

Message ID:        -1939400489
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 22:24:21
Subject:
Message Text:        Convirdad parece que el bod tambiÃ©n
Translation:        confirm. It seems like Bod is also...
SB:        crios

Message ID:        -1939400486
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 30 Oct 2016 22:24:29
Subject:
Message Text:        Va Ai en la bola
Translation:        there with the group.
SB:        crios

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

457

BlackBerry Messenger Conversation
Conversation ID: JSLNBQEU
Message ID:        661419684
Message Direction:           Outgoing
To:        Atocha <2c2a17ed>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 03:39:02
Subject:
Message Text:      200mil
Translation:       200 thousand.
SB:        crios

Message ID:        1337726950
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      Atocha <2C2A17ED>
Date:      Thu, 24 Nov 2016 03:43:11
Subject:
Message Text:      A cuanto saliÃ³ el kilo
Translation:       How much did the kilo come out to?
SB:        crios

Message ID:        1337726953
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      Atocha <2C2A17ED>
Date:      Thu, 24 Nov 2016 03:43:16
Subject:
Message Text:      O.o
Translation:       O.o
SB:        crios

Message ID:        661419708
Message Direction:           Outgoing
To:        Atocha <2c2a17ed>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 03:47:46
Subject:
Message Text:      A 26
Translation:       At 26.
SB:        crios

Message ID:        1337726956
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      Atocha <2C2A17ED>
Date:      Thu, 24 Nov 2016 03:47:55
Subject:
Message Text:      Ok
Translation:       Okay.
SB:        crios

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

458

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY

Message ID:        661419837
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:35:15
Subject:
Message Text:        Oiga las veces q ah ido a mexico
Translation:        Sir, the times that I have gone to Mexico
SB:        MQuezada

Message ID:        661419840
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:35:37
Subject:
Message Text:        Ah visto al padrino q sale en la tv o ah otro sr
Translation:        Have you seen the godfather that comes on tv or another man
SB:        MQuezada

Message ID:        -1939383550
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:09
Subject:
Message Text:        No a ese por que
Translation:        Not that one because
SB:        MQuezada

Message ID:-1939383547
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:13
Subject:
Message Text:        Al Mismo sr
Translation:        To the same one sir.
SB:        MQuezada

Message ID:-1939383544
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:15
Subject:
Message Text:        No a otro
Translation:        Not the other one
SB:        MQuezada

Message ID:-1939383541
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:17
Subject:
Message Text:        Por que
Translation:        why
SB:        MQuezada

Message ID:        661419843
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>

SHAREHOLDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:        Thu, 24 Nov 2016 05:36:30
Subject:
Message Text:      Porq me dicen q es un personaje retirado el contacto q tenemos
Translation:       Because they are telling me that he is a retired character of the contact that we have
SB:               MQuezada

Message ID:        -1939383537
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:37
Subject:
Message Text:      Pues a usted tambiÁ©n lo a invitado no es otro oiga pues al menos
Translation:        Well he has also invited you, at least is not another one sir.
SB:               MQuezada

Message ID:        -1939383534
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:40
Subject:
Message Text:      Que este tonto
Translation:        That is dumb.
SB:               MQuezada

Message ID:-1939383531
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:41
Subject:
Message Text:      Yo
Translation:        Me
SB:               MQuezada

Message ID:-1939383528
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:36:43
Subject:
Message Text:      Oiga
Translation:        Sir
SB:               MQuezada

Message ID:-1939383525
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:37:00
Subject:
Message Text:      Quien le dice eso
Translation:        Who says that to you?
SB:               MQuezada

Message ID:-1939383522
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:37:03
Subject:
Message Text:      Que un personaje
Translation:        That a character
SB:               MQuezada

Message ID:        -1939383519

SHARED FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 05:37:09
Subject:
Message Text:      Retirado es ese hombre
Translation:               retired is that man
SB:                        MQuezada

Message ID:        -1939383516
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:37:10
Subject:
Message Text:      Wuero
Translation:               Light skin
SB:                        MQuezada

Message ID:-1939383513
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:37:12
Subject:
Message Text:      Oiga
Translation:               Sir
SB:                        MQuezada

Message ID:-1939383510
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:37:16
Subject:
Message Text:      Se lo juro por dios
Translation:               I swear to God
SB:                        MQuezada

Message ID:        661419849
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:37:41
Subject:
Message Text:      Me dejan bien aguitado
Translation:               They put me down
SB:                        MQuezada

Message ID:661419852
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:37:45
Subject:
Message Text:      Cuando me dicen eso
Translation:               When they tell me that
SB:                        MQuezada

Message ID:        -1939383506
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:37:55
Subject:
Message Text:      Pero quien esta retirado
Translation:               But who is retired

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:                          MQuezada

Message ID:-1939383503
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:37:59
Subject:
Message Text:     SegÃ³n
Translation:                     Apparently
SB:                          MQuezada

Message ID:-1939383500
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:38:04
Subject:
Message Text:     Pues que yo sepa no
Translation:                     Well not that I know of
SB:                          MQuezada

Message ID:-1939383497
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>,
Date:      Thu, 24 Nov 2016 05:38:09
Subject:
Message Text:     No estÃ¡ retirado
Translation:                     He is not retired
SB:                          MQuezada

Message ID:        661419857
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:38:09
Subject:
Message Text:     Digo entonces el cariÃ±o y todo lo q sentimos por el viejo este sangano
Translation:      Well, I say then that care and everything that we feel for that old man, that slacker
SB:                          MQuezada

Message ID:        -1939383493
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:38:11
Subject:
Message Text:     Que no
Translation:                     Don't you think?
SB:                          MQuezada

Message ID        661419863
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 05:38:30
Subject:
Message Text:     Pues cienfuegos noo
Translation:                     Well Cienfuegos?
SB:                          MQuezada

Message ID:661419866
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:38:35

SHADER COT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Como va a estar retirado
Translation:                        How is he going to be retired?
SB:                                  MQuezada

Message ID:        661419869
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:38:41
Subject:
Message Text:     Si es el secretario de la defensa
Translation:                        If he is the Secretary of Defense
SB:                                  MQuezada

Message ID:        -1939383488
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:38:41
Subject:
Message Text:     No estÃ¡ retirdo
Translation:                        He is not retired
SB:                                  MQuezada

Message ID:-1939383484
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:38:50
Subject:
Message Text:     Pero usted me dijo ahorita
Translation:                        But you told me right now
SB:                                  MQuezada

Message ID:-1939383481
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:38:55
Subject:
Message Text:     Que un personaje
Translation:                        That a character
SB:                                  MQuezada

Message ID:-1939383478
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:38:57
Subject:
Message Text:     Retirado
Translation:                        Retired
SB:                                  MQuezada

Message ID:-1939383475
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:39:00
Subject:
Message Text:     Y al que yo vi
Translation:                        And the one that I saw
SB:                                  MQuezada

Message ID:-1939383472
Message Direction:          Outgoing

SHARED PER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:39:04
Subject:
Message Text:   No estÃ¡ retirado
Translation:            He is not retired
SB:                     MQuezada


Message ID:    661419879
Message Direction:      Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:39:26
Subject:
Message Text:   Sii eso me dicen q yo estoy bien con una persona del ejÃ©rcito retirada
Translation:    Yes, that is what they tell me that I am good with one person of the retired army.
SB:                     MQuezada


Message ID:    661419882
Message Direction:      Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:39:34
Subject:
Message Text:   Q es amigo del secretario de la defensa
Translation:            That is friend of the Secretary of Defense
SB:                     MQuezada


Message ID:    661419885
Message Direction:      Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 05:39:37
Subject:
Message Text:   ='(
Translation:            ='(
SB:                     MQuezada


Message ID:661419888
Message Direction:      Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:39:48
Subject:
Message Text:   Y me dejan bien panikiado
Translation:            And they left me panicking
SB:                     MQuezada


Message ID:    -1939383467
Message Direction:      Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:39:59
Subject:
Message Text:   Pues mire oiga el que yo vi es ese sr
Translation:            Well look sir, the one I saw is that one sir.
SB:                     MQuezada


Message ID:    -1939383464
Message Direction:      Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:40:02
Subject:
Message Text:   Que se pone
Translation:            That he turns
SB:                     MQuezada

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:-1939383461
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:40:04
Subject:
Message Text:    Como tomate
Translation:                Like a tomato
SB:                         MQuezada

Message ID:-1939383458
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:40:07
Subject:
Message Text:    Colorado
Translation:                Red
SB:                         MQuezada

Message ID:-1939383455
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:40:11
Subject:
Message Text:    Cuando se enoja
Translation:                When he gets angry
SB:                         MQuezada

Message ID:    -1939383452
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:40:22
Subject:
Message Text:    Nadie me mintiÃ* estarÃa yo muy tonto
Translation:                No one would lie to me; if I were very dumb.
SB:                         MQuezada

Message ID:    -1939383449
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:40:26
Subject:
Message Text:    Para no conoserlo
Translation:                to not know him.
SB:                         MQuezada

Message ID:    661419894
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:40:27
Subject:
Message Text:    Alto, blanco
Translation:                Tall, white
SB:                         MQuezada

Message ID:661419898
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:40:29
Subject:

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:      Cacarizo
Translation:                      Pockmarked
SB:                               MQuezada

Message ID:       -1939383445
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:40:35
Subject:
Message Text:      Medio llenito
Translation:                      A little bit chubby
SB:                               MQuezada

Message ID:       -1939383442
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 05:40:37
Subject:
Message Text:      Esta
Translation:                      He is
SB:                               MQuezada

Message ID:661419903
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:40:54
Subject:
Message Text:      Y el tio
Translation:                      And the uncle
SB:                               MQuezada

Message ID:661419906
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:41:00
Subject:
Message Text:      A eso no lo vio o sii
Translation:                      That one I didn't see or yes
SB:                               MQuezada

Message ID:       661419909
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:41:11
Subject:
Message Text:      Porq ya serÃa mucha coincidencia
Translation:                      Because it would be a lot of coincidence
SB:                               MQuezada

Message ID:       661419912
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:41:25
Subject:
Message Text:      Q ubiera uno q se pareciera al tio
Translation:                      That there would be one that would look like the uncle
SB:                               MQuezada

Message ID:       -1939383435
Message Direction:          Outgoing
To:        THOR <2b265027>

SHARED PERCEPTOR ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000463

466

From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:41:31
Subject:
Message Text:    El que yo vi en uno cahaparrito blanco viejano tambiÃ©n el tÃo
Translation:            The one I saw is a short, white old man as well I saw the uncle.
SB:                     MQuezada


Message ID:      -1939383432
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:41:55
Subject:
Message Text:    Pero si quiere le pregunto
Translation:            But if you want I can ask
SB:                     MQuezada


Message ID:      661419916
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:41:57
Subject:
Message Text:    Voy a venir matando gente
Translation:            I will start killing people
SB:                     MQuezada


Message ID:      -1939383428
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:41:59
Subject:
Message Text:    Por que retirados
Translation:            Because retired
SB:                     MQuezada


Message ID:-1939383425
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:42:01
Subject:
Message Text:    No estÃ¡n
Translation:            They are not
SB:                     MQuezada


Message ID:      661419920
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:42:06
Subject:
Message Text:    Ala otra q me digan
Translation:            Next time they tell me
SB:                     MQuezada


Message ID:      661419924
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:42:11
Subject:
Message Text:    Porq me duele asta la cabeza
Translation:            Because even my head hurts
SB:                     MQuezada

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000465

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY

Message ID:          661419928
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:42:25
Subject:
Message Text:      Noo como le va a decir
Translation:         No how are you going to tell him
SB:       MQuezada

Message ID:          661419931
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:42:35
Subject:
Message Text:      Va a decir q esta tonto
Translation:         He is going to say that you are dumb
SB:       MQuezada

Message ID:          661419934
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:42:45
Subject:
Message Text:      Yo se q la persona q decimos
Translation:         I know that the person that we are talking about
SB:       MQuezada

Message ID:          661419937
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:42:50
Subject:
Message Text:      No estÁ retirada
Translation:         Is not retired
SB:       MQuezada

Message ID:          -1939383418
Message Direction:          Outgoing
To:        THOR <2b265027>
From:     SUPERMAN <2G2D0A02>
Date:     Thu, 24 Nov 2016 05:42:55
Subject:
Message Text:      Pues me pone en duda y yo vi al amigo oiga se lo juro
Translation:         Well I am in doubt and I saw the friend sir. I swear
SB:       MQuezada

Message ID:          -1939383415
Message Direction:          Incoming
To:        THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Thu, 24 Nov 2016 05:42:58
Subject:
Message Text:      Por mis hijos
Translation:         For my children
SB:       MQuezada

Message ID:          -1939383412
Message Direction:          Outgoing
To:        THOR <2b265027>
From:     SUPERMAN <2C2D0A02>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:        Thu, 24 Nov 2016 05:43:03
Subject:
Message Text:    Que son lo que mÁ¡s quiero
Translation:     That they are the ones that I love the most
SB:     MQuezada

Message ID:     661419941
Message Direction:       Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Thu, 24 Nov 2016 05:43:04
Subject:
Message Text:    Es el secretario de la defensa como cree q va a estar retirada
Translation:     Is the Secretary of Defense how do you believe that he is retired.
SB:     MQuezada

Message ID:     -1939383408
Message Direction:       Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 24 Nov 2016 05:43:11
Subject:
Message Text:    De que hablo con el no se
Translation:     That I speak with him, I don't know
SB:     MQuezada

Message ID:     -1939383405
Message Direction:       Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 24 Nov 2016 05:43:13
Subject:
Message Text:    Pero de quÁ©
Translation:     But that
SB:     MQuezada

Message ID:     -1939383402
Message Direction:       Incoming
To:     THOR <2b265027>;
From:   SUPERMAN <2c2d0a02>
Date:   Thu, 24 Nov 2016 05:43:16
Subject:
Message Text:    Lo vi a el
Translation:     I saw him
SB:     MQuezada

Message ID:     -1939383399
Message Direction:       Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 24 Nov 2016 05:43:18
Subject:
Message Text:    Si
Translation:     Yes
SB:     MQuezada

Message ID:-1939383396
Message Direction:       Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 24 Nov 2016 05:43:22
Subject:
Message Text:    Al que dijo sangano
Translation:     The one that said slacker
SB:     MQuezada

Message ID:-1939383393

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:43:24
Subject:
Message Text:     Ese es
Translation:      That it is
SB:          MQuezada

Message ID:        661419950
Message Direction:       Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:43:29
Subject:
Message Text:     Si pues usted ya lo vio pero digo no le presentarÁan a otro
Translation:      Yes well you already saw him but didn't they introduced you another one?
SB:          MQuezada

Message ID:        661419955
Message Direction:       Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:43:46
Subject:
Message Text:     Jajajaja
Translation:      Haha
SB:          MQuezada

Message ID:        661419958
Message Direction:       Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:43:53
Subject:
Message Text:     El sangano le vamos a poner
Translation:      We are going to name his the slacker
SB:          MQuezada

Message ID:        661419961
Message Direction:       Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:44:05
Subject:
Message Text:     Pues ya me quedo mÁs tranquilo usted dice q lo vio
Translation:      Well I am more calmed down, you said that you saw him
SB:          MQuezada

Message ID:        661419964
Message Direction:       Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:44:10
Subject:
Message Text:     Y con el platico
Translation:      And you spoke with him
SB:          MQuezada

Message ID:        -1939383386
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:44:16
Subject:
Message Text:     Pues el de la polÁtica
Translation:      Well the one of politics

SB:      MQuezada

Message ID:-1939383383
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:44:18
Subject:
Message Text:     Me pregunto
Translation:      Asked me
SB:      MQuezada

Message ID:-1939383380
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:44:20
Subject:
Message Text:     Ase rato
Translation:      A while ago
SB:      MQuezada

Message ID:-1939383377
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:44:23
Subject:
Message Text:     Que si conosco
Translation:      That if I know
SB:      MQuezada

Message ID:      661419968
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:44:23
Subject:
Message Text:     Porq la vdd me preocupo mucho
Translation:      Because to be honest that worries me a lot
SB:      MQuezada

Message ID:      -1939383373
Message Direction:          Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Thu, 24 Nov 2016 05:44:28
Subject:
Message Text:     A sinfuego
Translation:      To Cienfuegos
SB:      MQuezada

Message ID      -1939383370
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:44:30
Subject:
Message Text:     Que es pariente
Translation:      That is a relative
SB:      MQuezada

Message ID:-1939383367
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:44:33

SHARED FOR DISCOVERY ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      De kirino
Translation:       Of Kirino
SB:     MQuezada

Message ID:-1939383364
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:44:37
Subject:
Message Text:      Ase como
Translation:       Like an
SB:     MQuezada

Message ID:-1939383361
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:44:39
Subject:
Message Text:      Una hora
Translation:       Hour ago
SB:     MQuezada

Message ID:-1939383358
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:44:43
Subject:
Message Text:      Y le dije que yo no
Translation:       And I told him that not me
SB:     MQuezada

Message ID:-1939383355
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:44:46
Subject:
Message Text:      Usted quien sabe
Translation:       About you I don't know
SB:     MQuezada

Message ID:      -1939383352
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:44:57
Subject:
Message Text:      Que le preguntarÁ¡ y no se Á¡nimo que por que era delicado
Translation:       What you asked him and he didn't want to because it was delicate
SB:     MQuezada

Message ID:      -1939383349
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:44:58
Subject:
Message Text:      Dijo
Translation:       He said
SB:     MQuezada

Message ID:      661419974
Message Direction:           Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:45:19
Subject:
Message Text:    Algo asÃ me pregunto
Translation:     Something like that he asked
SB:          MQuezada

Message ID:      661419977
Message Direction:        Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:45:28
Subject:
Message Text:    Q al parecer tenÃamos un amigo en comun
Translation:     That apparently we have a friend in common
SB:          MQuezada

Message ID:      661419980
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:45:32
Subject:
Message Text:    En la maÃ±ana
Translation:     In the morning
SB:          MQuezada

Message ID:661419983
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:45:36
Subject:
Message Text:    Y le dije a lo mejor
Translation:     And I told him that maybe
SB:          MQuezada

Message ID:661419986
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:45:41
Subject:
Message Text:    Pero no me dijo quien
Translation:     But he didn't told me who
SB:          MQuezada

Message ID:      661419989
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:45:54
Subject:
Message Text:    Y al rato dijo pero no creo Porq es un alto mando de gobierno
Translation:     And later on he said but I don't think so because it's a high command of government
SB:          MQuezada

Message ID:      -1939383341
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:46:02
Subject:
Message Text:    A mi me dijo ase rato que por que si es el entonces todo cuadra
Translation:     He told me a while ago that why if it's him everything makes sense
SB:          MQuezada

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939383338
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 05:46:03
Subject:
Message Text:        Dice
Translation:        He says
SB:        MQuezada

Message ID:        661419992
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:46:05
Subject:
Message Text:        Y le dije alo mejor no es el mismo
Translation:        And I told him maybe he is not the same
SB:        MQuezada

Message ID:        -1939383334
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:46:10
Subject:
Message Text:        Que entonces el rompe cabeza
Translation:        That then the puzzle
SB:        MQuezada

Message ID:        -1939383331
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:46:14
Subject:
Message Text:        El ya lo armÃª dice
Translation:        He already put it together he said
SB:        MQuezada

Message ID:        661419997
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:46:16
Subject:
Message Text:        Porq no les podemos aceptar nada
Translation:        Because we can't accept anything
SB:        MQuezada

Message ID:        661420001
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:46:51
Subject:
Message Text:        Bueno maÃ±ana lo veo para platicar a fondo de eso
Translation:        Well tomorrow I will see him to speak deeply about that
SB:        MQuezada

Message ID:        -1939383326
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:47:05
Subject:

SHARED PURSUANT TO ORDER – NOT FOR FURTHER DISTRIBUTION

Message Text:   Pues yo no le capie en nada yo le dije que usted no decÁa nada de la
Translation:    Well I didn't put attention on anything that I told you, he didn't say anything of
SB:             MQuezada

Message ID:     -1939383323
Message Direction:      Incoming
To:             THOR <2b265027>;
From:           SUPERMAN <2c2d0a02>
Date:           Thu, 24 Nov 2016 05:47:08
Subject:
Message Text:   Amistades de usted
Translation:    Your friendships
SB:             MQuezada

Message ID:     661420006
Message Direction:      Outgoing
To:             SUPERMAN <2c2d0a02>
From:           THOR <2B265027>
Date:           Thu, 24 Nov 2016 05:47:44
Subject:
Message Text:   Sii Porq si decimos algo
Translation:    Yes because if we say something
SB:             MQuezada

Message ID:     661420009
Message Direction:      Incoming
To:             SUPERMAN <2c2d0a02>;
From:           THOR <2b265027>
Date:           Thu, 24 Nov 2016 05:47:50
Subject:
Message Text:   Se nos molestan los otros
Translation:    The others would get mad
SB:             MQuezada

Message ID:     661420012
Message Direction:      Incoming
To:             SUPERMAN <2c2d0a02>;
From:           THOR <2b265027>
Date:           Thu, 24 Nov 2016 05:48:01
Subject:
Message Text:   AsÁ como ellos no dicen nada menos nosotros
Translation:    Like they don't say anithing, us nothing at all.
SB:             MQuezada

Message ID:     661420015
Message Direction:      Outgoing
To:             SUPERMAN <2c2d0a02>
From:           THOR <2B265027>
Date:           Thu, 24 Nov 2016 05:48:15
Subject:
Message Text:   Lo q si veo q estamos protegidos mÁs no se si por cienfuegos
Translation:    What I do see if that we are more protected, I don't know if it's because of Cienfuegos.
SB:             MQuezada

Message ID:     661420018
Message Direction:      Outgoing
To:             SUPERMAN <2c2d0a02>
From:           THOR <2B265027>
Date:           Thu, 24 Nov 2016 05:48:23
Subject:
Message Text:   Ya me metieron esta duda estas personas
Translation:    These personas already have me on doubt.
SB:             MQuezada

Message ID:     -1939383317
Message Direction:      Outgoing
To:             THOR <2b265027>

SHARED - PRODUCTION ORDER - NOT FOR FURTHER DISTRIBUTION

From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:48:38
Subject:
Message Text:     Pues ya ve que el otra ves tambiÁ©n le dijeron
Translation:      Well you see that the other time they also told you
SB:          MQuezada

Message ID:        661420021
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:48:38
Subject:
Message Text:     Son altos funcionarios tambiÁ©n del gobierno
Translation:      They are also high officials also of the government
SB:          MQuezada

Message ID:        -1939383313
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:48:41
Subject:
Message Text:     Que un general
Translation:      That a general
SB:          MQuezada

Message ID:        661420026
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:48:47
Subject:
Message Text:     A lo mejor me estÁ¡n tantiando
Translation:      Maybe they are asking around
SB:          MQuezada

Message ID:        -1939383309
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:48:47
Subject:
Message Text:     Lo protejian
Translation:      They used to protect him
SB:          MQuezada

Message ID:        661420030
Message Direction:        Incoming
To:          SUPERMAN <2c2d0a02>:
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:49:10
Subject:
Message Text:     Sii pero esta ves me dieron muchos detalles
Translation:      Yes but this time they gave me a lot of details
SB:          MQuezada

Message ID:        661420033
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:49:19
Subject:
Message Text:     De un general retirado o algo asi
Translation:      About a retired general or something like that
SB:          MQuezada

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000474

477

Message ID:      661420036
Message Direction:         Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:49:26
Subject:
Message Text:    Q ese es nuestro padrino
Translation:     That that is our godfather
SB:       MQuezada

Message ID:      661420039
Message Direction:         Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:49:34
Subject:
Message Text:    Y el tiene lÁnea con cienfuegos
Translation:     And he has line with Cienfuegos
SB:       MQuezada

Message ID:      661420043
Message Direction:         Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:50:46
Subject:
Message Text:    Espero q todo nos salga bien
Translation:     I hope that everything turns out well
SB:       MQuezada

Message ID:      661420046
Message Direction:         Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:51:09
Subject:
Message Text:    AquÁ tenemos asegurado al gobiernó q viene en camino sea quien sea q gane
Translation:     Here we have secured the government that we have on its way whoever it is that wins.
SB:       MQuezada

Message ID:      -1939383302
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:51:28
Subject:
Message Text:    Pues la verdad meda para bajo eso
Translation:     Well to be honest that puts me down
SB:       MQuezada

Message ID:      661420050
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:52:02
Subject:
Message Text:    Pues usted es el Áᴿnico q puede decirme si vio a cienfuegos
Translation:     Well you are the only one that can tell me if you saw Cienfuegos
SB:       MQuezada

Message ID:      661420053
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:52:09
Subject:
Message Text:    Y al tio

SHARED PURSUANT TO COURT ORDER — NOT FOR FURTHER DISTRIBUTION

Translation:        And the uncle
SB:        MQuezada

Message ID:        -1939383298
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 05:52:17
Subject:
Message Text:        No mÃjs por que vorre las cosas
Translation:        Not only because I erased the things
SB:        MQuezada

Message ID:        661420057
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:52:24
Subject:
Message Text:        Porq ya si no es asÃ lo q mandamos al ojitos jalados
Translation:        Because if it's not like that what we sent to the pulled in eyes.
SB:        MQuezada

Message ID:        661420060
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 05:52:39
Subject:
Message Text:        Es tirado ala basura
Translation:        Will be thrown to the trash
SB:        MQuezada

Message ID:        -1939383293
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:52:44
Subject:
Message Text:        Pues le
Translation:        Well
SB:        MQuezada

Message ID:        661420063
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 05:52:47
Subject:
Message Text:        Otra gente se queda con el
Translation:        The other people will stay with it
SB:        MQuezada

Message ID:        -1939383289
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 05:52:49
Subject:
Message Text:        Digo que si pero usted
Translation:        I say yes but you
SB:        MQuezada

Message ID:-1939383286
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>

SHARED - LEE COUNT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:        Thu, 24 Nov 2016 05:52:51
Subject:
Message Text:    Mete duda
Translation:      Put me in doubt
SB:      MQuezada

Message ID:       661420068
Message Direction:        Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 05:52:58
Subject:
Message Text:    Dinero
Translation:      Money
SB:      MQuezada

Message ID:       661420071
Message Direction:        Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 05:53:22
Subject:
Message Text:    Y voy a investigar tengo una persona q me ayudará¡
Translation:      And I have to investigate, I have a person that will help me
SB:      MQuezada

Message ID:       661420075
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 05:54:16
Subject:
Message Text:    Siendo el padrino el q pensamos y vio usted
Translation:      Being the godfather that we thought and that you saw
SB:      MQuezada

Message ID:       661420078
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 05:54:19
Subject:
Message Text:    La cosa está¡ bien
Translation:      Things are good
SB:      MQuezada

Message ID:       661420081
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 05:54:31
Subject:
Message Text:    Pero si no está¡ mal la cosa
Translation:      But if the thing is not bad
SB:      MQuezada

Message ID:       -1939383277
Message Direction:        Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 05:54:31
Subject:
Message Text:    Mire
Translation:      Look
SB:      MQuezada

Message ID:-1939383273

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:54:51
Subject:
Message Text      Yo vi al que dijo
Translation:       I saw the one that said
SB:        MQuezada


Message ID:        -1939383270
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 05:54:52
Subject:
Message Text      Sangano
Translation:       Slacker
SB:        MQuezada


Message ID:        -1939383267
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:54:54
Subject:
Message Text      Oiga
Translation:       Sir
SB:        MQuezada


Message ID:-1939383264
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:54:59
Subject:
Message Text      A mi nadie me quita
Translation:       No one takes my place
SB:        MQuezada


Message ID:        661420088
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 05:55:00
Subject:
Message Text      Sii ami tambiÃ©n me pregunto
Translation:       Yes he also asked me
SB:        MQuezada


Message ID:        -1939383260
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:55:01
Subject:
Message Text      De la cabeza
Translation:       About the head
SB:        MQuezada


Message ID:-1939383257
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 05:55:02
Subject:
Message Text      Ese
Translation:       That

SHARED COPY UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

SB:       MQuezada

Message ID:-1939383254
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 05:55:06
Subject:
Message Text:     SeÃ±or
Translation:      Sir
SB:       MQuezada

Message ID:       661420093
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:55:09
Subject:
Message Text:     Por eso sÃ creo q sea el viejo sangano
Translation:      That's why I believe that it would be the slacker old man
SB:       MQuezada

Message ID:       661420097
Message Direction:        Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:55:11
Subject:
Message Text:     El q vio usted
Translation:      That you saw
SB:       MQuezada

Message ID:661420100
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:55:14
Subject:
Message Text:     Y el q nos cuida
Translation:      And that he takes care of us
SB:       MQuezada

Message ID:661420105
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:55:50
Subject:
Message Text:     =| dios nos ayude
Translation:      God will help us
SB:       MQuezada

Message ID:661420108
Message Direction:        Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 05:56:02
Subject:
Message Text:     Ocupo tener maza
Translation:      I need maza
SB:       MQuezada

Message ID:       661420111
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 05:56:08

SHARED FOR OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:   Para poder ayudar al ojitos jalados
Translation:    In order to help the pulled in eyes.
SB:       MQuezada

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY
Message ID:         661420241
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 06:10:35
Subject:
Message Text:    Solo habÃa dejado 10 cuernos
Translation:      I/he had only left 10 horns/AK's.
SB:       CMendoza


Message ID:         661420244
Message Direction:          Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 06:10:43
Subject:
Message Text:    Antes no tenÃan todos cuernos solo unos pocos
Translation:      They didn't have horns/AK's before, only a few.
SB:       CMendoza


Message ID:         -1939383122
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:11:31
Subject:
Message Text:    Pues segÃºn que las 2 tripulaciones puro cuerno a ver le estoy preguntando
Translation:      Well supposedly that the 2 crews only have horns/AK's.  Let's see, I'm asking.
SB:       CMendoza


Message ID:         -1939383119
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:11:36
Subject:
Message Text:    Puras mamadas la neta
Translation:      Bunch of bullshit, seriously.
SB:       CMendoza


Message ID:         661420248
Message Direction:          Incoming
To:       SUPERMAN <2c2d0a02>>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 06:14:17
Subject:
Message Text:    AquÃ estoy hablando con el de la polÃtica
Translation:      I am talking here with the one from politics...
SB:       CMendoza


Message ID:         661420251
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 06:14:20
Subject:
Message Text:    Me dice le suena el nombre de salvador
Translation:      he asks me, "Does the name Salvador ring a bell?"
SB:       CMendoza


Message ID:         661420254
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 06:14:24

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Y le digo quien es ese
Translation:      And I tell him, "Who is that? "
SB:     CMendoza

Message ID:     -1939383106
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:16:22
Subject:
Message Text:     Y quien es salvador
Translation:      And who is Salvador?
SB:     CMendoza

Message ID:     -1939383103
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:16:56
Subject:
Message Text:     Puta madre
Translation:      Son of a bitch.
SB:     CMendoza

Message ID:     -1939383100
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:16:59
Subject:
Message Text:     Ahora resulta
Translation:      Now it turns out...
SB:     CMendoza

Message ID:     -1939383097
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:17:01
Subject:
Message Text:     Que puro
Translation:      that only...
SB:     CMendoza

Message ID:     -1939383094
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:17:03
Subject:
Message Text:     Cuerno
Translation:      horn/AK...
SB:     CMendoza

Message ID:     661420258
Message Direction:     Incoming
To:     SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 06:17:39
Subject:
Message Text:     Salvador cienfuegos
Translation:      Salvador Cienfuegos...
SB:     CMendoza

Message ID:     661420261
Message Direction:     Outgoing

SHARP ORDER - NOT FOR FURTHER DISTRIBUTION

To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 06:17:42
Subject:
Message Text:    Jajaja
Translation:     hahaha...
SB:        CMendoza


Message ID:        661420264
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 06:17:45
Subject:
Message Text:    El padrino
Translation:     Padrino...
SB:        CMendoza


Message ID:        661420267
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 06:17:48
Subject:
Message Text:    Q la condiciÃ³n q puso
Translation:     that the condition he gave...
SB:        CMendoza


Message ID:        661420270
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 06:17:52
Subject:
Message Text:    Para darme maza
Translation:     to give me Maza...
SB:        CMendoza


Message ID:        661420273
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 06:17:56
Subject:
Message Text:    Es q no tenga tratos
Translation:     is to not have deals...
SB:        CMendoza


Message ID:        661420276
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 06:17:59
Subject:
Message Text:    Con isidro
Translation:     with Isidro...
SB:        CMendoza


Message ID:        661420279
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 06:18:02
Subject:
Message Text:    Ni con mencho
Translation:     nor with Mencho...
SB:        CMendoza

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939383088
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:18:14
Subject:
Message Text:        Pero pues eso ya sabemos
Translation:        But well we already know that...
SB:        CMendoza

Message ID:        -1939383085
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:18:18
Subject:
Message Text:        Que se los van a fregar
Translation:        that he is going to mess them up...
SB:        CMendoza

Message ID:        -1939383082
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:18:23
Subject:
Message Text:        No los quieren
Translation:        they don't want them.
SB:        CMendoza

Message ID:        -1939383079
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:18:31
Subject:
Message Text:        Me trai loko martÃn quiero a comodar todo
Translation:        Martin is driving me crazy, he wants to get everything settled...
SB:        CMendoza

Message ID:        -1939383076
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:18:35
Subject:
Message Text:        Ya para matar gente
Translation:        to kill people already.
SB:        CMendoza

Message ID:        661420283
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 06:21:06
Subject:
Message Text:        MaÃ±ana le mandamos mÃ¡s cuernos digale
Translation:        Tell him we'll send him the horns/AK's tomorrow.
SB:        CMendoza

Message ID:        661420286
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 06:21:13
Subject:

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:    Le llevamos 4 cuernos al armero
Translation:     We took 4  horns/AKs to the gunsmith...
SB:              CMendoza

Message ID:           661420289
Message Direction:         Incoming
To:              SUPERMAN <2c2d0a02>;
From:            THOR <2b265027>
Date:            Thu, 24 Nov 2016 06:21:16
Subject:
Message Text:    Q los haga rapido
Translation:     to make them quick...
SB:              CMendoza

Message ID:           661420292
Message Direction:         Outgoing
To:              SUPERMAN <2c2d0a02>
From:            THOR <2B265027>
Date:            Thu, 24 Nov 2016 06:21:20
Subject:
Message Text:    Y se los mandamos
Translation:     and we'll send them to him...
SB:              CMendoza

Message ID:           661420295
Message Direction:         Outgoing
To:              SUPERMAN <2c2d0a02>
From:            THOR <2B265027>
Date:            Thu, 24 Nov 2016 06:21:23
Subject:
Message Text:    Q nos espere poquito
Translation:     have him wait a little for us.
SB:              CMendoza

Message ID:           661420298
Message Direction:         Outgoing
To:              SUPERMAN <2c2d0a02>
From:            THOR <2B265027>
Date:            Thu, 24 Nov 2016 06:21:28
Subject:
Message Text:    AquÃ estoy con este amigo
Translation:     I am here with this guy
SB:              CMendoza

Message ID:           661420301
Message Direction:         Incoming
To:              SUPERMAN <2c2d0a02>;
From:            THOR <2b265027>
Date:            Thu, 24 Nov 2016 06:21:31
Subject:
Message Text:    Bien enredado
Translation:     all confused.
SB:              CMendoza

Message ID:           661420304
Message Direction:         Outgoing
To:              SUPERMAN <2c2d0a02>
From:            THOR <2B265027>
Date:            Thu, 24 Nov 2016 06:21:43
Subject:
Message Text:    Me quiere sacar informaciÃ³n q por favor le tenga confianza
Translation:     He wants to get information from me, to please trust him.
SB:              CMendoza

Message ID:           -1939383069
Message Direction:         Outgoing
To:              THOR <2b265027>

USDOJ-EDNY0000000485

188

From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:22:22
Subject:
Message Text:      Pues dice julio que es de fiar el amigo
Translation:       Well Julio says the guy can be trusted...
SB:          CMendoza

Message ID:        -1939383066
Message Direction:        Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:22:24
Subject:
Message Text:      Ese que no
Translation:       can he not?
SB:          CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY
Message ID:      -1939383063
Message Direction:        Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:32:01
Subject:
Message Text: Oiga compadre a chincho le faltan 3. Chivos y a chuy. Los 4. Chivos por todos son 7. Chivos los cargadores.
Tan sacando las cuentas. Falta parque oiga. De cuerno tambiÁ©n compadre

Translation:  Hey buddy, Chincho is short 3 AKA-47'S  and Chuy the four aka-47's. In all it's the 7 AKA-47's, the magazines.
They're doing the numbers. The ammunition for the horn is also needed buddy.
SB:    mdelacruz

Message ID:      -1939383061
Message Direction:        Incoming
To:      THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 06:32:04
Subject:
Message Text:    Ay le va mire
Translation:       Look, it's in there.
SB:    mdelacruz

Message ID:      661420308
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:33:03
Subject:
Message Text:    No sr
Translation:       No sir.
SB:    mdelacruz

Message ID:      661420311
Message Direction:        Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 06:33:11
Subject:
Message Text:    PregÁ®ntele cuantos cuernos le entregaron
Translation:       Ask him how many horns he was delivered.
SB:    mdelacruz

Message ID:      661420314
Message Direction:        Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 06:33:18
Subject:
Message Text:    El solo dejo 10 cuernos
Translation:       He only left 10 horns--
SB:    mdelacruz

Message ID:      661420317
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:33:21
Subject:
Message Text:    Y 16 R15
Translation:       and 16 R15's.
SB:    mdelacruz

Message ID:      661420320
Message Direction:        Outgoing

To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 06:33:29
Subject:
Message Text:    Y solo le agarre 4 cuernos yo
Translation:       And I only took 4 horns from him.
SB:        mdelacruz


Message ID:        661420323
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 06:33:50
Subject:
Message Text:    Como le van a faltar 7
Translation:       How can he be 7 short?
SB:        mdelacruz


Message ID:        661420326
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 06:33:52
Subject:
Message Text:    Le faltan 4
Translation:       He's 4 short.
SB:        mdelacruz


Message ID:        661420329
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 06:34:05
Subject:
Message Text:    Le tuvieron q entregar 6 chivos
Translation:       He should have been delivered 6 AK-47's.
SB:        mdelacruz


Message ID:        -1939383053
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:34:56
Subject:
Message Text:    A pues ay esta lo que me puso y estoy buscando al sangano para mandarle la foto
Translation:       Oh well, there's what he sent/wrote me and I'm looking for the dumbass so I can send him the picture.
SB:        mdelacruz


Message ID:        -1939383050
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:35:04
Subject:
Message Text:    No tengo duda yo
Translation:       I don't have any doubt
SB:        mdelacruz


Message ID:        -1939383047
Message Direction:        Incoming
To:        THOR <2b265027>:
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 06:35:09
Subject:
Message Text:    A usted se la metaran ami no
Translation:       they'll stick it to you, not me.

USDOJ-EDNY0000000488

SB:    mdelacruz

Message ID:    -1939383044
Message Direction:    Outgoing
To:    THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:35:21
Subject:
Message Text:    Yo desconocÃa quien era cuando lo vi
Translation:    I didn't know who he was when I saw him—
SB:    mdelacruz

Message ID:    -1939383041
Message Direction:    Incoming
To:    THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 06:35:25
Subject:
Message Text:    Pero ya se quien es
Translation:    but I know who he is,
SB:    mdelacruz

Message ID:    661420332
Message Direction:    Incoming
To:    SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 06:36:39
Subject:
Message Text:    Oiga
Translation:    Listen—
SB:    mdelacruz

Message ID:    661420334
Message Direction:    Incoming
To:    SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 06:36:40
Subject:
Message Text:    Ocupo verlo
Translation:    I need to see you/him—
SB:    mdelacruz

Message ID:    661420337
Message Direction:    Outgoing
To:    SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:36:43
Subject:
Message Text:    MaÃsana
Translation:    tomorrow—
SB:    mdelacruz

Message ID:    661420340
Message Direction:    Outgoing
To:    SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:36:47
Subject:
Message Text:    Todo va muy bien
Translation:    everything is going good—
SB:    mdelacruz

Message ID:    661420343
Message Direction:    Outgoing
To:    SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:36:50

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    En maza
Translation:         in Maza.
SB:       mdelacruz

Message ID:       661420346
Message Direction:           Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 06:37:10
Subject:
Message Text:    La esposa del padrino es hermana de kiri
Translation:         Padrino's wife is Kiri's sister.
SB:       mdelacruz

Message ID:       661420349
Message Direction:           Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 06:37:20
Subject:
Message Text:    No mÃ¡s no le diga nada al de la política
Translation:         Just don't say anything to the one of the politics.
SB:       mdelacruz

Message ID:       661420352
Message Direction:           Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 06:37:24
Subject:
Message Text:    Pero esto estÃ¡ mÃ¡s q bien
Translation:         But this better than best.
SB:       mdelacruz

Message ID:       -1939383034
Message Direction:           Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:37:41
Subject:
Message Text:    Pero que no dijo julio
Translation:         But didn't Julio say—
SB:       mdelacruz

Message ID:       -1939383031
Message Direction:           Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:37:50
Subject:
Message Text:    Que era amigo de una hermana o prima
Translation:         that he was a friend of a sister or [female] cousin]?
SB:       mdelacruz

Message ID:       -1939383028
Message Direction:           Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:37:55
Subject:
Message Text:    Algo asÃ de la mujer
Translation:         Somerthing like that about the woman.
SB:       mdelacruz

Message ID:       -1939383025
Message Direction:           Incoming

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:         THOR <2b265027>;
From:       SUPERMAN <2c2d0a02>
Date:       Thu, 24 Nov 2016 06:37:58
Subject:
Message Text:    El dÃa que fue
Translation:       the day that he/she went.
SB:         mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY
Message ID:          661420356
Message Direction:          Incoming
To:          SUPERMAN <2c2d0a02>;
From:          THOR <2b265027>
Date:          Thu, 24 Nov 2016 06:39:08
Subject:
Message Text:          Pues este amigo dice esto
Translation:          Well this guy is saying this~
SB:          mdelacruz

Message ID:          661420359
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Thu, 24 Nov 2016 06:39:14
Subject:
Message Text:          Q es cuÃ±ado
Translation:          that he's the brother in law~
SB:          mdelacruz

Message ID:          661420362
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Thu, 24 Nov 2016 06:39:24
Subject:
Message Text:          Q por eso lo pusieron directo de gobernador
Translation:          that's why he was placed directly as governor.
SB:          mdelacruz

Message ID:          661420365
Message Direction:          Incoming
To:          SUPERMAN <2c2d0a02>;
From:          THOR <2b265027>
Date:          Thu, 24 Nov 2016 06:39:30
Subject:
Message Text:          Para q me acomodarÃ¡ todo ami
Translation:          so he would place everything for me.
SB:          mdelacruz

Message ID:          -1939383019
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 24 Nov 2016 06:39:31
Subject:
Message Text:          Pues el debe de saber mÃ¡s verdad
Translation:          Well he should know more, right?
SB:          mdelacruz

Message ID:          661420368
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Thu, 24 Nov 2016 06:39:34
Subject:
Message Text:          Jajaja
Translation:          Hahaha
SB:          mdelacruz

Message ID:          -1939383015
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Thu, 24 Nov 2016 06:39:34

SHARED UNDER COURT ORDER -- NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Que julio
Translation:       That Julio—
SB:       mdelacruz

Message ID:      661420371
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:39:40
Subject:
Message Text:     Q que inteligentes fueron en mexico
Translation:       that how intelligent they were in Mexico.
SB:       mdelacruz

Message ID:      -1939383010
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:39:49
Subject:
Message Text:     Oiga y se a cuerda que le decÃa el padrino
Translation:       Hey, and do you remember that Padrino told you—
SB:       mdelacruz

Message ID:      -1939383007
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:39:54
Subject:
Message Text:     Que el tenÃa una sorpresa
Translation:       that he had a surprise for you?
SB:       mdelacruz

Message ID:      -1939383004
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:39:58
Subject:
Message Text:     Que le iva a netregar
Translation:       That he was going to give you—
SB;       mdelacruz

Message ID:      -1939383001
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:40:00
Subject:
Message Text:     Su tierra
Translation:       your/his land
SB:       mdelacruz

Message ID:      -1939382998
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:40:04
Subject:
Message Text:     Que se esperarar
Translation:       That you wait
SB:       mdelacruz

Message ID:      -1939382995
Message Direction:       Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:40:19
Subject:
Message Text:    Que el estaba moviendo unas cosas se lo dijo ase mucho
Translation:     that he was moving some things. He told you some time a go.
SB:          mdelacruz

Message ID:      -1939382992
Message Direction:      Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 06:40:21
Subject:
Message Text:    Recuerda
Translation:     Remember?
SB:          mdelacruz

Message ID:      661420375
Message Direction:      Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 06:41:33
Subject:
Message Text:    Siii
Translation:     Yes.
SB:          mdelacruz

Message ID:      661420378
Message Direction:      Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 06:41:37
Subject:
Message Text:    Tiene razon
Translation:     You're right.
SB:          mdelacruz

Message ID:      661420381
Message Direction:      Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 06:41:42
Subject:
Message Text:    No hay duda
Translation:     There's no doubt
SB:          mdelacruz

Message ID:      661420384
Message Direction:      Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 06:41:50
Subject:
Message Text:    El padrino va hacer el q tenemos en mente
Translation:     Padrino is going to be the one we keep in mind.
SB:          mdelacruz

Message ID:      -1939382986
Message Direction:      Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:42:24
Subject:
Message Text:    Ala mejor y no es el el que nos escrive
Translation:     And maybe he's not the one who writes us.
SB:          mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939382983
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:42:27
Subject:
Message Text:      O no se
Translation:        Oh, I don't know.
SB:         mdelacruz

Message ID:        -1939382980
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:42:32
Subject:
Message Text:      Pero ay la cosa no estÃ¡ mal
Translation:        But the thing there isn't bad.
SB:         mdelacruz

Message ID:        -1939382977
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:42:38
Subject:
Message Text:      Por que los que nos precentan
Translation:        Because the ones that introduce us--
SB:         mdelacruz

Message ID:        -1939382974
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:42:41
Subject:
Message Text:      Esos verdes
Translation:        those green ones
SB:         mdelacruz

Message ID:        -1939382971
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:42:44
Subject:
Message Text:      De maza
Translation:        from Maza
SB:         mdelacruz

Message ID:        -1939382968
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:42:51
Subject:
Message Text:      Los operativos que se avientan
Translation:        the operatives that knew--
SB:         mdelacruz

Message ID:        -1939382965
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:42:54
Subject:

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000495

Message Text:     Como suviamos
Translation:      how we took up—
SB:     mdelacruz

Message ID:     -1939382962
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:42:57
Subject:
Message Text:     Gente
Translation:      people—
SB:     mdelacruz

Message ID:     -1939382959
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:43:02
Subject:
Message Text:     Con los marinos
Translation:      with the Navy.
SB:     mdelacruz

Message ID:     -1939382956
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:43:21
Subject:
Message Text:     eso no cualquiera lo hace tiene poder el que manda aser eso y es des de arriva
Translation:      That is not done by just anyone. The one that sends that to be done has power, and it's from high up.
SB:     mdelacruz

Message ID:     -1939382953
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:43:24
Subject:
Message Text:     La verdad
Transaltion:      Honestly.
SB:     mdelacruz

Message ID:     -1939382950
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 06:43:50
Subject:
Message Text:     Tal ves y se la paso que no es el que nos escrive o quien sabe pero deperdida esta a un lado
Translation:      Maybe it slipped by him. That it's not the one who writes us. Or who knows.  But at least he's on one's side/on the side.
SB:     mdelacruz

Message ID:     661420418
Message Direction:     Incoming
To:     SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 06:44:27
Subject:
Message Text:     AsÃ es
Translation:      That's right.
SB:     mdelacruz

Message ID:     661420421
Message Direction:     Outgoing

To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 06:44:35
Subject:
Message Text:    MÁnimo le sirve el cafÃ© al sangano
Translation:         At least the brown one works for the dumbass.
SB:          mdelacruz


Message ID:      661420424
Message Direction:       Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 06:44:37
Subject:
Message Text:    Jajaja
Translation:         Hahaha
SB:          mdelacruz


Message ID:      -1939382946
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:45:02
Subject:
Message Text:    Jajajajaaa sangano
Translation:         Hahahahaaa, dumbass.
SB:          mdelacruz


Message ID:      -1939382943
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:45:14
Subject:
Message Text:    Pero a usted me lo dejan muy ondiado
Translation:         But you are left very upset.
SB:          mdelacruz


Message ID:      -1939382940
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:45:23
Subject:
Message Text:    No ven que no le meten ni madre aquÃ a pesar
Translation:         they don't see that not a damn thing is brought in for you here, in spite--
SB:          mdelacruz


Message ID:      -1939382937
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:45:27
Subject:
Message Text:    De todo lo que hace oiga
Translation:         of everything that you do sir.
SB:          mdelacruz


Message ID:      -1939382934
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:45:32
Subject:
Message Text:    Usted estuviera inundado
Translation:         you would be flooded--
SB:          mdelacruz

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939382931
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:45:35
Subject:
Message Text:      AquÃ
Translation:       here.
SB:        mdelacruz


Message ID:        -1939382928
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:45:47
Subject:
Message Text:      si esta mÃ¡s quemada que una tortilla por los 2 lados
Translation:       Yes, it's more burnt than a tortilla on both side.
SB:        mdelacruz


Message ID:        -1939382925
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:50:58
Subject:
Message Text:      Pues me estÃ¡ diciendo el de la polÃtica
Translation:       Well the one from the politics is saying—
SB:        mdelacruz


Message ID:        -1939382922
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:51:03
Subject:
Message Text:      Que ya hablo con usted
Translation:       that he already spoke with you.
SB:        mdelacruz


Message ID:        -1939382919
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:51:14
Subject:
Message Text:      Que ya te dijo a usted y que quedaron
Translation:       That he already told you and that you agreed—
SB:        mdelacruz


Message ID:        -1939382916
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:51:19
Subject:
Message Text:      En algo que todo bien
Translation:       on something. That everything was good.
SB:        mdelacruz


Message ID:        -1939382913
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 06:51:29
Subject:

SHARED UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

| Message Text: | Que usted lo saco de las dudas y le dije pues a penas el |
| Translation: | That you made him stop doubting. And I told him,"well barely him." |
| SB: | mdelacruz |

| Message ID: | 661420429 |
| Message Direction: | Outgoing |
| To: | SUPERMAN <2c2d0a02> |
| From: | THOR <2B265027> |
| Date: | Thu, 24 Nov 2016 06:51:59 |
| Subject: | |
| Message Text: | AquÁ sigo con el |
| Translation: | I'm here with him. |
| SB: | mdelacruz |

| Message ID: | 661420432 |
| Message Direction: | Outgoing |
| To: | SUPERMAN <2c2d0a02> |
| From: | THOR <2B265027> |
| Date: | Thu, 24 Nov 2016 06:52:03 |
| Subject: | |
| Message Text: | Todavia |
| Translation: | Still. |
| eot | |
| mdelacruz | |

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY
Message ID:        -1939382909
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:53:17
Subject:
Message Text:        A bueno pues ay se lo dejo yo sigo con martÀn
Translation:        Oh okay then, I'll leave him/it there for you. I'll continue with Martin.
SB:        mdelacruz

Message ID:        -1939382906
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:53:21
Subject:
Message Text:        Para que a comode
Translation:        So you/he can place--
SB:        mdelacruz

Message ID:        -1939382903
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:53:22
Subject:
Message Text:        Todo
Translation:        everything.
SB;        mdelacruz

Message ID:        -1939382900
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:54:08
Subject:
Message Text:        Y ese que le estÀ llenando la cabeza de cosas que asta nos pone de malas que no le quiera estar a
tinando
Translation:        And that one who is filling up your head with things, that even upsets us, for him not to keep guessing.
SB:        mdelacruz

Message ID:        -1939382897
Message Direction:        Incoming
To:        THOR <2b265027>
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 06:54:19
Subject:
Message Text:        Que es un personaje retirado
Translation:        That it's a far away person
SB;        mdelacruz

Message ID:        -1939382894
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 06:54:26
Subject:
Message Text:        Por que asta maza le darÀn
Translation:        Because they'll take it for him up to Maza
SB:        mdelacruz

Message ID:        -1939382891
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Date:       Thu, 24 Nov 2016 06:54:27
Subject:
Message Text:    DÃgale
Translation:       Tell him--
SB:         mdelacruz

Message ID:       -1939382888
Message Direction:       Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 06:54:31
Subject:
Message Text:    Al culero
Translation:       the asshole.
SB:         mdelacruz

Message ID:       661420463
Message Direction:       Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 06:56:49
Subject:
Message Text:    AsÃ es
Translation:       That's right.
SB:         mdelacruz

Message ID:       661420466
Message Direction:       Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 06:56:58
Subject:
Message Text:    Dejemelo maÃ±ana
Translation:       Leave him to me, tomorrow--
SB:         mdelacruz

Message ID:       661420469
Message Direction:       Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 06:57:03
Subject:
Message Text:    Ando molesto
Translation:       I'm upset.
SB:         mdelacruz

Message ID:       661420472
Message Direction:       Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 06:57:11
Subject:
Message Text:    Casi le aseguro q lo ando matando
Translation:       I can almost assure you that I am killing him.
SB:         mdelacruz

Message ID:       661420475
Message Direction:       Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 06:57:26
Subject:
Message Text:    Porq me piden lana por darme esos datos q solo me descontrolan
Translation:       Because I'm being asked for rmoney for giving me those details that only make me go wild.
SB:         mdelacruz

Message ID:       661420478

SHARED FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

504

Message Direction:       Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 06:57:34
Subject:
Message Text:    Lo q si el ojitos
Translation:       For sure Ojitos [little eyes]
SB:       mdelacruz

Message ID:       661420481
Message Direction:       Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 06:57:38
Subject:
Message Text:    Jalados
Translation:       Jalados [stretched]--
SB:       mdelacruz

Message ID:       661420484
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:57:41
Subject:
Message Text:    Ya no le daremos lana
Translation:       we won't be given him anymore money.
SB:       mdelacruz

Message ID:       -1939382879
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:57:44
Subject:
Message Text:    Si le decimos directamente se nos puede molestar el padrino verdad
Translation:       If we tell him directly, Padrino might get upset. Right?
SB:       mdelacruz

Message ID:       661420487
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 06:57:47
Subject:
Message Text:    Asta nuevo aviso
Translation:       Until further notice.
SB:       mdelacruz

Message ID:       -1939382875
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:58:12
Subject:
Message Text:    Por que se si no sirve
Translation:       Because if he doesn't work out--
SB:       mdelacruz

Message ID:       -1939382872
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:58:14
Subject:
Message Text:    O que
Translation:       or what?

SHARED WITHOUT A COURT ORDER NOT FOR FURTHER DISTRIBUTION

SB:      mdelacruz

Message ID:       -1939382869
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 06:58:29
Subject:
Message Text:     Paso con el chino ese
Translation:          He crossed with that guy Chino.
SB:      mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY
Message ID:      661420490
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 07:11:47
Subject:
Message Text:    Jajajaja
Translation:         Hahaha
SB:      mdelacruz

Message ID:      661420493
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 07:11:58
Subject:
Message Text:    No pues me dicen q serĀ¡ otro el presidente
Translation:         No well, I'm told someone else is going to be president.
SB:      mdelacruz

Message ID:      661420496
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 07:12:05
Subject:
Message Text:    Usted no le diga nada al padrino
Translation:         Don't tell Padrino anything.
SB:      mdelacruz

Message ID:      661420499
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 07:12:11
Subject:
Message Text:    Yo le dirĀ© q paso seguir
Translation:         I'll tell you what step to follow/take
SB:      mdelacruz

Message ID:      661420502
Message Direction:          Incoming
To:      SUPERMAN <2c2d0a02>
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 07:12:25
Subject:
Message Text:    Pero vamos a salir adelante de una forma o otra soy cabron si nooooo
Translation:         But we're going to come out ahead one way or another. I'm a fucker if not---
SB:      mdelacruz

Message ID:      661420505
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 07:12:28
Subject:
Message Text:    :)
Translation:
SB:      mdelacruz

Message ID:      -1939382863
Message Direction:          Incoming
To:      THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 07:12:55

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      Pero maza ese es otro voleto ay si lo va a yudar
Translation:          But Maza that's another ticket, there he will help you--.
SB:       mdelacruz

Message ID:      -1939382860
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 07:12:59
Subject:
Message Text:      El padrino verdad
Translation:          the Padrino. Right?
SB:       mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY
Message ID:        661420508
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 07:21:46
Subject:
Message Text:        Sii
Translation:        Yes
SB:        CMendoza

Message ID:        661420511
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 07:21:58
Subject:
Message Text:        Ya me dijo el politico
Translation:        The politician already told me...
SB:        CMendoza

Message ID:        661420514
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 07:22:02
Subject:
Message Text:        Q el padrino
Translation:        that Padrino...
SB:        CMendoza

Message ID:        661420517
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 07:22:07
Subject:
Message Text:        Nos ayudo al cien
Translation:        help us out at 100 percent.
SB:        CMendoza

Message ID:        -1939382856
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 07:22:40
Subject:
Message Text:        Pues ami no me quiso
Translation:        Well he didn't want with me...
SB:        CMendoza

Message ID:        -1939382853
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 07:22:44
Subject:
Message Text:        Decir ni vergas
Translation:        to tell me shit.
SB:        CMendoza

Message ID:        -1939382850
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 07:23:01

SHARED UNDER OUT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     No mÃ¡s me dijo que ya le dijo un plan que su jefe le Avia plantiado
Translation:      He just told me that he'd already told him a plan that his boss had suggested to him.
SB:               CMendoza

Message ID:       661420521
Message Direction:          Outgoing
To:               SUPERMAN <2c2d0a02>
From:             THOR <2B265027>
Date:             Thu, 24 Nov 2016 07:24:34
Subject:
Message Text:     Pues no me dijo nada
Translation:      Well he didn't tell me anything.
SB:               CMendoza

Message ID:       661420524
Message Direction:          Outgoing
To:               SUPERMAN <2c2d0a02>
From:             THOR <2B265027>
Date:             Thu, 24 Nov 2016 07:24:35
Subject:
Message Text:     Jjajaja
Translation:      Hahahaha
SB:               CMendoza

Message ID:       661420527
Message Direction:          Outgoing
To:               SUPERMAN <2c2d0a02>
From:             THOR <2B265027>
Date:             Thu, 24 Nov 2016 07:24:40
Subject:
Message Text:     Solo q vienen estas personas el sabado
Translation:      Only that those people are coming Saturday.
SB:               CMendoza

Message ID:       661420530
Message Direction:          Incoming
To:               SUPERMAN <2c2d0a02>;
From:             THOR <2b265027>
Date:             Thu, 24 Nov 2016 07:24:48
Subject:
Message Text:     Y q niegue a isidro y mencho
Translation:      and that he denies Isidro and Mencho.
SB:               CMendoza

Message ID:       661420533
Message Direction:          Outgoing
To:               SUPERMAN <2c2d0a02>
From:             THOR <2B265027>
Date:             Thu, 24 Nov 2016 07:24:51
Subject:
Message Text:     Mencho
Translation:      Mencho.
SB:               CMendoza

Message ID:       661420536
Message Direction:          Outgoing
To:               SUPERMAN <2c2d0a02>
From:             THOR <2B265027>
Date:             Thu, 24 Nov 2016 07:25:09
Subject:
Message Text:     Y le dije si fueran mis amigos no los negara nunca asÃ no me dieran mazatlan
Translation:      And I told him, "If they were my friends I wouldn't deny then, never, even if that meant they didn't give me
Mazatlan."
SB:               CMendoza

Message ID:       -1939382843

USDOJ-EDNY0000000507

Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 07:25:15
Subject:
Message Text:   Sticker recibido
Translation:    Sticker received.
SB:         CMendoza

Message ID:     -1939382841
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 07:25:16
Subject:
Message Text:   Eso ya lo sabemos
Translation:    We already know that...
SB:         CMendoza

Message ID:     -1939382838
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 07:25:20
Subject:
Message Text:   Que no los quieren
Translation:    that they don't like them.
SB:         CMendoza

Message ID:     661420539
Message Direction:        Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 07:25:22
Subject:
Message Text:   Pero se los juro por dios q aquÃ no tenemos nada con esa gente
Translation:    But I swear to God that we don't have anything to do with those people.
SB:         CMendoza

Message ID:     661420543
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 07:25:28
Subject:
Message Text:   Nosotros estamos solitos
Translation:    We are all by ourselves.
SB:         CMendoza

Message ID:     661420547
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 07:25:36
Subject:
Message Text:   Y me dijo eso querÃa escuchar
Translation:    and he told me that is what he wanted to hear.
SB:         CMendoza

Message ID:     -1939382832
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 07:25:44
Subject:
Message Text:   Esos amigos que alcabvo estÃjn muy
Translation:    Besides, those guys are very...

SHARED COPY - ORDER NOT FOR FURTHER DISTRIBUTION

SB:       CMendoza

Message ID:        -1939382829
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 07:25:46
Subject:
Message Text:      Ricos
Translation:       rich...
SB:       CMendoza

Message ID:        -1939382826
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 07:25:47
Subject:
Message Text:      Ya
Translation:       already.
SB:       CMendoza

Message ID:        -1939382823
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 07:25:57
Subject:
Message Text:      Para que quieren mÃ¡s dinero de mÃ¡s plazas
Translation:       Why do they want more money from more plazas.
SB:       CMendoza

Message ID:        661420552
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 07:27:07
Subject:
Message Text:      AsÃ es
Translation:       That's right.
SB:       CMendoza

Message ID:        661420555
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 07:27:11
Subject:
Message Text:      Q-dios los bendiga
Translation:       May God bless them.
SB:       CMendoza

Message ID:        661420558
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 07:27:19
Subject:
Message Text:      Y a nosotros q nos siga ayudando como asta ahora
Translation:       And they can keep helping us out just like they have up until now.
SB:       CMendoza

Message ID:        -1939382820
Message Direction:         Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Thu, 24 Nov 2016 07:27:48

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    Si la verdad que si
Translation:     Yes, that is true.
SB:    CMendoza


Message ID:      -1939382817
Message Direction:       Incoming
To:    THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 07:27:50
Subject:
Message Text:    Vale mÃ¡s
Translation:     Better.
SB:    CMendoza


Message ID:      -1939382814
Message Direction:       Outgoing
To:    THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 07:27:54
Subject:
Message Text:    Aya ellos
Translation:     It's their problem.
SB:    CMendoza


Message ID:      -1939382811
Message Direction:       Outgoing
To:    THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 07:27:59
Subject:
Message Text:    A un que se me hace que isdro
Translation:     Even thought I think that Isidro...
SB:    CMendoza


Message ID:      -1939382808
Message Direction:       Incoming
To:    THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 07:28:16
Subject:
Message Text:    No estÃ¡ tan rico ya ve que usted le aviso que le caÃ±an a chilo
Translation:     is not that rich, you know how you let them know they would drop in on Chilo...
SB:    CMendoza


Message ID:      -1939382805
Message Direction:       Outgoing
To:    THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 07:28:19
Subject:
Message Text:    Y le valiÃ³ verga
Translation:     and he didn't give a shit.
SB:    CMendoza


Message ID:      -1939382802
Message Direction:       Outgoing
To:    THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 07:28:28
Subject:
Message Text:    Ni siquiera mando lo que le pidieron
Translation:     He didn't even send what was asked from him.
SB:    CMendoza


Message ID:      -1939382799
Message Direction:       Outgoing

SHARED PER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 07:28:29
Subject:
Message Text:    Jajaja.
Translation:     Hahaha.
SB:         CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: GSOTJPSY
Message ID:       661420616
Message Direction:         Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 07:46:03
Subject:
Message Text:    AsÃ es
Translation:        That's right.
SB:      mdelacruz

Message ID:       661420618
Message Direction:         Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 07:46:06
Subject:
Message Text:    Nos quedÃ³ mal
Translation:        He lets us down—
SB:      mdelacruz

Message ID:       661420621
Message Direction:         Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 07:46:09
Subject:
Message Text:    Con 3 melonies
Translation:        with 3 melons—
SB:      mdelacruz

Message ID:       661420624
Message Direction:         Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 07:46:13
Subject:
Message Text:    Para el padrino
Translation:        for the Padrino.
SB:      mdelacruz

Message ID:       661420627
Message Direction:         Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 07:46:16
Subject:
Message Text:    Como es posible
Translation:        How is that possible?
SB:      mdelacruz

Message ID:      -1939382795
Message Direction:         Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 07:47:52
Subject:
Message Text:    Pues aya ellos yo sigo con martÃn boy a comodarle todo
Translation:        Well, let them figure it out. I'll continue with Martin. I'm going to place everything for him.
SB:      mdelacruz

Message ID:      -1939382792
Message Direction:         Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 07:47:57

USDOJ-EDNY0000000512

Subject:
Message Text:    Por que para que vergas
Translation:    Because why the fuck--
SB:    mdelacruz

Message ID:    -1939382789
Message Direction:    Outgoing
To:    THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 07:48:03
Subject:
Message Text:    Queremos 3 oficinas
Translation:    do we want 3 offices?
SB:    mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: RSVRXLFD
Message ID:        -310645943
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:23:44
Subject:
Message Text:      Que fue
Translation:        What happened?
SB:        mdelacruz

Message ID:        -310645940
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:23:51
Subject:
Message Text:      =]Y
Translation:
SB:        mdelacruz

Message ID:        -310645937
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:24:00
Subject:
Message Text:      Que se te ofrese tan temprano aty
Translation:        What do you need so early?
SB:        mdelacruz

Message ID:        661421088
Message Direction:         Incoming
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:24:24
Subject:
Message Text:      Me dormÃ alas 3
Translation:        I fell asleep at 3.
SB:        mdelacruz

Message ID:        661421091
Message Direction:         Incoming
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:24:29
Subject:
Message Text:      Y alas 6 pasadito
Translation:        And a little after 6--
SB:        mdelacruz

Message ID:        661421094
Message Direction:         Incoming
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:24:37
Subject:
Message Text:      Me despertÃ³ este mocoso
Translation:        this brat woke me up.
SB:        mdelacruz

Message ID:        661421097
Message Direction:         Incoming
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:24:42

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Me duele la cabeza
Translation:      I have a headache.
SB:      mdelacruz

Message ID:       -310645933
Message Direction:        Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ??í*"fist* *gtg* <2C2A1814>
Date:    Thu, 24 Nov 2016 16:25:03
Subject:
Message Text:     =D
Translation:
SB;      mdelacruz

Message ID:       -310645930
Message Direction:        Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ??í*"fist* *gtg* <2C2A1814>
Date:    Thu, 24 Nov 2016 16:25:11
Subject:
Message Text:     Pues una pastilla en corto
Translation:      Well a pill right away.
SB:      mdelacruz

Message ID:       661421101
Message Direction:        Outgoing
To:      SS â??BURBUJAâ??í*"fist* *gtg* <2c2a1814>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 16:25:33
Subject:
Message Text:     Como alas 2 deje de msg
Translation:      About 2 I quit messaging/texting--
SB:      mdelacruz

Message ID:       661421104
Message Direction:        Outgoing
To:      SS â??BURBUJAâ??í*"fist* *gtg* <2c2a1814>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 16:25:36
Subject:
Message Text:     Con los politicos
Translation:      with the politicians.
SB:      mdelacruz

Message ID:       661421107
Message Direction:        Outgoing
To:      SS â??BURBUJAâ??í*"fist* *gtg* <2c2a1814>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 16:25:55
Subject:
Message Text:     La sra le dice ala cinthya q el padrino q creo tener no es el
Translation:      The lady is telling Cinthya that the Padrino I think I have, is not him.
SB:      mdelacruz

Message ID:       661421110
Message Direction:        Incoming
To:      SS â??BURBUJAâ??í*"fist* *gtg* <2c2a1814>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 16:26:04
Subject:
Message Text:     Y lo q me dicen estos amigos me queda claro
Translation:      And what I'm being told by these guys is clear to me.
SB:      mdelacruz

Message ID:       661421113
Message Direction:        Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:        SS á??BURBUJAá?î**fist* *gtg* <2c2a1814>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 16:26:09
Subject:
Message Text:   Q si es el q digo yo
Translation:      That it is the one I'm saying.
SB:        mdelacruz
```

```
Message ID:        661421116
Message Direction:        Incoming
To:        SS á??BURBUJAá?î**fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:26:35
Subject:
Message Text:   Alista el dinero q te pedÂ y vente con andy en una hora
Translation:      Get the money ready that I asked you for and come over with Andy in an hour.
SB:        mdelacruz
```

```
Message ID:        661421119
Message Direction:        Incoming
To:        SS á??BURBUJAá?î**fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:26:51
Subject:
Message Text:   Para q veas los msg Porq me voy a volver loco yo
Translation:      So that you can see the messages because I'm going to go crazy
SB:        mdelacruz
```

```
Message ID:        -310645924
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS á??BURBUJAá?î**fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:27:16
Subject:
Message Text:   Ok
Translation:      Okay.
SB:        mdelacruz
```

```
Message ID:        -310645921
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS á??BURBUJAá?î**fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:27:25
Subject:
Message Text:   Hay que estar trankilos
Translation:      We need to stay calm--
SB:        mdelacruz
```

```
Message ID:        -310645918
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS á??BURBUJAá?î**fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:27:29
Subject:
Message Text:   Estos 2 meses
Translation:      these 2 months.
SB:        mdelacruz
```

```
Message ID:        -310645915
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS á??BURBUJAá?î**fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:27:33
Subject:
Message Text:   Se irÂn devolada
Translation:      They'll leave right away--
SB:        mdelacruz
```

SHARE BY COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:      -310645912
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:27:42
Subject:
Message Text:      Y hay sabremos lo que es
Translation:        and there we'll know what it is--
SB:        mdelacruz

Message ID:      -310645909
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:27:47
Subject:
Message Text:      Y lo que no es
Translation:        and what it's not.
SB:        mdelacruz

Message ID:      661421123
Message Direction:        Incoming
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:27:56
Subject:
Message Text:      Lo de maza
Translation:        That of Maza
SB:        mdelacruz

Message ID:      -310645905
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:27:56
Subject:
Message Text:      #=-S
Translation:
SB:        mdelacruz

Message ID:      661421125
Message Direction:        Outgoing
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 16:28:00
Subject:
Message Text:      Ya es mio
Translation:        It's already mine.
SB:        mdelacruz

Message ID:      661421129
Message Direction:        Incoming
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:28:04
Subject:
Message Text:      Ya me lo confirmaron
Translation:        It's already being confirmed.
SB:        mdelacruz

Message ID:      661421132
Message Direction:        Outgoing
To:        SS â??BURBUJAâ?î"*fist* *gtg* <2c2a1814>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 16:28:13
Subject:

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:     El padrino dio la orden
Translation:      Padrino gave the order.
SB:        mdelacruz

Message ID:       661421135
Message Direction:        Incoming
To:        SS â??BURBUJAâ?Î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:28:21
Subject:
Message Text:     Es cuÃ±ado de kirino
Translation:      He's Kirino brother in law.
SB:        mdelacruz

Message ID:       661421138
Message Direction:        Incoming
To:        SS â??BURBUJAâ?Î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:28:24
Subject:
Message Text:     AsÃ no mas
Translation:      Just like that.
SB:        mdelacruz

Message ID:       661421141
Message Direction:        Incoming
To:        SS â??BURBUJAâ?Î"*fist* *gtg* <2c2a1814>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 16:28:33
Subject:
Message Text:     La esposa del padrino es hermana de kirino
Translation:      Padrino's wife is Kirino's sister.
SB:        mdelacruz

Message ID:       -310645898
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?Î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:29:01
Subject:
Message Text:     =(O)
Translation:
SB:        mdelacruz

Message ID:       -310645895
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?Î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:29:14
Subject:
Message Text:     Hay la veremos pronto
Translation:      We'll see her soon—
SB:        mdelacruz

Message ID:       -310645892
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?Î"*fist* *gtg* <2C2A1814>
Date:      Thu, 24 Nov 2016 16:29:16
Subject:
Message Text:     En la tele
Translation:      on the television—
SB:        mdelacruz

Message ID:       -310645889
Message Direction:        Outgoing
To:        THOR <2b265027>

SHARED PURSUANT ORDER – NOT FOR FURTHER DISTRIBUTION

From:        SS å??BURBUJAå?ﬂ"*fist* *gtg* <2C2A1814>
Date:        Thu, 24 Nov 2016 16:29:22
Subject:
Message Text:    SentÃ¡ndose en la silla el ruco
Translation:        sitting on the old man's chair.
SB:          mdelacruz

Message ID:      -310645886
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SS å??BURBUJAå?ﬂ"*fist* *gtg* <2C2A1814>
Date:        Thu, 24 Nov 2016 16:29:32
Subject:
Message Text:    TendrÃ¡ que salir ella tambiÃ©n de la mano de kiri
Translation:        She'll also have to come out holding Kiri's hand
SB:          mdelacruz

Message ID:      -310645883
Message Direction:       Outgoing
To:          THOR <2b265027>
From:        SS å??BURBUJAå?ﬂ"*fist* *gtg* <2C2A1814>
Date:        Thu, 24 Nov 2016 16:29:36
Subject:
Message Text:    =:(
Translation:
SB:          mdelacruz

Message ID:      661421176
Message Direction:       Outgoing
To:          SS å??BURBUJAå?ﬂ"*fist* *gtg* <2c2a1814>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 16:34:09
Subject:
Message Text:    No entiendes
Translation:        Don't you understand?
SB;          mdelacruz

Message ID:      661421179
Message Direction:       Outgoing
To:          SS å??BURBUJAå?ﬂ"*fist* *gtg* <2c2a1814>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 16:34:09
Subject:
Message Text:    La esposa del padrino es hermana de kirino
Translation:        Padrion's wife is Kirino's sister.
SB;          mdelacruz

Message ID:      661421182
Message Direction:       Outgoing
To:          SS å??BURBUJAå?ﬂ"*fist* *gtg* <2c2a1814>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 16:34:09
Subject:
Message Text:    Bueno panaaaa
Translation:        Hello, buddy.
SB;          mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:       661421218
Message Direction:            Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 16:45:46
Subject:
Message Text:     Vienen del norte
Translation:          They're coming from the north--
SB:       mdelacruz

Message ID:       661421221
Message Direction:            Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 16:45:49
Subject:
Message Text:     9 suburban negras
Translation:          9 black Suburbans.
SB:       mdelacruz

Message ID:       -1939382622
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 16:46:13
Subject:
Message Text:     Y que son esas
Translation:          And what are those?
SB:       mdelacruz

Message ID:       661421228
Message Direction:            Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 16:46:20
Subject:
Message Text:     Ya deben de estar por entrar ala ciudad
Translation:          They must be about to enter the city.
SB:       mdelacruz

Message ID:       -1939382618
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 16:46:50
Subject:
Message Text:     Que serAjn esas sobuevan del norte biene siendo de sinaloa
Translation:          What are those Suburbans from the north? They're from Sinaloa--
SB:       mdelacruz

Message ID:       -1939382615
Message Direction:            Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 16:46:52
Subject:
Message Text:     Verdad
Translation:          right?
SB:       mdelacruz

Message ID:       661421247
Message Direction:            Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 16:48:16

SHARED UNDER A PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Sii
Translation:           Yes.
SB:       mdelacruz

Message ID:        661421249
Message Direction:          Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 16:48:20
Subject:
Message Text:     Ya llegaron creo
Translation:           I think they have arrived--
SB:       mdelacruz

Message ID:        661421252
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 16:48:23
Subject:
Message Text:     Ala ciudad
Translation:           to the city--
SB:       mdelacruz

Message ID:        -1939382611
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 16:48:38
Subject:
Message Text:     Y no las reportan
Translation:           and they don't report--
SB:       mdelacruz

Message ID:        -1939382608
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 16:48:39
Subject:
Message Text:     Esa
Translation:           that one.
SB:       mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:        661421218
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 16:45:46
Subject:
Message Text:    Vienen del norte
Translation:        They're coming from the north--
SB:        mdelacruz

Message ID:        661421221
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 16:45:49
Subject:
Message Text:    9 suburban negras
Translation:        9 black Suburbans.
SB:        mdelacruz

Message ID:        -1939382622
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 16:46:13
Subject:
Message Text:    Y que son esas
Translation:        And what are those?
SB:        mdelacruz

Message ID:        661421228
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 16:46:20
Subject:
Message Text:    Ya deben de estar por entrar ala ciudad
Translation:        They must be about to enter the city.
SB:        mdelacruz

Message ID:        -1939382618
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 16:46:50
Subject:
Message Text:    Que serАjn esas sobuevan del norte biene siendo de sinaloa
Translation:        What are those Suburbans from the north? They're from Sinaloa--
SB:        mdelacruz

Message ID:        -1939382615
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 16:46:52
Subject:
Message Text:    Verdad
Translation:        right?
SB:        mdelacruz

Message ID:        661421247
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 16:48:16

USDOJ-EDNY0000000522

Subject:
Message Text:    Sii
Translation:        Yes.
SB:        mdelacruz

Message ID:        661421249
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 16:48:20
Subject:
Message Text:    Ya llegaron creo
Translation:        I think they have arrived--
SB:        mdelacruz

Message ID:        661421252
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 16:48:23
Subject:
Message Text:    Ala ciudad
Translation:        to the city--
SB:        mdelacruz

Message ID:        -1939382611
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 16:48:38
Subject:
Message Text:    Y no las reportan
Translation:        and they don't report--
SB:        mdelacruz

Message ID:        -1939382608
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 16:48:39
Subject:
Message Text:    Esa
Translation:        that one.
SB:        mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:      661421256
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 16:48:50
Subject:
Message Text:     AquÃ pregunto
Translation:      I'll ask here.
SB:       mdelacruz

Message ID:      661421259
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 16:48:55
Subject:
Message Text:     Ya me tuve q levantar
Translation:      I had to get up—
SB:       mdelacruz

Message ID:      -1939382603
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 16:49:24
Subject:
Message Text:     Y no. Reportan esas camionetas
Translation:      and they don't report those SUV's/trucks.
SB:       mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:        661421438
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 18:14:29
Subject:
Message Text:        No supe
Translation:        I didn't find out.
SB:        mdelacruz

Message ID:        661421441
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 18:14:35
Subject:
Message Text:        Se fueron de paso me dicen
Translation:        I was told, they kept going.
SB:        mdelacruz

Message ID:        -1939382576
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:14:48
Subject:
Message Text:        A ok
Translation:        Oh, okay.
SB:        mdelacruz

Message ID:        -1939382573
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 18:15:26
Subject:
Message Text:        Que vamos hacer con la familia
Translation:        What are we going to do with the family--
SB:        mdelacruz

Message ID:        -1939382570
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:15:40
Subject:
Message Text:        De la mujer de don varo
Translation:        of Don Varo's wife?
SB:        mdelacruz

Message ID:        661421445
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 18:15:52
Subject:
Message Text:        Tramite
Translation:        Process—
SB:        mdelacruz

Message ID:        -1939382567
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:15:52

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     El bolas el tÃo de la Ana yansi
Translation:           Bolas, Ana Yansi' uncle--
SB:        mdelacruz

Message ID:        661421447
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 18:15:55
Subject:
Message Text:     Si andan mal
Translation:           if they are doing wrong.
SB:        mdelacruz

Message ID:        -1939382563
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 18:15:55
Subject:
Message Text:     Viven en
Translation:           They live in--
SB:        mdelacruz

Message ID:        -1939382559
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 18:15:58
Subject:
Message Text:     Rosario
Translation:           Rosario
SB:        mdelacruz

Message ID:        -1939382556
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 18:16:12
Subject:
Message Text:     Y tiene un hijo y anda mÃ¡s al igual que el papa
Translation:           And they have a son who is more alike, than the father.
SB:        mdelacruz

Message ID:        -1939382553
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 18:16:37
Subject:
Message Text:     El bolas trabajaba con el ilario vasque
Translation:           Bolas worked with Ilario Vasque
SB:        mdelacruz

Message ID:        -1939382550
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 18:16:52
Subject:
Message Text:     Pero el vato vive en rosario
Translation:           But the guy lives in Rosario.
SB:        mdelacruz

Message ID:        -1939382547
Message Direction:         Incoming

SHARED PER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000526

```
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 18:17:06
Subject:
Message Text:    Y el hijo se toma fotos con rifles y grnadas
Translation:     And the guy takes selfies with rifles and gernades.
SB:     mdelacruz
```

```
Message ID:       661421451
Message Direction:      Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 18:18:16
Subject:
Message Text:    Ah pues anda mal
Translation:     Oh then, he's in the wrong.
SB:     mdelacruz
```

```
Message ID:       661421454
Message Direction:      Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 18:18:23
Subject:
Message Text:    Y el medio hermano de la Ana yansi
Translation:     And Ana Yansi half brother--
SB:     mdelacruz
```

```
Message ID:       661421457
Message Direction:      Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 18:18:26
Subject:
Message Text:    Hay q ver cual es
Translation:     we need to see which one he is.
SB:     mdelacruz
```

```
Message ID:       661421460
Message Direction:      Outgoing
To:          SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 18:18:31
Subject:
Message Text:    Porq anda con los contras dicen
Translation:     becausa he is with the enemy, they say.
SB:     mdelacruz
```

```
Message ID:       -1939382531
Message Direction:      Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:18:39
Subject:
Message Text:    Pues dice mi mamÁ¡ ya ve que es de chele
Translation:     Well my mom says, "you see that he is Chele's"
SB:     mdelacruz
```

```
Message ID:       -1939382528
Message Direction:      Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:18:48
Subject:
Message Text:    Dice que es hijo de un tal chango
Translation:     He/She said that he is the son of some so called Chango.
SB:     mdelacruz
```

SHARED BY COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000527

530

Message ID:       -1939382525
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 18:18:55
Subject:
Message Text:       Y que ese morro si anda mal
Translation:       And that that guy is doing wrong.
SB:       mdelacruz

Message ID:       -1939382522
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 18:19:02
Subject:
Message Text:       Y también el mentado arno
Translation:       And also that so called Arno.
SB:       mdelacruz

Message ID:       -1939382519
Message Direction:       Incoming
To:       THOR <2b265027>;
From:       SUPERMAN <2c2d0a02>
Date:       Thu, 24 Nov 2016 18:19:08
Subject:
Message Text:       Sobrino del chivata
Translation:       Chivata's nephew.
SB:       mdelacruz

Message ID:       -1939382516
Message Direction:       Incoming
To:       THOR <2b265027>;
From:       SUPERMAN <2c2d0a02>
Date:       Thu, 24 Nov 2016 18:19:15
Subject:
Message Text:       Que también es primo de la Ana yansi
Translation:       That he is also Ana Yansi's cousin.
SB:       mdelacruz

Message ID:       661421464
Message Direction:       Incoming
To:       SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 18:19:46
Subject:
Message Text:       Y el chango ese
Translation:       and that guy Chango—
SB:       mdelacruz

Message ID:       661421467
Message Direction:       Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 18:19:55
Subject:
Message Text:       Creo q también ya anda con los contras
Translation:       I think he is also with the enemy.
SB:       mdelacruz

Message ID:       661421470
Message Direction:       Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 18:20:03
Subject:

SHARED UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:      El papa del medio hermano de la Ana yansi
Translation:          The father of Ana Yansi half brother.
SB:        mdelacruz

Message ID:        -1939382511
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:20:04
Subject:
Message Text:      Si eso dicen
Translation:          Yes, that's what they say.
SB:        mdelacruz

Message ID:        -1939382508
Message Direction:          Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Thu, 24 Nov 2016 18:20:07
Subject:
Message Text:      Que tambiÃ©n ese
Translation:          That that guy also--
SB:        mdelacruz

Message ID:        -1939382505
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:20:13
Subject:
Message Text:      Que todo el tiempo a andado mal
Translation:          that he has always been doing wrong.
SB:        mdelacruz

Message ID:        -1939382502
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 18:20:16
Subject:
Message Text:      Dice mi mamÃ¡
Translation:          My mom says.
SB:        mdelacruz

Message ID:        661421474
Message Direction:          Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 18:20:43
Subject:
Message Text:      Pues hay q darles tramite
Translation:          Well we need to process them.
SB:        mdelacruz

Message ID:        661421477
Message Direction:          Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 18:20:46
Subject:
Message Text:      Ubiquelos
Translation:          Find them--
SB:        mdelacruz

Message ID:        661421480
Message Direction:          Incoming

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 18:20:48
Subject:
Message Text:   Y fierro
Translation:        and right away.
SB:        mdelacruz

Message ID:        661421483
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 18:20:54
Subject:
Message Text:   Primero hay q ver lo del gabito
Translation:        First we need to see that of Gabito—
SB:        mdelacruz

Message ID:        661421486
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 18:20:58
Subject:
Message Text:   Q se lo ponga el bolas
Translation:        that Bolas sets him up for you—
SB:        mdelacruz

Message ID:        661421489
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 18:21:05
Subject:
Message Text:   Para q le peguen una balasisa
Translation:        so that you can shoot him up.
SB:        mdelacruz

Message ID:        -1939382495
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 18:22:17
Subject:
Message Text:   Le mande un mensaje que se aliste que no lo pongan para reventarle la cabeza
Translation:        I sent him a message that he get ready, not to set him up to bust his head.
SB:        mdelacruz

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:        661424648
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 25 Nov 2016 18:38:15
Subject:
Message Text:      Ya mando
Translation:       Have you already sent out...
SB:        MPorta

Message ID:        661424650
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 25 Nov 2016 18:38:16
Subject:
Message Text:      Al papa
Translation:       to El Papa...
SB:        MPorta

Message ID:        661424652
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 25 Nov 2016 18:38:19
Subject:
Message Text:      Por los tiros
Translation:       for the rounds?
SB:        MPorta

Message ID:        -1939380371
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 25 Nov 2016 18:42:52
Subject:
Message Text:      Ya
Translation:       Yes...
SB:        MPorta

Message ID:        -1939380369
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 25 Nov 2016 18:42:54
Subject:
Message Text:      Hay estan
Translation:       they are there.
SB:        MPorta

Message ID:        -1939380366
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 25 Nov 2016 18:42:57
Subject:
Message Text:      Desde cuando
Translation:       For a while now.
SB:        MPorta

Message ID:        661424680
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 25 Nov 2016 18:46:48

SHARED UNDER QC ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    Hay va llegando el ck
Translation:     Ck is just arriving.
SB:      MPorta

Message ID:      661424683
Message Direction:       Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Fri, 25 Nov 2016 18:46:53
Subject:
Message Text:    Eso del estado de mexico
Translation:     That about the state of Mexico...
SB:      MPorta

Message ID:      661424686
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 25 Nov 2016 18:46:58
Subject:
Message Text:    Si me intereza machin
Translation:     I am very interested.
SB:      MPorta

Message ID:      661424689
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 25 Nov 2016 18:47:10
Subject:
Message Text:    El DF es mucho desmadre
Translation:     In the D.F there is a big mess...
SB:      MPorta

Message ID:      661424692
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 25 Nov 2016 18:47:15
Subject:
Message Text:    Pero el estado es mÃ¡s tranquilo
Translation:     but it is calmer in the state.
SB:      MPorta

Message ID:      -1939380359
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 25 Nov 2016 18:47:19
Subject:
Message Text:    Pues ay esta le arreglo la sita con el amigo del padrino
Translation:     Well, I will set up the appointment with Padrino's friend...
SB:      MPorta

Message ID:      -1939380356
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 25 Nov 2016 18:47:22
Subject:
Message Text:    Y que se lanse
Translation:     and get it started.
SB:      MPorta

Message ID:      661424695
Message Direction:       Outgoing

SHARED UNDER PROTECTIVE ORDER – NOT FOR FURTHER DISTRIBUTION

To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Fri, 25 Nov 2016 18:47:24
Subject:
Message Text:   Y vamos y matamos a todos los malandrines q haya ahi
Translation:    And we will go and kill all of the scumbags that are over there.
SB:         MPorta


Message ID:     -1939380352
Message Direction:      Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Fri, 25 Nov 2016 18:47:25
Subject:
Message Text:   Gogo aya esta el
Translation:    Gogo is there...
SB:         MPorta


Message ID:     661424701
Message Direction:      Incoming
To:         SUPERMAN <2c2d0a02>
From:       THOR <2b265027>
Date:       Fri, 25 Nov 2016 18:47:27
Subject:
Message Text:   Para limpiar
Translation:    to clean up.
SB:         MPorta


Message ID:     -1939380348
Message Direction:      Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Fri, 25 Nov 2016 18:47:43
Subject:
Message Text:   O usted ordene
Translation:    Or whatever you say.
SB:         MPorta


Message ID:     -1939380345
Message Direction:      Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Fri, 25 Nov 2016 18:47:46
Subject:
Message Text:   Encorto
Translation:    Right away
SB:         MPorta


Message ID:     661424705
Message Direction:      Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Fri, 25 Nov 2016 18:47:53
Subject:
Message Text:   Haga la sita
Translation:    Make the appointment.
SB:         MPorta


Message ID:     661424708
Message Direction:      Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Fri, 25 Nov 2016 18:47:56
Subject:
Message Text:   A ver si podemos entrar
Translation:    Let's see if we are able to get in...
SB:         MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939380341
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 25 Nov 2016 18:47:56
Subject:
Message Text:        MuÂ±eco somos grandes nos toman
Translation:        Handsome, we are big now, take us...
SB:        MPorta

Message ID:        -1939380337
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 25 Nov 2016 18:47:58
Subject:
Message Text:        En cuenta
Translation:        into consideration...
SB:        MPorta

Message ID:        -1939380334
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 25 Nov 2016 18:48:00
Subject:
Message Text:        La neta
Translation:        for real.
SB:        MPorta

Message ID:        661424712
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 25 Nov 2016 18:48:00
Subject:
Message Text:        Con todo
Translation:        with everything
SB:        MPorta

Message ID:        661424716
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 25 Nov 2016 18:49:27
Subject:
Message Text:        Chekese
Translation:        Look into it.
SB:        MPorta

Message ID:        661424719
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Fri, 25 Nov 2016 18:49:35
Subject:
Message Text:        Y se va usted para ya
Translation:        And you will head over there already...
SB:        MPorta

Message ID:        661424722
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 25 Nov 2016 18:49:43
Subject:

SHARED FOR OUR ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000534

Message Text:   Con gogo y el chilango amigo de martin
Translation:   with Gogo and Chilango, Martin's friend.
SB:   MPorta

Message ID:   661424725
Message Direction:   Outgoing
To:   SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 25 Nov 2016 18:50:03
Subject:
Message Text:   Y yo tambiÁ©n los sigo luego Porq haya no nos encuentran facil
Translation:   And I will also meet up with you guys because over there it won't be easy to find us.
SB:   MPorta

Message ID:   661424728
Message Direction:   Outgoing
To:   SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 25 Nov 2016 18:50:05
Subject:
Message Text:   Esta muy grande
Translation:   It is very big.
SB:   MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:       -1939382346
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:19:43
Subject:
Message Text:   Este Áltimo lo trai un chavalo que anda con pollo. Pero son 8 por todos
Translation:    This last one a guy that is with Pollo has him, but it's 8 for all of them.
SB:       CMendoza

Message ID:       -1939382344
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:19:46
Subject:
Message Text:    La neta
Translation:     Seriously.
SB:       CMendoza

Message ID:       -1939382341
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:20:08
Subject:
Message Text:     Esos no son lo que le di aquellos yo le di puro rifle bueno si usted los cambio no liase son sullos
Translation:      Those are not the ones that I gave, I gave those guys on y rifles, but all right if you changed them then
don't worry, they are yours.
SB:       CMendoza

Message ID:       -1939382338
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:20:15
Subject:
Message Text:     Pero si los cambio el pollo arregleme eso
Translation:      But if Pollo changed them then get that fixed for me....
SB:       CMendoza

Message ID:       -1939382335
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:20:17
Subject:
Message Text:    Oiga
Translation:     sir.
SB:       CMendoza

Message ID:       -1939382332
Message Direction:       Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:20:38
Subject:
Message Text:    Por que esta cabron para estar comprando para que ese pendejo arregle alos sullos bien y me deje
todos jodidos alos otros
Translation:     Because it's tough to be buying for this idiot to be doing what he wants and leave the others all screwed.
SB:       CMendoza

Message ID:       -1939382329
Message Direction:       Incoming
To:       THOR <2b265027>;

From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 19:21:10
Subject:
Message Text:    Si fue ordenes de usted estÁ¡ bien usted es el patrÃ³n yo me a cÃ³modo y arreglo todo aya nada mÃ¡s
dÃgame que fue ordenes de usted
Translation:    If it was your orders then its fine, you are the boss, I will get settled and arrange everything over there,
just let me know they were your orders...
SB:    CMendoza

Message ID:    -1939382326
Message Direction:    Outgoing
To:    THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:21:18
Subject:
Message Text:    Y yo les arrimo todo lo de mÃ¡s que ocupen
Translation:    and I myself will get everything you need close by.
SB:    CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        661421627
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 19:24:48
Subject:
Message Text:        6 equipos agarre yo
Translation:        I got 6 teams/equipment's myself.
SB:        C.Garay

Message ID:        661421630
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 19:24:54
Subject:
Message Text:        Y metÃ 3 sin mira
Translation:        And I put them in without looking.
SB:        C.Garay

Message ID:        661421633
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 19:24:58
Subject:
Message Text:        Q son los q le asen falta
Translation:        Which are the ones that need it.
SB:        C.Garay

Message ID:        661421636
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 19:25:17
Subject:
Message Text:        Por eso ven rifles q no son y otros q les faltan
Translation:        Which is why they see rifles that are not and others they need.
SB:        C.Garay

Message ID:        661421639
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 19:25:30
Subject:
Message Text:        Quie o q cada quien marque su equipo
Translation:        I want everyone to mark their equipment.
SB:        C.Garay

Message ID:        661421642
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 19:25:44
Subject:
Message Text:        Compreles una pintura pata las uÃ±as
Translation:        Buy some nail polish
SB:        C.Garay

Message ID:        -1939382316
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Date:         Thu, 24 Nov 2016 19:25:48
Subject:
Message Text:    Oiga aya estÃjn los pleves ellos saben lo que traÃan
Translation:     Listen, the guys are there they know what it had.
SB:           C.Garay

Message ID:        661421645
Message Direction:         Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:25:54
Subject:
Message Text:    Y q cada quien le ponga su letra
Translation:     And that each put their letter on.
SB:           C.Garay

Message ID:        661421649
Message Direction:         Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 19:26:03
Subject:
Message Text:    AsÃ cuando se guarden cada quien agarre el suyo viejo chulo
Translation:     That way when they are stored everyone can grab yours gorgeous old man.
SB:           C.Garay

Message ID:        -1939382311
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:26:12
Subject:
Message Text:    Y yo se lo que compro
Translation:     And I know what I buy.
SB:           C.Garay

Message ID:-1939382308
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:26:23
Subject:
Message Text:    Pero ay le arrimo
Translation:     But I'll get it close.
SB:           C.Garay

Message ID:        -1939382305
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:26:34
Subject:
Message Text:    Yo ahorita para que todo este vien y ay le dejo esos rifles
Translation:     Myself that way everything will be fine and I'll leave those rifles for you.
SB:           C.Garay

Message ID:        -1939382302
Message Direction:         Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:26:38
Subject:
Message Text:    Viejos al pollo
Translation:     Right on.
SB:           C.Garay

Message ID:        661421655

SHARED ERROR OF ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:      Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 19:27:30
Subject:
Message Text:      Esq de esos equipos no los traÃan los de martin
Translation:       Because Martin's didn't have that equipment.
SB:         C.Garay

Message ID:         661421658
Message Direction:      Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:27:41
Subject:
Message Text:      Acuerdese q se perdieron 4 equipos
Translation:       Remember that 4 equipment's were lost.
SB:         C.Garay

Message ID:         661421661
Message Direction:      Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:27:49
Subject:
Message Text:      Y solo salieron 5 patrullas o 4 para el aval ese dia
Translation:       And that day only 5 or 4 patrol cars went to Habal that day.
SB:         C.Garay

Message ID:         661421664
Message Direction:      Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 19:27:59
Subject:
Message Text:      Y el armero tenÃa esos eqipos martÃn lo sabe
Translation:       And the gunsmith had that equipment, Martin knows it.
SB:         C.Garay

Message ID:         661421667
Message Direction:      Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:28:04
Subject:
Message Text:      Apenas los habÃa arreglado
Translation:       He had just fixed them.
SB:         C.Garay

Message ID:         661421670
Message Direction:      Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 19:28:17
Subject:
Message Text:      Los pistoleros ni vieron esos equipos el q los vio fue el armero
Translation:       The gunmen didn't even see that equipment the one who saw it was Armero.
SB:         C.Garay

Message ID:         661421673
Message Direction:      Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 19:28:38
Subject:
Message Text:      AquÃ le mostrarÃ© esas fotos para q me diga el si son los q le arreglo a martÃn en la casa de lomas

SHARED COPY - NOT FOR ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:        I'll show him those pictures right now so they can tell me if it was they arranged for Martin at the house in
Lomas.
SB:     C.Garay

Message ID:        -1939382296
Message Direction:        Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Thu, 24 Nov 2016 19:33:14
Subject:
Message Text:     Pues ay le boy armar las cosas
Translation:       I'll arrange the stuff.
SB:     C.Garay

Message ID:        -1939382293
Message Direction:        Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Thu, 24 Nov 2016 19:33:16
Subject:
Message Text:     Otra ves
Translation:       Again.
SB:     C.Garay

Message ID:        -1939382290
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 19:33:23
Subject:
Message Text:     Para que ya entren y no me andÃ©n
Translation:       So they can go in and quit
SB:     C.Garay

Message ID:        -1939382287
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 19:33:26
Subject:
Message Text:     Con pendejadas
Translation:       The bullshit
SB:     C.Garay

Message ID:-1939382284
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 19:33:29
Subject:
Message Text:     Estos lokos
Translation:       These fools
SB:     C.Garay

Message ID:        -1939382281
Message Direction:        Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Thu, 24 Nov 2016 19:33:45
Subject:
Message Text:     Ya le dije que para la otra me entreguen todo ami por que si fue la otra ves tambiÃ©n paso
Translation:       I already told them that next time they should give it all to me because same thing happened last time.
SB:     C.Garay

Message ID:        -1939382278
Message Direction:        Outgoing
To:       THOR <2b265027>

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:33:47
Subject:
Message Text:    Lo mismo
Translation:     Same.
SB:         C.Garay

Message ID:       661421751
Message Direction:        Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 19:33:59
Subject:
Message Text:    Sii esq los de martÃn quieren cuernos
Translation:     Yes because Martin's also want AK's.
SB:         C.Garay

Message ID:       661421755
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:34:02
Subject:
Message Text:    Y yo agarre 4 cuernos
Translation:     I got 4 AK's.
SB:         C.Garay

Message ID:661421758
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:34:03
Subject:
Message Text:    Y aparte 2 R15
Translation:     And 2 R15's
SB:         C.Garay

Message ID:       661421763
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:34:13
Subject:
Message Text:    Esos se los reponemos y guardamos los equipos esos q no quieren
Translation:     We can replace them and save the equipment those they don't want.
SB:         C.Garay

Message ID:       661421768
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:34:39
Subject:
Message Text:    La cosa q no digan q no pelearon Porq no traÃan cuernos
Translation:     The point is for them not to say  they didn't fight because they didn't have the AK's.
SB:         C.Garay

Message ID:       661421771
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:34:40
Subject:
Message Text:    AquÃ tenemos
Translation:     We have some there.
SB:         C.Garay

SHARED PURSUANT TO A PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        661421774
Message Direction:           Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 19:34:47
Subject:
Message Text:      Ahora mandamos unos 6 cuernos y listo
Translation:       Now send us 6 AK's and we're done.
SB:         C.Garay

Message ID:        661421777
Message Direction:           Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 19:35:00
Subject:
Message Text:      Q cada quien marque el suyo y nadie se los va a cambiar
Translation:       Each should mark their own and no one will change them.
SB:         C.Garay

Message ID:        -1939382270
Message Direction:           Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:35:01
Subject:
Message Text:      Yo aquÁ tengo y estÁÎn buenos de mÁÎs pero
Translation:       I have some here and they are really good, but.
SB:         C.Garay

Message ID:        -1939382266
Message Direction:           Incoming
To:         THOR <2b265027>;
From:       SUPERMAN <2c2d0a02>
Date:       Thu, 24 Nov 2016 19:35:05
Subject:
Message Text:      No son rafagos
Translation:       They aren't automatic.
SB:         C.Garay

Message ID:        -1939382263
Message Direction:           Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:35:07
Subject:
Message Text:      A penas que usted
Translation:       Unless you...
SB:         C.Garay

Message ID:-1939382260
Message Direction:           Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:35:10
Subject:
Message Text:      Me de los 6
Translation:       give me the 6.
SB:         C.Garay

Message ID:-1939382257
Message Direction:           Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 19:35:13
Subject:
Message Text:      O 7 y yo

SHARED COPY - ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:     Or 7 and I...
SB:      C.Garay

Message ID:-1939382254
Message Direction:            Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:35:15
Subject:
Message Text:    Le doy
Translation:     Will give
SB:      C.Garay

Message ID:-1939382251
Message Direction:            Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:35:17
Subject:
Message Text:    De los letos
Translation:     From the Letos
SB:      C.Garay

Message ID:      661421783
Message Direction:            Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:35:21
Subject:
Message Text:    Suba 6 para con el armero
Translation:     Take 6 up with the gunsmith.
SB:      C.Garay

Message ID:      -1939382247
Message Direction:            Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:35:24
Subject:
Message Text:    Para que usted no se desacomprete
Translation:     So you don't take away from yours
SB:      C.Garay

Message ID:      661421788
Message Direction:            Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:35:30
Subject:
Message Text:    Y yo le darÃ© 6 ya echos rafagos
Translation:     And I will give 6 automatic already done.
SB:      C.Garay

Message ID:      661421792
Message Direction:            Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:35:34
Subject:
Message Text:    Ala noche
Translation:     At night.
SB:      C.Garay

Message ID:      661421796
Message Direction:            Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:        Thu, 24 Nov 2016 19:36:00
Subject:
Message Text:     Aliste 6 chivos los q tengan culatas
Translation:      Get 6 AK's ready the ones with stocks.
SB:      C.Garay


Message ID:       661421799
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 19:36:04
Subject:
Message Text:     Y arrimelos al aguacate
Translation:      And get them to Aguacate.
SB:      C.Garay


Message ID:661421802
Message Direction:        Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:36:07
Subject:
Message Text:     Yo mando por ellos
Translation:      I'll send for them.
SB:      C.Garay


Message ID:       -1939382240
Message Direction:        Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:36:16
Subject:
Message Text:     QuerÃa trabajar el fin de semana
Translation:      I wanted to work over the weekend.
SB:      C.Garay


Message ID:       661421805
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 19:36:19
Subject:
Message Text:     Y ala noche le doy 6 chivos de los q tengo yo
Translation:      And at night I'll give 6 AK's from the ones I have there.
SB:      C.Garay


Message ID:       -1939382237
Message Direction:        Incoming
To:      THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 19:36:19
Subject:
Message Text:     Bonito
Translation:      Pretty.
SB:      C.Garay


Message ID:661421808
Message Direction:        Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:36:27
Subject:
Message Text:     Para q los mande
Translation:      So you can send it.
SB:      C.Garay


Message ID:       661421812

SHARED UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:           Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 19:36:29
Subject:
Message Text:    Y tambiÃ©n le darÃ© cargadores
Translation:     I'll also give you magazines.
SB:        C.Garay

Message ID:        -1939382232
Message Direction:           Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 19:36:43
Subject:
Message Text:    Ok
Translation:     Ok.
SB:        C.Garay

Message ID:-1939382229
Message Direction:           Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 19:36:45
Subject:
Message Text:    Esta bien
Translation:     All right.
SB:        C.Garay

Message ID:        -1939382226
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 19:36:49
Subject:
Message Text:    AquÃ los mando
Translation:     I'll send it.
SB:        C.Garay

Message ID:        -1939382223
Message Direction:           Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 19:37:01
Subject:
Message Text:    AquÃ estoy por cv por si quiere escuchar
Translation:     I'm here near CV in case you want to listen...
SB:        C.Garay

Message ID:        661421818
Message Direction:           Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 19:37:03
Subject:
Message Text:    Cuantos cargadores ocupa dÃgale a martin
Translation:     Ask Martin how many magazines he needs.
SB:        C.Garay

Message ID:        -1939382219
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 19:37:05
Subject:
Message Text:    Los que le mndo
Translation:     to what they sent.

SHARED IN COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:      C.Garay

Message ID:-1939382216
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:37:09
Subject:
Message Text:    A decir el ruco
Translation:     What the old man said.
SB:      C.Garay

Message ID:-1939382213
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:37:14
Subject:
Message Text:    A qui le digo
Translation:     I'll ask.
SB:      C.Garay

Message ID:-1939382210
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 19:37:17
Subject:
Message Text:    A martÁn
Translation:     Martin.
SB:      C.Garay

Message ID:      661421824
Message Direction:          Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:37:18
Subject:
Message Text:    AquÁ no paramos por aparatos y cargadores y tiros
Translation:     We don't stop because of magazines, apparatuses or bullets.
SB:      C.Garay

Message ID:      661421829
Message Direction:          Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:37:37
Subject:
Message Text:    Si mijo ya me estoy encuerando para baÁ±arme dame 30min y lo veo en cv
Translation:     Yes honey, I'm getting naked to get in the shower, give me 30 minutes and I'll meet you at CV.
SB:      C.Garay

Message ID:      661421832
Message Direction:          Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 19:37:44
Subject:
Message Text:    Para ver eso del ruco\=D/
Translation:     To look into the old man's deal\=D/
SB:      C.Garay

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        661421980
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 21:01:35
Subject:
Message Text:        Viejo guango
Translation:        Saggy old man...
SB:        C.Garay

Message ID:        661421983
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 21:01:39
Subject:
Message Text:        El cuerno de placa
Translation:        The plated AK...
SB:        C.Garay

Message ID:661421986
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 21:01:41
Subject:
Message Text:        Si es de martin
Translation:        Belongs to Martin?
SB:        C.Garay

Message ID:661421989
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 21:01:45
Subject:
Message Text:        Ya me dijo el armero
Translation:        Armero already told me.
SB:        C.Garay

Message ID:661421992
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 21:01:48
Subject:
Message Text:        O le llevaron uno
Translation:        That they took one.
SB:        C.Garay

Message ID:        661421995
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 21:01:57
Subject:
Message Text:        Pero no lo hizo rafago
Translation:        But he didn't make it automatic
SB:        C.Garay

Message ID:        -1939382181
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>

USDOJ-EDNY0000000548

Date:         Thu, 24 Nov 2016 21:01:58
Subject:
Message Text:      Jajaja a pues trono
Translation:        Ha ha ha oh well it busted.
SB:      C.Garay

Message ID:-1939382178
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:02:00
Subject:
Message Text:      El viejo
Translation:        The old one.
SB:      C.Garay

Message ID:        661422000
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 21:02:03
Subject:
Message Text:      Porq no le entiende a esos
Translation:        Because he does't understand those.
SB:      C.Garay

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        -1939382172
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:02:55
Subject:
Message Text:      Si ya capio qie si
Translation:       Yes, he already said yes.
SB:        C.Garay

Message ID:        -1939382169
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:02:57
Subject:
Message Text:      Es de el
Translation:       It's his.
SB:        C.Garay

Message ID:-1939382166
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:03:00
Subject:
Message Text:      Un marimacho
Translation:       A dyke.
SB:        C.Garay

Message ID:        661422010
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 21:03:10
Subject:
Message Text:      Ya ve
Translation:       You know.
SB:        C.Garay

Message ID:        -1939382162
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:03:37
Subject:
Message Text:      Sabe me estÁ¡ diciendo que de los 15
Translation:       Who knows he's saying about the 15.
SB:        C.Garay

Message ID:        -1939382159
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:03:41
Subject:
Message Text:      Que fuimos a calar
Translation:       The ones we tested...
SB:        C.Garay

Message ID:-1939382156
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>

USDOJ-EDNY0000000550

553

Date:       Thu, 24 Nov 2016 21:03:42
Subject:
Message Text:    AquÃ
Translation:     here
SB:         C.Garay

Message ID:      -1939382153
Message Direction:        Incoming
To:         THOR <2b265027>;
From:       SUPERMAN <2c2d0a02>
Date:       Thu, 24 Nov 2016 21:03:48
Subject:
Message Text:    Nungno es de culata
Translation:     None have a stock.
SB:         C.Garay

Message ID:      -1939382151
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 21:03:50
Subject:
Message Text:    Sticker recibido
Translation:     Sticker received.
SB:         C.Garay

Message ID:      661422016
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 21:03:56
Subject:
Message Text:    Pero de todos modos los vamos a marcar
Translation:     Either way we will mark them.
SB:         C.Garay

Message ID:      -1939382148
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Thu, 24 Nov 2016 21:03:57
Subject:
Message Text:    Como le vamos hacer ay
Translation:     What are we going to do?
SB:         C.Garay

Message ID:      661422020
Message Direction:        Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Thu, 24 Nov 2016 21:03:58
Subject:
Message Text:    Para la otra
Translation:     With the other?
SB:         C.Garay

Message ID:      661422023
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Thu, 24 Nov 2016 21:04:04
Subject:
Message Text:    Para quedarnos mÃ¡s agusto
Translation:     In order to be more at ease.
SB:         C.Garay

Message ID:      661422026

SHARED UNDER A COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000551

554

Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 21:04:20
Subject:
Message Text:    Los cuernos no son de culata
Translation:     The Ak's don't have a stock.
SB:        C.Garay

Message ID:        661422029
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:04:24
Subject:
Message Text:    Aquí se las asemos nosotros
Translation:     We can make one for them here.
SB:        C.Garay

Message ID:        661422032
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:04:27
Subject:
Message Text:    Las culatas
Translation:     The stock.
SB:        C.Garay

Message ID:        -1939382145
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:07:16
Subject:
Message Text:    A ok
Translation:     Oh, okay.
SB:        C.Garay

Message ID:-1939382143
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:07:20
Subject:
Message Text:    Bueno entonces le daré
Translation:     All right, then I shall give...
SB:        C.Garay

Message ID:-1939382140
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:07:24
Subject:
Message Text:    7
Translation:     7
SB:        C.Garay

Message ID:-1939382137
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:07:27
Subject:
Message Text:    Y me entrga
Translation:     And give me...

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:        C.Garay

Message ID:        -1939382134
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 21:07:34
Subject:
Message Text:        7 verdad para suvirlos al raite
Translation:        7, right to take them in the ride?
SB:        C.Garay

Message ID:        -1939382131
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 21:07:38
Subject:
Message Text:        Y me va a dar cargadores
Translation:        Will he/you give me magazines?
SB:        C.Garay

Message ID:        661422045
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 21:07:53
Subject:
Message Text:        Sii
Translation:        Yes.
SB:        C.Garay

Message ID:        661422048
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Thu, 24 Nov 2016 21:07:57
Subject:
Message Text:        AsÂ mero le hacemos
Translation:        That's exactly what we will do.
SB:        C.Garay

Message ID:        661422051
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Thu, 24 Nov 2016 21:08:07
Subject:
Message Text:        Mandelos ala plazuela
Translation:        Send them to Plazuela.
SB:        C.Garay

Message ID:        -1939382126
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 21:08:55
Subject:
Message Text:        Si ya boy ala casa
Translation:        Yes, I'm on my way home.
SB:        C.Garay

Message ID:-1939382123
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 24 Nov 2016 21:09:04

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     De Michel a recogerlos
Translation:      Michel's to pick them up.
SB:     C.Garay

Message ID:       -1939382120
Message Direction:          Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 24 Nov 2016 21:09:24
Subject:
Message Text:     No mejor no aquÃ le digo a Michel que los lleve el
Translation:      No, I rather tell Michel for him to take them.
SB:     C.Garay

Message ID:       -1939382117
Message Direction:          Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 24 Nov 2016 21:09:38
Subject:
Message Text:     Ala plazuela y a que horas meda usted
Translation:      To Plazuela, what time will you tell me.
SB:     C.Garay

Message ID:       -1939382114
Message Direction:          Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 24 Nov 2016 21:09:45
Subject:
Message Text:     Los 7 con todo i cargadores
Translation:      The 7 including the magazines.
SB:     C.Garay

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        661422070
Message Direction:            Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 21:35:46
Subject:
Message Text:     Al rato
Translation:       Later,
SB:        C.Garay

Message ID:        661422073
Message Direction:            Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 21:35:46
Subject:
Message Text:     Ya ando alistando esoo
Translation:       I'm working on that.
SB:        C.Garay

Message ID:661422076
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:35:47
Subject:
Message Text:     Para q se los den
Translation:       So they can give it to them.
SB:        C.Garay

Message ID:        -1939382110
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 24 Nov 2016 21:36:21
Subject:
Message Text:     Dice el tÍo que no le agarre comunicaciÃ³n
Translation:       Tio said he has no communication.
SB:        C.Garay

Message ID:        -1939382107
Message Direction:            Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 24 Nov 2016 21:36:31
Subject:
Message Text:     A mencho ni a de vallarta
Translation:       With Mencho nor  Vallarta.
SB:        C.Garay

Message ID:661422106
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:37:01
Subject:
Message Text:     No jamas
Translation:       Never.
SB:        C.Garay

Message ID:        661422109
Message Direction:            Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>

Date:        Thu, 24 Nov 2016 21:37:13
Subject:
Message Text:    Esos amigos no queremos ni oÃrlos mensionar
Translation:     Those guys don't even want them mentioned.
SB:       C.Garay

Message ID:      -1939382103
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 21:37:14
Subject:
Message Text:    Que se los van a chingar
Translation:     They are going to fuck them up.
SB:       C.Garay

Message ID:      661422113
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 21:37:22
Subject:
Message Text:    OjalÃ¡ q ya se chingue en mencho
Translation:     Hopefully they fuck up Mencho already.
SB:       C.Garay

Message ID:      -1939382098
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Thu, 24 Nov 2016 21:37:25
Subject:
Message Text:    Y que no quiere que tiren los medios que ya se van a fregar
Translation:     That they don't want them to throw the media that they will break soon.
SB:       C.Garay

Message ID:      661422117
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 21:37:34
Subject:
Message Text:    Porq es el Ãºnico peligro q tenemos aquÃ por un lado
Translation:     That's the only threat we have nearby.
SB:       C.Garay

Message ID:      661422120
Message Direction:        Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Thu, 24 Nov 2016 21:37:48
Subject:
Message Text:    EstÃ¡n muy cercas de nosotros
Translation:     They are very close to us.
SB:       C.Garay

Message ID:      661422129
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Thu, 24 Nov 2016 21:39:24
Subject:
Message Text:    Y en una de esas se nos meten para ca
Translation:     And they could come in any moment.
SB:       C.Garay

Message ID:      661422132

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:       Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Thu, 24 Nov 2016 21:39:40
Subject:
Message Text:    Ese viejo es muy envidioso
Translation:     That man is very jealous.
SB:      C.Garay

Message ID:      -1939382092
Message Direction:       Incoming
To:      THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 21:40:00
Subject:
Message Text:    Si ese es peligro
Translation:     Yes, that's what is dangerous.
SB:      C.Garay

Message ID:      -1939382089
Message Direction:       Incoming
To:      THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Thu, 24 Nov 2016 21:40:07
Subject:
Message Text:    Ay que echarle toda la carne
Translation:     We need to give it our all.
SB:      C.Garay

Message ID:      -1939382086
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 21:40:13
Subject:
Message Text:    Al asador al sordon a ese
Translation:     Fry that guy on the down low.
SB:      C.Garay

Message ID:      -1939382083
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Thu, 24 Nov 2016 21:40:14
Subject:
Message Text:    Amigo
Translation:     Buddy.
SB:      C.Garay

Message ID:      661422156
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Thu, 24 Nov 2016 21:40:24
Subject:
Message Text:    =-D asÃ es
Translation:     =-D that's right.
SB:      C.Garay

SHARED IN COURT ORDER – NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        661422177
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:46:10
Subject:
Message Text:      No nada de dinero se le ah dado al sr quirino
Translation:       No money has been given to Mr. Quirino.
SB:        KCorrales

Message ID:        661422180
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:46:42
Subject:
Message Text:      Por medio de unos amigos de el hay un acercamiento ase unos meses atrÁjs
Translation:       But through some friends of his there was a meeting a couple of months ago
SB:        KCorrales

Message ID:        661422183
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:46:51
Subject:
Message Text:      Pero el jamÁjs nos a pedido dinero
Translation:       Because he has never asked us for money
SB:        KCorrales

Message ID:        661422186
Message Direction:              Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Thu, 24 Nov 2016 21:47:20
Subject:
Message Text:      Mando decir en esos momentos q ya q estuviera en la silla, verÁa si nos daba la oportunidad
Translation:       He sent to tell us at the time, that once they were at La Silla; he would see if he would give us the
opportunity...
SB:        KCorrales

Message ID:        661422189
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:47:33
Subject:
Message Text:      De entrar a mazatlan o noo
Translation:       to go in to Mazatlan or not.
SB:        KCorrales

Message ID:        661422195
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Thu, 24 Nov 2016 21:48:56
Subject:
Message Text:      Porq andarÁj enojado el padrino q le arian ='(
Translation:       Why is El Padrino mad? What did they do to him?='(
SB:        KCorrales

Message ID:        661422258
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

From:          THOR <2B265027>
Date:          Thu, 24 Nov 2016 21:57:40
Subject:
Message Text:      Así será¡ dágale q jamÁ¡s le daremos nada sin consultarlo con el primero
Translation:       It's like that. Tell him that we would never give him anything without consulting with him before.
SB:            KCorrales

Message ID:        661422262
Message Direction:         Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Thu, 24 Nov 2016 21:58:24
Subject:
Message Text:      Y anoche nos hablaron para preguntar q si un personaje de MÃ©xico era amigo nuestro y les dije q no q
yo no tengo esas amistades
Translation:       And last night they called to ask if a person of Mexico was  a friend of ours and I told them that I don't
have those kind of friendships.
SB:            KCorrales

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        -1939378864
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 27 Nov 2016 01:47:29
Subject:
Message Text:      Oigga ya le digo al padrino que me contesto o
Translation:       Listen, should I tell Padrino that you already answered or...
SB:        C.Garay

Message ID:        -1939378861
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 27 Nov 2016 01:47:36
Subject:
Message Text:      Le sigo diciendo que no
Translation:       keep saying no.
SB:        C.Garay

Message ID:        661427318
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 01:47:47
Subject:
Message Text:      DÃgale q si
Translation:       Tell him I did.
SB:        C.Garay

Message ID:        661427322
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 01:52:37
Subject:
Message Text:      Q maÃ±ana ve al chabalo
Translation:       That the guy will go tomorrow.
SB:        C.Garay

Message ID:        661427325
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 01:52:41
Subject:
Message Text:      AquÃ alistÃ³ eso
Translation:       I'll get that ready.
SB:        C.Garay

Message ID:661427328
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 01:52:44
Subject:
Message Text:      ='(
Translation:       ='(
SB:        C.Garay

Message ID:        -1939378841
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:         Sun, 27 Nov 2016 01:53:03
Subject:
Message Text:     A ver aquÃ le digo
Translation:      Let me tell him here.
SB:          C.Garay

Message ID:       -1939378838
Message Direction:           Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 27 Nov 2016 01:57:04
Subject:
Message Text:     Que tenÃa que salir ahora pero dice que si puede maÃ±ana muy tepmrano
Translation:      That he had to go out today but he can early tomorrow.
SB:          C.Garay

Message ID:       -1939378835
Message Direction:           Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 27 Nov 2016 01:57:09
Subject:
Message Text:     Muy de maÃ±ana
Translation:      In the morning.
SB:          C.Garay

Message ID:-1939378832
Message Direction:           Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 27 Nov 2016 01:57:12
Subject:
Message Text:     Para que se valla
Translation:      So you can leave.
SB:          C.Garay

Message ID:-1939378829
Message Direction:           Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 27 Nov 2016 01:57:21
Subject:
Message Text:     Que bonita esta la paranter
Translation:      The Pathfinder is very nice.
SB:          C.Garay

Message ID:       -1939378826
Message Direction:           Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sun, 27 Nov 2016 01:57:22
Subject:
Message Text:     La neta
Translation:      Honestly.
SB:          C.Garay

Message ID:       -1939378823
Message Direction:           Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 27 Nov 2016 01:57:24
Subject:
Message Text:     Nueva
Translation:
SB:          C.Garay

Message ID:       -1939378820

SHARED FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:          Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Sun, 27 Nov 2016 01:57:26
Subject:
Message Text:     Nueva
Translation:      New.
SB:       C.Garay

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: RSVRXLFD

Message ID:         -310643534
Message Direction:         Incoming
To:         THOR <2b265027>;
From:         SS â?œBURBUJAâ?‼**fist** <2c2a1814>
Date:         Sun, 27 Nov 2016 02:13:46
Subject:
Message Text:         Si pues se cuidan de esas cosas ellos
Translation:         Yes well they take care of those types of things.
SB:         C.Garay

Message ID:         -310643531
Message Direction:         Outgoing
To:         THOR <2b265027>
From:         SS â?œBURBUJAâ?‼**fist** <2C2A1814>
Date:         Sun, 27 Nov 2016 02:13:55
Subject:
Message Text:         Esta mayor ya el sr ese?
Translation:         Is that man older?
SB:         C.Garay

Message ID:         661427588
Message Direction:         Outgoing
To:         SS â?œBURBUJAâ?‼**fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Sun, 27 Nov 2016 02:14:17
Subject:
Message Text:         Sii
Translation:         Yes.
SB:         C.Garay

Message ID:661427591
Messsge Direction:         Outgoing
To:         SS â?œBURBUJAâ?‼**fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Sun, 27 Nov 2016 02:14:24
Subject:
Message Text:         Como de 50aÅ±os
Translation:         About 50 year old.
SB:         C.Garay

Message ID:661427594
Message Direction:         Outgoing
To:         SS â?œBURBUJAâ?‼**fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Sun, 27 Nov 2016 02:14:26
Subject:
Message Text:         Esta nuevon
Translation:         He's new.
SB:         C.Garay

Message ID:661427597
Message Direction:         Outgoing
To:         SS â?œBURBUJAâ?‼**fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Sun, 27 Nov 2016 02:14:31
Subject:
Message Text:         Unos 55
Translation:         About 55
SB:         C.Garay

Message ID:661427600
Message Direction:         Outgoing
To:         SS â?œBURBUJAâ?‼**fist** <2c2a1814>
From:         THOR <2B265027>

SHARED DEFENDANT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:       Sun, 27 Nov 2016 02:14:33
Subject:
Message Text:       Tiene
Translation:        He is.
SB:         C.Garay

Message ID:       -310643527
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SS â?œBURBUJAâ?î**fist** <2C2A1814>
Date:       Sun, 27 Nov 2016 02:14:39
Subject:
Message Text:       Orale
Translation:        Right on.
SB:         C.Garay

Message ID:-310643524
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SS â?œBURBUJAâ?î**fist** <2C2A1814>
Date:       Sun, 27 Nov 2016 02:14:45
Subject:
Message Text:       El bueno a de ser el hermano de el
Translation:        The main guys must be his brother.
SB:         C.Garay

Message ID:-310643521
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SS â?œBURBUJAâ?î**fist** <2C2A1814>
Date:       Sun, 27 Nov 2016 02:14:47
Subject:
Message Text:       Javier
Translation:        Javier.
SB:         C.Garay

Message ID:-310643518
Message Direction:        Outgoing
To:         THOR <2b265027>
From:       SS â?œBURBUJAâ?î**fist** <2C2A1814>
Date:       Sun, 27 Nov 2016 02:14:48
Subject:
Message Text:       $$
Translation:        $$
SB:         C.Garay

Message ID:       661427605
Message Direction:        Outgoing
To:         SS â?œBURBUJAâ?î**fist** <2c2a1814>
From:       THOR <2B265027>
Date:       Sun, 27 Nov 2016 02:14:58
Subject:
Message Text:       Sii javier estarÃ¡ en la politica
Translation:        Yes, Javier would be in politics.
SB:         C.Garay

Message ID:       661427608
Message Direction:        Incoming
To:         SS â?œBURBUJAâ?î**fist** <2c2a1814>;
From:       THOR <2b265027>
Date:       Sun, 27 Nov 2016 02:15:01
Subject:
Message Text:       Este nooo
Translation:        Not this one.
SB:         C.Garay

Message ID:       -310643514

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:       Incoming
To:        THOR <2b265027>;
From:      SS â?œBURBUJAâ?ï**fist** <2c2a1814>
Date:      Sun, 27 Nov 2016 02:15:12
Subject:
Message Text:      Esos depas
Translation:       Those apartments..
SB:        C.Garay


Message ID:661427612
Message Direction:       Outgoing
To:        SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:16
Subject:
Message Text:      Me querÅan sopiar
Translation:       They wanted to get the scoop from me.
SB:        C.Garay


Message ID:-310643510
Message Direction:       Incoming
To:        THOR <2b265027>;
From:      SS â?œBURBUJAâ?ï**fist** <2c2a1814>
Date:      Sun, 27 Nov 2016 02:15:16
Subject:
Message Text:      Del cid a un lado
Translation:       next to Cid.
SB:        C.Garay


Message ID:661427616
Message Direction:       Outgoing
To:        SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:19
Subject:
Message Text:      Del padrino tambien
Translation:       Regarding Padrino also.
SB:        C.Garay


Message ID:661427619
Message Direction:       Outgoing
To:        SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:22
Subject:
Message Text:      Jajaja
Translation:       Ha ha.
SB:        C.Garay


Message ID:       -310643505
Message Direction:       Outgoing
To:        THOR <2b265027>
From:      SS â?œBURBUJAâ?ï**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:15:24
Subject:
Message Text:      =S
Translation:       =S
SB:        C.Garay


Message ID:       661427623
Message Direction:       Outgoing
To:        SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:25
Subject:
Message Text:      Siguen con eso
Translation:       Supposedly with that..

SB:        C.Garay

Message ID:-310643501
Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SS â?œBURBUJAâ?‌**fist** <2c2a1814>
Date:      Sun, 27 Nov 2016 02:15:26
Subject:
Message Text:      Andan
Translation:       they ...
SB:        C.Garay

Message ID:        -310643498
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â?œBURBUJAâ?‌**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:15:31
Subject:
Message Text:      Con la duda
Translation:       have the doubt.
SB:        C.Garay

Message ID:        661427628
Message Direction:        Outgoing
To:        SS â?œBURBUJAâ?‌**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:40
Subject:
Message Text:      Sii
Translation:       Yes.
SB:        C.Garay

Message ID:661427631
Message Direction:        Outgoing
To:        SS â?œBURBUJAâ?‌**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:42
Subject:
Message Text:      Les dije
Translation:       I told them,
SB:        C.Garay

Message ID:        661427634
Message Direction:        Outgoing
To:        SS â?œBURBUJAâ?‌**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:57
Subject:
Message Text:      Ustedes creen q yo los ubiera buscado a ustedes
Translation:       "You think that I would have looked for you?"
SB:        C.Garay

Message ID:        661427637
Message Direction:        Outgoing
To:        SS â?œBURBUJAâ?‌**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:15:59
Subject:
Message Text:      Le dije a julio
Translation:       I told Julio.
SB:        C.Garay

Message ID:661427640
Message Direction:        Outgoing
To:        SS â?œBURBUJAâ?‌**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:16:06

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      Si. Tuviera esa amistad
Translation:        If I had that friendship...
SB:       C.Garay

Message ID:661427643
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:16:15
Subject:
Message Text:      Q me hubiera dicho q maza era mio
Translation:        That would have said Maza was mine.
SB:       C.Garay

Message ID:661427646
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:16:17
Subject:
Message Text:      JamÃ¡s le dije
Translation:        Never, I said.
SB:       C.Garay

Message ID:       661427649
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:16:30
Subject:
Message Text:      Tengo amistades q pueden ser amigas de ese sr
Translation:        I have friends who could be friends with that man.
SB:       C.Garay

Message ID:       661427652
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:16:37
Subject:
Message Text:      Pero ellos no me lo mensionan nunca
Translation:        But they never mentioned me.
SB:       C.Garay

Message ID:661427655
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:16:45
Subject:
Message Text:      Y no se fueron convencidos
Translation:        And they were not convinced.
SB:       C.Garay

Message ID:661427658
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:16:56
Subject:
Message Text:      Pero ya no dijeron nada
Translation:        But never said anything.
SB:       C.Garay

Message ID:       -310643491
Message Direction:        Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

To:          THOR <2b265027>
From:        SS â?œBURBUJAâ?ĺ**fist** <2C2A1814>
Date:        Sun, 27 Nov 2016 02:17:08
Subject:
Message Text:     =:(
Translation:      =:(
SB:          C.Garay

Message ID:       -310643488
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SS â?œBURBUJAâ?ĺ**fist** <2C2A1814>
Date:        Sun, 27 Nov 2016 02:17:25
Subject:
Message Text:     Entonces todo que en 0000. Por chapucero
Translation:      So then it all ended up in 0000 for being a cheater.
SB:          C.Garay

Message ID:       661427662
Message Direction:          Outgoing
To:          SS â?œBURBUJAâ?ĺ**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:18:02
Subject:
Message Text:     Bueno viene lo triste
Translation:      Well, here comes the sad part.
SB:          C.Garay

Message ID:661427665
Message Direction:          Outgoing
To:          SS â?œBURBUJAâ?ĺ**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:18:06
Subject:
Message Text:     2 pesos para el padrino
Translation:      2 pesos for Padrino.
SB:          C.Garay

Message ID:661427668
Message Direction:          Outgoing
To:          SS â?œBURBUJAâ?ĺ**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:18:12
Subject:
Message Text:     Q quede de darle hoy
Translation:      That I had said I would give him today.
SB:          C.Garay

Message ID:661427671
Message Direction:          Outgoing
To:          SS â?œBURBUJAâ?ĺ**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:18:22
Subject:
Message Text:     Y hay te viene otra noticia
Translation:      And here is more news.
SB:          C.Garay

Message ID:661427674
Message Direction:          Outgoing
To:          SS â?œBURBUJAâ?ĺ**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:18:34
Subject:
Message Text:     Tu vuelta al DF serÃ¡ en este mes q viene
Translation:      Your trip to DF will be in this coming month.
SB:          C.Garay

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:661427677
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:18:39
Subject:
Message Text:     =-D
Translation:      =-D
SB:       C.Garay

Message ID:       -310643482
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SS â?œBURBUJAâ?ï**fist** <2C2A1814>
Date:     Sun, 27 Nov 2016 02:18:48
Subject:
Message Text:     =(O)
Translation:      =(O)
SB:       C.Garay

Message ID:       661427680
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:18:49
Subject:
Message Text:     Vas a ver al procurador del estado de mexico
Translation:      You will meet with the attorney general for the state of Mexico.
SB:       C.Garay

Message ID:       661427684
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:18:53
Subject:
Message Text:     Nos vamos a meter para ya
Translation:      We are going there.
SB:       C.Garay

Message ID:661427687
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     · THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:18:55
Subject:
Message Text:     Ni pedo
Translation:      Oh well.
SB:       C.Garay

Message ID:661427690
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:19:01
Subject:
Message Text:     Nos estÁn pidiendo
Translation:      They are asking us.
SB:       C.Garay

Message ID:661427693
Message Direction:        Outgoing
To:       SS â?œBURBUJAâ?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 02:19:07
Subject:

USDOJ-EDNY0000000569

Message Text:      Vamos a meter al dany para ya
Translation:       We will send Dany there.
SB:        C.Garay

Message ID:        661427696
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:19:29
Subject:
Message Text:      Ya le dije q lo q salga de la venta de ganancias son el 40 %para el y el 60% para mi
Translation:       I already told him that whatever we profit, 40% is for him, and 60% is for me.
SB:        C.Garay

Message ID:        661427699
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:19:32
Subject:
Message Text:      Anda volado
Translation:       He's super happy.
SB:        C.Garay

Message ID:        661427702
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:19:40
Subject:
Message Text:      Le dije mÃnimo 20millones al mes
Translation:       I told him, "Minimum of 20 million a month."
SB:        C.Garay

Message ID:        661427705
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:19:50
Subject:
Message Text:      Usted 8 melones y yo 12
Translation:       I keep 12 million and you 8.
SB:        C.Garay

Message ID:        661427708
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:20:10
Subject:
Message Text:      Aliste a ricardo dice Porq yo arreglo eso la semana q entra si es asÃ como me dice usted =D
Translation:       He told me to get Ricard ready because he will get that going this week if it's as you said, -D.
SB:        C.Garay

Message ID:        661427712
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:20:52
Subject:
Message Text:      El no quiere vivir haya pero el estarÃ¡ echando vueltas junto contigo varias veces al aÃ±o a ser
inventarios y a pasar un mes viendo lo q realmente se vende
Translation:       He doesn't want to live there but he would be making trips along with you, several times a year to do the
inventory and then will take a month to see what really was sold.
SB:        C.Garay

Message ID:        661427715

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:        Outgoing
To:        SS â?œBURBUJAâ?‌**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:21:10
Subject:
Message Text:    Gogo serÁ¡ nuestro contador en MÁ©xico el q guarde la lana y este al pendiente de todo
Translation:     Gogo will be our accountant in Mexico the one who takes care of the money and is on top of things.
SB:        C.Garay

Message ID:        -310643475
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â?œBURBUJAâ?‌**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:21:27
Subject:
Message Text:    #=-S
Translation:     #=-S
SB:        C.Garay

Message ID:-310643472
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â?œBURBUJAâ?‌**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:21:28
Subject:
Message Text:    Orale
Translation:     Right on.
SB:        C.Garay

Message ID:-310643469
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â?œBURBUJAâ?‌**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:21:34
Subject:
Message Text:    Vender en una zona
Translation:     Sell in a zone.
SB:        C.Garay

Message ID:-310643466
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â?œBURBUJAâ?‌**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:21:36
Subject:
Message Text:    Entonces
Translation:     Then...
SB:        C.Garay

Message ID:-310643463
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS â?œBURBUJAâ?‌**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:21:48
Subject:
Message Text:    Tienditas y carros
Translation:     Cars and little stores.
SB:        C.Garay

Message ID:        661427720
Message Direction:        Outgoing
To:        SS â?œBURBUJAâ?‌**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:21:52
Subject:
Message Text:    Nooo
Translation:     No...

SHARED COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:        C.Garay

Message ID:661427723
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ï"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:21:57
Subject:
Message Text:       Todo el estado de mexico
Translation:        The entire state of Mexico.
SB:        C.Garay

Message ID:661427726
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ï"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:22:06
Subject:
Message Text:       Nos estÃ¡ pidiendo erubiel avila
Translation:        He's asking us for Erubiel Avila
SB:        C.Garay

Message ID:661427729
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ï"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:22:06
Subject:
Message Text:       El gober
Translation:        The governor.
SB:        C.Garay

Message ID:        661427732
Message Direction:          Incoming
To:        SS â?œBURBUJAâ?ï"*fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Sun, 27 Nov 2016 02:22:25
Subject:
Message Text:       El DF es por sectores por eso es peligroso entrar asÃ hay q pagar mucho gobierno
Translation:        DF is formed by sections which is why it's dangerous to go there, and there is a lot of government to pay.
SB:        C.Garay

Message ID:        661427735
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ï"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:22:35
Subject:
Message Text:       Pero el estado de MÃ©xico es solo como nayarit
Translation:        But the state of Mexico is just like Nayarit.
SB:        C.Garay

Message ID        661427738
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ï"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:22:38
Subject:
Message Text:       O cualquier estado
Translation:        Or any other state.
SB:        C.Garay

Message ID:        661427741
Message Direction:          Outgoing
To:        SS â?œBURBUJAâ?ï"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:22:46

SHARED UNDER OUR ORDER – NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      Solo hay gobernador y procurador
Translation:       They just have the prosecutor and the governor.
SB:      C.Garay

Message ID:      661427744
Message Direction:      Outgoing
To:      SS â?œBURBUJAâ?Ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:23:13
Subject:
Message Text:      Y el DF no hay gobernador es jefe de gobierno y mil sectores con cada sector su jefe
Translation:       And the DF has no governor, it's the head of state and a thousand sectors each with their boss.
SB:      C.Garay

Message ID:      661427747
Message Direction:      Outgoing
To:      SS â?œBURBUJAâ?Ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:23:15
Subject:
Message Text:      No sirve eso
Translation:       That's worthless.
SB:      C.Garay

Message ID:      -310643457
Message Direction:      Outgoing
To:      THOR <2b265027>
From:      SS â?œBURBUJAâ?Ì**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:23:23
Subject:
Message Text:      Orale
Translation:       Right on.
SB:      C.Garay

Message ID:-310643454
Message Direction:      Outgoing
To:      THOR <2b265027>
From:      SS â?œBURBUJAâ?Ì**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:23:28
Subject:
Message Text:      Esta bien entonces
Translation:       That's fine then.
SB:      C.Garay

Message ID:      661427751
Message Direction:      Outgoing
To:      SS â?œBURBUJAâ?Ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:23:53
Subject:
Message Text:      No pueden ya con tanto secuestro
Translation:       They can't handle all of the kidnappings.
SB:      C.Garay

Message ID:661427754
Message Direction:      Outgoing
To:      SS â?œBURBUJAâ?Ì**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:23:59
Subject:
Message Text:      Por eso nos quieren haya
Translation:       Which is why they want us there.
SB:      C.Garay

Message ID:      661427757
Message Direction:      Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:        SS â?œeBURBUJAâ?‼**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:24:29
Subject:
Message Text:    AsÃ ganamos haya y ganamos aquÃ y ganÃª en maza
Translation:     That way we win there, we win here and in Maza.
SB:        C.Garay

Message ID:          661427760
Message Direction:       Outgoing
To:        SS â?œeBURBUJAâ?‼**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:24:44
Subject:
Message Text:    Al dany no le tengo q dar nada ya de aquÃ ni maza el se ganarÃ¡ su plata
Translation:     I don't have to give Dany anything from here or Maza, he would make his own money.
SB:        C.Garay

Message ID:          661427763
Message Direction:       Incoming
To:        SS â?œeBURBUJAâ?‼**fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Sun, 27 Nov 2016 02:24:57
Subject:
Message Text:    Siempre vigilado por nosotros y lo voy a livianar al loco
Translation:     Always looking out for us, and I will look out for the fool.
SB:        C.Garay

Message ID:          661427766
Message Direction:       Incoming
To:        SS â?œeBURBUJAâ?‼**fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Sun, 27 Nov 2016 02:25:11
Subject:
Message Text:    Tu o Mario o Ãguila van agarrar nuevo vallarta pronto
Translation:     You or Mario or Aguila will get Nuevo Vallarta soon.
SB:        C.Garay

Message ID:          661427769
Message Direction:       Outgoing
To:        SS â?œeBURBUJAâ?‼**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:25:43
Subject:
Message Text:    Ya me dijeron q me aliste q van a chingar a mencho q Porq les dije q tumbando a flores entraba yo
directo y resultÃª q no
Translation:     They already told me to get ready to fuck Mencho up because I told them that if Flores goes down, I
would go in directly and that wasn't the case.
SB:        C.Garay

Message ID:          661427772
Message Direction:       Outgoing
To:        SS â?œeBURBUJAâ?‼**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:25:48
Subject:
Message Text:    Q ahora el chucho o mencho
Translation:     That now it would be Chucho or Mencho.
SB:        C.Garay

Message ID:          661427775
Message Direction:       Outgoing
To:        SS â?œeBURBUJAâ?‼**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:25:58
Subject:
Message Text:    El padrino quiere q me apodere de todo nayarit

SHARED COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:        Padrino wants me to be in power of all of Nayarit
SB:        C.Garay


Message ID:        661427778
Message Direction:        Incoming
To:        SS â?œBURBUJAâ?Ì**fist** <2c2a1814>:
From:        THOR <2b265027>
Date:        Sun, 27 Nov 2016 02:26:05
Subject:
Message Text:        Y dice q tambiÃ©n de todo sinaloa
Translation:        And he said that also of Sinaloa.
SB:        C.Garay


Message ID:        -310643449
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â?œBURBUJAâ?Ì**fist** <2C2A1814>
Date:        Sun, 27 Nov 2016 02:26:35
Subject:
Message Text:        =-SS


Message ID:-310643446
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â?œBURBUJAâ?Ì**fist** <2C2A1814>
Date:        Sun, 27 Nov 2016 02:26:44
Subject:
Message Text:        Si pues mientras ested ese vecino
Translation:        Yes while that neighbor is there.
SB:        C.Garay


Message ID:-310643443
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â?œBURBUJAâ?Ì**fist** <2C2A1814>
Date:        Sun, 27 Nov 2016 02:26:46
Subject:
Message Text:        No se puede
Translation:        It's not possible.
SB:        C.Garay


Message ID:-310643440
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â?œBURBUJAâ?Ì**fist** <2C2A1814>
Date:        Sun, 27 Nov 2016 02:26:53
Subject:
Message Text:        SerÃ¡ una guerra brutal
Translation:        It would be a brutal war.
SB:        C.Garay


Message ID:        -310643437
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â?œBURBUJAâ?Ì**fist** <2C2A1814>
Date:        Sun, 27 Nov 2016 02:27:02
Subject:
Message Text:        Echar a perder toda la tranquilidad que tenemos
Translation:        It would ruin the tranquility that we have
SB:        C.Garay

SHARED FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: RSVRXLFD

Message ID:        661427782
Message Direction:          Incoming
To:        SS â??BURBUJAâ?í**fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Sun, 27 Nov 2016 02:39:58
Subject:
Message Text:      Ya se va a chingar dice el tio
Translation:       Tio says that he is going to go to hell.
SB:        OFernandez

Message ID:        661427785
Message Direction:          Outgoing
To:        SS â??BURBUJAâ?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:39:58
Subject:
Message Text:      Q no me les valla arrimar ni agarrar lÃnea con el
Translation:       Don't get close to him nor go anywhere with him.
SB:        OFernandez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: RSVRXLFD

Message ID:        -310643433
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:43:59
Subject:
Message Text:      Pues esta difÂcil no estÃ¡ muy fÃ¡cil como ellos disen
Translation:       Well it's hard. They say it's not easy with them.
SB:        OFernandez

Message ID:        -310643430
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?î**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 02:44:04
Subject:
Message Text:      Ese amigo se cuida bien
Translation:       That guy takes care of himself well.
SB:        OFernandez

Message ID:        661427788
Message Direction:          Outgoing
To:        SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:48:34
Subject:
Message Text:      Algo tramian
Translation:       They are up to something
SB:        OFernandez

Message ID:        661427791
Message Direction:          Incoming
To:        SS â??BURBUJAâ?î**fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Sun, 27 Nov 2016 02:48:40
Subject:
Message Text:      Dice el diablo q el M
Translation:       Diablo says that M
SB:        OFernandez

Message ID:        661427794
Message Direction:          Outgoing
To:        SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:48:48
Subject:
Message Text:      Le asegun q no llega al 24
Translation:       That supposedly, he won't get to the 24th.
SB:        OFernandez

Message ID:        661427797
Message Direction:          Outgoing
To:        SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:48:59
Subject:
Message Text:      Pero de mencho no le dicen nada jajajaja
Translation:       But they don't tell him anything about Mencho hahaha
SB:        OFernandez

Message ID:        661427800
Message Direction:          Outgoing
To:        SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000577



Date:          Sun, 27 Nov 2016 02:49:09
Subject:
Message Text:    Porq an de pensar q esta cochino con el
Translation:     Because they must think that he is dirty with him
SB:            OFernandez

Message ID:      661427803
Message Direction:    Incoming
To:            SS â??BURBUJAâ?l**fist** <2c2a1814>;
From:          THOR <2b265027>
Date:          Sun, 27 Nov 2016 02:49:21
Subject:
Message Text:    Alista esos 2 pesos y daselos al dany
Translation:     Get ready those 2 pesos and give them to Dany
SB:            OFernandez

Message ID:      -310643427
Message Direction:    Outgoing
To:            THOR <2b265027>
From:          SS â??BURBUJAâ?l**fist** <2C2A1814>
Date:          Sun, 27 Nov 2016 02:49:58
Subject:
Message Text:    Ya se ocupan urgen.?
Translation:     They're needed, urgently?
SB:            OFernandez

Message ID:      -310643424
Message Direction:    Outgoing
To:            THOR <2b265027>
From:          SS â??BURBUJAâ?l**fist** <2C2A1814>
Date:          Sun, 27 Nov 2016 02:50:02
Subject:
Message Text:    Ando en liverpool
Translation:     I am at Liverpool
SB:            OFernandez

Message ID:      661427821
Message Direction:    Outgoing
To:            SS â??BURBUJAâ?l**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Sun, 27 Nov 2016 02:50:05
Subject:
Message Text:    No
Translation:     No
SB:            OFernandez

Message ID:      -310643420
Message Direction:    Outgoing
To:            THOR <2b265027>
From:          SS â??BURBUJAâ?l**fist** <2C2A1814>
Date:          Sun, 27 Nov 2016 02:50:08
Subject:
Message Text:    Comprando el pino
Translation:     Buying the tree
SB:            OFernandez

Message ID:      661427825
Message Direction:    Incoming
To:            SS â??BURBUJAâ?l**fist** <2c2a1814>;
From:          THOR <2b265027>
Date:          Sun, 27 Nov 2016 02:50:13
Subject:
Message Text:    Asta maÃ±ana entregarÃ¡ eso
Translation:     Till tomorrow he will deliver that
SB:            OFernandez

Message ID:      661427828

SHARED ZERO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:       Outgoing
To:         SS à??BURBUJAà?l**list** <2c2a1814>
From:       THOR <2B265027>
Date:       Sun, 27 Nov 2016 02:50:18
Subject:
Message Text:       Tu ponte de acuerdo con el
Translation:        You work it out with him
SB:         OFernandez


Message ID:         661427831
Message Direction:       Outgoing
To:         SS à??BURBUJAà?l**fist** <2c2a1814>
From:       THOR <2B265027>
Date:       Sun, 27 Nov 2016 02:50:28
Subject:
Message Text:       Y se lo das alas 9 o 10 de la noche
Translation:        And give it to him at 9 or 10 at night
SB:         OFernandez


Message ID:         -310643415
Message Direction:       Outgoing
To:         THOR <2b265027>
From:       SS à??BURBUJAà?l**list** <2C2A1814>
Date:       Sun, 27 Nov 2016 02:51:03
Subject:
Message Text:   Ok
Translation:        Okay
SB:         OFernandez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        661427884
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:55:26
Subject:
Message Text:        Y se viene lo bueno para todos
Translation:        And the good stuff is coming for everyone
SB:        OFernandez

Message ID:        661427887
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Sun, 27 Nov 2016 02:55:38
Subject:
Message Text:        Aunque no agarremos el estado de MÃ©xico va a ganar billetes
Translation:        Even though we don't get the State of Mexico you will get money
SB:        OFernandez

Message ID:        661427890
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:55:45
Subject:
Message Text:        Pero vamos a ir por ese estado de mexico
Translation:        But we'll go for that State of Mexico
SB:        OFernandez

Message ID:        661427893
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Sun, 27 Nov 2016 02:55:56
Subject:
Message Text:        Q alcabo echamos a volar el changarro y se viene
Translation:        Either way we'll get the business running and then come over here.
SB:        OFernandez

Message ID:        661427896
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Sun, 27 Nov 2016 02:56:14
Subject:
Message Text:        AsÃ ganamos lana de esos chilangos
Translation:        That way we earn money from those Chilangos
SB:        OFernandez

Message ID:        -1939378743
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sun, 27 Nov 2016 02:56:16
Subject:
Message Text:        Si asÃ es eso derlo por echo
Translation:        Yes, that's right count on it.
SB:        OFernandez

Message ID:        -1939378740
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:        Sun, 27 Nov 2016 02:56:19
Subject:
Message Text:      Eso es un echo
Translation:       That's a fact
SB:          OFernandez

Message ID:        -1939378737
Message Direction:        Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sun, 27 Nov 2016 02:56:23
Subject:
Message Text:      De que nos quedaremos
Translation:       That we are keeping...
SB:          OFernandez

Message ID:        -1939378734
Message Direction:        Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sun, 27 Nov 2016 02:56:27
Subject:
Message Text:      Con el estado de MÃ©xico
Translation:       With the State of Mexico
SB:          OFernandez

Message ID:        661427900
Message Direction:        Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Sun, 27 Nov 2016 02:56:44
Subject:
Message Text:      No mÃ¡s q nos den lÃnea con el procurador
Translation:       As long as we get in contact with the General Attorney
SB:          OFernandez

Message ID:        661427903
Message Direction:        Incoming
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Sun, 27 Nov 2016 02:56:53
Subject:
Message Text:      Para q la judicial sea nuestro aliado
Translation:       So the District's Attorney will be our allied
SB:          OFernandez

Message ID:        661427906
Message Direction:        Outgoing
To:          SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Sun, 27 Nov 2016 02:57:06
Subject:
Message Text:      Para combatir ala delincuencia q hay ahÃ ahorita
Translation:       To fight the crime that is there right now
SB:          OFernandez

Message ID:        -1939378729
Message Direction:        Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sun, 27 Nov 2016 02:57:09
Subject:
Message Text:      AsÃ va hacer ya sabe usted
Translation:       That's the way it's going to be, you know it
SB:          OFernandez

Message ID:        -1939378726

SHARED UNDER ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:       Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sun, 27 Nov 2016 02:57:13
Subject:
Message Text:    Que tiene que ser ese
Translation:     What does he have to do?
SB:        OFernandez

Message ID:      661427911
Message Direction:       Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:57:17
Subject:
Message Text:    Con la judicial y nosotros asemos limpia muy pronto
Translation:     With the District's Attorney we can clean up very soon
SB:        OFernandez

Message ID:      -1939378722
Message Direction:       Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 27 Nov 2016 02:57:18
Subject:
Message Text:    El que tenemos
Translation:     The one we have
SB:        OFernandez

Message ID:      -1939378719
Message Direction:       Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 27 Nov 2016 02:57:24
Subject:
Message Text:    Que ver y agarrar linia con el
Translation:     To see and get in contact with him
SB:        OFernandez

Message ID:      661427915
Message Direction:       Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 02:57:36
Subject:
Message Text:    =-D
Translation:     =-D
SB:        OFernandez

Message ID:      661427917
Message Direction:       Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 03:04:49
Subject:
Message Text:    Q no se le olvide ver al chichi
Translation:     Don't forget to see Chichi
SB:        OFernandez

Message ID:      661427920
Message Direction:       Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 03:04:54
Subject:
Message Text:    Ya debe de andar por llegar
Translation:     He'll arrive any minute

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:          OFernandez

Message ID:          -1939378715
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sun, 27 Nov 2016 03:05:13
Subject:
Message Text:          AquÁ
Translation:          Here
SB:          OFernandez

Message ID:          -1939378713
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sun, 27 Nov 2016 03:05:15
Subject:
Message Text:          Estoy
Translation:          I am
SB:          OFernandez

Message ID:          661427929
Message Direction:          Incoming
To:          SUPERMAN <2c2d0a02>;
From:          THOR <2b265027>
Date:          Sun, 27 Nov 2016 03:05:33
Subject:
Message Text:          Ok
Translation:          Okay
SB:          OFernandez

Message ID:          661427932
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sun, 27 Nov 2016 03:05:40
Subject:
Message Text:          Le darÁ¡ un peso
Translation:          He will give you a peso
SB:          OFernandez

Message ID:          661427935
Message Direction:          Incoming
To:          SUPERMAN <2c2d0a02>;
From:          THOR <2b265027>
Date:          Sun, 27 Nov 2016 03:05:45
Subject:
Message Text:          JesÁªs le darÁ¡ 2 pesos
Translation:          Jesus will give you 2 pesos
SB:          OFernandez

Message ID:          661427938
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sun, 27 Nov 2016 03:05:57
Subject:
Message Text:          Y yo le darÁ© los 500mil pesitos='(
Translation:          And I will give you the 500 thousand pesos ='(
SB:          OFernandez

Message ID:          661427941
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sun, 27 Nov 2016 03:06:09

SHARED FOR OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Pero Jesús asta las 9 o 10
Translation:      But Jesus till 9 or 10
SB:       OFernandez


Message ID:       -1939378708
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 27 Nov 2016 03:06:16
Subject:
Message Text:     Y nos
Translation:      And we'll
SB:       OFernandez


Message ID:       -1939378705
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 27 Nov 2016 03:06:17
Subject:
Message Text:     Chingamos
Translation:      be Screwed
SB:       OFernandez


Message ID:       661427945
Message Direction:        Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Sun, 27 Nov 2016 03:06:20
Subject:
Message Text:     Porq anda en el centro
Translation:      Because he is downtown
SB:       OFernandez


Message ID:       -1939378701
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 27 Nov 2016 03:06:21
Subject:
Message Text:     Con el aguinaldo
Translation:      With the payroll
SB:       OFernandez


Message ID:       -1939378698
Message Direction:        Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Sun, 27 Nov 2016 03:06:24
Subject:
Message Text:     A un que sea
Translation:      Even if it is
SB:       OFernandez


Message ID:       -1939378695
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 27 Nov 2016 03:06:27
Subject:
Message Text:     Aguilargo
Translation:      Aguilargo
SB:       OFernandez


Message ID:       -1939378692
Message Direction:        Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 27 Nov 2016 03:06:28
Subject:
Message Text:    Denos
Translation:     Give us
SB:        OFernandez

Message ID:        661427950
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 03:06:34
Subject:
Message Text:    AdiÂªs aguinaldo
Translation:     Goodbye payroll
SB:        OFernandez

Message ID:        661427953
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 03:06:36
Subject:
Message Text:    ='(
Translation:     ='(
SB:        OFernandez

Message ID:        661427956
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sun, 27 Nov 2016 03:06:47
Subject:
Message Text:    *ROTFL*
Translation:     *ROTFL*
SB:        OFernandez

Message ID:        -1939378688
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 27 Nov 2016 03:06:56
Subject:
Message Text:    Sticker recibido
Translation:     Sticker recibido
SB:        OFernandez

Message ID:        -1939378685
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sun, 27 Nov 2016 03:07:02
Subject:
Message Text:    Ni modo
Translation:     Whatever...
SB:        OFernandez

Message ID:        -1939378682
Message Direction:         Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sun, 27 Nov 2016 03:07:06
Subject:
Message Text:    No pasa nada
Translation:     No problem.
SB:        OFernandez

SHARED BY COURT ORDER - NOT FOR FURTHER DISTRIBUTION

589

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: RSVRXLFD

Message ID:       -310643015
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?Î"*fist** <2C2A1814>
Date:     Sun, 27 Nov 2016 17:56:07
Subject:
Message Text:     Ayer le di a Mario pa rallas y gastos 130 mil.
Translation:      Yesterday I gave Mario 130 thousand for the payroll and expenses...
SB:       Khernandez

Message ID:       -310643012
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?Î"*fist** <2C2A1814>
Date:     Sun, 27 Nov 2016 17:56:13
Subject:
Message Text:     250 mil pa martÄn
Translation:      250 thousand for Martin...
SB:       Khernandez

Message ID:       -310643009
Message Direction:         Incoming
To:       THOR <2b265027>;
From:     SS â??BURBUJAâ?Î"*fist** <2c2a1814>
Date:     Sun, 27 Nov 2016 17:56:38
Subject:
Message Text:     200 mil le di a lalo pa abonar alos estructuristas del acero.
Translation:      I gave Lalo 200 thousand to pay the steel workers...
SB:       Khernandez

Message ID:       -310643006
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?Î"*fist** <2C2A1814>
Date:     Sun, 27 Nov 2016 17:56:53
Subject:
Message Text:     157 mil para pagar nÄ'minas y algo mÄ¡s.
Translation:      157 thousand for payroll and one more thing ...
SB:       Khernandez

Message ID:       -310643003
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?Î"*fist** <2C2A1814>
Date:     Sun, 27 Nov 2016 17:56:55
Subject:
Message Text:     Lalo
Translation:      Lalo
SB:       Khernandez

Message ID:       661428874
Message Direction:         Outgoing
To:       SS â??BURBUJAâ?Î"*fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Sun, 27 Nov 2016 17:58:49
Subject:
Message Text:     357mil al lalo entonces
Translation:      357 thousand for Lalo then...
SB:       Khernandez

Message ID:       -310642972
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?Î"*fist** <2C2A1814>

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:        Sun, 27 Nov 2016 18:00:21
Subject:
Message Text:    Si afirmale
Translation:     Yes affirmative...
SB:      Khernandez


Message ID:      -310642969
Message Direction:     Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:    Sun, 27 Nov 2016 18:00:33
Subject:
Message Text:    10 mil al varo pa renta casa san juan
Translation:     10 thousand to Varo for the home rental in San Juan...
SB:      Khernandez


Message ID:      -310642966
Message Direction:     Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:    Sun, 27 Nov 2016 18:00:53
Subject:
Message Text:    19 mil Amy tÃo armando ralla de el y 3 mosos y gota para el
Translation:     19 thousamd to my uncle Armando, his payroll and 3 helpers and gas for him...
SB:      Khernandez


Message ID:      -310642963
Message Direction:     Incoming
To:      THOR <2b265027>;
From:    SS â??BURBUJAâ?ï**fist** <2c2a1814>
Date:    Sun, 27 Nov 2016 18:01:20
Subject:
Message Text:    2 mil junior
Translation:     2 thousand Junior
SB:      Khernandez


Message ID:      -310642960
Message Direction:     Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:    Sun, 27 Nov 2016 18:01:23
Subject:
Message Text:    2 mil tina
Translation:     2 thousand Tina
SB:      Khernandez


Message ID:      -310642957
Message Direction:     Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:    Sun, 27 Nov 2016 18:02:04
Subject:
Message Text:    Renta de mi tÃo tambiÃ©n se pagÃ³ en esos 19 mil
Translation:     Rent for my uncle as well, it was paid in those 19 thousand...
SB:      Khernandez


Message ID:      -310642954
Message Direction:     Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:    Sun, 27 Nov 2016 18:03:18
Subject:
Message Text:    Y la cereza del pastel el â??padrinoâ?? 2 melones.
Translation:     And the cherry on top, padrino 2 melons/million
SB:      Khernandez

SHARED IN PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: RSVRXLFD
Message ID:         -310642875
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SS å??BURBUJAå?‼**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:14
Subject:
Message Text:       Olles ayer anoche
Translation:        Hey, last night...
SB:        CMendoza

Message ID:         -310642873
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SS å??BURBUJAå?‼**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:15
Subject:
Message Text:       Que paso
Translation:        what happened?
SB:        CMendoza

Message ID:         -310642870
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SS å??BURBUJAå?‼**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:17
Subject:
Message Text:       Quienes
Translation:        Who....
SB:        CMendoza

Message ID:         -310642867
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SS å??BURBUJAå?‼**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:23
Subject:
Message Text:       Eran los carros esos blancos
Translation:        were those white cars....
SB:        CMendoza

Message ID:         -310642864
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SS å??BURBUJAå?‼**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:24
Subject:
Message Text:       Con torretas
Translation:        with light bars...
SB:        CMendoza

Message ID:         -310642861
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SS å??BURBUJAå?‼**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:28
Subject:
Message Text:       Por el libramiento
Translation:        on the freeway...
SB:        CMendoza

Message ID:         -310642858
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SS å??BURBUJAå?‼**fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:35

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

593

Subject:
Message Text:      Como alas 10 y media de la noche
Translation:       around half past 10 at night?
SB:        CMendoza


Message ID:        -310642855
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?0"*fist** <2C2A1814>
Date:      Sun, 27 Nov 2016 19:29:50
Subject:
Message Text:      VenÂan por el libra Asia la M
Translation:       They were on the freeway towards the M...
SB:        CMendoza


Message ID:        -310642852
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SS â??BURBUJAâ?0"*fist** <2c2a1814>
Date:      Sun, 27 Nov 2016 19:29:51
Subject:
Message Text:      De aya de la perla
Translation:       from over there from The Pearl.
SB:        CMendoza


Message ID:        -310642849
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SS â??BURBUJAâ?0"*fist** <2c2a1814>
Date:      Sun, 27 Nov 2016 19:29:53
Subject:
Message Text:      =]Y
Translation:       =]Y
SB:        CMendoza


Message ID:        661429293
Message Direction:          Incoming
To:        SS â??BURBUJAâ?0"*fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Sun, 27 Nov 2016 19:30:10
Subject:
Message Text:      No supe
Translation:       I didn't know.
SB:        CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: SIUCGHDT
Message ID:       661454100
Message Direction:         Outgoing
To:       SS â??BURBUJAâ?ì**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:12:47
Subject:
Message Text:     Ocupamos 900mil
Translation:      We need 900 thousand...
SB:       NP

Message ID:       661454103
Message Direction:         Outgoing
To:       SS â??BURBUJAâ?ì**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:12:49
Subject:
Message Text:     Para mario
Translation:      for Mario.
SB:       NP

Message ID:       661454106
Message Direction:         Outgoing
To:       SS â??BURBUJAâ?ì**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:12:55
Subject:
Message Text:     Las Libretas
Translation:      The libretas/notebooks...
SB:       NP

Message ID:       661454109
Message Direction:         Outgoing
To:       SS â??BURBUJAâ?ì**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:12:56
Subject:
Message Text:     Llegaron ayer
Translation:      arrived yesterday.
SB:       NP

Message ID:       -310629876
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?ì**fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:13:23
Subject:
Message Text:     Pues aver si los acompleto
Translation:      Well I will see if I can get it all together.
SB:       NP

Message ID:       -310629873
Message Direction:         Incoming
To:       THOR <2b265027>;
From:     SS â??BURBUJAâ?ì**fist** <2c2a1814>
Date:     Wed, 07 Dec 2016 18:13:37
Subject:
Message Text:     Ayer le di a lalo 490 mil
Translation:      I gave Lalo 490 thousand yesterday.
SB:       NP

Message ID:       -310629870
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?ì**fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:13:49

SHARED UNDER OUT OF ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000591

Subject:
Message Text:     10 mil
Translation:      10 thousand.
SB:      NP

Message ID:       661454117
Message Direction:        Outgoing
To:      SS å??BURBUJAå?ï**fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:13:51
Subject:
Message Text:     Para q es eso 490
Translation:      What is that 490 for?
SB:      NP

Message ID:       -310629866
Message Direction:        Outgoing
To:      THOR <2b265027>
From:     SS å??BURBUJAå?ï**fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:13:54
Subject:
Message Text:     20 mil
Translation:      20 thousand.
SB:      NP

Message ID:       -310629863
Message Direction:        Incoming
To:      THOR <2b265027>;
From:     SS å??BURBUJAå?ï**fist** <2c2a1814>
Date:     Wed, 07 Dec 2016 18:14:00
Subject:
Message Text:     Pal electricista
Translation:      For the electrician.
SB:      NP

Message ID:       -310629860
Message Direction:        Incoming
To:      THOR <2b265027>;
From:     SS å??BURBUJAå?ï**fist** <2c2a1814>
Date:     Wed, 07 Dec 2016 18:14:20
Subject:
Message Text:     Todo lo elÃ©ctrico
Translation:      All the electric.
SB:      NP

Message ID:       -310629857
Message Direction:        Outgoing
To:      THOR <2b265027>
From:     SS å??BURBUJAå?ï**fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:14:33
Subject:
Message Text:     IluminaciÃ³n de un todo a todo
Translation:      Lighting from everything.
SB:      NP

Message ID:       -310629854
Message Direction:        Outgoing
To:      THOR <2b265027>
From:     SS å??BURBUJAå?ï**fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:14:35
Subject:
Message Text:     Cableaado
Translation:      Wiring.
SB:      NP

Message ID:       661454128
Message Direction:        Outgoing

USDOJ-EDNY0000000592

To:         SS å??BURBUJAå?l**fist** <2c2a1814>
From:       THOR <2B265027>
Date:       Wed, 07 Dec 2016 18:14:35
Subject:
Message Text:   Yo quiero meter a luis
Translation:    I want to get Luis in...
SB:         NP

Message ID:      661454132
Message Direction:          Outgoing
To:         SS å??BURBUJAå?l**fist** <2c2a1814>
From:       THOR <2B265027>
Date:       Wed, 07 Dec 2016 18:14:36
Subject:
Message Text:   Q me haga ese trabajo
Translation:    To do that job for me.
SB:         NP

Message ID:      661454136
Message Direction:          Outgoing
To:         SS å??BURBUJAå?l**fist** <2c2a1814>
From:       THOR <2B265027>
Date:       Wed, 07 Dec 2016 18:14:39
Subject:
Message Text:   De electricidad
Translation:    Of electricity.
SB:         NP

Message ID:      -310629850
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SS å??BURBUJAå?l**fist** <2C2A1814>
Date:       Wed, 07 Dec 2016 18:14:42
Subject:
Message Text:   Pues
Translation:    Well...
SB:         NP

Message ID:      -310629847
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SS å??BURBUJAå?l**fist** <2C2A1814>
Date:       Wed, 07 Dec 2016 18:14:47
Subject:
Message Text:   Dile a lalo de ya
Translation:    tell Lalo right away...
SB:         NP

Message ID:      -310629844
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SS å??BURBUJAå?l**fist** <2C2A1814>
Date:       Wed, 07 Dec 2016 18:14:53
Subject:
Message Text:   Antes de que de ese dinero
Translation:    before he gives that money.
SB:         NP

Message ID:      661454161
Message Direction:          Outgoing
To:         SS å??BURBUJAå?l**fist** <2c2a1814>
From:       THOR <2B265027>
Date:       Wed, 07 Dec 2016 18:16:03
Subject:
Message Text:   Ok
Translation:    Okay.
SB:         NP

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:          -310629841
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SS â??BURBUJAâ?í"*fist** <2C2A1814>
Date:          Wed, 07 Dec 2016 18:16:10
Subject:
Message Text:          Desde ayer le di la lana
Translation:          I gave him the money since yesterday...
SB:          NP

Message ID:          -310629838
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SS â??BURBUJAâ?í"*fist** <2C2A1814>
Date:          Wed, 07 Dec 2016 18:16:19
Subject:
Message Text:          En la noche
Translation:          at night.
SB:          NP

Message ID:          -310629835
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SS â??BURBUJAâ?í"*fist** <2C2A1814>
Date:          Wed, 07 Dec 2016 18:16:27
Subject:
Message Text:          Aver si no lo entrego ya
Translation:          Let's see if he did not deliver it already.
SB:          NP

Message ID:          661454197
Message Direction:          Incoming
To:          SS â??BURBUJAâ?í"*fist** <2c2a1814>;
From:          THOR <2b265027>
Date:          Wed, 07 Dec 2016 18:19:55
Subject:
Message Text:          Entonces no tenemos ni un melÃ*n
Translation:          So then we do not even have one melon?
SB:          NP

Message ID:          -310629831
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SS â??BURBUJAâ?í"fist** <2C2A1814>
Date:          Wed, 07 Dec 2016 18:20:16
Subject:
Message Text:          AquÃ vengo pala casa
Translation:          I am here coming home.
SB:          NP

Message ID:          661454200
Message Direction:          Outgoing
To:          SS â??BURBUJAâ?í"*fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:20:19
Subject:
Message Text:          El Ãjguila no le subieron las ventas
Translation:          The sales did not go up for El Ãjguila.
SB:          NP

Message ID:          -310629827
Message Direction:          Incoming
To:          THOR <2b265027>;
From:          SS â??BURBUJAâ?í"*fist** <2c2a1814>
Date:          Wed, 07 Dec 2016 18:20:22
Subject:

SHARED UNDER A PROTECTIVE ORDER – NOT FOR FURTHER DISTRIBUTION

| | |
|---|---|
| Message Text: | Aver |
| Translation: | Let's see. |
| SB: | NP |

| | |
|---|---|
| Message ID: | -310629824 |
| Message Direction: | Outgoing |
| To: | THOR <2b265027> |
| From: | SS å??BURBUJAå?¡**fist** <2C2A1814> |
| Date: | Wed, 07 Dec 2016 18:20:23 |
| Subject: | |
| Message Text: | Si |
| Translation: | Yes. |
| SB: | NP |

| | |
|---|---|
| Message ID: | -310629821 |
| Message Direction: | Outgoing |
| To: | THOR <2b265027> |
| From: | SS å??BURBUJAå?¡**fist** <2C2A1814> |
| Date: | Wed, 07 Dec 2016 18:20:31 |
| Subject: | |
| Message Text: | Pero vamos aser uuna cosa |
| Translation: | But let's do a thing. |
| SB: | NP |

| | |
|---|---|
| Message ID: | -310629818 |
| Message Direction: | Outgoing |
| To: | THOR <2b265027> |
| From: | SS å??BURBUJAå?¡**fist** <2C2A1814> |
| Date: | Wed, 07 Dec 2016 18:20:37 |
| Subject: | |
| Message Text: | Vamos a ir sumando tu y yo |
| Translation: | Let's be adding you and I... |
| SB: | NP |

| | |
|---|---|
| Message ID: | -310629815 |
| Message Direction: | Outgoing |
| To: | THOR <2b265027> |
| From: | SS å??BURBUJAå?¡**fist** <2C2A1814> |
| Date: | Wed, 07 Dec 2016 18:20:49 |
| Subject: | |
| Message Text: | Lo que valla dando el Ã¡guila de diario |
| Translation: | what El Ã¡guila gives daily... |
| SB: | NP |

| | |
|---|---|
| Message ID: | -310629812 |
| Message Direction: | Outgoing |
| To: | THOR <2b265027> |
| From: | SS å??BURBUJAå?¡**fist** <2C2A1814> |
| Date: | Wed, 07 Dec 2016 18:21:01 |
| Subject: | |
| Message Text: | Y irle restando lo que vallamos gastando |
| Translation: | and subtract what we spend. |
| SB: | NP |

| | |
|---|---|
| Message ID: | -310629809 |
| Message Direction: | Outgoing |
| To: | THOR <2b265027> |
| From: | SS å??BURBUJAå?¡**fist** <2C2A1814> |
| Date: | Wed, 07 Dec 2016 18:21:03 |
| Subject: | |
| Message Text: | Pa que veas |
| Translation: | So you can see... |
| SB: | NP |

| | |
|---|---|
| Message ID: | 661454207 |
| Message Direction: | Outgoing |
| To: | SS å??BURBUJAå?¡**fist** <2c2a1814> |

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:21:08
Subject:
Message Text:      =-SS
Translation:       =-SS
SB:        NP

Message ID:        -310629805
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?ï?*fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:21:13
Subject:
Message Text:      Que no andamos bien
Translation:       that we are no doing well.
SB:        NP

Message ID:        -310629802
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SS â??BURBUJAâ?ï?*fist** <2c2a1814>
Date:      Wed, 07 Dec 2016 18:21:23
Subject:
Message Text:      Nos rrebasan los gastos ya
Translation:       The expenses are overtaking us.
SB:        NP

Message ID:        -310629799
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?ï?*fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:21:33
Subject:
Message Text:      Paso yo bien pa bajo
Translation:       I give fine below.
SB:        NP

Message ID:        -310629796
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SS â??BURBUJAâ?ï?*fist** <2c2a1814>
Date:      Wed, 07 Dec 2016 18:21:45
Subject:
Message Text:      Nomas viendo como trabajamos pa otra gente
Translation:       Just seeing how we work for other people.
SB:        NP

Message ID:        -310629793
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?ï?*fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:21:51
Subject:
Message Text:      $$
Translation:       $$
SB:        NP

Message ID:        -310629790
Message Direction:          Incoming
To:        THOR <2b265027>;
From:      SS â??BURBUJAâ?ï?*fist** <2c2a1814>
Date:      Wed, 07 Dec 2016 18:21:56
Subject:
Message Text:      (n)
Translation:       (n)
SB:        NP

SHARED PER OUR ORDER - NOT FOR FURTHER DISTRIBUTION



SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000597

601

BlackBerry Messenger Conversation
Conversation ID: SIUCGHDT
Message ID:        661454210
Message Direction:        Outgoing
To:        SS â??BURBUJAâ?í**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:28:37
Subject:
Message Text:        A ver si la semana q entra ya empezamos a juntar
Translation:        Let's see if we start saving next week.
SB:        NP

Message ID:        661454213
Message Direction:        Outgoing
To:        SS â??BURBUJAâ?í**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:28:54
Subject:
Message Text:        Yo de lo del chichi gaste en nÅ*minas y aguinaldo de los mios
Translation:        I spent that of Chichi in wages and tips of mine.
SB:        NP

Message ID:        661454216
Message Direction:        Outgoing
To:        SS â??BURBUJAâ?í**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:29:00
Subject:
Message Text:        MÃ¡s de 1millon 300
Translation:        More than 1 million 300.
SB:        NP

Message ID:        -310629778
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?í**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:31:13
Subject:
Message Text:        Yo en veces ni agarrÃ³ dinero en la semana
Translation:        Sometimes I don't' even get money during the week.
SB:        NP

Message ID:        -310629775
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?í**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:31:20
Subject:
Message Text:        Que todo se va
Translation:        That everything goes out.
SB:        NP

Message ID:        -310629772
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?í**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:31:25
Subject:
Message Text:        Me saca de onda mucho eso Amy
Translation:        That really trips me out.
SB:        NP

Message ID:        661454266
Message Direction:        Outgoing
To:        SS â??BURBUJAâ?í**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:32:10

SHARED ONLY UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    Pues ni modo
Translation:     Well oh well.
SB:      NP

Message ID:      661454269
Message Direction:        Outgoing
To:      SS â??BURBUJAâ?Î''fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:32:15
Subject:
Message Text:    AsÃ tenemos q sobrevivir
Translation:     That is how we have to survive.
SB:      NP

Message ID:      661454272
Message Direction:        Outgoing
To:      SS â??BURBUJAâ?Î''fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:32:20
Subject:
Message Text:    Tenemos muchos gastos
Translation:     We have a lot of expenses.
SB:      NP

Message ID:      -310629756
Message Direction:        Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?Î''fist** <2C2A1814>
Date:    Wed, 07 Dec 2016 18:36:44
Subject:
Message Text:    Pues si el pedo que cada vez es mÃ¡s
Translation:     Well yes, the problem is that each time it is more.
SB:      NP

Message ID:      -310629753
Message Direction:        Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?Î''fist** <2C2A1814>
Date:    Wed, 07 Dec 2016 18:36:50
Subject:
Message Text:    Te estÃ¡n haciendo pedazos
Translation:     They are tearing you up.
SB:      NP

Message ID:      661454380
Message Direction:        Incoming
To:      SS â??BURBUJAâ?Î''fist** <2c2a1814>;
From:    THOR <2b265027>
Date:    Wed, 07 Dec 2016 18:39:53
Subject:
Message Text:    Quien
Translation:     Who?
SB:      NP

Message ID:      661454383
Message Direction:        Outgoing
To:      SS â??BURBUJAâ?Î''fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:39:53
Subject:
Message Text:    *suspicious*
Translation:     *suspicious*
SB:      NP

Message ID:      661454386
Message Direction:        Outgoing

To:          SS à??BURBUJAà?!**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:40:01
Subject:
Message Text:     El dany
Translation:      El Dany?
SB:          NP

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: SIUCGHDT
Message ID:        661454393
Message Direction:          Outgoing
To:       SS â??BURBUJAâ?l"*fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:41:08
Subject:
Message Text:    Y si nos dan maza
Translation:      And if they give us Maza...
SB:       CMendoza

Message ID:        661454396
Message Direction:          Outgoing
To:       SS â??BURBUJAâ?l"*fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:41:10
Subject:
Message Text:    Alistate
Translation:      get ready...
SB:       CMendoza

Message ID:        661454399
Message Direction:          Outgoing
To:       SS â??BURBUJAâ?l"*fist** <2c2a1814>
From:     THOR <2B265027>
Date:     Wed, 07 Dec 2016 18:41:18
Subject:
Message Text:    A gastar unos 20 melones
Translation:      to spend about 20 melons/millions.
SB:       CMendoza

Message ID:        -310629749
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?l"*fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:41:54
Subject:
Message Text:    Tu solo te pones el saco
Translation:      If the shoe fits.
SB:       CMendoza

Message ID:        -310629746
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?l"*fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:41:56
Subject:
Message Text:    No es el dany
Translation:      It is not Dany...
SB:       CMendoza

Message ID:        -310629743
Message Direction:          Outgoing
To:       THOR <2b265027>
From:     SS â??BURBUJAâ?l"*fist** <2C2A1814>
Date:     Wed, 07 Dec 2016 18:42:08
Subject:
Message Text:    Son los altos mandos y polÃticos
Translation:      it's the high ranking and politicians....
SB:       CMendoza

Message ID:        661454402
Message Direction:          Incoming
To:       SS â??BURBUJAâ?l"*fist** <2c2a1814>;
From:     THOR <2b265027>
Date:     Wed, 07 Dec 2016 18:43:10

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      AsÅ es esto
Translation:        That's how this is...
SB:      CMendoza

Message ID:      661454405
Message Direction:         Outgoing
To:      SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:43:14
Subject:
Message Text:      Q le vamos hacer
Translation:        what are we going to do about it...
SB:      CMendoza

Message ID:      661454408
Message Direction:         Outgoing
To:      SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:43:17
Subject:
Message Text:      Queremos avanzar
Translation:        we want to move forward.
SB:      CMendoza

Message ID:      661454411
Message Direction:         Outgoing
To:      SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:43:27
Subject:
Message Text:      No nos gustÃ³ vivir como estamos
Translation:        We don't like to live like we are...
SB:      CMendoza

Message ID:      661454414
Message Direction:         Outgoing
To:      SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:43:36
Subject:
Message Text:      Porq si no quisiera sobresalir ya no gastarÃ¡ tanto
Translation:        because if I didn't wan¡ to come out ahead I wouldn't spend so much.
SB:      CMendoza

Message ID:      661454417
Message Direction:         Outgoing
To:      SS â??BURBUJAâ?î**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:43:50
Subject:
Message Text:      AlgÃºn dÃa tendremos la recompensa
Translation:        One day we will get the reward.
SB:      CMendoza

Message ID:      -310629740
Message Direction:         Outgoing
To:      THOR <2b265027>
From:      SS â??BURBUJAâ?î**fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:44:11
Subject:
Message Text:      Dios te oiga
Translation:        May God hear you...
SB:      CMendoza

Message ID:      -310629737
Message Direction:         Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:            THOR <2b265027>
From:          SS å??BURBUJAå?ì**fist** <2C2A1814>
Date:          Wed, 07 Dec 2016 18:44:15
Subject:
Message Text:  Por el bien de todos
Translation:   for the good of everyone.
SB:            CMendoza


Message ID:          661454421
Message Direction:          Outgoing
To:            SS å??BURBUJAå?ì**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:44:40
Subject:
Message Text:  Este mes ya le dimos
Translation:   This month we already gave...
SB:            CMendoza


Message ID:          661454424
Message Direction:          Outgoing
To:            SS å??BURBUJAå?ì**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:44:40
Subject:
Message Text:  Al padrino
Translation:   Padrino...
SB:            CMendoza


Message ID:          661454427
Message Direction:          Outgoing
To:            SS å??BURBUJAå?ì**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:45:04
Subject:
Message Text:  Y el chong ya no le daremos asta por haya en 2 o 3 meses
Translation:   and we won't give Chong anything until another 2 or 3 months.
SB:            CMendoza


Message ID:          661454430
Message Direction:          Outgoing
To:            SS å??BURBUJAå?ì**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:45:13
Subject:
Message Text:  Nada mÃ¡s el tÃo tengo q darle algo este mes
Translation:   I only have to give Tio something this month...
SB:            CMendoza


Message ID:          661454433
Message Direction:          Outgoing
To:            SS å??BURBUJAå?ì**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:45:16
Subject:
Message Text:  Y se acabo
Translation:   and it's done.
SB:            CMendoza


Message ID:          661454436
Message Direction:          Incoming
To:            SS å??BURBUJAå?ì**fist** <2c2a1814>;
From:          THOR <2b265027>
Date:          Wed, 07 Dec 2016 18:45:32
Subject:
Message Text:  Del 15 en adelante a ver si juntamos unos 10 pesos para nosotros
Translation:   From the 15th and on we'll see if we can get about 10 pesos together for us.
SB:            CMendoza
```

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -310629733
Message Direction:         Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:46:01
Subject:
Message Text:        A cual chong
Translation:        Which Chong?
SB:        CMendoza

Message ID:        661454441
Message Direction:         Incoming
To:        SS â??BURBUJAâ?ï**fist** <2c2a1814>;
From:        THOR <2b265027>
Date:        Wed, 07 Dec 2016 18:46:09
Subject:
Message Text:        Ahorita dime cuanto tienes para acompletar
Translation:        Tell me how much you have right now to get together...
SB:        CMendoza

Message ID:        661454444
Message Direction:         Outgoing
To:        SS â??BURBUJAâ?ï**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:46:10
Subject:
Message Text:        Para las L
Translation:        for the L's.
SB:        CMendoza

Message ID:        -310629730
Message Direction:         Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:46:11
Subject:
Message Text:        Pues que no disen los msj
Translation:        Well don't the messages say...
SB:        CMendoza

Message ID:        -310629725
Message Direction:         Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:46:22
Subject:
Message Text:        Que no te dieras ni madre ya de lana
Translation:        to not give them any more money...
SB:        CMendoza

Message ID:        -310629722
Message Direction:         Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:46:24
Subject:
Message Text:        =&gt;
Translation:        =&gt;
SB:        CMendoza

Message ID:        -310629719
Message Direction:         Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:46:40
Subject:

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:    Si la ago
Translation:     I can make it...
SB:     CMendoza

Message ID:      -310629716
Message Direction:        Incoming
To:      THOR <2b265027>;
From:    SS å??BURBUJAå?f**fist** <2c2a1814>
Date:    Wed, 07 Dec 2016 18:46:44
Subject:
Message Text:    Hay esta lo que tengo
Translation:     there is what I have.
SB:     CMendoza

Message ID:      -310629708
Message Direction:        Outgoing
To:      THOR <2b265027>;
From:    SS å??BURBUJAå?f**fist** <2C2A1814>
Date:    Wed, 07 Dec 2016 18:47:06
Subject:
Message Text:    Hay estÄ¡n los 9 bultos de a 100 mil cada una
Translation:     The 9 bundles of 100 thousand each are there...
SB:     CMendoza

Message ID:      -310629705
Message Direction:        Incoming
To:      THOR <2b265027>;
From:    SS å??BURBUJAå?f**fist** <2c2a1814>
Date:    Wed, 07 Dec 2016 18:47:11
Subject:
Message Text:    Y las paquillas esas sueltas
Translation:     and the stacks are loose.
SB:     CMendoza

Message ID:      -310629702
Message Direction:        Outgoing
To:      THOR <2b265027>;
From:    SS å??BURBUJAå?f**fist** <2C2A1814>
Date:    Wed, 07 Dec 2016 18:47:14
Subject:
Message Text:    Que son
Translation:     What are they? // Which are...
SB:     CMendoza

Message ID:      661454469
Message Direction:        Outgoing
To:      SS å??BURBUJAå?f**fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:48:29
Subject:
Message Text:    Pues los msg dicen eso
Translation:     Well the messages say that...
SB:     CMendoza

Message ID:      661454472
Message Direction:        Outgoing
To:      SS å??BURBUJAå?f**fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:48:39
Subject:
Message Text:    Y si piden en enero o febrero q les digo
Translation:     and if they ask in January or February, what do I tell them?
SB:     CMendoza

Message ID:      661454475
Message Direction:        Outgoing
To:      SS å??BURBUJAå?f**fist** <2c2a1814>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

From:       THOR <2B265027>
Date:       Wed, 07 Dec 2016 18:48:44
Subject:
Message Text:    Q chinguen a su madre
Translation:      To go fuck themselves?
SB:         CMendoza

Message ID:     661454478
Message Direction:        Outgoing
To:        SS à??BURBUJAâ?î"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:48:49
Subject:
Message Text:    Q ya dinero no tenemos
Translation:      That we don't have money anymore?
SB:         CMendoza

Message ID:     661454481
Message Direction:        Outgoing
To:        SS à??BURBUJAâ?î"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:48:51
Subject:
Message Text:    ='(
Translation:      ='(
SB:         CMendoza

Message ID:     -310629695
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SS à??BURBUJAâ?î"*fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:48:59
Subject:
Message Text:    Pues aver si los acompleto
Translation:      Well let me see if I can get them together.
SB:         CMendoza

Message ID:     661454487
Message Direction:        Outgoing
To:        SS à??BURBUJAâ?î"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:49:00
Subject:
Message Text:    Pero me les meterÁ© q no hay dinero
Translation:      But I will get it in them that there is no money.
SB:         CMendoza

Message ID:     661454490
Message Direction:        Outgoing
To:        SS à??BURBUJAâ?î"*fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:49:04
Subject:
Message Text:    Q estamos gastando
Translation:      That we are spending...
SB:         CMendoza

Message ID:     661454493
Message Direction:        Incoming
To:        SS à??BURBUJAâ?î"*fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Wed, 07 Dec 2016 18:49:06
Subject:
Message Text:    En sinaloa
Translation:      in Sinaloa...
SB:         CMendoza

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        661454496
Message Direction:        Incoming
To:        SS â??BURBUJAâ?ï**fist** <2c2a1814>;
From:        THOR <2b265027>
Date:        Wed, 07 Dec 2016 18:49:11
Subject:
Message Text        Q nos va a ir bien a todos
Translation:        that it well go well for all of us.
SB:        CMendoza

Message ID:        661454499
Message Direction:        Outgoing
To:        SS â??BURBUJAâ?ï**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:49:17
Subject:
Message Text        Q nos esperen unos 3 meses
Translation:        To wait for us about 3 months.
SB:        CMendoza

Message ID:        -310629689
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:49:29
Subject:
Message Text        Eso de maza pues apenas
Translation:        Maybe that Maza thing.
SB:        CMendoza

Message ID:        -310629686
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SS â??BURBUJAâ?ï**fist** <2c2a1814>
Date:        Wed, 07 Dec 2016 18:49:32
Subject:
Message Text        Veremos no es nada seguro
Translation:        We'll see, nothing is a sure thing.
SB:        CMendoza

Message ID:        -310629683
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:49:42
Subject:
Message Text        Hay que estar serenos
Translation:        We should stay calm...
SB:        CMendoza

Message ID:        -310629680
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:49:43
Subject:
Message Text        Trankilos
Translation:        relax...
SB:        CMendoza

Message ID:        -310629677
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:49:55
Subject:
Message Text        Ni asernos falsas ilusiones

SHARED UNDER A COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:          not get false hope...
SB:     CMendoza

Message ID:      -310629674
Message Direction:           Outgoing
To:     THOR <2b265027>
From:   SS â??BURBUJAâ?ï"*fist** <2C2A1814>
Date:   Wed, 07 Dec 2016 18:50:02
Subject:
Message Text:    Amy ni me llama la atenciÃ³n el charco
Translation:    I don't even care for El Charco.
SB:     CMendoza

Message ID:      -310629671
Message Direction:           Incoming
To:     THOR <2b265027>;
From:   SS â??BURBUJAâ?ï"*fist** <2c2a1814>
Date:   Wed, 07 Dec 2016 18:50:12
Subject:
Message Text:    Nunca tendrÃ© confianza
Translation:    I will never have the trust.
SB:     CMendoza

Message ID:      -310629668
Message Direction:           Outgoing
To:     THOR <2b265027>
From:   SS â??BURBUJAâ?ï"*fist** <2C2A1814>
Date:   Wed, 07 Dec 2016 18:50:17
Subject:
Message Text:    Es sinaloa
Translation:    It's Sinaloa...
SB:     CMendoza

Message ID:      -310629665
Message Direction:           Outgoing
To:     THOR <2b265027>
From:   SS â??BURBUJAâ?ï"*fist** <2C2A1814>
Date:   Wed, 07 Dec 2016 18:50:20
Subject:
Message Text:    Tierra de ellos
Translation:    their land.
SB:     CMendoza

Message ID:      -310629662
Message Direction:           Incoming
To:     THOR <2b265027>
From:   SS â??BURBUJAâ?ï"*fist** <2c2a1814>
Date:   Wed, 07 Dec 2016 18:50:29
Subject:
Message Text:    Ellos seguirÃ¡n moviendo los hiloss desde culiacan
Translation:    They will continue moving the thread from Culiacan...
SB:     CMendoza

Message ID:      -310629659
Message Direction:           Incoming
To:     THOR <2b265027>;
From:   SS â??BURBUJAâ?ï"*fist** <2c2a1814>
Date:   Wed, 07 Dec 2016 18:50:35
Subject:
Message Text:    Al gobierno
Translation:    the government...
SB:     CMendoza

Message ID:      -310629656
Message Direction:           Outgoing
To:     THOR <2b265027>
From:   SS â??BURBUJAâ?ï"*fist** <2C2A1814>

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Date:          Wed, 07 Dec 2016 18:50:44
Subject:
Message Text:  Ellos lo mangoniaran a su antojo todaboa
Translation:   they will still interfere whenever they want...
SB:            CMendoza

Message ID:    -310629653
Message Direction:     Outgoing
To:            THOR <2b265027>
From:          SS å??BURBUJAå?ī**fist** <2C2A1814>
Date:          Wed, 07 Dec 2016 18:51:05
Subject:
Message Text:  Al que vallan hubicando le quedran pegar con guante blanco
Translation:   whomever they find they will want to slap with a white glove...
SB:            CMendoza

Message ID:    -310629650
Message Direction:     Outgoing
To:            THOR <2b265027>
From:          SS å??BURBUJAå?ī**fist** <2C2A1814>
Date:          Wed, 07 Dec 2016 18:51:08
Subject:
Message Text:  Con gobierno
Translation:   with government.
SB:            CMendoza

Message ID:    661454516
Message Direction:     Outgoing
To:            SS å??BURBUJAå?ī**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:52:16
Subject:
Message Text:  Por eso vamos a esperar
Translation:   That is why we will wait...
SB:            CMendoza

Message ID:    661454519
Message Direction:     Outgoing
To:            SS å??BURBUJAå?ī**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:52:19
Subject:
Message Text:  Asta q entre kiri
Translation:   for Kiri to come in...
SB:            CMendoza

Message ID:    661454522
Message Direction:     Outgoing
To:            SS å??BURBUJAå?ī**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:52:29
Subject:
Message Text:  El nos va a proteger
Translation:   he will protect us...
SB:            CMendoza

Message ID:    661454525
Message Direction:     Outgoing
To:            SS å??BURBUJAå?ī**fist** <2c2a1814>
From:          THOR <2B265027>
Date:          Wed, 07 Dec 2016 18:52:33
Subject:
Message Text:  Porq quiere la paz
Translation:   because he wants peace...
SB:            CMendoza

Message ID:    661454528

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:      Outgoing
To:        SS â??BURBUJAâ?ﾟ"fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:52:41
Subject:
Message Text:    Y eso le vamos a dar nosotros
Translation:     and we will give him that...
SB:        CMendoza

Message ID:      661454531
Message Direction:      Outgoing
To:        SS â??BURBUJAâ?ﾟ"fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:52:54
Subject:
Message Text:    Y en MÃ©xico estamos mejor nosotros q ellos
Translation:     and in Mexico we are better than they are.
SB:        CMendoza

Message ID:      661454534
Message Direction:      Outgoing
To:        SS â??BURBUJAâ?ﾟ"fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:53:05
Subject:
Message Text:    Esta q caiga el M
Translation:     M would have to fall...
SB:        CMendoza

Message ID:      -310629643
Message Direction:      Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?ﾟ"fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:53:07
Subject:
Message Text:    Si nos dan hay en maza
Translation:     if they give us Maza...
SB:        CMendoza

Message ID:      -310629639
Message Direction:      Incoming
To:        THOR <2b265027>;
From:      SS â??BURBUJAâ?ﾟ"fist** <2c2a1814>
Date:      Wed, 07 Dec 2016 18:53:11
Subject:
Message Text:    SerÃ¡ por como tienes nayarit
Translation:     It could be because you have Nayarit...
SB:        CMendoza

Message ID:      661454538
Message Direction:      Incoming
To:        SS â??BURBUJAâ?ﾟ"fist** <2c2a1814>;
From:      THOR <2b265027>
Date:      Wed, 07 Dec 2016 18:53:12
Subject:
Message Text:    Tenemos q tener mucho cuidado
Translation:     we have to be very careful.
SB:        CMendoza

Message ID:      -310629635
Message Direction:      Outgoing
To:        THOR <2b265027>
From:      SS â??BURBUJAâ?ﾟ"fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:53:19
Subject:
Message Text:    Y por quÃ© ya no quieren muertes
Translation:     and because they don't want deaths...

SB:      CMendoza

Message ID:       -310629632
Message Direction:       Incoming
To:      THOR <2b265027>;
From:      SS â??BURBUJAâ?í**fist** <2c2a1814>
Date:      Wed, 07 Dec 2016 18:53:22
Subject:
Message Text:       Desmadre
Translation:       mess...
SB:      CMendoza

Message ID:       -310629629
Message Direction:       Outgoing
To:      THOR <2b265027>
From:      SS â??BURBUJAâ?í**fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:53:23
Subject:
Message Text:       Quieren paz
Translation:       they want peace...
SB:      CMendoza

Message ID:       -310629626
Message Direction:       Incoming
To:      THOR <2b265027>;
From:      SS â??BURBUJAâ?í**fist** <2c2a1814>
Date:      Wed, 07 Dec 2016 18:53:29
Subject:
Message Text:       Nomas por eso nos darÃn pienso yo
Translation:       that's the only reason they will give it to us, I think
SB:      CMendoza

Message ID:       -310629623
Message Direction:       Outgoing
To:      THOR <2b265027>
From:      SS â??BURBUJAâ?í**fist** <2C2A1814>
Date:      Wed, 07 Dec 2016 18:53:32
Subject:
Message Text:       No por otra cosa
Translation:       not because of anything else
SB:      CMendoza

Message ID:       661454543
Message Direction:       Outgoing
To:      SS â??BURBUJAâ?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:53:43
Subject:
Message Text:       Pues cual otra cosa mÃs quieres
Translation:       Well what else do you want?
SB:      CMendoza

Message ID:       661454546
Message Direction:       Outgoing
To:      SS â??BURBUJAâ?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:53:45
Subject:
Message Text:       Jajajaja
Translation:       Hahahaha
SB:      CMendoza

Message ID:       661454549
Message Direction:       Outgoing
To:      SS â??BURBUJAâ?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:53:49

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    Ya se sabe eso
Translation:     That is known.
SB:              CMendoza


Message ID:      661454552
Message Direction:        Outgoing
To:              SS á??BURBUJAá?î**fist** <2c2a1814>
From:            THOR <2B265027>
Date:            Wed, 07 Dec 2016 18:54:02
Subject:
Message Text:    Q Porq les eh peleado desde q empezÂª la guerra
Translation:     because I have fought since the war started....
SB:              CMendoza


Message ID:      661454555
Message Direction:        Outgoing
To:              SS á??BURBUJAá?î**fist** <2c2a1814>
From:            THOR <2B265027>
Date:            Wed, 07 Dec 2016 18:54:07
Subject:
Message Text:    Y no pudieron aplacarme
Translation:     and they couldn't stop me.
SB:              CMendoza


Message ID:      661454558
Message Direction:        Outgoing
To:              SS á??BURBUJAá?î**fist** <2c2a1814>
From:            THOR <2B265027>
Date:            Wed, 07 Dec 2016 18:54:16
Subject:
Message Text:    Si no pos ya se sabe q no me dan nada
Translation:     If not then well you know that they won't give me anything.
SB:              CMendoza


Message ID:      661454561
Message Direction:        Outgoing
To:              SS á??BURBUJAá?î**fist** <2c2a1814>
From:            THOR <2B265027>
Date:            Wed, 07 Dec 2016 18:54:23
Subject:
Message Text:    Porq no le dan al tortillero
Translation:     Why won't they give Tortillero...
SB:              CMendoza


Message ID:      661454564
Message Direction:        Outgoing
To:              SS á??BURBUJAá?î**fist** <2c2a1814>
From:            THOR <2B265027>
Date:            Wed, 07 Dec 2016 18:55:04
Subject:
Message Text:    Las amistades del padrino y el acercamiento q tenemos con kiri
Translation:     the friendships with Padrino and the closeness we have with Kiri...
SB:              CMendoza


Message ID:      661454567
Message Direction:        Outgoing
To:              SS á??BURBUJAá?î**fist** <2c2a1814>
From:            THOR <2B265027>
Date:            Wed, 07 Dec 2016 18:55:10
Subject:
Message Text:    Nos ayudo muchoooo
Translation:     it helps us a lot.
SB:              CMendoza


Message ID:      661454570
Message Direction:        Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:          SS å??BURBUJAå?l**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:55:25
Subject:
Message Text:     Aparte ayuda como trabajamos nosotros q tenemos todo bonito aqui
Translation:      Plus it helps how we work, that we have everything looking nice over here.
SB:          CMendoza


Message ID:       661454573
Message Direction:          Outgoing
To:          SS å??BURBUJAå?l**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:55:32
Subject:
Message Text:     Eso habla muy bien de nosotros
Translation:      That speaks well for us.
SB:          CMendoza


Message ID:       -310629615
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SS å??BURBUJAå?l**fist** <2C2A1814>
Date:        Wed, 07 Dec 2016 18:55:39
Subject:
Message Text:     AsÃ es
Translation:      That is right.
SB:          CMendoza


Message ID:       661454578
Message Direction:          Outgoing
To:          SS å??BURBUJAå?l**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:55:57
Subject:
Message Text:     EIM
Translation:      M...
SB:          CMendoza


Message ID:       661454581
Message Direction:          Incoming
To:          SS å??BURBUJAå?l**fist** <2c2a1814>;
From:        THOR <2b265027>
Date:        Wed, 07 Dec 2016 18:56:02
Subject:
Message Text:     No va a quedar mal
Translation:      will not look bad...
SB:          CMendoza


Message ID:       661454584
Message Direction:          Outgoing
To:          SS å??BURBUJAå?l**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:56:04
Subject:
Message Text:     Ya hablo
Translation:      he already called...
SB:          CMendoza


Message ID:       661454587
Message Direction:          Outgoing
To:          SS å??BURBUJAå?l**fist** <2c2a1814>
From:        THOR <2B265027>
Date:        Wed, 07 Dec 2016 18:56:08
Subject:
Message Text:     Y nos va a entregar
Translation:      and he is going to give to us...
SB:          CMendoza

USDOJ-EDNY0000000613

617

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000614

618

BlackBerry Messenger Conversation
Conversation ID: SIUCGHDT

Message ID:         661454590
Message Direction:          Outgoing
To:      SS â??BURBUJAâ?ï**fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:56:11
Subject:
Message Text:    Estoy seguro
Translation:     I'm sure...
SB:      VFloriant

Message ID:         661454593
Message Direction:          Outgoing
To:      SS â??BURBUJAâ?ï**fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:56:21
Subject:
Message Text:    El ya sabe q nos darÃ¡n el sur
Translation:     He already knows that they'l give us the South...
SB:      VFloriant

Message ID:         661454596
Message Direction:          Incoming
To:      SS â??BURBUJAâ?ï**fist** <2c2a1814>;
From:    THOR <2b265027>
Date:    Wed, 07 Dec 2016 18:56:25
Subject:
Message Text:    Aunque no quiera el
Translation:     Even if he doesn't want to.
SB:      VFloriant

Message ID:         -310629610
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SS â??BURBUJAâ?ï**fist** <2C2A1814>
Date:    Wed, 07 Dec 2016 18:56:25
Subject:
Message Text:    No te pidiÃ¹ que fuera alguien de aquÃ de nosotros?
Translation:     He didn't ask you for one of us from here to go?
SB:      VFloriant

Message ID:         661454600
Message Direction:          Outgoing
To:      SS â??BURBUJAâ?ï**fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:56:31
Subject:
Message Text:    Y no es pendejo
Translation:     And he's not stupid
SB:      VFloriant

Message ID: 661454603
Message Direction:          Outgoing
To:      SS â??BURBUJAâ?ï**fist** <2c2a1814>
From:    THOR <2B265027>
Date:    Wed, 07 Dec 2016 18:56:36
Subject:
Message Text:    Quiso quedar bien
Translation:     He wanted to be on good terms.
SB:      VFloriant

Message ID:         661454606
Message Direction:          Incoming
To:      SS â??BURBUJAâ?ï**fist** <2c2a1814>;
From:    THOR <2b265027>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:         Wed, 07 Dec 2016 18:56:50
Subject:
Message Text:   No nada de esooo
Translation:    No, nothing like that.
SB:           VFloriant

Message ID:     661454609
Message Direction:    Outgoing
To:           SS â??BURBUJAâ?I"*fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Wed, 07 Dec 2016 18:57:00
Subject:
Message Text:   El pondrÃ¡ un enlace de el con nosotros
Translation:    He would put a link of his with us...
SB:           VFloriant

Message ID:661454612
Message Direction:    Outgoing
To:           SS â??BURBUJAâ?I"*fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Wed, 07 Dec 2016 18:57:09
Subject:
Message Text:   Para lo q se le ofrezca a el
Translation:    For whatever he would need.
SB:           VFloriant

Message ID:     661454615
Message Direction:    Outgoing
To:           SS â??BURBUJAâ?I"*fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Wed, 07 Dec 2016 18:57:17
Subject:
Message Text:   Q tiene mucha familia y negocios en Maza
Translation:    That he has a lot family and business in Maza.
SB:           VFloriant

Message ID:     -310629602
Message Direction:    Outgoing
To:           THOR <2b265027>
From:         SS â??BURBUJAâ?I"*fist** <2C2A1814>
Date:         Wed, 07 Dec 2016 18:57:22
Subject:
Message Text:   Que nos mande a alguien paca dile a platicar de sus allegados
Translation:    Tell him to send us someone over here to talk about his close family.
SB:           VFloriant

Message ID:     -310629599
Message Direction:    Outgoing
To:           THOR <2b265027>
From:         SS â??BURBUJAâ?I"*fist** <2C2A1814>
Date:         Wed, 07 Dec 2016 18:57:27
Subject:
Message Text:   #=-S
Translation:    #=-S
SB:           VFloriant

Message ID:     661454619
Message Direction:    Outgoing
To:           SS â??BURBUJAâ?I"*fist** <2c2a1814>
From:         THOR <2B265027>
Date:         Wed, 07 Dec 2016 18:57:28
Subject:
Message Text:   Q si no se los iva a lastimar yo me dijo
Translation:    He asked me if I was going to harm them.
SB:           VFloriant

Message ID:661454623

SHARED IN DISCOVERY ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:        Outgoing
To:        SS å??BURBUJAå?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:57:45
Subject:
Message Text:      Ya estÃ¡n parando a todos
Translation:       They're stopping everyone already...
SB:        VFloriant

Message ID:661454626
Message Direction:        Outgoing
To:        SS å??BURBUJAå?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:57:46
Subject:
Message Text:      En maza
Translation:       In Maza...
SB:        VFloriant

Message ID:661454629
Message Direction:        Outgoing
To:        SS å??BURBUJAå?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:57:51
Subject:
Message Text:      Ya le hablaron a martin
Translation:       They already called Martin.
SB:        VFloriant

Message ID:661454632
Message Direction:        Outgoing
To:        SS å??BURBUJAå?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:57:59
Subject:
Message Text:      Los pocos infiltrados q tiene
Translation:       The few infiltrators that he has...
SB:        VFloriant

Message ID:        661454635
Message Direction:        Outgoing
To:        SS å??BURBUJAå?í**fist** <2c2a1814>
From:      THOR <2B265027>
Date:      Wed, 07 Dec 2016 18:58:13
Subject:
Message Text:      Q les dijeron q no hay venta ya asta nuevo aviso
Translation:       That they told them that weren't any more sales until further notice.
SB:        VFloriant

SHARED PER COURT ORDER – NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:      -1939367641
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 09 Dec 2016 06:44:55
Subject:
Message Text:    Jajaja no le digo hablando
Translation:     Hahaha, I tell you speaking--
SB:      mdelacruz

Message ID:      -1939367638
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 09 Dec 2016 06:44:55
Subject:
Message Text:    Del padrino en la maÃ±ana
Translation:     about Padrino in the morning.
SB:      mdelacruz

Message ID:      -1939367634
Message Direction:       Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 09 Dec 2016 06:44:55
Subject:
Message Text:    Que se. Cuide mucho a quien le dice las cosas y que cuide mucho lo que hablaba con la gente por precauciÃ³n
Translation:     That you be very careful who you say things to and to be very careful what you say to people, as a precaution.
SB:      mdelacruz

Message ID:      661459577
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 09 Dec 2016 06:48:41
Subject:
Message Text:    Comoo
Translation:     What--
SB:      mdelacruz

Message ID:      661459580
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 09 Dec 2016 06:48:45
Subject:
Message Text:    El padrino le dijo eso
Translation:     the Padrino said that?
SB:      mdelacruz

Message ID:      661459583
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 09 Dec 2016 06:49:01
Subject:
Message Text:    Porq le dirÃa eso
Translation:     Why would he say that?
SB:      mdelacruz

Message ID:      661459586
Message Direction:       Outgoing
To:      SUPERMAN <2c2d0a02>

SHARE - FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION


622

From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:49:20
Subject:
Message Text:     Por algo q se saliÂ¹ de aquÂ o por lo q vamos hablar con los kirinos
Translation:     Because of something that was let out from here or for what we're going to talk with the Kirinos about?
SB:     mdelacruz


Message ID:     661459589
Message Direction:     Outgoing
To:     SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:49:30
Subject:
Message Text:     Q no hablemos de mÃ¡s con ellos de el
Translation:     That we don't talk anything more about him with them.
SB:     mdelacruz


Message ID:     -1939367628
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:49:56
Subject:
Message Text:     No dijo que por que iva llegar a ver una persona
Translation:     No he said that because he was going to stop to see someone.
SB:     mdelacruz


Message ID:     -1939367625
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:50:02
Subject:
Message Text:     No muy lejano
Translation:     Not to far away.
SB:     mdelacruz


Message ID:     -1939367622
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:50:14
Subject:
Message Text:     Un dÃa no muy lejano
Translation:     One day not to far away.
SB:     mdelacruz


Message ID:     -1939367619
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:50:19
Subject:
Message Text:     Que es el que lo va a comodar
Translation:     That it's the one that's going to situate him--
SB:     mdelacruz


Message ID:     -1939367616
Message Direction:     Outgoing
To:     THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:50:23
Subject:
Message Text:     En sinaloa
Translation:     in Sinaloa.
SB:     mdelacruz

SHARED UNDER A COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        661459597
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        THOR <2b265027>
Date:        Fri, 09 Dec 2016 06:50:27
Subject:
Message Text:        =-SS
Translation:        =-SS
SB:        mdelacruz

Message ID:        -1939367613
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:50:28
Subject:
Message Text:        Que ya se estÁ¡ asercando el dÁa
Translation:        That the day is getting near.
SB:        mdelacruz

Message ID:        661459604
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:50:35
Subject:
Message Text:        Jajaja
Translation:        Hahaha
SB:        mdelacruz

Message ID:        661459601
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:50:35
Subject:
Message Text:        Es kirino
Translation:        It's Kirino—
SB:        mdelacruz

Message ID:        661459607
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:50:37
Subject:
Message Text:        Quien mas
Translation:        who else
SB:        mdelacruz

Message ID:        661459610
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:50:43
Subject:
Message Text:        O alguien allegado a kiri
Translation:        Or someone close to him.
SB:        mdelacruz

Message ID:        -1939367605
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Fri, 09 Dec 2016 06:50:58
Subject:
Message Text:        Pues asÁ me dijo yo le dije pero no emos hab lando

SHARED 2 COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:        Well that's what he said. I told him "but we haven't said--
SB:        mdelacruz

Message ID:        -1939367602
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:50:59
Subject:
Message Text:        Nada
Translation:        anything."
SB:        mdelacruz

Message ID:        -1939367599
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:51:06
Subject:
Message Text:        Y me dijo
Translation:        And he said--
SB:        mdelacruz

Message ID:        -1939367596
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:51:15
Subject:
Message Text:        No es por que aigan ablado que la perosna
Translation:        "it's not because you have said that the person--
SB:        mdelacruz

Message ID:        -1939367593
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:51:17
Subject:
Message Text:        Que iva aver
Translation:        that he was going to see--
SB:        mdelacruz

Message ID:        -1939367590
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:51:26
Subject:
Message Text:        Es muy inteligente y no le puede sacar nada
Translation:        is very intelligent and he can't get anything out of him."--
SB:        mdelacruz
Message ID:        -1939367587
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:51:27
Subject:
Message Text:        Dice
Translation        he said.
SB:        mdelacruz
Message ID:        661459614
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:51:36
Subject:

SHARED COPY - COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:    No jamas
Translation:       No never—
SB:      mdelacruz

Message ID:      661459617
Message Direction:           Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 09 Dec 2016 06:51:41
Subject:
Message Text:    Ya se la sabe usted
Translation:       you know that.
SB:      mdelacruz

Message ID:      661459620
Message Direction:           Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 09 Dec 2016 06:51:45
Subject:
Message Text:    =-D
Translation:       =-D
SB:      mdelacruz

Message ID:      661459623
Message Direction:           Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 09 Dec 2016 06:52:03
Subject:
Message Text:    Si le preguntan a usted ya se la sabe q usted dice q esos contactos los tengo yo
Translation:       If you are asked, you already know that you say, "that I have those contacts—
SB:      mdelacruz

Message ID:      661459626
Message Direction:           Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Fri, 09 Dec 2016 06:52:08
Subject:
Message Text:    Q usted no sabe quienes son
Translation:       that you don't know who they are."
SB:      mdelacruz

Message ID:      -1939367581
Message Direction:           Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 09 Dec 2016 06:52:17
Subject:
Message Text:    AsÃ es asÃ les digo
Translation:       That's right. I tell them—
SB:      mdelacruz

Message ID:      -1939367578
Message Direction:           Incoming
To:      THOR <2b265027>;
From:    SUPERMAN <2c2d0a02>
Date:    Fri, 09 Dec 2016 06:52:18
Subject:
Message Text:    Siempre
Translation:       always—
SB:      mdelacruz

Message ID:      -1939367575
Message Direction:           Outgoing
To:      THOR <2b265027>

SHARED – PRINT OR EDIT OR – NOT FOR FURTHER DISTRIBUTION

From:      SUPERMAN <2C2D0A02>
Date:      Fri, 09 Dec 2016 06:52:20
Subject:
Message Text:    Yo
Translation:         me."
SB:        mdelacruz

Message ID:      661459632
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:52:28
Subject:
Message Text:    Y si me preguntan ami yo si me tengo q ver como tonto decir q es el q lleva el cafÃ© algÃºn jefe
Translation:         And if I'm asked, I do need to act dumb. Say that it's some boss that takes the brown one.
SB:        mdelacruz

Message ID:      661459635
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:52:30
Subject:
Message Text:    Jajaja
Translation:         Hahaha.
SB:        mdelacruz

Message ID:      -1939367570
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 09 Dec 2016 06:52:31
Subject:
Message Text:    Oiga y ya calmo su broncon
Translation:         Listen, and have you calmed down your big problem?
SB:        mdelacruz

Message ID:      -1939367567
Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Fri, 09 Dec 2016 06:52:33
Subject:
Message Text:    Jajajajajaja
Translation:         Hahaha.
SB:        mdelacruz

Message ID:      661459639
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:52:50
Subject:
Message Text:    No oiga ami no me contesta esta mujer ya
Translation:         No sir, this woman won't answer me anymore.
SB:        mdelacruz

Message ID:      661459642
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:52:53
Subject:
Message Text:    Me apago los tel,
Translation:         She turned off the telephones.
SB:        mdelacruz

USDOJ-EDNY0000000623

Message ID:        661459645
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:53:00
Subject:
Message Text:        No se q pasarÁa si se mata o se fue
Translation:        I don't what's going on. If she killed herself or she left.
SB:        mdelacruz

Message ID:        661459648
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:53:04
Subject:
Message Text:        ='(
Translation:        ='(
SB:        mdelacruz

Message ID:        -1939367561
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:53:09
Subject:
Message Text:        Jajajaja pero como
Translate:        Hahaha, but how--
SB:        mdelacruz

Message ID:        -1939367558
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Fri, 09 Dec 2016 06:53:13
Subject:
Message Text:        Se le descubriÁª
Tranlation:        you were found out?
SB:        mdelacruz

Message ID:        -1939367555
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:53:19
Subject:
Message Text:        Si tenÁa todo eso bien tapado
Translation:        If you had all of that well covered up.
SB:        mdelacruz

Message ID:        661459653
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR <2B265027>
Date:        Fri, 09 Dec 2016 06:53:22
Subject:
Message Text:        Esq la conoce en fotos
Translation:        It's that she knows her in pictures.
SB:        mdelacruz

Message ID:        -1939367552
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:53:22
Subject:
Message Text:        En que le fallo

SHARED COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Translation:         Where did you go wrong--
SB:      mdelacruz

Message ID:      -1939367548
Message Direction:      Outgoing
To:      THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 09 Dec 2016 06:53:23
Subject:
Message Text:      Pues
Translation:         then?
SB:      mdelacruz

Message ID:      661459658
Message Direction:      Outgoing
To:      SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:53:30
Subject:
Message Text:      Y se toparon el fÁ¡bricas hoy
Translation:         And they ran into each other at the factor today--
SB:      mdelacruz

Message ID:      661459661
Message Direction:      Outgoing
To:      SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:53:39
Subject:
Message Text:      Y me mando fotos de su yerno
Translation:         and they sent pictures of her son in law.
SB:      mdelacruz

Message ID:      661459664
Message Direction:      Outgoing
To:      SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:53:43
Subject:
Message Text:      Y me dijo ahora si dime la vdd
Translation:         And she told me, "now, ell me the truth--
SB:      mdelacruz

Message ID:      661459667
Message Direction:      Outgoing
To:      SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:53:47
Subject:
Message Text:      Es tu hijo vdd
Translation:         he's your son, right?"
SB:      mdelacruz

Message ID:      661459670
Message Direction:      Outgoing
To:      SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:53:52
Subject:
Message Text:      Y le tuve q decir q sii
Translation:         And I had to tell her, 'yes."
SB:      mdelacruz

Message ID:      661459673
Message Direction:      Outgoing
To:      SUPERMAN <2c2d0a02>
From:      THOR <2B265027>

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Date:       Fri, 09 Dec 2016 06:53:57
Subject:
Message Text:    &lt;/3
Translation:     &lt;/3
SB:       mdelacruz

Message ID:      -1939367540
Message Direction:       Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:54:10
Subject:
Message Text:    No le digo pero siempren le avisan que van a salir
Translation:     I tell you. But they always tell you, the pictures are going to come out.
SB:       mdelacruz

Message ID:      -1939367537
Message Direction:       Incoming
To:       THOR <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Fri, 09 Dec 2016 06:54:12
Subject:
Message Text:    Que no
Translation:     Right?
SB:       mdelacruz

Message ID:      -1939367534
Message Direction:       Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:54:14
Subject:
Message Text:    Eso m$e dijo
Translation:     That's what she told me.
SB:       mdelacruz

Message ID:      661459678
Message Direction:       Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:54:15
Subject:
Message Text:    En la guerra yo tenÃa de novia a andrea
Translation:     In the war, I had andrea as my girlfreind.
SB:       mdelacruz

Message ID:      -1939367530
Message Direction:       Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:54:17
Subject:
Message Text:    Usted que isera
Translation:     What would you do?
SB:       mdelacruz

Message ID:      -1939367527
Message Direction:       Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:54:18
Subject:
Message Text:    Yo
Translation:     I--
SB:       mdelacruz

Message ID:      661459683

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:54:19
Subject:
Message Text:      Y Selene se dio cuenta
Translation:            And Selene found out.
SB:       mdelacruz

Message ID:        -1939367524
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Fri, 09 Dec 2016 06:54:20
Subject:
Message Text:      Sticker recibido
Translation:            Sticker received
SB:       mdelacruz

Message ID:        661459687
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:54:21
Subject:
Message Text:      Me vio los tel,
Translation:            She looked at my telephones--
SB:       mdelacruz

Message ID:        661459691
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:54:30
Subject:
Message Text:      Y siempre me tuvo vigilado
Translation:            and she always had me watched.
SB:       mdelacruz

Message ID:        661459694
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:54:32
Subject:
Message Text:      Por ese lado
Translation:            On that side--
SB:       mdelacruz

Message ID:        661459697
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:54:36
Subject:
Message Text:      La tenÃa vigilada a ella
Translation:            I had her watched.
SB:       mdelacruz

Message ID:        661459700
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Fri, 09 Dec 2016 06:54:40
Subject:
Message Text:      Pero cuando me la robe
Translation:            but when I stole her--

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SB:     mdelacruz

Message ID:     661459703
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 09 Dec 2016 06:54:47
Subject:
Message Text:   Borro todo
Translation:    she erased everything.
SB:     mdelacruz

Message ID:     661459706
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 09 Dec 2016 06:54:52
Subject:
Message Text:   Face, insta
Translation:    Face, Instagram--
SB:     mdelacruz

Message ID:     661459709
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 09 Dec 2016 06:54:53
Subject:
Message Text:   Todo
Translation:    everything.
SB:     mdelacruz

Message ID:     661459712
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 09 Dec 2016 06:54:56
Subject:
Message Text:   Ya no supo de ella
Translation:    I never heard from her again.
SB:     mdelacruz

Message ID:     661459715
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 09 Dec 2016 06:55:08
Subject:
Message Text:   Más q estaba embarazada y me preguntaba q si no serÃa mio
Translation:    Just that she was pregnant and she asked me that if it could be mine.
SB:     mdelacruz

Message ID:     661459718
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 09 Dec 2016 06:55:18
Subject:
Message Text:   Y le decÃa dÃ©jate de babosadas ahora resulta
Translation:    And I told her, "quit your stupidities." And now it turns out--
SB:     mdelacruz

Message ID:     661459721
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Fri, 09 Dec 2016 06:55:24

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Q todas las viejas pansonas son mias
Translation:         that all of the pregnant women, they are mine.
SB:        mdelacruz

Message ID:        661459724
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:55:38
Subject:
Message Text:     Y ahora q la vio y con el cachorro parecido a su padre bonito
Translation:         And now that I see her with her kid that looks like his handsome dad--
SB:        mdelacruz

Message ID:        661459727
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:55:39
Subject:
Message Text:     Jajajaja
Transaltion:        Hahaha
SB:        mdelacruz

Message ID:        661459730
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:55:45
Subject:
Message Text:     Pues ya no hubo dudas
Translation:         well there was no doubt.
SB:        mdelacruz

Message ID:        661459733
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:55:49
Subject:
Message Text:     Y ni para donde hacerme
Translation:         And nowhere to go--
SB:        mdealcruz

Message ID:        661459736
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:55:55
Subject:
Message Text:     No puedo negar al cachorro
Translation:         I can't deny the kid.
SB:        mdelacruz

Message ID:        661459739
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Fri, 09 Dec 2016 06:55:58
Subject:
Message Text:     Lo quiero mucho
Translation:         I love him a lot.
SB:        mdelacruz

Message ID:        -1939367509
Message Direction:          Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:56:31
Subject:
Message Text:   Si asÃ es yo no los niego por eso me truena pero vÃ©alo asÃ
Translation:    Yes that's right, I don't deny them. That's why I'm busted but it's worth it.
SB:          mdelacruz
```

```
Message ID:      -1939367506
Message Direction:   Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Fri, 09 Dec 2016 06:56:35
Subject:
Message Text:   Ya paso ese trago
Translation:    You already passed that [bitter]—
SB:          mdelacruz
```

```
Message ID:      -1939367503
Message Direction:   Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:56:36
Subject:
Message Text:   Amargo
Translation:    [drink].
SB:          mdelacruz
```

```
Message ID:      -1939367500
Message Direction:   Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:56:39
Subject:
Message Text:   Una precion
Translation:    One [less]—
SB:          mdelacruz
```

```
Message ID:      -1939367497
Message Direction:   Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:56:40
Subject:
Message Text:   Menos
Translation:    [pressure]
SB:          mdelacruz
```

```
Message ID:      -1939367494
Message Direction:   Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:56:42
Subject:
Message Text:   Jajajajajaj
Translation:    hahahah
SB:          mdelacruz
```

```
Message ID:      -1939367491
Message Direction:   Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 09 Dec 2016 06:56:46
Subject:
Message Text:   Yo me quitava
Translation:    I would take—
SB:          mdealcruz
```

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:      -1939367488
Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Fri, 09 Dec 2016 06:56:50
Subject:
Message Text:    Un peso de ensima
Translation:      a weight off my shoulders--
SB:        mdelacruz

Message ID:      -1939367485
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 09 Dec 2016 06:56:51
Subject:
Message Text:    Cuando
Translation:      when--
SB:        mdelacruz

Message ID:      -1939367482
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 09 Dec 2016 06:56:58
Subject:
Message Text:    Me descubrÃan
Translation:      I was found out.
SB:        mdelacruz

Message ID:      -1939367479
Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Fri, 09 Dec 2016 06:57:00
Subject:
Message Text:    Jajajaja
Translation:      Hahaha
SB:        mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:         661462890
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 04:29:16
Subject:
Message Text:      Agarraron al mochillo en la perla
Translation:       They got Mochillo in La Perla...
SB:        E. Flores

Message ID:         661462893
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 04:29:19
Subject:
Message Text:      La PFP
Translation:       The PFP
SB:        E. Flores

Message ID:         661462917
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 04:31:06
Subject:
Message Text:      No le podremos ayudar al tonto ese
Translation:       We won't be able to help that dumbass...
SB:        E. Flores

Message ID:         661462920
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 04:31:31
Subject:
Message Text:      Es un morro q no pelea no sirve para nada
Translation:       He's a guy who doesn't fight he's useless
SB:        E. Flores

Message ID:         -1939366872
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 04:40:19
Subject:
Message Text:      Si quiere
Translation:       If you want
SB:        E. Flores

Message ID: 1939366870
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 04:40:20
Subject:
Message Text:      Le tiro
Translation:       I'll call...
SB:        E. Flores

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:       -1939366868
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 04:40:22
Subject:
Message Text:     Encaliente
Translation:      Right away...
SB:        E. Flores

Message ID:-1939366865
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 04:40:29
Subject:
Message Text:     Al padrino
Translation:      Padrino...
SB:        E. Flores

Message ID:-1939366862
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 04:40:35
Subject:
Message Text:     O al que nos dejÃº
Translation:      Or the one who left us...
SB:        E. Flores

Message ID:-1939366859
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 04:40:36
Subject:
Message Text:     El ojos
Translation:      Ojos
SB:        E. Flores

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:          661463028
Message Direction:             Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:00:54
Subject:
Message Text:      Deje veo
Translation:       Let me see..
SB:        E. Flores

Message ID:          661463031
Message Direction:             Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:00:54
Subject:
Message Text:      Pero si me gustarÅa ayudar a ese pobre tonto
Translation: But I would like to help that poor guy
SB:        E. Flores

Message ID:661463034
Message Direction:             Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:00:54
Subject:
Message Text:      Le compro el raspado a el
Translation:       I buy shaved ice from him..
SB:        E. Flores/ECastillo

Message ID:661463037
Message Direction:             Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:00:59
Subject:
Message Text:      Si jala
Translation:       He does work
SB:        E. Flores

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:         -1939366856
Message Direction:            Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 10 Dec 2016 05:11:29
Subject:
Message Text:    Ok usted
Translation:        Okay, you...
SB:        E. Flores

Message ID:-1939366854
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:11:31
Subject:
Message Text:    Me dice
Translation:        Tell me...
SB:        E. Flores

Message ID:-1939366851
Message Direction:            Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:11:35
Subject:
Message Text:    Y pedimos el favor
Translation:        And we'll ask for the favor
SB:        E. Flores

Message ID:         -1939366848
Message Direction:            Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 10 Dec 2016 05:11:41
Subject:
Message Text:    Oiga como ve con ese perro malo
Translation:        Sir, what do you think about that bad dog?
SB:        E. Flores

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:          661463041
Message Direction:              Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sat, 10 Dec 2016 05:24:49
Subject:
Message Text:      Con quien
Translation:       With whom?
SB:        E. Flores

Message ID:661463077
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:28:27
Subject:
Message Text:      Epp
Translation:       Hey...
SB:        E. Flores

Message ID:-1939366845
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:31:38
Subject:
Message Text:      Pues
Translation:       Well...
SB:        E. Flores

Message ID:-1939366843
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:31:41
Subject:
Message Text:      El fausto
Translation:       Fausto
SB:        E. Flores

Message ID:-1939366840
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:31:44
Subject:
Message Text:      Perro culero
Translation:       Fucking dog
SB:        E. Flores

Message ID:-1939366837
Message Direction:              Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:31:48
Subject:
Message Text:      Ese querÃa que entrarÃ¡
Translation:       He wanted for Rene...
SB:        E. Flores

Message ID:-1939366834
Message Direction:              Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 10 Dec 2016 05:31:49

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:    El rene
Translation:     Rene
SB:              E. Flores/ECastillo

Message ID:-1939366831
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:31:52
Subject:
Message Text:    La neta se la mamÃ¡
Translation:     Honestly he's an asshole
SB:              E. Flores

Message ID:661463169
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:32:08
Subject:
Message Text:    Sii eso es
Translation:     Yes, it's true
SB:              E. Flores

Message ID:661463172
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:32:11
Subject:
Message Text:    Pero se la pelo
Translation:     But he went over the limits
SB:              E. Flores

Message ID:       661463175
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:32:20
Subject:
Message Text:    Nosotros somos cabrones y inteligentes
Translation:     We are badass and smart
SB:              E. Flores

Message ID:       661463178
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:32:25
Subject:
Message Text:    Cosa q pocos tienen
Translation:     Thing that not many people are
SB:              E. Flores

Message ID:       661463181
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sat, 10 Dec 2016 05:32:43
Subject:
Message Text:    Digales a todos apoco creen q vamos subiendo por q somos pendejos
Translation:     Tell everybody, do they really think that we are going up because we're stupid?
SB:              E. Flores

Message ID:       661463184
Message Direction:        Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:32:58
Subject:
Message Text:    Pocos tienen la capacidad q traemos nosotros
Translation:     Just a few have the capacity that we have
SB:        E. Flores

Message ID:        661463187
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:33:08
Subject:
Message Text:    Y ese fausto no lo quiero ver en mi vida
Translation:     And that Fausto, I don't want to see him ever again
SB:        E. Flores

Message ID:        661463190
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:33:11
Subject:
Message Text:    Porq lo voy a matar
Translation:     Because I'm going to kill  him
SB:        E. Flores

Message ID:-1939366823
Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 10 Dec 2016 05:34:36
Subject:
Message Text:    AsÄ ese ay que matarlo
Translation:     Right on, we have to kill him
SB:        E. Flores

Message ID:-1939366820
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:34:36
Subject:
Message Text:    Ala verga
Translation:     Fuck it
SB:        E. Flores

Message ID:-1939366817
Message Direction:        Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:34:36
Subject:
Message Text:    La neta
Translation:     Honestly
SB:        E. Flores

Message ID:-1939366814
Message Direction:        Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 10 Dec 2016 05:34:38
Subject:
Message Text:    Por perro
Translation:     For being a dog
SB:        E. Flores

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:         661463207
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Sat, 10 Dec 2016 05:34:39
Subject:
Message Text:    Y alfredito vamos a ver si lo podemos ayudar
Translation:     And let's see if we can help Alfredito
SB:      E. Flores

Message ID:         661463210
Message Direction:          Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Sat, 10 Dec 2016 05:34:52
Subject:
Message Text:    Le diremos al amigo de maza y al tÁo y padrino
Translation:     We're going to tell the guy from Maza and Padrino's uncle
SB:      E. Flores

Message ID:         661463213
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR <2B265027>
Date:    Sat, 10 Dec 2016 05:35:07
Subject:
Message Text:    A ver si no le echan mucha bronca y salga el loco
Translation:     Let's see if they don't make a big deal and he can't go out.
SB:      E. Flores

Message ID:         -1939366809
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sat, 10 Dec 2016 05:35:08
Subject:
Message Text:    A oiga el tÁo me tiro que la persona
Translation:     Oh sir, the uncle told me that the person...
SB:      E. Flores

Message ID:         -1939366806
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sat, 10 Dec 2016 05:35:08
Subject:
Message Text:    No puede
Translation:     Can't..
SB:      E. Flores

Message ID: -1939366802
Message Direction:          Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sat, 10 Dec 2016 05:35:09
Subject:
Message Text:    Esperar
Translation:     Wait
SB:      E. Flores

Message ID:         661463219
Message Direction:          Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR <2b265027>
Date:    Sat, 10 Dec 2016 05:35:14
Subject:

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:    Le debo un favor al morro yo digales
Translation:     Tell them that I owe the guy a favor
SB:              E. Flores

Message ID:      -1939366799
Message Direction:        Outgoing
To:              THOR <2b265027>
From:            SUPERMAN <2C2D0A02>
Date:            Sat, 10 Dec 2016 05:35:15
Subject:
Message Text:    Que estarÃ¡ de 5 en
Translation:     That he would be there from 5...
SB:              E. Flores

Message ID:-1939366795
Message Direction:        Outgoing
To:              THOR <2b265027>
From:            SUPERMAN <2C2D0A02>
Date:            Sat, 10 Dec 2016 05:35:16
Subject:
Message Text:    Adelante
Translation:     On...
SB:              E. Flores

Message ID:-1939366792
Message Direction:        Incoming
To:              THOR <2b265027>;
From:            SUPERMAN <2c2d0a02>
Date:            Sat, 10 Dec 2016 05:35:18
Subject:
Message Text:    De la maÃ±ana
Translation:     In the morning
SB:              E. Flores

Message ID:-1939366789
Message Direction:        Outgoing
To:              THOR <2b265027>
From:            SUPERMAN <2C2D0A02>
Date:            Sat, 10 Dec 2016 05:35:21
Subject:
Message Text:    A pues
Translation:     Oh well...
SB:              E. Flores

Message ID:-1939366786
Message Direction:        Outgoing
To:              THOR <2b265027>
From:            SUPERMAN <2C2D0A02>
Date:            Sat, 10 Dec 2016 05:35:23
Subject:
Message Text:    Si quiere
Translation:     If you want...
SB:              E. Flores

Message ID:-1939366783
Message Direction:        Outgoing
To:              THOR <2b265027>
From:            SUPERMAN <2C2D0A02>
Date:            Sat, 10 Dec 2016 05:35:24
Subject:
Message Text:    Le digo
Translation:     I tell him...
SB:              E. Flores

Message ID:-1939366780
Message Direction:        Outgoing
To:              THOR <2b265027>

SHARED PURSUANT ORDER - NOT FOR FURTHER DISTRIBUTION

From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 05:35:27
Subject:
Message Text:      Que nos ayude
Translation:        To help us out...
SB:         E. Flores

Message ID:661463225
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sat, 10 Dec 2016 05:35:33
Subject:
Message Text:      A ver q le dicen
Translation:        Let's see what they say
SB:         E. Flores

Message ID:661463228
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sat, 10 Dec 2016 05:35:35
Subject:
Message Text:      Pregunteles
Translation:        Ask them
SB:         E. Flores

Message ID:-1939366776
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 05:35:57
Subject:
Message Text:      ok oiga
Translation:        Okay sir
SB:         E. Flores

Message ID:-1939366773
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 05:35:59
Subject:
Message Text:      Al hijo
Translation:        Mochomo's
SB:         E. Flores

Message ID:-1939366770
Message Direction:          Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 05:36:01
Subject:
Message Text:      Del mochomo
Translation:        Son
SB:         E. Flores

Message ID:-1939366767
Message Direction:          Incoming
To:         THOR <2b265027>;
From:       SUPERMAN <2c2d0a02>
Date:       Sat, 10 Dec 2016 05:36:02
Subject:
Message Text:      Verdad
Translation:        Should I...
SB:         E. Flores

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939366764
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:36:20
Subject:
Message Text:      Que le digo al tÃo de lo de el
Translation:       Tell the uncle about him?
SB:        E. Flores

Message ID:        661463258
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:38:06
Subject:
Message Text:      Sii digale
Translation:       Yes, tell him
SB:        E. Flores

Message ID:        661463261
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:38:13
Subject:
Message Text:      Q que se puede hacer por el chabalo ese
Translation:       What can we do for that guy
SB:        E. Flores

Message ID:        661463264
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 05:38:18
Subject:
Message Text:      Y dÃgale al de maza tambien
Translation:       And also tell the one from Maza
SB:        E. Flores

Message ID:        -1939366761
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 05:41:11
Subject:
Message Text:      Ok aquÃ le digo
Translation:       Okay, I'll tell him here
SB:        E. Flores

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:        -1939366755
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:07:59
Subject:
Message Text:      Ok oiga me estÃ¡n checando pero
Translation:       Okay, sir, they are checking but...
SB:        E. Flores

Message ID:        -1939366752
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:08:04
Subject:
Message Text:      Dicen que ya se iso pÃºblico
Translation:       They say that it is public already...
SB:        E. Flores

Message ID:        -1939366749
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:08:08
Subject:
Message Text:      Que lo mÃ¡s seguro
Translation:       That more than likely...
SB:        E. Flores

Message ID:-1939366746
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:08:17
Subject:
Message Text:      Que le eche arregle
Translation:       To fix it...
SB:        E. Flores

Message ID:-1939366743
Message Direction:          Incoming
To:        THOR <2b265027>
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 10 Dec 2016 06:08:20
Subject:
Message Text:      Todo pasando enero
Translation:       everything after January
SB:        E. Flores

Message ID: 1939366740
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:08:22
Subject:
Message Text:      Eso me dijo
Translation:       That is what he told me...
SB:        E. Flores

Message ID:-1939366737
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:08:24

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      El encargado
Translation:       the one charge....
SB:      E. Flores

Message ID:-1939366734
Message Direction:              Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sat, 10 Dec 2016 06:08:27
Subject:
Message Text:      Del ojo jalado
Translation:       the slanted eye one...
SB:      E. Flores

Message ID:-1939366731
Message Direction:              Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sat, 10 Dec 2016 06:08:32
Subject:
Message Text:      Que por que no le dijo
Translation:       that because you didn't tell him..
SB:      E. Flores

Message ID:-1939366728
Message Direction:              Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sat, 10 Dec 2016 06:08:34
Subject:
Message Text:      En el momento
Translation:       right then and there...
SB:      E. Flores

Message ID:-1939366725
Message Direction:              Outgoing
To:      THOR <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sat, 10 Dec 2016 06:08:39
Subject:
Message Text:      Antes que lo presentarAj
Translation:       before it was public...
SB:      E. Flores

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:        661463629
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 06:09:03
Subject:
Message Text:     No me enteré asta ase rato
Translation:      It was not until a while ago when I was aware of it
SB:        E. Flores

Message ID:        661463632
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 06:09:07
Subject:
Message Text:     Por eso no hable
Translation:      That's why I didn't call
SB:        E. Flores

Message ID:        -1939366720
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:09:25
Subject:
Message Text:     Dicen que ahorita en una hora
Translation:      I was told that right now, in one hour...
SB:        E. Flores

Message ID:        -1939366717
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:09:29
Subject:
Message Text:     A ver que se puede
Translation:      And let's see what can be...
SB:        E. Flores

Message ID:-1939366714
Message Direction:           Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 06:09:32
Subject:
Message Text:     Hacer
Translation:      done
SB:        E. Flores

Message ID:661463686
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 06:20:50
Subject:
Message Text:     Ojala
Translation:      Hopefully
SB:        E. Flores

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:      -1939366474
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:27:51
Subject:
Message Text:    Buenos dÃas viejo hermoso
Translation:     [Social Conversation]
B:       EPellecier

Message ID:      -1939366471
Message Direction:         Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:27:51
Subject:
Message Text:    A las 2 llegan las personas
Translation:     The people arrive at 2
B:       EPellecier

Message ID:      661464057
Message Direction:         Incoming
To:       SUPERMAN <2c2d0a02>;
From:     THOR <2b265027>
Date:     Sat, 10 Dec 2016 18:28:46
Subject:
Message Text:    (0.0)
Translation:     (0.0)
B:       EPellecier

Message ID:      661464060
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sat, 10 Dec 2016 18:28:57
Subject:
Message Text:    AquÃ voy abriendo mis bellos ojos azules
Translation:     [Social Conversation]
B:       EPellecier

Message ID:      661464063
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sat, 10 Dec 2016 18:29:08
Subject:
Message Text:    Viejo guango
Translation:     [Social Conversation]
B:       EPellecier

Message ID:      661464066
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sat, 10 Dec 2016 18:29:26
Subject:
Message Text:    Pero alas 2 estarÃ© listo baÃ±ado y perjumaooooo
Translation:     [Social Conversation]
B:       EPellecier

Message ID:      661464069
Message Direction:         Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR <2B265027>
Date:     Sat, 10 Dec 2016 18:29:29

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION



Subject:
Message Text:      =-D
Translation:       [Social Conversation]
B:                 EPellecier

Message ID:        661464072
Message Direction:              Outgoing
To:                SUPERMAN <2c2d0a02>
From:              THOR <2B265027>
Date:              Sat, 10 Dec 2016 18:29:33
Subject:
Message Text:      Vuejo chulo
Translation:       [Social Conversation]
B:                 EPellecier

Message ID:        -1939366464
Message Direction:              Outgoing
To:                THOR <2b265027>
From:              SUPERMAN <2C2D0A02>
Date:              Sat, 10 Dec 2016 18:29:50
Subject:
Message Text:      Jajajajajajajaja ok yo igual
Translation:       [Social Conversation]
B:                 EPellecier

Message ID:        661464104
Message Direction:              Outgoing
To:                SUPERMAN <2c2d0a02>
From:              THOR <2B265027>
Date:              Sat, 10 Dec 2016 18:31:46
Subject:
Message Text:      Ya no le dijo nada el amigo
Translation:       Has the friend told you anything?
B:                 EPellecier

Message ID:        661464107
Message Direction:              Outgoing
To:                SUPERMAN <2c2d0a02>
From:              THOR <2B265027>
Date:              Sat, 10 Dec 2016 18:31:51
Subject:
Message Text:      De los ojitos jalados
Translation:       The one with slanted eyes
B:                 EPellecier

Message ID:        661464110
Message Direction:              Outgoing
To:                SUPERMAN <2c2d0a02>
From:              THOR <2B265027>
Date:              Sat, 10 Dec 2016 18:32:08
Subject:
Message Text:      Ya ve q me dijo q en una hora verÃan q se podÃa hacer
Translation:       See that he told me that in an hour we would see that it can be done
B:                 EPellecier

Message ID:        -1939366450
Message Direction:              Outgoing
To:                THOR <2b265027>
From:              SUPERMAN <2C2D0A02>
Date:              Sat, 10 Dec 2016 18:32:37
Subject:
Message Text:      No me hablo ya tardeson
Translation:       He then called me late
B:                 EPellecier

Message ID:        -1939366447
Message Direction:              Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:32:42
Subject:
Message Text:     Me dijo que para el lunes
Translation:      He told me that for Monday
B:          EPellecier


Message ID:       -1939366444
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:32:48
Subject:
Message Text:     Que se podÃa hacer
Translation:      That it can be done
B:          EPellecier


Message ID:       -1939366441
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:32:55
Subject:
Message Text:     Pero que si nos van a echar la mano
Translation:      But that they are going to give us a hand
B:          EPellecier


Message ID:       -1939366438
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:33:01
Subject:
Message Text:     TambiÃ©n me dijo...
Translation:      He also told me...
B:          EPellecier


Message ID:       -1939366435
Message Direction:          Incoming
To:          THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sat, 10 Dec 2016 18:33:09
Subject:
Message Text:     Que le iva a mandar un nÃºmero de telefono
Translation:      ... that he was going to send a telephone number
B:          EPellecier


Message ID:       -1939366432
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:33:16
Subject:
Message Text:     Al licenciado de ellos
Translation:      to their Attorney...
B:          EPellecier


Message ID:       -1939366429
Message Direction:          Outgoing
To:          THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:33:25
Subject:
Message Text:     Para que vaya ajilisando eso
Translation:      ... so that he can start getting that ready
B:          EPellecier
```

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000648

652

Message ID:        -1939366426
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 18:33:40
Subject:
Message Text:      Y me dijo no que no tenÁamos relaciÁ²n con los beltranes
Translation:       And he told me that he did not have relations with the Beltranes...
B:         EPellecier

Message ID:        661464123
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 18:33:41
Subject:
Message Text:      Andele ellos pondrÁ¡n un lic,
Translation:       all right, they got an Attorney?
B:         EPellecier

Message ID:        -1939366422
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 18:33:45
Subject:
Message Text:      Me pregunto el padrino
Translation:       Padrino asked me
B:         EPellecier

Message ID:        661464128
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 18:33:49
Subject:
Message Text:      Y nos darÁ¡n el numero
Translation:       and they would give us the number
B:         EPellecier

Message ID:        661464132
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 18:34:52
Subject:
Message Text:      Nooo ese morro dÁgale q una ves me hizo un favor y me buscaron los primos del detenido q si les
echaba la manoo y les dije q iva a ver q se podÁa hacer
Translation:       No tell him that dude one day did me a favor and the cousins of the detained looked for me to help them
out and I told them that I would see what I can do.
B:         EPellecier

Message ID:        -1939366416
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 18:35:16
Subject:
Message Text:      Yo le dije
Translation:       I told him...
B:         EPellecier

Message ID:        -1939366413
Message Direction:          Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>

SHARED PURSUANT TO A PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Date:       Sat, 10 Dec 2016 18:35:22
Subject:
Message Text:       Que lo iva a ver aora yo a usted
Translation:        ... that I was going to see you...
B:      EPellecier

Message ID:       -1939366410
Message Direction:        Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:35:27
Subject:
Message Text:       Y le iva a preguntar a usted
Translation:        ... and I was going to ask you.
B:      EPellecier

Message ID:       661464139
Message Direction:        Outgoing
To:       SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sat, 10 Dec 2016 18:35:34
Subject:
Message Text:       Pero los primos no son nadie son hijos de una hermana de don Arturo ellos ya no son nada en esa mafia q se decÃan beltranes
Translation:        But the cousins are no bodies.  They are the children of Don Arturo's sister.  They no longer anyone.  It's the Mafia that was called Beltranes.
B:      EPellecier

Message ID:       -1939366406
Message Direction:        Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:35:42
Subject:
Message Text:       Y el amigo de los ojos jalados dijo que a fuerza ocupaban
Translation:        And the friend with slanted eyes said that he badly needed
B:      EPellecier

Message ID:       -1939366403
Message Direction:        Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:35:45
Subject:
Message Text:       Un licenciado
Translation:        An attorney
B:      EPellecier

Message ID:       -1939366400
Message Direction:        Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:35:52
Subject:
Message Text:       Para que no se vea la cosa tan descarada
Translation:        So that things don't look so  shameless
B:      EPellecier

Message ID:       -1939366397
Message Direction:        Outgoing
To:       THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:35:59
Subject:
Message Text:       Que eso era en el cateo en el momento
Translation:        That was what he was able to mark at the moment.
B:      EPellecier

SHARED BY COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:          661464144
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:36:15
Subject:
Message Text:          AsÃ es
Translation:          That how it is.
B:          EPellecier

Message ID:          661464147
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:36:23
Subject:
Message Text:          Pero como no tengo lÃnea con ellos
Translation:          But since I don't have a line with them
B:          EPellecier

Message ID:          661464150
Message Direction:          Outgoing
To:          SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:36:34
Subject:
Message Text:          Me buscaron por medio de mucha gente digale
Translation:          Tell him that they looked for me by means of a lot of people
B:          EPellecier

Message ID:          661464153
Message Direction:          Incoming
To:          SUPERMAN <2c2d0a02>;
From:          THOR <2b265027>
Date:          Sat, 10 Dec 2016 18:36:44
Subject:
Message Text:          Asta q saliÃ³ en las noticias nos enteramos nosotros
Translation:          We came to know about it when it came out on the news
B:          EPellecier

Message ID:          -1939366392
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sat, 10 Dec 2016 18:37:13
Subject:
Message Text:          A bueno aquÃ le pongo
Translation:          Oh all right, I will put it on
B:          EPellecier

Message ID:          -1939366389
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sat, 10 Dec 2016 18:37:18
Subject:
Message Text:          Todo eso orita en corto
Translation:          In short all of that now...
B:          EPellecier

Message ID:          -1939366386
Message Direction:          Outgoing
To:          THOR <2b265027>
From:          SUPERMAN <2C2D0A02>
Date:          Sat, 10 Dec 2016 18:37:23
Subject:

SHARED - PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:   Quedo de hablarme a las 8 de la noche
Translation:    he was to call me at 8 at night
B:      EPellecier

Message ID:     -1939366383
Message Direction:      Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Sat, 10 Dec 2016 18:37:27
Subject:
Message Text:   Para armar todo el pero
Translation:    to get whole thing ready...
B:      EPellecier

Message ID:     -1939366380
Message Direction:      Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Sat, 10 Dec 2016 18:37:28
Subject:
Message Text:   Pedo
Translation:    ready
B:      EPellecier

Message ID:     661464160
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>
From:   THOR <2B265027>
Date:   Sat, 10 Dec 2016 18:37:35
Subject:
Message Text:   Ok fierro
Translation:    Okay, all right
B:      EPellecier

Message ID:     -1939366376
Message Direction:      Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Sat, 10 Dec 2016 18:37:50
Subject:
Message Text:   Pero que tuvieran el licenciado a fuerzas
Translation:    But to have the Attorney for sure...
B:      EPellecier

Message ID:     -1939366373
Message Direction:      Incoming
To:     THOR <2b265027>
From:   SUPERMAN <2c2d0a02>
Date:   Sat, 10 Dec 2016 18:37:55
Subject:
Message Text:   Para acomodarnos bien para
Translation:    So that we can situate ourselves well to...
B:      EPellecier

Message ID:     -1939366370
Message Direction:      Outgoing
To:     THOR <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Sat, 10 Dec 2016 18:38:01
Subject:
Message Text:   Turmarle todas las broncas
Translation:    put up with all their issues.
B:      EPellecier

Message ID:     661464167
Message Direction:      Outgoing
To:     SUPERMAN <2c2d0a02>

SHARED PURSUANT TO ORDER - NOT FOR FURTHER DISTRIBUTION

From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:38:02
Subject:
Message Text:  Pero ellos nos daran
Translation:   But they're not going to give...
B:             EPellecier


Message ID:    661464170
Message Direction:          Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:38:04
Subject:
Message Text:  El numero
Translation:   the number...
B:             EPellecier


Message ID:    661464173
Message Direction:          Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:38:08
Subject:
Message Text:  Del lic,
Translation:   of the Attorney...
B:             EPellecier


Message ID:    661464176
Message Direction:          Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:38:11
Subject:
Message Text:  De ellos
Translation:   ... of theirs...
B:             EPellecier


Message ID:    661464179
Message Direction:          Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:38:15
Subject:
Message Text:  Para hablar nosotros con el
Translation:   So that we can talk with him.
B:             EPellecier


Message ID:    661464182
Message Direction:          Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:38:19
Subject:
Message Text:  Así le entendi
Translation:   It's what I understood.
B:             EPellecier


Message ID:    661464185
Message Direction:          Outgoing
To:            SUPERMAN <2c2d0a02>
From:          THOR <2B265027>
Date:          Sat, 10 Dec 2016 18:38:41
Subject:
Message Text:  O el detenido q ponga al Lic, q el quiera
Translation:   Or that the detained to get his own Attorney, that he wants.
B:             EPellecier

SHARED UNDER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:      661464215
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sat, 10 Dec 2016 18:40:39
Subject:
Message Text:      Jajajaja esta cogiendo
Translation:       [Social conversation]
SB:        mdelacruz

Message ID:      661464218
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 18:40:43
Subject:
Message Text:      O anda en el gym
Translation:       [Social conversation]
SB:        mdelacruz

Message ID:      -1939366341
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 18:41:30
Subject:
Message Text:      Estoy esperando amis hijas
Translation:       [Social conversation]
SB:        mdelacruz

Message ID:      -1939366338
Message Direction:         Outgoing
To:        THOR <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Sat, 10 Dec 2016 18:41:36
Subject:
Message Text:      Nada mÂ¡s por que ellas tambiÂ©n viene
Translation:       [Social conversation]
SB:        mdelacruz

Message ID:      -1939366335
Message Direction:         Incoming
To:        THOR <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Sat, 10 Dec 2016 18:41:41
Subject:
Message Text:      La de 14 y la de 18
Translation:       [Social conversation]
SB:        mdelacruz

Message ID:      661464237
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR <2B265027>
Date:      Sat, 10 Dec 2016 18:42:11
Subject:
Message Text:      Jajajajajaja
Translation:       [Social conversation]
SB:        mdelacruz

Message ID:      661464240
Message Direction:         Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR <2b265027>
Date:      Sat, 10 Dec 2016 18:42:21

SHARED UNDER OUR ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:     Es un tigreeee en la cama o qq
Transaltion:          [Social conversation]
SB:       mdelacruz

Message ID:        -1939366332
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:42:47
Subject:
Message Text:     Jajajajaja nombre
Transaltion:          [Social conversation]
SB:       mdelacruz

Message ID:        -1939366330
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:42:49
Subject:
Message Text:     Jajajajaja
Transaltion:          [Social conversation]
SB:       mdelacruz

Message ID:        -1939366327
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:42:53
Subject:
Message Text:     Pero si me aviento
Transaltion:          [Social conversation]
SB:       mdelacruz

Message ID:        -1939366324
Message Direction:        Incoming
To:       THOR <2b265027>:
From:     SUPERMAN <2c2d0a02>
Date:     Sat, 10 Dec 2016 18:42:57
Subject:
Message Text:     Las maniacada que me e
Transaltion:          [Social conversation]
SB:       mdelacruz

Message ID:        -1939366321
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:43:00
Subject:
Message Text:     EnseÃ±a
Transaltion:          [Social conversation]
SB:       mdelacruz

Message ID:        -1939366318
Message Direction:        Outgoing
To:       THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:43:02
Subject:
Message Text:     Usted
Transaltion:          [Social conversation]
SB:       mdelacruz

Message ID:        -1939366315
Message Direction:        Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

USDOJ-EDNY0000000656

To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:43:10
Subject:
Message Text:    Oiga pues va a yudar a este muchacho
Transaltion:     Sir, are you going to help this guy--
SB:         mdelacruz

Message ID:      -1939366312
Message Direction:       Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:43:12
Subject:
Message Text:    Entonces
Transaltion:         then?
SB:         mdelacruz

Message ID:      -1939366309
Message Direction:       Outgoing
To:         THOR <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sat, 10 Dec 2016 18:43:19
Subject:
Message Text:    Pobre cabron
Transaltion:         Poor bastard
SB:         mdelacruz

Message ID:      -1939366306
Message Direction:       Incoming
To:         THOR <2b265027>;
From:       SUPERMAN <2c2d0a02>
Date:       Sat, 10 Dec 2016 18:43:21
Subject:
Message Text:    La verdad
Transaltion:         Honestly.
SB:         mdelacruz

Message ID:      661464251
Message Direction:       Incoming
To:         SUPERMAN <2c2d0a02>;
From:       THOR <2b265027>
Date:       Sat, 10 Dec 2016 18:43:46
Subject:
Message Text:    Si vamos ayudarlo
Transaltion:         We are going to help him.
SB:         mdelacruz

Message ID:      661464254
Message Direction:       Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sat, 10 Dec 2016 18:43:57
Subject:
Message Text:    No mÃ¡s para demostrar q tenemos poder
Transaltion:         Just to demostarte that we have power.
SB:         mdelacruz

Message ID:      661464257
Message Direction:       Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR <2B265027>
Date:       Sat, 10 Dec 2016 18:44:10
Subject:
Message Text:    Y aparte le debo un favor al morro yo
Translation:         And besides I owe the guy a favor.
SB:         mdelacruz

SHARED PURSUANT TO COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939366301
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:44:46
Subject:
Message Text:        No estÁ¡ bien la verdad
Translation:        No, that's fine. Honestly.
SB:        mdelacruz

Message ID:        -1939366298
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:44:58
Subject:
Message Text:        Si pues ayudelos
Translation:        Yes well, help them out.
SB:        mdelacruz

Message ID:        -1939366295
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sat, 10 Dec 2016 18:45:01
Subject:
Message Text:        Al loco
Translation:        The fool.
SB:        mdelacruz

Message ID:        -1939366292
Message Direction:        Incoming
To:        THOR <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sat, 10 Dec 2016 18:45:12
Subject:
Message Text:        Pero lo pponen
Translation:        But they put him--
SB:        mdelacruz

Message ID:        -1939366289
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:45:16
Subject:
Message Text:        Como un pesado
Translation:        like a heavy/heavy weight.
SB:        mdelacruz

Message ID:        -1939366286
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:45:23
Subject:
Message Text:        Al loko nada mÃ¡s por que usted me lo dice
Translation:        The fool. Only because you are telling me.
SB:        mdelacruz

Message ID:        -1939366283
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:45:28
Subject:

SHARED - FOR COUNT OR R - NOT FOR FURTHER DISTRIBUTION

Message Text:   Que nada que ver por que la neta
Translation:        That nothing to do with it because honestly--
SB:        mdelacruz

Message ID:        -1939366280
Message Direction:        Outgoing
To:        THOR <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sat, 10 Dec 2016 18:45:34
Subject:
Message Text:        Veo las noticias y les creo
Translation:        I see the news and I believe them.
SB:        mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:     Que nada que ver por que la neta
Translation:        That nothing to do with it because honestly--
SB:      mdelacruz

Message ID:      -1939366280
Message Direction:        Outgoing
To:      THOR <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sat, 10 Dec 2016 18:45:34
Subject:
Message Text:     Veo las noticias y les creo
Translation:        I see the news and I believe them.
SB:      mdelacruz

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C1968CA
Notified Pin(s):  2c248790

Date:        Fri, 16 Dec 2016 22:32:35
Direction:    Outgoing
File Name:    ..\PIN_2c248790_im_20161217000422369\IMG_20161215_195750-1.jpg



*#3639310 – Sent by Batman*

*This is what is going to happen to all the kidnappers, extortionists, rapists and thieves.  These are your people Eulaquio Vargas Garay, Saul Loya and Panu.  Panu, you came to visit us and gave your word and did not come through.  But we are here with the permission of the man from the 5th [Fifth] month.*

*ATTE: La Nueva Alianza H's and M's.*

*SB: CMendoza*

USDOJ-EDNY0000000660

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| UpdatedPin: | 2bee56f1 |
| Notified Pin(s): | 2c248790 |

| | |
|---|---|
| Date: | Sat, 17 Dec 2016 03:31:36 |
| Direction: | Incoming |
| File Name: | ..\PIN_2c248790_im_20161217033626556\IMG_20161216_213032-1.jpg |



*#3640214 – Sent by*

- *Hey*
- *What's up*
- *How are you*
- *Give me your pin*
- *They want to talk to you*
  - *Okay*
  - *D1AF7B09*

*SB: CMendoza*

USDOJ-EDNY0000000661

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  58e99993
**Notified Pin(s):**  2c2d0a02

**Date:**  Sat, 17 Dec 2016 16:20:04
**Direction:**  Incoming
**File Name:**  ..\PIN_2c2d0a02_im_2016121716334820\20161217_090934-0.jpg



#3642278 – Sent by

USDOJ-EDNY0000000662

667

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| **UpdatedPin:** | 58e99993 |
| **Notified Pin(s):** | 2c2d0a02 |
| **Date:** | Sat, 17 Dec 2016 20:55:09 |
| **Direction:** | Incoming |
| **File Name:** | ..\PIN_2c2d0a02_im_2016121721010752\20161217_135335-0.jpg |



*#3645618 – Sent by BRAD*

USDOJ-EDNY0000000663

668

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 5564ba26
**Notified Pin(s):** 2c2d0a02

**Date:** Sat, 17 Dec 2016 20:59:38
**Direction:** Incoming
**File Name:** ..\PIN_2c2d0a02_im_20161217210107522\IMG_20161217_145924-0.jpg



#3645620 – Sent by Council service corporation

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2bf2b774
**Notified Pin(s):** 2c2d0a02

**Date:** Sat, 17 Dec 2016 23:03:19
**Direction:** Incoming
**File Name:** ..\PIN_2c2d0a02_im_20161217230853818\IMG_20161217_160647-1.jpg



*#3645523 – Sent by*

USDOJ-EDNY0000000665

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2c2d0a02
**Notified Pin(s):**  2b265027

**Date:**       Sat, 17 Dec 2016 23:53:12
**Direction:**  Incoming
**File Name:**  ..\PIN_2c2d0a02_im_20161218004231904\IMG_20161217_161626-0.jpg



*#3649235 – sent to Thor*

USDOJ-EDNY0000000666

671

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2C1968CA
**Notified Pin(s):** 2c2d0a02

**Date:**        Sun, 18 Dec 2016 00:37:35
**Direction:**   Outgoing
**File Name:**   ..\PIN_2c2d0a02_im_20161218004231904\20161217_173617-1.jpg



*#3649240 – Sent by Batman*

USDOJ-EDNY0000000667

672

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    335A517C
Notified Pin(s):  2c2d0a02

Date:          Sun, 18 Dec 2016 00:39:19
Direction:      Outgoing
File Name:    ..\PIN_2c2d0a02_im_20161218004231904\IMG-20161217-WA0025-1.jpg



*#3649243 – Sent by*

USDOJ-EDNY0000000668

673

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     335A517C
Notified Pin(s): 2c2d0a02

Date:          Sun, 18 Dec 2016 00:39:27
Direction:     Outgoing
File Name:     ..\PIN_2c2d0a02_im_20161218004231904\IMG-20161217-WA0024-0.jpg



#3649245 – Sent by

USDOJ-EDNY0000000669



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  2C1968CA
**Notified Pin(s):**  2c2d0a02

**Date:**          Sun, 18 Dec 2016 00:48:23
**Direction:**     Outgoing
**File Name:**     ..\PIN_2c2d0a02_im_20161218010252424\IMG_20161217_174714-1.jpg



#3649195 – Sent by

USDOJ-EDNY0000000670



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2C1968CA
Notified Pin(s): 2c2d0a02

Date:          Sun, 18 Dec 2016 00:49:53
Direction:     Outgoing
File Name:    ..\PIN_2c2d0a02_im_2016121801025242\IMG_20161217_174813-1.jpg



*#3649199 – Sent by Batman*

USDOJ-EDNY0000000671

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2BE56613
**Notified Pin(s):** 2c2d0a02

**Date:** Sun, 18 Dec 2016 02:25:33
**Direction:** Outgoing
**File Name:** ..\PIN_2c2d0a02_im_20161218022724204\IMG_20160925_092229-1.jpg



*#3649163 – Sent by*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:     2BE56613
Notified Pin(s): 2c2d0a02

Date:           Sun, 18 Dec 2016 02:27:12
Direction:      Outgoing
File Name:      ..\PIN_2c2d0a02_im_20161218022724204\IMG_20160925_092226-1.jpg



*#3649167 – Sent by*

USDOJ-EDNY0000000673

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C1968CA
Notified Pin(s): 2c2d0a02

Date:          Sun, 18 Dec 2016 04:10:34
Direction:     Outgoing
File Name:     ..\PIN_2c2d0a02_im_20161218041958579\IMG_20161217_210850-1.jpg



*#3649963 – Sent by Batman*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C1968CA
**Notified Pin(s):** 2c2d0a02

**Date:**   Sun, 18 Dec 2016 05:51:41
**Direction:**   Outgoing
**File Name:**   ..\PIN_2c2d0a02_im_2016121805585852651\IMG_20161217_234327-1.jpg



*#3649933 – Sent by Batman*

*This is what is going to happen to all the kidnappers, extortionist, rapists and the ones that are collecting money from business owners and all the ones who work for LACO.  Eulaquio Vargas Garay, Saul Loya and for you, Pano, who went to visit us.  You gave your word that you were going to going to get away and yet you have not done it.  You have your people here and they will run the same destiny.*
*To the people we ask that you do not be afraid, this is a war between cartels.*
*Atte: La Nueva Alianza/The New Alliance.*

*SB: CMendoza*

USDOJ-EDNY0000000675

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:       661477019
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:     Sun, 18 Dec 2016 06:01:07
Subject:
Message Text:     Nueva alianza
Translation:      The New Alliance
SB:       MPorta

Message ID:       661477022
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:     Sun, 18 Dec 2016 06:01:20
Subject:
Message Text:     H.s y M.s
Translation:      H.s and M.s
SB:       MPorta

Message ID:       661477025
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:     Sun, 18 Dec 2016 06:01:30
Subject:
Message Text:     AsÁ pusieron Porq no se alcanza a ver
Translation:      Did they put that, because you can't see it?
SB:       MPorta

Message ID:       -1939358949
Message Direction:          Outgoing
To:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:     SUPERMAN <2C2D0A02>
Date:     Sun, 18 Dec 2016 06:02:05
Subject:
Message Text:     Si dice
Translation:      Yes...
SB:       MPorta

Message ID:       -1939358946
Message Direction:          Incoming
To:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>;
From:     SUPERMAN <2c2d0a02>
Date:     Sun, 18 Dec 2016 06:02:08
Subject:
Message Text:     Martin que si
Translation:      Martin says yes.
SB:       MPorta

Message ID:       661477028
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:     Sun, 18 Dec 2016 06:02:17
Subject:
Message Text:     Ok
Translation:      Okay
SB:       MPorta

Message ID:       661477031
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:     Sun, 18 Dec 2016 06:02:25

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Subject:
Message Text:      Fierro
Translation:       Right on.
SB:      MPorta

Message ID:        661477034
Message Direction:          Incoming
To:      SUPERMAN <2c2d0a02>;
From:    THOR=-}&lt; =-}&lt; =-}&lt; =-}&lt; =-}&lt; <2b265027>
Date:    Sun, 18 Dec 2016 06:02:31
Subject:
Message Text:      No mÃ¡s Porq le echa al panu
Translation:       Only because they blame Panu
SB:      MPorta

Message ID:        661477037
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR=-}&lt; =-}&lt; =-}&lt; =-}&lt; =-}&lt; <2B265027>
Date:    Sun, 18 Dec 2016 06:02:33
Subject:
Message Text:      Jajaja
Translation:       Hahaha
SB:      MPorta

Message ID:        661477040
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR=-}&lt; =-}&lt; =-}&lt; =-}&lt; =-}&lt; <2B265027>
Date:    Sun, 18 Dec 2016 06:02:39
Subject:
Message Text:      Q dirÃ¡ el jotillo ese
Translation:       What would that faggot say.
SB:      MPorta

Message ID:        661477043
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR=-}&lt; =-}&lt; =-}&lt; =-}&lt; =-}&lt; <2B265027>
Date:    Sun, 18 Dec 2016 06:02:46
Subject:
Message Text:      Q le pongan PANU...
Translation:       Have them put "PANU"...
SB:      MPorta

Message ID:        -1939358938
Message Direction:          Outgoing
To:      THOR=-}&lt; =-}&lt; =-}&lt; =-}&lt; =-}&lt; <2b265027>
From:    SUPERMAN <2C2D0A02>
Date:    Sun, 18 Dec 2016 06:02:47
Subject:
Message Text:      Jajajaja si ese relambido se pasÃ³ de verga la neta
Translation:       Hahaha yes, that scumbag crossed the fucken line, for real.
SB:      MPorta

Message ID:        661477047
Message Direction:          Outgoing
To:      SUPERMAN <2c2d0a02>
From:    THOR=-}&lt; =-}&lt; =-}&lt; =-}&lt; =-}&lt; <2B265027>
Date:    Sun, 18 Dec 2016 06:02:50
Subject:
Message Text:      Con mayusculas
Translation:       in capitals...
SB:      MPorta

Message ID:        661477050
Message Direction:          Outgoing

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

```
To:         SUPERMAN <2c2d0a02>
From:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:       Sun, 18 Dec 2016 06:02:53
Subject:
Message Text:    Para q se queme mas
Translation:     so that it burns him more.
SB:         MPorta
```

```
Message ID:      -1939358928
Message Direction:        Outgoing
To:         THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:       SUPERMAN <2C2D0A02>
Date:       Sun, 18 Dec 2016 06:03:34
Subject:
Message Text:    Jajajaja ya estÃ¡ aquÃ digo eso
Translation:     Hahaha Alright, I'll tell them here.
SB:         MPorta
```

```
Message ID:      661477054
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:       Sun, 18 Dec 2016 06:06:31
Subject:
Message Text:    Con este msg ya la gente sabrÃ¡ como esta la cosa
Translation:     With this message the people will now know how things are.
SB:         MPorta
```

```
Message ID:      661477057
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:       Sun, 18 Dec 2016 06:06:35
Subject:
Message Text:    Porq ya ve q dijo el padrino
Translation:     because you know what Padrino said.
SB:         MPorta
```

```
Message ID:      661477060
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:       Sun, 18 Dec 2016 06:06:42
Subject:
Message Text:    Q eso nos puede perjudicar
Translation:     that could hurt us.
SB:         MPorta
```

```
Message ID:      661477063
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:       Sun, 18 Dec 2016 06:07:01
Subject:
Message Text:    Q no mÃ¡s Porq es amigo el si no ya andarian buscando al Mayo aqui
Translation:     And only because he is a friend because if he wasn't they would already be looking for Mayo here.
SB:         MPorta
```

```
Message ID:      661477066
Message Direction:        Outgoing
To:         SUPERMAN <2c2d0a02>
From:       THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:       Sun, 18 Dec 2016 06:07:01
Subject:
Message Text:    =D
Translation:      =D
SB:         MPorta
```

SHARED ONLY - OUT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        661477069
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:        Sun, 18 Dec 2016 06:07:04
Subject:
Message Text:        Seguramente el M
Translation:        For sure, El M...
SB:        MPorta

Message ID:        661477072
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:        Sun, 18 Dec 2016 06:07:13
Subject:
Message Text:        Va a venir tan rÁpido con nosotros
Translation:        will come right away with us.
SB:        MPorta

Message ID:        661477075
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:        Sun, 18 Dec 2016 06:07:49
Subject:
Message Text:        DespuÁ©s de hablar con África y julio ya vemos q dice kin y vemos si seguimos poniendo q somos alianza del M o no
Translation:        After speaking with Africa and Julio we will see what Kin says and we will see if we will keep putting that we are an alliance with El M or not.
SB:        MPorta

Message ID:        -1939358902
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 18 Dec 2016 06:08:11
Subject:
Message Text:        AsÁ es bamos a ver que nos dicen el lunes
Translation:        That's right. We will see what they say on Monday.
SB:        MPorta

Message ID:        -1939358899
Message Direction:        Incoming
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>;
From:        SUPERMAN <2c2d0a02>
Date:        Sun, 18 Dec 2016 06:08:13
Subject:
Message Text:        Viejo
Translation:        Old...
SB:        MPorta

Message ID:        -1939358896
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Sun, 18 Dec 2016 06:08:15
Subject:
Message Text:        Hermoso
Translation:        handsome [man].
SB:        MPorta

Message ID:        661477078
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Date:      Sun, 18 Dec 2016 06:08:58
Subject:
Message Text:     :)
Translation:      :)
SB:       MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**     2C2D0A02
**Notified Pin(s):** 2b265027

**Date:**        Sun, 18 Dec 2016 17:47:59
**Direction:**   Outgoing
**File Name:**   ..\PIN_2c2d0a02_im_20161218175923316\IMG_20161218_114625-1.jpg



*#3653871 – Sent to Thor Zepeda*

- *It s Sunday, he didn't find him, to help me out with 2 only, I am not asking for more, look, well to not worry if he doesn't answer, don't worry, he's here if anything and I hope you enjoy your Christmas with your family and not in the mountains which in fact he already likes, he does not have it due to necessity.*

*SB: CMendoza*

USDOJ-EDNY0000000681

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| UpdatedPin: | 2C2D0A02 |
| Notified Pin(s): | 2b265027 |
| Date: | Sun, 18 Dec 2016 17:48:07 |
| Direction: | Outgoing |
| File Name: | ..\PIN_2c2d0a02_im_20161218175923316\IMG_20161218_114630-1.jpg |



#3653875 – Sent to Thor
- *the mountains which in fact he already likes, he does not have it due to necessity.*
- *Because I am always watching out for him.*

SB: CMendoza

USDOJ-EDNY0000000682

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**      2C2D0A02
**Notified Pin(s):**  2b265027

**Date:**        Sun, 18 Dec 2016 17:55:00
**Direction:**   Outgoing
**File Name:**   ..\PIN_2c2d0a02_im_20161218175923316\IMG_20161218_115441-1.jpg



*#3653879 – Sent to Thor*
*Zepeda*

- *God bless you, thank you.  They will make arrangments there with you for real early and give him my best and to recommend me because the santos/saints don't work for him, tell him that.  Hahaha, without wanting to offending your saint.*

*SB: CMendoza*

USDOJ-EDNY0000000683

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:      2bbfd873
Notified Pin(s):  2c2d0a02

Date:            Sun, 18 Dec 2016 18:18:00
Direction:       Incoming
File Name:       ..\PIN_2c2d0a02_im_20161218182726836\IMG_20161218_121755-1.jpg



#3653845 – Sent by kno

USDOJ-EDNY0000000684

689

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2BE56613
**Notified Pin(s):**  2c2d0a02

**Date:**       Mon, 19 Dec 2016 04:12:05
**Direction:**    Outgoing
**File Name:**    ..\PIN_2c2d0a02_im_20161219042354136\IMG_20161218_210906-1.jpg



*#3655013 – Sent by*

USDOJ-EDNY0000000685

690

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BF2B774

Notified Pin(s): 2c2d0a02

Date:         Mon, 19 Dec 2016 05:08:41

Direction:    Outgoing

File Name:     ..\PIN_2c2d0a02_im_20161219052021045\IMG_20161218_220648-1.jpg



#3655972 – Setn by

USDOJ-EDNY0000000686

#3697627

BlackBerry Messenger Conversation
Conversation ID: MLAIZWJD
Message ID:        -1939331588
Message Direction:          Outgoing
To:       :) <2bbfd8ae>
From:     SUPERMAN <2C2D0A02>
Date:     Tue, 03 Jan 2017 03:47:27
Subject:
Message Text:     Buenas
Translation:       Good...
SB:       MPorta

Message ID:        -1939331586
Message Direction:          Outgoing
To:       :) <2bbfd8ae>
From:     SUPERMAN <2C2D0A02>
Date:     Tue, 03 Jan 2017 03:47:29
Subject:
Message Text:     Noches
Translation:       evening.
SB:       MPorta

Message ID:        -1939331583
Message Direction:          Outgoing
To:       :) <2bbfd8ae>
From:     SUPERMAN <2C2D0A02>
Date:     Tue, 03 Jan 2017 03:47:33
Subject:
Message Text:     Ya el dinero
Translation:       The money...
SB:       MPorta

Message ID:        -1939331580
Message Direction:          Outgoing
To:       :) <2bbfd8ae>
From:     SUPERMAN <2C2D0A02>
Date:     Tue, 03 Jan 2017 03:47:36
Subject:
Message Text:     Lo tiene maÃ±ana
Translation:       you will have tomorrow.
SB:       MPorta

Message ID:        -1939331577
Message Direction:          Outgoing
To:       :) <2bbfd8ae>
From:     SUPERMAN <2C2D0A02>
Date:     Tue, 03 Jan 2017 03:47:40
Subject:
Message Text:     En la maÃ±ana
Translation:       in the morning...
SB:       MPorta

Message ID:        -1939331574
Message Direction:          Outgoing
To:       :) <2bbfd8ae>
From:     SUPERMAN <2C2D0A02>
Date:     Tue, 03 Jan 2017 03:47:41
Subject:
Message Text:     Para que hagan
Translation:       so that you guys can make...
SB:       MPorta

Message ID:        -1939331571
Message Direction:          Outgoing
To:       :) <2bbfd8ae>

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

From:       SUPERMAN <2C2D0A02>
Date:       Tue, 03 Jan 2017 03:47:44
Subject:
Message Text:      La sita
Translation:       the appointment...
SB:         MPorta

Message ID:         -1939331568
Message Direction:          Outgoing
To:         :) <2bbfd8ae>
From:       SUPERMAN <2C2D0A02>
Date:       Tue, 03 Jan 2017 03:48:22
Subject:
Message Text:      Y quede eso sÃ dios quiere oiga
Translation:       so that can be all set, God willing, sir.
SB:         MPorta

Message ID:         -1939331565
Message Direction:          Outgoing
To:         :) <2bbfd8ae>
From:       SUPERMAN <2C2D0A02>
Date:       Tue, 03 Jan 2017 03:48:22
Subject:
Message Text:      Ay le va el nombre del sup director por si se puede dice mi tÃo que le eche ganas que le darÃ¡ un
regalito
Translation:       You will be getting the name of the Sub Director, if it's possible. My uncle says for you to give it your all
and he will give you a little gift.
SB:         MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3697697

BlackBerry Messenger Conversation
Conversation ID: MLAIZWJD
Message ID:         325206398
Message Direction:            Incoming
To:         SUPERMAN <2c2d0a02>;
From:      :) <2bbfd8ae>
Date:      Tue, 03 Jan 2017 04:22:17
Subject:
Message Text:      Buenas. Noches oiga pues si nimodo no. Va a quedar de otra alfredo se va a molestar un poco pero maÃ±ana yo lo conveenso
Translation:       Good evening, sir. Well, oh well. There's nothing else that can be done. Alfredo will be a little upset, but tomorrow I will convince him.
SB:        MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3697708

BlackBerry Messenger Conversation
Conversation ID: MLAIZWJD
Message ID:       -1939331542
Message Direction:        Outgoing
To:        :) <2bbfd8ae>
From:      SUPERMAN <2C2D0A02>
Date:      Tue, 03 Jan 2017 04:25:57
Subject:
Message Text:     Andele por que se va a molestar oiga
Translation:      What, why would he get upset, sir?
SB:        MPorta

Message ID:       -1939331539
Message Direction:        Incoming
To:        :) <2bbfd8ae>;
From:      SUPERMAN <2c2d0a02>
Date:      Tue, 03 Jan 2017 04:26:04
Subject:
Message Text:     Para yo decirle a chico
Translation:      So I can tell Chico...
SB:        MPorta

Message ID:       -1939331536
Message Direction:        Incoming
To:        :) <2bbfd8ae>;
From:      SUPERMAN <2c2d0a02>
Date:      Tue, 03 Jan 2017 04:26:31
Subject:
Message Text:     Por que tambiÁ©n nos tienen que garantisar que no nos van a correr a mi padrino cuando empiesen a
trabajar
Translation:      because they also have to guarantee us that they will not fire my Padrino / Godfather when they start
working.
SB:        MPorta

Message ID:       -1939331533
Message Direction:        Outgoing
To:        :) <2bbfd8ae>
From:      SUPERMAN <2C2D0A02>
Date:      Tue, 03 Jan 2017 04:26:40
Subject:
Message Text:     Pero yo igual le digo ami tÁo
Translation:      But either way, I will tell my uncle.
SB:        MPorta

Message ID:       -1939331530
Message Direction:        Outgoing
To:        :) <2bbfd8ae>
From:      SUPERMAN <2C2D0A02>
Date:      Tue, 03 Jan 2017 04:26:42
Subject:
Message Text:     Es lo de menos
Translation:      That's the least of my concern...
SB:        MPorta

Message ID:       -1939331527
Message Direction:        Incoming
To:        :) <2bbfd8ae>;
From:      SUPERMAN <2c2d0a02>
Date:      Tue, 03 Jan 2017 04:26:43
Subject:
Message Text:     Eso
Translation:      that is.
SB:        MPorta

Message ID:       325206405

SHARED UNDER PROTECTIVE ORDER – NOT FOR FURTHER DISTRIBUTION

Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      :) <2BBFD8AE>
Date:      Tue, 03 Jan 2017 04:29:18
Subject:
Message Text:     Ya esta oiga espero maÃ±ana temprano sus mensajes. Buenas. Noches descanse dele un abrazo a su
tÃo de mi parte.
Translation:      Alright, sir. I will be waiting for your messages early tomorrow. Good night, get some rest. Give a hug to
your uncle for me.
SB:        MPorta

Message ID:       -1939331495
Message Direction:          Outgoing
To:        :) <2bbfd8ae>
From:      SUPERMAN <2C2D0A02>
Date:      Tue, 03 Jan 2017 04:30:06
Subject:
Message Text:     Buenas noches oiga
Translation:      Good night, sir.
SB:        MPorta

Message ID:       -1939331492
Message Direction:          Outgoing
To:        :) <2bbfd8ae>
From:      SUPERMAN <2C2D0A02>
Date:      Tue, 03 Jan 2017 04:30:08
Subject:
Message Text:     Descanse
Translation:      Get some rest.
SB:        MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**  2C2D0A02
**Notified Pin(s):**  20c71537

**Date:**  Wed, 04 Jan 2017 18:10:17
**Direction:**  Outgoing
**File Name:**  ..\PIN_2c2d0a02_im_20170104182133775\IMG_20170104_120756 1.jpg



*#3700240 – Sent by SUPERMAN <20c71537>*

*Translation:*

- Zepeda
  - *I want for your uncle to be a ghost in 15 days; to not make himself noticeable while I get out of this. The town will have a coup d'état, and I will be in charge of all that scandal, but I need for him/you to help me with 2 things by tomorrow. I need 10 or whatever [amount] you uncle may contribute, so I could move things...*

*SB:*   *MF. Coss*

USDOJ-EDNY0000000692

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2C2D0A02
Notified Pin(s): 20c71537

Date:          Wed, 04 Jan 2017 18:10:18
Direction:     Outgoing
File Name:     ..\PIN_2c2d0a02_im_20170104182133775\IMG_20170104_120817-1.jpg



*#3700244 – Sent by SUPERMAN <20c71537>*

*Translation:*

- *Zepeda*
  - ○ *...or whatever [amount] you uncle may contribute, so I could move things for him that would be suitable for Sinaloa, and so I could pull people to protest against this individual that we have. The other thing that I would like for him/you to help me is not to make himself noticeable; to not make himself be seen during 15 days.*

SB:    MF. Coss

USDOJ-EDNY0000000693

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

| | |
|---|---|
| **UpdatedPin:** | 2C2D0A02 |
| **Notified Pin(s):** | 20c71537 |
| **Date:** | Wed, 04 Jan 2017 18:21:57 |
| **Direction:** | Outgoing |
| **File Name:** | ..\PIN_2c2d0a02_im_20170104183639249\IMG_20170104_122036-1.jpg |



*#3700263 – Sent by SUPERMAN <20c71537>*

*Translation:*

- *Zepeda*
  - *Yes, to help me out with only 15 days.*
- *[Emoji]*
  - *But as of today, or after 15 days?*
- *Zepeda*
  - *Yes, as of today, but that we're not...*

SB:     MF. Coss

USDOJ-EDNY0000000694

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C2D0A02
**Notified Pin(s):**   20c71537

**Date:**          Wed, 04 Jan 2017 18:22:01
**Direction:**     Outgoing
**File Name:**     ..\PIN_2c2d0a02_im_20170104183639249\IMG_20170104_122046-1.jpg



*#3700267 – Sent by SUPERMAN <20c71537>*

*Translation:*

- *Zepeda*
  *Yes, as of today, because we are not going to bear arms and because of some details that they are suggesting, but for him not to be alarmed. It's nothing that can't be solved. We are going to get this president, and about Sinaloa, tell him that it's coming along. For him to support me and my cause and a little bit so I can finish up the last details for him.*

*SB: MPorta*

USDOJ-EDNY0000000695



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**     2C2D0A02
**Notified Pin(s):** 20c71537

**Date:**          Wed, 04 Jan 2017 18:29:15
**Direction:**     Outgoing
**File Name:**     ..\PIN_2c2d0a02_im_20170104183639249\IMG_20170104_122811_1.jpg



*#3700271 – Sent by SUPERMAN <20c71537>*

*Translation:*

> *[Emoji]*
> - *He said that he would see how much he can gather tomorrow.*
> - *And that in 8 days he will gather some more for you.*
>   *Zepeda*
> - *Have him support me. The person will only be there until tomorrow. At 6 in the morning I am going to do a revolution and something good with come out...*

*SB: MPorta*

USDOJ-EDNY0000000696

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C2D0A02
**Notified Pin(s):**  20c71537

**Date:**          Wed, 04 Jan 2017 18:29:16
**Direction:**     Outgoing
**File Name:**     ..\PIN_2c2d0a02_im_20170104183639249\IMG_20170104_122826-1.jpg



*#3700275 – Sent by SUPERMAN <20c71537>*

*Translation:*

> Zepeda
> - *...revolution and something good will come out of this. And for him not to give money to anyone of my friends because it's for the same cause. Tell him that I already withdrew for the cause. They will understand, or does he want me to speak with them so that they don't bother him?*
> - *It's a good time*
> - *Because even if they want to hide things from me, I know that they ask your uncle*

*SB: MPorta*

USDOJ-EDNY0000000697

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2C2D0A02
**Notified Pin(s):** 20c71537

**Date:** Wed, 04 Jan 2017 18:33:13
**Direction:** Outgoing
**File Name:** ..\PIN_2c2d0a02_im_2017010418363929249\IMG_20170104_123244-1.jpg



*#3700279 – Sent by SUPERMAN <20c71537>*

*Translation:*

- *Only*

*Zepeda*

- *Ask him if he trusts the people that he will be staying with. That it's okay. I will be on standby*
  *that day so that nothing happens. But for him not to be seen for several days. I will tell him*
  *what is happening, but for him to help me...*

*SB: MPorta*

USDOJ-EDNY0000000698

703

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C2D0A02
**Notified Pin(s):** 20c71537

**Date:**        Wed, 04 Jan 2017 18:33:14
**Direction:**   Outgoing
**File Name:**   ..\PIN_2c2d0a02_im_20170104183639249\IMG_20170104_123249_1.jpg



#3700283 – Sent by SUPERMAN <20c71537>

*Translation:*

*Zepeda*

- *...be on standby that day so that nothing happens. But for him not to be seen for several days. I will tell him what is happening, but for him to help me by not seeing anyone for right now. For him to just give me those days so that I can work on that. Tell him not to just toss aside what I am telling him.*

*SB: MPorta*

USDOJ-EDNY0000000699



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   58e99993
**Notified Pin(s):**   2c2d0a02

**Date:**   Wed, 04 Jan 2017 19:07:24
**Direction:**   Incoming
**File Name:**   ..\PIN_2c2d0a02_im_20170104191849435\IMG-20170104-WA0026-0.jpg



*#3700377 – Sent by Brad Pithin*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 5564ba26
**Notified Pin(s):** 2c2d0a02

**Date:** Thu, 05 Jan 2017 00:31:11
**Direction:** Incoming
**File Name:** ..\PIN_2c2d0a02_im_20170105003559827\IMG-20170104-WA0014-0.jpg



*#3701093: Sent by Council Service corporation*

*Cross reference with call #3701085: Council told Superman this was his humble and late Christmas. Council then sent this picture.*

USDOJ-EDNY0000000701

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    5564ba26
Notified Pin(s):  2c2d0a02

Date:          Thu, 05 Jan 2017 00:31:11
Direction:     Incoming
File Name:     ..\PIN_2c2d0a02_im_20170105003559827\IMG-20170104-WA0013-0.jpg



#3701095: Sent by Council service corporation

*Cross reference with call #3701085: Council told Superman this was his humble and late Christmas.
Council then sent this picture.*

USDOJ-EDNY0000000702

707

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2b3e6f9c
**Notified Pin(s):** 2C2D0A02

**Date:** Thu, 05 Jan 2017 03:34:23
**Direction:** Outgoing
**File Name:** ..\PIN_2c2d0a02_im_20170105033934907\IMG-20170104-WA002-1.jpg



*#3701354: Sent by JF Corona Cartel*

*Cross reference with call #3701347: JF asked Superman if these were the ones.*

USDOJ-EDNY0000000703

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2C1968CA
**Notified Pin(s):** 2c2d0a02

**Date:** Thu, 05 Jan 2017 04:26:49
**Direction:** Outgoing
**File Name:** ..\PIN_2c2d0a02_im_20170105043554499\IMG-20170102-WA0000-1.jpg



*#3701437: Sent by Batman  [Superman also sent this pic to himself [1537] #3701462]*

*Cross reference with call #3701434: Batman said that there was a mess there in San Blas and that
there was a lot of apparatuses there and powders and material.*

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2C1968CA
**Notified Pin(s):** 2c2d0a02

**Date:**        Thu, 05 Jan 2017 05:28:49
**Direction:**   Outgoing
**File Name:**   ..\PIN_2c2d0a02_im_20170105053225351\IMG-20170101-WA0007-1.jpg



*#3701487: Sent by Batman [Superman sent this picture to himself [1537] #3701540]*

USDOJ-EDNY0000000705

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:** 2C1968CA
**Notified Pin(s):** 2c2d0a02

**Date:** Thu, 05 Jan 2017 05:29:12
**Direction:** Outgoing
**File Name:** ..\PIN_2c2d0a02_im_2017010505322535\IMG_20170104_222224-1.jpg



*#3701491: Sent by Batman[Superman sent this picture to himself [1537] #3701544]*

USDOJ-EDNY0000000706

#3701971

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:        -1939329030
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 05 Jan 2017 17:48:40
Subject:
Message Text:        No le entran
Translation:        They are not going through...
SB:        CMendoza


Message ID:        -1939329028
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 05 Jan 2017 17:48:43
Subject:
Message Text:        Los pines
Translation:        the pins...
SB:        CMendoza


Message ID:        -1939329025
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 05 Jan 2017 17:48:45
Subject:
Message Text:        En el otro
Translation:        on the other one...
SB:        CMendoza


Message ID:        -1939329022
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 05 Jan 2017 17:48:48
Subject:
Message Text:        Pero por aquÃ
Translation:        but through here...
SB:        CMendoza


Message ID:        -1939329019
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 05 Jan 2017 17:48:52
Subject:
Message Text:        Se los paso los datos
Translation:        I will give you the information.
SB:        CMendoza


Message ID:        -1939329017
Message Direction:        Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:        SUPERMAN <2C2D0A02>
Date:        Thu, 05 Jan 2017 17:49:09
Subject:
Message Text:        Nayeli le surte a manuel i manuel le entrega las bolsas a todo sanblas
Translation:        Nayeli supplies Manuel and Manuel delivers the bags to all of San Blas.
SB:        CMendoza


Message ID:        661481778
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>

From:   THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:   Thu, 05 Jan 2017 17:49:19
Subject:
Message Text:   Epp
Translation:   Hey...
SB:   CMendoza

Message ID:   661481781
Message Direction:   Outgoing
To:   SUPERMAN <2c2d0a02>
From:   THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:   Thu, 05 Jan 2017 17:49:21
Subject:
Message Text:   Echele
Translation:   go ahead.
SB:   CMendoza

Message ID:   -1939329013
Message Direction:   Outgoing
To:   THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 05 Jan 2017 17:49:22
Subject:
Message Text:   la encargada de aqui se llama nalleli y el que reparte y recoje el documento se llama Manuel
Translation:   The one in charge here is named Nalleli and the one who distributes and picks up the documents is
named Manuel...
SB:   CMendoza

Message ID:   -1939329011
Message Direction:   Outgoing
To:   THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:   SUPERMAN <2C2D0A02>
Date:   Thu, 05 Jan 2017 17:49:43
Subject:
Message Text:   Me mando ese mensaje el morro de sanblas el baquilla es el q me esta pasando la informacion
Translation:   The guy from San Blas sent me a message, Baquilla is the one who is giving me the information.
SB:   CMendoza

Message ID:   661481785
Message Direction:   Outgoing
To:   SUPERMAN <2c2d0a02>
From:   THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:   Thu, 05 Jan 2017 17:49:50
Subject:
Message Text:   Si nayeli es mia
Translation:   Yes, Nayeli is mine.
SB:   CMendoza

Message ID:   -1939329008
Message Direction:   Incoming
To:   THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>;
From:   SUPERMAN <2c2d0a02>
Date:   Thu, 05 Jan 2017 17:49:55
Subject:
Message Text:   Nayeli le surte a manuel i manuel le entrega las bolsas a todo sanblas
Translation:   Nayeli supplies Manuel and Manuel delivers the bags to all of San Blas.
SB:   CMendoza

Message ID:   661481789
Message Direction:   Outgoing
To:   SUPERMAN <2c2d0a02>
From:   THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:   Thu, 05 Jan 2017 17:50:11
Subject:
Message Text:   Vamos a ver a los chapulines
Translation:   We are going to see the grasshoppers...
SB:   CMendoza

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:       661481792
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:      Thu, 05 Jan 2017 17:50:29
Subject:
Message Text:     Para si dicen q Manuel esta enterado
Translation:      in case they say that Manuel has been informed...
SB:        CMendoza

Message ID:       661481795
Message Direction:           Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:      Thu, 05 Jan 2017 17:50:34
Subject:
Message Text:     También chingarme en el
Translation:      to fuck him up too.
SB:        CMendoza

Message ID:       -1939329004
Message Direction:           Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 17:50:49
Subject:
Message Text:     Ya está ya dijo
Translation:      All right, you said it.
SB:        CMendoza

Message ID:       -1939329001
Message Direction:           Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 17:50:52
Subject:
Message Text:     El otro medio
Translation:      The other mean of communication...
SB:        CMendoza

Message ID:       -1939328998
Message Direction:           Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 17:50:53
Subject:
Message Text:     De plano
Translation:      just...
SB:        CMendoza

Message ID:       -1939328995
Message Direction:           Incoming
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>;
From:      SUPERMAN <2c2d0a02>
Date:      Thu, 05 Jan 2017 17:50:55
Subject:
Message Text:     No quiso
Translation:      did not want...
SB:        CMendoza

Message ID:       -1939328992
Message Direction:           Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 17:50:56
Subject:

SHARED FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:    Jalar
Translation:        to work.
SB:        CMendoza

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3702151

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL
Message ID:        -1939328990
Message Direction:            Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 18:01:54
Subject:
Message Text    Oiga
Translation:       Sir...
SB:        CMendoza


Message ID:        -1939328988
Message Direction:            Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 18:01:54
Subject:
Message Text    Eppp
Translation:       hey...
SB:        CMendoza


Message ID:        -1939328986
Message Direction:            Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 18:01:54
Subject:
Message Text    Que asemos
Translation:       what should we do...
SB:        CMendoza


Message ID:        -1939328983
Message Direction:            Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 18:01:54
Subject:
Message Text    Con los
Translation:       with the...
SB:        CMendoza


Message ID:        -1939328980
Message Direction:            Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 18:01:54
Subject:
Message Text    Padrino
Translation:       Padrino.
SB:        CMendoza

SHARED PRODUCT ORDER   NOT FOR FURTHER DISTRIBUTION

#3702324

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:          661481820
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:      Thu, 05 Jan 2017 19:29:09
Subject:
Message Text:     Ala noche
Translation:       Tonight...
SB:        LMedina

Message ID:661481822
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:  .    Thu, 05 Jan 2017 19:29:10
Subject:
Message Text:     Los veo
Translation:       I will see you/them...
SB:        LMedina

Message ID:          661481825
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
Date:      Thu, 05 Jan 2017 19:29:13
Subject:
Message Text:     Primero dios
Translation:       God willing.
SB:        LMedina

Message ID:          661481828
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:      Thu, 05 Jan 2017 19:29:24
Subject:
Message Text:     EstÃ¡n subiendo verdes para san marcos
Translation:       Green ones are going up to San Marcos.
SB:        LMedina

Message ID:661481831
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:      Thu, 05 Jan 2017 19:29:27
Subject:
Message Text:     Investigue q rollo
Translation:       Investigate what is going on.
SB:        LMedina

Message ID:661481834
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:      Thu, 05 Jan 2017 19:29:31
Subject:
Message Text:     Son varias unidades
Translation:       There are several units...
SB:        LMedina

Message ID:661481837
Message Direction:          Outgoing

SHARED UNDER PROTECTIVE ORDER – NOT FOR FURTHER DISTRIBUTION

To:        SUPERMAN <2c2d0a02>
From:      THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2B265027>
Date:      Thu, 05 Jan 2017 19:29:36
Subject:
Message Text:    De las q pasaron por aqui
Translation:     of the ones that passed through here.
SB:        LMedina

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3702360

BlackBerry Messenger Conversation
Conversation ID: BZTPNKCL

Message ID:        -1939328849
Message Direction:          Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 19:54:32
Subject:
Message Text:     Van a establecer bases de operaciones compadre pero es temporal
Translation:      Buddy, they are going to set up bases of operations, but it is temporary.
SB:        LMedina

Message ID:        -1939328846
Message Direction:          Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 19:54:36
Subject:
Message Text:     Eso me puso
Translation:      That's what he sent me..
SB:        LMedina

Message ID:-1939328843
Message Direction:          Outgoing
To:        THOR=-)&lt; =-)&lt; =-)&lt; =-)&lt; =-)&lt; <2b265027>
From:      SUPERMAN <2C2D0A02>
Date:      Thu, 05 Jan 2017 19:54:41
Subject:
Message Text:     El de inte
Translation:      The one from Intel.
SB:        LMedina

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

719

#3702619

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:        1426020104
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Thu, 05 Jan 2017 22:51:35
Subject:
Message Text:        SÃ l verÃ© hoy jefe
Translation:        Yes, I will see him/you today, boss.
SB:        ECastillo

USDOJ-EDNY0000000715

#3702640

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:      1426020608
Message Direction:           Outgoing
To:       SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Thu, 05 Jan 2017 23:40:34
Subject:
Message Text:     Jefe
Translation:      Boss
SB:       ECastillo


Message ID:      1426020612
Message Direction:           Outgoing
To:       SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Thu, 05 Jan 2017 23:40:44
Subject:
Message Text:     L van a hablar asu tio
Translation:      They are going to call your uncle
SB:       ECastillo


Message ID:      1426020615
Message Direction:           Outgoing
To:       SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Thu, 05 Jan 2017 23:40:52
Subject:
Message Text:     perdÃ³n padrino
Translation:      Sorry, godfather.
SB:       ECastillo


Message ID:      1426020618
Message Direction:           Incoming
To:       SUPERMAN <2c2d0a02>;
From:     Cinthia veronica De jesus <2bbfd5c5>
Date:     Thu, 05 Jan 2017 23:41:06
Subject:
Message Text:     Para k ste al pendiente'd cel
Translation:      So he can be ready with his phone...
SB:       ECastillo


Message ID:      1426020621
Message Direction:           Outgoing
To:       SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Thu, 05 Jan 2017 23:41:14
Subject:
Message Text:     D presidencia
Translation:      From the presidency.
SB:       ECastillo

SHARED PURSUANT TO ORDER - NOT FOR FURTHER DISTRIBUTION

#3703354

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:        1426021129
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 00:26:06
Subject:
Message Text:    Jefe
Translation:        Boss
SB:        Khernandez


Message ID:        1426021132
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 00:26:27
Subject:
Message Text:    Buenas tardes
Translation:        Good evening
SB:        Khernandez


Message ID:        1426021135
Message Direction:         Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 00:27:09
Subject:
Message Text:    Ocupo desirle algo d su padrino
Translation:        I need to tell you something regarding your godfather
SB:        Khernandez


Message ID:        -1939328757
Message Direction:         Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 00:41:49
Subject:
Message Text:    DÃgame mijo
Translation:        Tell me, son
SB:        Khernandez


Message ID:        -1939328755
Message Direction:         Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 00:41:49
Subject:
Message Text:    Que paso
Translation:        What happened?
SB:        Khernandez

SHARED PRODUCT ORDER - NOT FOR FURTHER DISTRIBUTION

#3703805

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:        1426023169
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Fri, 06 Jan 2017 05:23:45
Subject:
Message Text:        Buenas noches jefe
Translation:        Good night boss
SB:        Khernandez

Message ID:        1426023172
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Fri, 06 Jan 2017 05:24:20
Subject:
Message Text:        Yo digo k asta maÂ±ana m vera
Translation:        I think you will see me until tomorrow
SB:        Khernandez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3703809

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA

Message ID:        -1939328592
Message Direction:         Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 06 Jan 2017 05:38:35
Subject:
Message Text:        Si mijo
Translation:        Yes, son
SB:        Khernandez

Message ID:        -1939328590
Message Direction:         Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 06 Jan 2017 05:38:35
Subject:
Message Text:        Ya voy
Translation:        I'm on...
SB:        Khernandez

Message ID:-1939328587
Message Direction:         Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 06 Jan 2017 05:38:35
Subject:
Message Text:        En camino
Translation:        my way...
SB:        Khernandez

Message ID:-1939328584
Message Direction:         Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:        SUPERMAN <2C2D0A02>
Date:        Fri, 06 Jan 2017 05:38:35
Subject:
Message Text:        A tepic
Translation:        to Tepic.
SB:        Khernandez

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3712897

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA

Message ID:      1426038022
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Mon, 09 Jan 2017 15:53:20
Subject:
Message Text:     Nuenos dÃas jefe
Translation:      Good morning, boss.
SB:      LTaravati

Message ID:      1426038025
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Mon, 09 Jan 2017 15:54:05
Subject:
Message Text:     Ahorita I marco encorto jefe
Translation:      I will call you/him in a short while boss..
SB:      LTaravati

Message ID:      1426038028
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Mon, 09 Jan 2017 15:54:14
Subject:
Message Text:     Ahorita I aviso jefe
Translation:      I'll let you know boss.
SB:      LTaravati

Message ID:      1426038033
Message Direction:        Outgoing
To:      SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Mon, 09 Jan 2017 15:55:31
Subject:
Message Text:     Jefe un mentado costeoo d aya d maza
Translation:      Boss, a so called  Costeño from over there from Maza.
SB:      LTaravati

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

725

#3704049

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:       -1939328280
Message Direction:        Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 16:03:49
Subject:
Message Text:     Oiga
Translation:      Sir...
SB:      MPorta

Message ID:       -1939328278
Message Direction:        Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 16:03:50
Subject:
Message Text:     Mijo
Translation:      sonny...
SB:      MPorta

Message ID:       -1939328276
Message Direction:        Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 16:03:51
Subject:
Message Text:     A ver
Translation:      let's see...
SB:      MPorta

Message ID:       -1939328273
Message Direction:        Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 16:03:53
Subject:
Message Text:     Informeme
Translation:      tell me...
SB:      MPorta

Message ID:       -1939328270
Message Direction:        Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 16:03:57
Subject:
Message Text:     Vien como esta
Translation:      real well, what this is...
SB:      MPorta

Message ID:       -1939328267
Message Direction:        Incoming
To:      Cinthia veronica De jesus <2bbfd5c5>;
From:    SUPERMAN <2c2d0a02>
Date:    Fri, 06 Jan 2017 16:03:59
Subject:
Message Text:     La cosa
Translation:      the thing...
SB:      MPorta

Message ID:       -1939328264
Message Direction:        Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>

SHARED PERSUIT ORDER - NOT FOR FURTHER DISTRIBUTION

From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 16:04:03
Subject:
Message Text:    Del pucheta
Translation:    with Pucheta.
SB:    MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3704122

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:        1426023426
Message Direction:              Outgoing
To:        SUPERMAN <2c2d0a02>
From:      Cinthia veronica De jesus <2BBFD5C5>
Date:      Fri, 06 Jan 2017 16:14:00
Subject:
Message Text:      Aver
Translation:       Let's see.
SB:        MPorta

Message ID:        1426023429
Message Direction:              Incoming
To:        SUPERMAN <2c2d0a02>;
From:      Cinthia veronica De jesus <2bbfd5c5>
Date:      Fri, 06 Jan 2017 16:14:10
Subject:
Message Text:      Ay I tiro encorto al cabezo
Translation:       I will reach out to Cabezon right away.
SB:        MPorta

Message ID:        -1939328083
Message Direction:              Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Fri, 06 Jan 2017 16:23:46
Subject:
Message Text:      Andele
Translation:       Right on.
SB:        MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3704254

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:        1426023683
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Fri, 06 Jan 2017 16:41:00
Subject:
Message Text:        Dise k alfredo l dijo k l Ivan a hablar d presidencia asu padrino
Translation:        He said that Alfredo told him that they would call your Padrino from the presidency...
SB:        MPorta

Message ID:        1426023686
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Fri, 06 Jan 2017 16:41:24
Subject:
Message Text:        Para pedirle una informaciÂªn y kedara ya todos los detalles listos d el
Translation:        to tell him some information and then everything would be ready for him...
SB:        MPorta

Message ID:        1426023689
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Fri, 06 Jan 2017 16:41:33
Subject:
Message Text:        Para su acomodo
Translation:        so he could get situated.
SB:        MPorta

Message ID:        1426023693
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        Cinthia veronica De jesus <2bbfd5c5>
Date:        Fri, 06 Jan 2017 16:42:14
Subject:
Message Text:        Y jefe l verdad l tengo un montÂªn d informaciÂªn tanto d aky como del charco
Translation:        And boss, honestly I have a lot of information to give you from here and of El Charco...
SB:        MPorta

Message ID:        1426023696
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Fri, 06 Jan 2017 16:42:20
Subject:
Message Text:        K ocupo k l sepa
Translation:        that I need you to know.
SB:        MPorta

Message ID:        1426023699
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Fri, 06 Jan 2017 16:42:31
Subject:
Message Text:        Y k se puedo aprovechar ahorita
Translation:        And if I could take advantage of it right now...
SB:        MPorta

Message ID:        1426023702
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;

SHARE - FOR COURT ORDER - NOT FOR FURTHER DISTRIBUTION

From:    Cinthia veronica De jesus <2bbfd5c5>
Date:    Fri, 06 Jan 2017 16:42:53
Subject:
Message Text:    Y ver l d l caza d l zapata l d l renta
Translation:    And see the thing about the house in Zapata, the rent...
SB:    MPorta

Message ID:    1426023706
Message Direction:    Incoming
To:    SUPERMAN <2c2d0a02>;
From:    Cinthia veronica De jesus <2bbfd5c5>
Date:    Fri, 06 Jan 2017 16:43:42
Subject:
Message Text:    Y ver si se podrÃa recuperar m documentos y el cel k l comente
Translation:    and see if I would be able to get back my documents and the cell I told you about.
SB:    MPorta

Message ID:    1426023709
Message Direction:    Outgoing
To:    SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 16:44:50
Subject:
Message Text:    Y si m dava permiso d llevar los niÃ±os con su mama ahorita X el dÃa d reyes
Translation:    And if you could give me permission to take the kids with their mother for El Dia de Reyes.
SB:    MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3704317

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:        -1939327996
Message Direction:         Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 17:03:04
Subject:
Message Text:    Ok
Translation:     Okay
SB:      MPorta

Message ID:        -1939327994
Message Direction:         Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 17:03:04
Subject:
Message Text:    Valla
Translation:     Head over...
SB:      MPorta

Message ID:        -1939327992
Message Direction:         Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 17:03:04
Subject:
Message Text:    Al oxxo
Translation:     to the Oxxo...
SB:      MPorta

Message ID:        -1939327990
Message Direction:         Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 17:03:04
Subject:
Message Text:    De cv
Translation:     in CV...
SB:      MPorta

Message ID:        -1939327987
Message Direction:         Outgoing
To:      Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Fri, 06 Jan 2017 17:03:04
Subject:
Message Text:    Mjo ay lo veo
Translation:     sonny, I'll see you there.
SB:      MPorta

Message ID:        1426023939
Message Direction:         Outgoing
To:      SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 17:08:08
Subject:
Message Text:    Ay voy tendido jefe
Translation:     I'll head over there, boss.
SB:      MPorta

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

#3704376

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA
Message ID:         1426024195
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 17:28:35
Subject:
Message Text:     Jefe
Translation:        Boss...
SB:        MPorta

Message ID:         1426024449
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 17:32:54
Subject:
Message Text:     Jefe
Translation:        boss.
SB:        MPorta

Message ID:         1426024452
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Fri, 06 Jan 2017 17:33:02
Subject:
Message Text:     Aky stoy donde m dijo
Translation:        I'm here where you told me.
SB:        MPorta

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

732

#3711148

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA

Message ID:        1426037504
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        Cinthia veronica De jesus <2bbfd5c5>
Date:        Mon, 09 Jan 2017 00:07:39
Subject:
Message Text:        Jefe
Translation:        Boss
SB:        zmorales

Message ID:        1426037508
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Mon, 09 Jan 2017 00:07:51
Subject:
Message Text:        Buenas tardes
Translation:        Good afternoon.
SB:        zmorales

Message ID:        1426037512
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Mon, 09 Jan 2017 00:09:10
Subject:
Message Text:        Dise el cabezon k ya l ablaron asu padrino
Translation:        Cabezon said that they called his Godfather already...
SB:        zmorales

Message ID:        1426037515
Message Direction:        Incoming
To:        SUPERMAN <2c2d0a02>;
From:        Cinthia veronica De jesus <2bbfd5c5>
Date:        Mon, 09 Jan 2017 00:09:15
Subject:
Message Text:        D presidencia
Translation:        From the presidency.
SB:        zmorales

Message ID:        1426037518
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:        Cinthia veronica De jesus <2BBFD5C5>
Date:        Mon, 09 Jan 2017 00:09:25
Subject:
Message Text:        K ya Stan en comunicaciÃ³n con el
Translation:        That they are already in communication with him.
SB:        zmorales

SHARED UNDER PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

#3713313

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA

Message ID:       1426038802
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Mon, 09 Jan 2017 19:18:22
Subject:
Message Text:      K estÁjn agarrados en el penal jefe
Translation:        That they are fighting at the penitentiary, boss.
SB:        LTaravati

Message ID:       1426038805
Message Direction:          Outgoing
To:        SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Mon, 09 Jan 2017 19:18:32
Subject:
Message Text:      Se l Stan volteando al artillado
Translation:        They are turning on Artillado.
SB:        LTaravati

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

#3713343

BlackBerry Messenger Conversation
Conversation ID: EINCLKTA

Message ID:       -1939324093
Message Direction:            Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:23:41
Subject:
Message Text:     Pero
Translation:      But...
SB:       LTaravati

Message ID:       -1939324090
Message Direction:            Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:23:41
Subject:
Message Text:  *   Usted me contesta alas
Translation:      You reply to me...
SB:       LTaravati

Message ID:-1939324087
Message Direction:            Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:23:42
Subject:
Message Text:     500
Translation:      Very late.
SB:       LTaravati

Message ID:-1939324082
Message Direction:            Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:23:57
Subject:
Message Text:     Pero
Translation:      But...
SB:       LTaravati

Message ID:-1939324080
Message Direction:            Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:23:59
Subject:
Message Text:     Eso no creo
Translation:      I don't believe that...
SB:       LTaravati

Message ID:-1939324077
Message Direction:            Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:24:05
Subject:
Message Text:     Yo ay le sacan ala verga
Translation:      They all pussy out...
SB:       LTaravati

Message ID:-1939324074
Message Direction:            Outgoing

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

To:         Cinthia veronica De jesus <2bbfd5c5>
From:       SUPERMAN <2C2D0A02>
Date:       Mon, 09 Jan 2017 19:24:07
Subject:
Message Text:    Todos la neta
Translation:     They all do for reals.
SB:         LTaravati


Message ID:       1426038813
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       Cinthia veronica De jesus <2BBFD5C5>
Date:       Mon, 09 Jan 2017 19:25:03
Subject:
Message Text:    Pregunte
Translation:     Ask..
SB:         LTaravati


Message ID:1426038816
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       Cinthia veronica De jesus <2BBFD5C5>
Date:       Mon, 09 Jan 2017 19:25:09
Subject:
Message Text:    L avisaron al cabezon
Translation:     They informed Cabezon.
SB:         LTaravati


Message ID:       -1939324061
Message Direction:          Incoming
To:         Cinthia veronica De jesus <2bbfd5c5>;
From:       SUPERMAN <2c2d0a02>
Date:       Mon, 09 Jan 2017 19:27:39
Subject:
Message Text:    Aquí estoy preguntando
Translation:     I'm here asking
SB:         LTaravati


Message ID:       -1939324058
Message Direction:          Outgoing
To:         Cinthia veronica De jesus <2bbfd5c5>
From:       SUPERMAN <2C2D0A02>
Date:       Mon, 09 Jan 2017 19:27:49
Subject:
Message Text:    Ajuste al cabezÃ³n aver que le dice
Translation:     Set Cabezon straight to see what he tells you...
SB:         LTaravati


Message ID:       -1939324055
Message Direction:          Outgoing
To:         Cinthia veronica De jesus <2bbfd5c5>
From:       SUPERMAN <2C2D0A02>
Date:       Mon, 09 Jan 2017 19:27:49
Subject:
Message Text:    Del padrino ay
Translation:     About Padrino there.
SB:         LTaravati


Message ID:       1426038821
Message Direction:          Outgoing
To:         SUPERMAN <2c2d0a02>
From:       Cinthia veronica De jesus <2BBFD5C5>
Date:       Mon, 09 Jan 2017 19:28:02
Subject:
Message Text:    Ok jefe
Translation:     Okay, boss.
SB:         LTaravati

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:        -1939324052
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:29:26
Subject:
Message Text:     El martes
Translation:      On Tuesday...
SB:        LTaravati

Message ID:-1939324050
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:29:28
Subject:
Message Text:     Ya tiene
Translation:      You will have...
SB:        LTaravati

Message ID:-1939324047
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:29:29
Subject:
Message Text:     Su mujer
Translation:      Your lady...
SB:        LTaravati

Message ID:-1939324044
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:29:36
Subject:
Message Text:     Afuera
Translation:      Out...
SB:        LTaravati

Message ID:-1939324041
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:29:36
Subject:
Message Text:     Para que este enterada
Translation:      So she is aware.
SB:        LTaravati

Message ID:-1939324038
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:29:38
Subject:
Message Text:     O creo que ya salio
Translation:      Or I believe she is already out...
SB:        LTaravati

Message ID:        -1939324035
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:29:40
Subject:

SHARED PURSUANT TO PROTECTIVE ORDER - NOT FOR FURTHER DISTRIBUTION

Message Text:     Verdad
Translation:      Right?
SB:       LTaravati

Message ID:       1426038824
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Mon, 09 Jan 2017 19:29:51
Subject:
Message Text:     No jefe
Translation:      No boss,
SB:       LTaravati

Message ID:1426038826
Message Direction:          Outgoing
To:       SUPERMAN <2c2d0a02>
From:     Cinthia veronica De jesus <2BBFD5C5>
Date:     Mon, 09 Jan 2017 19:29:54
Subject:
Message Text:     Ay sta
Translation:      She is there.
SB:       LTaravati

Message ID:       -1939324031
Message Direction:          Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:30:03
Subject:
Message Text:     A ver
Translation:      Hold on...
SB:       LTaravati

Message ID:-1939324028
Message Direction:          Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:30:03
Subject:
Message Text:     Deje
Translation:      Let me...
SB:       LTaravati

Message ID:-1939324025
Message Direction:          Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:30:04
Subject:
Message Text:     Hablo
Translation:      Call...
SB:       LTaravati

Message ID:       -1939324022
Message Direction:          Outgoing
To:       Cinthia veronica De jesus <2bbfd5c5>
From:     SUPERMAN <2C2D0A02>
Date:     Mon, 09 Jan 2017 19:30:06
Subject:
Message Text:     Por que iva salir
Translation:      Because she was going to be released..
SB:       LTaravati

Message ID:       -1939324019
Message Direction:          Incoming
To:       Cinthia veronica De jesus <2bbfd5c5>;

SHARE - FROM PT ORDER - NOT FOR FURTHER DISTRIBUTION

From:      SUPERMAN <2c2d0a02>
Date:      Mon, 09 Jan 2017 19:30:08
Subject:
Message Text:      Esta semana
Translation:       This week...
SB:        LTaravati

Message ID:        -1939324016
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:30:10
Subject:
Message Text:      Deje marco
Translation:       Let me call.
SB:        LTaravati

Message ID:        1426038831
Message Direction:          Incoming
To:        SUPERMAN <2c2d0a02>;
From:      Cinthia veronica De jesus <2bbfd5c5>
Date:      Mon, 09 Jan 2017 19:31:02
Subject:
Message Text:      L iva pedir permiso para verla
Translation:       I was going to ask you for permission to see her.
SB:        LTaravati

Message ID:        -1939324012
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:31:16
Subject:
Message Text:      Ok esta bien
Translation:       Okay, that's fine...
SB:        LTaravati

Message ID:        -1939324009
Message Direction:          Incoming
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2c2d0a02>
Date:      Mon, 09 Jan 2017 19:31:18
Subject:
Message Text:      Jalese
Translation:       Go ahead...
SB:        LTaravati

Message ID:        -1939324006
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:31:21
Subject:
Message Text:      No mÁjs avÁseme
Translation:       Just let me know...
SB:        LTaravati

Message ID:-1939324003
Message Direction:          Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:      SUPERMAN <2C2D0A02>
Date:      Mon, 09 Jan 2017 19:31:24
Subject:
Message Text:      Y cuando
Translation:       And once...
SB:        LTaravati

SHARED BY COURT ORDER - NOT FOR FURTHER DISTRIBUTION

Message ID:-1939324000
Message Direction:        Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Mon, 09 Jan 2017 19:31:29
Subject:
Message Text:    Le tenga respuesta
Translation:        He has an answer for you...
SB:        LTaravati

Message ID:-1939323997
Message Direction:        Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Mon, 09 Jan 2017 19:31:31
Subject:
Message Text:    El cabezÃ²n
Translation:        Cabezon...
SB:        LTaravati

Message ID:-1939323994
Message Direction:        Outgoing
To:        Cinthia veronica De jesus <2bbfd5c5>
From:    SUPERMAN <2C2D0A02>
Date:    Mon, 09 Jan 2017 19:31:33
Subject:
Message Text:    Me dice
Translation:        Let me know.
SB:        LTaravati

Message ID:        1426038836
Message Direction:        Outgoing
To:        SUPERMAN <2c2d0a02>
From:    Cinthia veronica De jesus <2BBFD5C5>
Date:    Mon, 09 Jan 2017 19:31:47
Subject:
Message Text:    Ahorita anten d entrar l aviso l del cabezon
Translation:        I will let you know in regards to Cabezon before I go in.
SB:        LTaravati

SHARED PER COURT ORDER - NOT FOR FURTHER DISTRIBUTION

# RIM image\jpeg File
#3715621
**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    7b424bcb
Notified Pin(s):  2c2d0a02

Date:          Tue, 10 Jan 2017 16:47:47
Direction:     Incoming
File Name:     ..\PIN_2c2d0a02_im_20170110165751212\IMG-20170110-WA0007-0.jpg



USDOJ-EDNY0000000736

741

# RIM image\jpeg File

## This image was sent/received via Blackberry Messenger.

UpdatedPin:     2C2D0A02
Notified Pin(s): 20c71537

Date:        Tue, 10 Jan 2017 23:11:06
Direction:    Outgoing
File Name:    ..\PIN_2c2d0a02_im_20170110232458123\IMG_20170110_171036.jpg



Reference Product ID# 3716651 sent by Samanta to Superman [Old Pin]

ZEPEDA:

Major-General graduate of the staff college, Javier Cruz Rivas, commander of the fourth military region, Monterrey, Nuevo Leon.  Those are the ones.  Tell him to help me out, what he sent me was not enough.  I know you said he was going to help me out with more in 8 days and on Sunday is the 8 days, but I am facing this problem.  Tell him to not leave me alone, to help me out early Friday, please.

EOT
LTaravati

USDOJ-EDNY0000000737



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:   2BBFD5C5
Notified Pin(s): 2c2d0a02

Date:         Wed, 11 Jan 2017 00:34:05
Direction:    Outgoing
File Name:    ..\PIN_2c2d0a02_im_20170111003723265\IMG20170110180432-1.jpg



Reference Product ID# 3717284 from Cinthia to Samanta

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin: 2BB6EFE7

Notified Pin(s): 2c2d0a02

Date:        Wed, 11 Jan 2017 01:42:00

Direction:   Outgoing

File Name:   ..\PIN_2c2d0a02_im_20170111014754390\IMG-20170110-WA006-1.jpg



Reference Product ID# 3717431 from Jose Acen to Samanta



# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:  2bb6efe7

Notified Pin(s): 2c2d0a02

Date:         Wed, 11 Jan 2017 03:32:57

Direction:    Incoming

File Name:    ..\PIN_2c2d0a02_im_20170111034236960\IMG-20170110-WA0029-2.jpg



Product ID#3717766 Jose Acee to Samanta

USDOJ-EDNY0000000740

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

**UpdatedPin:**   2bb6efe7

**Notified Pin(s):** 2c2d0a02

**Date:**   Wed, 11 Jan 2017 03:32:42

**Direction:**   Incoming

**File Name:**   ..\PIN_2c2d0a02_im_20170111034236960\IMG-20170110-WA0031-2.jpg



#3717756 Jose Acee to Samanta

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:  2bb6efe7

Notified Pin(s):  2c2d0a02

Date:  Wed, 11 Jan 2017 03:32:20

Direction:  Incoming

File Name:  ..\PIN_2c2d0a02_im_20170111034236960\IMG-20170109-WA0005-2.jpg



#3717752 Jose Acee to Samanta

# RIM image\jpeg File

**This image was sent/received via Blackberry Messenger.**

UpdatedPin:    2bb6efe7

Notified Pin(s):  2c2d0a02

Date:           Wed, 11 Jan 2017 03:31:59

Direction:       Incoming

File Name:      ..\PIN_2c2d0a02_im_20170111034236960\IMG-20170109-WA0007-2.jpg



#3717744 Jose Acee to Samanta