D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Shawn Musgrave (SBN *pending*)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
smusgrave@revealnews.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF STATE, <br><br> Defendants. | **CASE NO. 21-CV-9613** <br><br> **CERTIFICATION OF INTERESTED ENTITIES BY THE CENTER FOR INVESTIGATIVE REPORTING** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 13, 2021          By:  */s D. Victoria Baranetsky*
                                    D. Victoria Baranetsky (SBN 311892)
                                    THE CENTER FOR INVESTIGATIVE REPORTING
                                    1400 65th St., Suite 200
                                    Emeryville, CA 94608
                                    Telephone: (510) 982-2890
                                    vbaranetsky@revealnews.org
                                    Attorney for Plaintiff