1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   MICHELLE LO (NYRN 4325163)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6961
7         FAX: (415) 436-6748
          Douglas.Johns@usdoj.gov
8
   Attorneys for Defendants
9  UNITED STATES DEPARTMENT OF
   JUSTICE AND UNITED STATES
10 DEPARTMENT OF STATE

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15 THE CENTER FOR INVESTIGATIVE      )  No. 21-cv-09613-SK
   REPORTING and ANAYANSI DIAZ-      )
16 CORTES,                           )
                                     )  **STIPULATION TO EXTEND TIME TO**
17        Plaintiffs,                )  **ANSWER OR OTHERWISE RESPOND TO**
                                     )  **COMPLAINT**
18     v.                            )
                                     )
19 U.S. DEPARTMENT OF JUSTICE and U.S.)
   DEPARTMENT OF STATE               )
20                                   )
          Defendants.                )
21                                   )
                                     )
22 _____ )

23        Plaintiffs, The Center for Investigative Reporting and Ms. Anayansi Diaz-Cortes (collectively,

24 "Plaintiffs"), and Defendants, United States Department of Justice and United States Department of

25 State (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as

26 follows:

27 ///

28
   STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
   NO. 21-CV-09613-SK
                                        1

1.      Plaintiffs filed their "Complaint for Injunctive Relief" on December 13, 2021. *See* Dkt. No.1.

2.      Plaintiffs' action arises out of requests they made under the Freedom of Information Act to Defendants, on or around August 7, 2021. *See* Dkt. No. 1.

3.      Defendants must respond to Plaintiffs' Complaint by January 18, 2022.

4.      On January 10, 2022, the parties met and conferred about, among other things, Defendants' responsive pleading deadline. The parties plan to meet and confer again after Defendants further review and analyze Plaintiffs' requests made under the Freedom of Information Act to discuss ways to narrow any issues for litigation.

5.      The parties have not previously extended or modified any deadlines.

6.      This stipulation will not alter the date of any event or any deadline already fixed by Court order.

7.      Pursuant to Civil L.R. 6-1(a), the parties stipulate that the time within which Defendants shall answer or otherwise respond to Plaintiffs' Complaint shall be extended to February 21, 2022. In so stipulating, Defendants expressly reserve all arguments and defenses.

SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: January 11, 2022          By:     */s/ Douglas Johns*
                                          DOUGLAS JOHNS
                                          Assistant United States Attorney
                                          Attorney for Defendants

Dated: January 11, 2022                  THE CENTER FOR INVESTIGATIVE REPORTING

                                 By:     */s/ D. Victoria Baranetsky*
                                          D. VICTORIA BARANETSKY
                                          SHAWN MUSGRAVE
                                          Attorneys for Plaintiffs

1

**ATTESTATION**

2   In compliance with Civil L.R. 5-1(h)(3), I, Douglas Johns, attest that I have obtained

3 concurrence in the filing of this document from each of the other signatories.

4

5 Dated: January 11, 2022   By:  */s/ Douglas Johns*

6                DOUGLAS JOHNS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
NO. 21-CV-09613-SK