D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Shawn Musgrave (SBN 341359)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
smusgrave@revealnews.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Case No. 3:21-cv-09613-SK <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Please take notice that Shawn Musgrave of The Center for Investigative Reporting, 1400 65th St., Suite 200, Emeryville, CA 94608, hereby appears as counsel on behalf of Plaintiffs THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES.

DATED: January 31, 2022          Respectfully submitted,

By: */s Shawn Musgrave*
D. Victoria Baranetsky (SBN 311892)
Shawn Musgrave (SBN 341359)

Attorneys for Plaintiffs