1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   MICHELLE LO (NYRN 4325163)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6961
7       FAX: (415) 436-6748
        Douglas.Johns@usdoj.gov
8
   Attorneys for Defendants
9  UNITED STATES DEPARTMENT OF
   JUSTICE AND UNITED STATES
10 DEPARTMENT OF STATE

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 | THE CENTER FOR INVESTIGATIVE      ) No. 21-cv-09613-SK
   | REPORTING and ANAYANSI DIAZ-      )
16 | CORTES,                           ) **[PROPOSED] ORDER GRANTING UNITED**
                                       ) **STATES DEPARTMENT OF JUSTICE'S**
17 |        Plaintiffs,                ) **MOTION TO DISMISS FIRST AMENDED**
                                       ) **COMPLAINT FOR INJUNCTIVE RELIEF**
18 |   v.                              )
                                       )
19 | U.S. DEPARTMENT OF JUSTICE and U.S.) Date:      May 16, 2022
   | DEPARTMENT OF STATE               ) Time:      9:30 a.m.
20 |                                   ) Courtroom: Courtroom C – Fifteenth Floor
   |        Defendants.                )
21 |                                   ) Honorable Sallie Kim
   |                                   ) United States Magistrate Judge
22 |                                   )

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING UNITED STATES DEPARTMENT OF JUSTICE'S MOTION TO DISMISS FIRST
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF; NO. 21-CV-09613-SK
                                          1

    Defendant United States Department of Justice's ("DOJ") Motion to Dismiss on behalf of the Executive Office for United States Attorneys ("EOUSA") was heard on or around May 16, 2022, at 9:30 a.m., by this Court. Having considered the papers filed in support of, and in opposition to, DOJ's Motion to Dismiss on behalf of EOUSA, any oral argument of counsel, and all other pleadings and papers on file herein, the Court **GRANTS** DOJ's Motion to Dismiss on behalf of EOUSA. Plaintiffs' First Amended Complaint for Injunctive Relief ("FAC") is dismissed with prejudice as to EOUSA for failing to state any claim upon which relief can be granted against it.

    Plaintiffs were required to exhaust their administrative remedies as to EOUSA before filing a lawsuit against it. However, Plaintiffs failed to exhaust their administrative remedies. Accordingly, Plaintiffs' FAC is dismissed with prejudice as to EOUSA.

    **IT IS SO ORDERED.**

Dated:_____

                                                    THE HONORABLE SALLIE KIM
                                                    United States Magistrate Judge

[PROPOSED] ORDER GRANTING UNITED STATES DEPARTMENT OF JUSTICE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF; NO. 21-CV-09613-SK

2