STEPHANIE M. HINDS (CABN 154284)
United States Attorney

MICHELLE LO (NYRN 4325163)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-6748
    Douglas.Johns@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF
JUSTICE AND UNITED STATES
DEPARTMENT OF STATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF STATE<br><br>    Defendants. | No. 21-cv-09613-SK<br><br>**ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS**<br><br>Honorable Sallie Kim<br>United States Magistrate Judge |

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

1

**ANSWER**

Defendant United States Department of State ("Defendant") hereby responds to Plaintiffs the Center for Investigative Reporting and Ms. Anayansi Diaz-Cortez's (collectively, "Plaintiffs") First Amended Complaint for Injunctive Relief ("FAC") as follows:

1. Defendant admits that this is an action under the Freedom of Information Act ("FOIA"). Defendant admits that Plaintiffs are seeking injunctive and other relief. Defendant admits that Plaintiffs requested purported agency records allegedly in Defendant's possession and are seeking the processing and release of those purported records. The remainder of the allegations in Paragraph 1 consist of Plaintiffs' characterization of this action, to which no response is required. To the extent that a response is deemed required, Defendant denies the allegations in paragraph 1.

2. The allegations in paragraph 2 regarding a federal grand jury purportedly indicting former Mexican Secretary of National Defense, General Salvador Cienfuegos Zepeda ("Cienfuegos"), are immaterial to this action arising under FOIA. As such, no response is required.

3. The allegations in paragraph 3 regarding the purported arrest of Cienfuegos are immaterial to this action arising under FOIA. As such, no response is required.

4. The allegations in paragraph 4 regarding the Mexican Fiscalia General de la Republica ("FGR") allegedly investigating Cienfuegos are immaterial to this action arising under FOIA. As such, no response is required.

5. The allegations in paragraph 5 regarding the alleged conduct of Defendant United States Department of Justice ("DOJ") are immaterial to this action arising under FOIA. As such, no response is required.

6. The allegations in paragraph 6 regarding the alleged conduct of DOJ and FGR is immaterial to this action arising under FOIA. As such, no response is required.

7. Defendant admits that Plaintiffs sent it a FOIA request dated August 7, 2021, which was attached as Exhibit T to the FAC, and which speaks for itself and is the best evidence of its content. To the extent that a response is required from Defendant to the remainder of the allegations in paragraph 7, Defendant denies those allegations to the extent they are inconsistent with Plaintiffs' FOIA request.

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

2

8. Defendant denies the allegations.

9. Paragraph 9 consists of Plaintiffs' characterization of the exhaustion of its remedies. To the extent that a response is required from Defendant to the allegations in paragraph 9, it denies the allegations in paragraph 9.

10. The allegations in paragraph 10 pertain to Plaintiffs' characterization of their FOIA request, to which no response is required. To the extent that a response is required from Defendant to the remainder of the allegations in paragraph 10, it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 and therefore denies them.

11. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 11 and therefore denies the allegations.

12. Defendant admits that Plaintiffs are asking the Court for an injunction. Defendant denies that Plaintiffs are entitled to any relief.

13. Defendant admits that this Court has jurisdiction over this FOIA action and the parties thereto based on the representations and information in the FAC.

14. Defendant admits that venue is proper. Defendant lacks information or knowledge sufficient to form a belief as to the residency and principal place of business of Plaintiffs, but does not contest this Court's jurisdiction.

15. Defendant admits that assignment to the San Francisco Division or the Oakland Division is appropriate.

16. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 16 and therefore denies the allegations.

17. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 17 and therefore denies the allegations.

18. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 18 and therefore denies the allegations.

///

///

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

3

19. Defendant admits that it is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1). The remainder of this paragraph consists of legal conclusions to which no response is required. To the extent further response is deemed required, Defendant denies the remainder of the allegations in paragraph 19.

20. The allegations in paragraph 20 pertain to Plaintiffs' characterization of this action, which is immaterial to this action arising under FOIA and to which no response is required.

21. The allegations in paragraph 21 are immaterial to this action arising under FOIA. As such, no response is required.

22. The allegations in paragraph 22 are immaterial to this action arising under FOIA. As such, no response is required.

23. The allegations in paragraph 23 are immaterial to this action arising under FOIA. As such, no response is required.

24. The allegations in paragraph 24 are immaterial to this action arising under FOIA. As such, no response is required.

25. The allegations in paragraph 25 are immaterial to this action arising under FOIA. As such, no response is required.

26. The allegations in paragraph 26 are immaterial to this action arising under FOIA. As such, no response is required.

27. The allegations in paragraph 27 are immaterial to this action arising under FOIA. As such, no response is required.

28. The allegations in paragraph 28 are immaterial to this action arising under FOIA. As such, no response is required.

29. The allegations in paragraph 29 are immaterial to this action arising under FOIA. As such, no response is required.

30. The allegations in paragraph 30 are immaterial to this action arising under FOIA. As such, no response is required.

///

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

4

31. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 31 and therefore denies the allegations.

32. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 32 and therefore denies the allegations.

33. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 33 and therefore denies the allegations.

34. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 34 and therefore denies the allegations.

35. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 35 and therefore denies the allegations.

36. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 36 and therefore denies the allegations.

37. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 37 and therefore denies the allegations.

38. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 38 and therefore denies the allegations.

39. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 39 and therefore denies the allegations.

40. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 40 and therefore denies the allegations.

41. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 41 and therefore denies the allegations.

42. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 42 and therefore denies the allegations.

43. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 43 and therefore denies the allegations.

///

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

5

44. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 44 and therefore denies the allegations.

45. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 45 and therefore denies the allegations.

46. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 46 and therefore denies the allegations.

47. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 47 and therefore denies the allegations.

48. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 48 and therefore denies the allegations.

49. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 49 and therefore denies the allegations.

50. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 50 and therefore denies the allegations.

51. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 51 and therefore denies the allegations.

52. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 52 and therefore denies the allegations.

53. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 53 and therefore denies the allegations.

54. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 54 and therefore denies the allegations.

55. Defendant admits that it received Plaintiffs' FOIA request, dated August 7, 2021. To the extent that the allegations in Paragraph 55 purport to characterize the contents of Plaintiffs' FOIA request, Defendant respectfully refers the Court to that document for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

///

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

6

56. Defendant admits that on August 17, 2021, it sent Plaintiffs an email acknowledging their FOIA request. Defendant respectfully refers the Court to the relevant correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

57. Defendant admits the allegation in paragraph 57.

58. Defendant denies the allegation in paragraph 58.

59. Paragraph 59 consists of Plaintiffs' characterization of the exhaustion of its remedies. To the extent that a response is required from Defendant to the allegations in paragraph 59, it denies the allegations in paragraph 59.

60. Defendant incorporates by reference its responses to all preceding paragraphs as if set forth herein.

61. Defendant admits that it is subject to FOIA. The remainder of the allegations in paragraph 61 consists of Plaintiffs' characterization of FOIA. The FOIA speaks for itself and is the best evidence of its content. To the extent that a response is required, Defendant denies the allegations in paragraph 61.

62. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 62 and therefore denies the allegations.

63. Defendant lacks information or knowledge sufficient to form a belief as to the truth of paragraph 63 and therefore denies the allegations.

64. Defendant admits that it has not issued a final determination in response to Plaintiffs' FOIA request. The remainder of the allegations in paragraph 64 consist of Plaintiffs' characterization of FOIA. The FOIA speaks for itself and is the best evidence of its contents. To the extent that a response is required, Defendant denies the allegations in paragraph 64.

65. Paragraph 65 consists of Plaintiffs' characterization of the remedies that it may be entitled to recover, to which no response is required. To the extent that a response is required, Defendant denies the allegations in paragraph 65.

///

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

7

The remainder of Plaintiffs' FAC contains a request for relief, to which no response is required. To the extent that a response is required, Defendant denies the allegations contained in the remainder of Plaintiffs' FAC and contends that Plaintiffs are not entitled to the requested relief or any other relief at all.

## AFFIRMATIVE DEFENSES

In further answer to Plaintiffs' FAC, and as separate and distinct defenses to its claims set forth in their FAC, Defendant alleges the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' FAC raises claims that are, or will become, moot.

## SECOND AFFIRMATIVE DEFENSE

The FOIA requests that are the subject of this lawsuit implicate certain information that is protected from disclosure by one of more statutory exemptions. Disclosure of such information is not required or permitted.

## THIRD AFFIRMATIVE DEFENSE

To the extent that Defendant alleges or asserts matters not contained in a legally sufficient and timely administrative claim, this action is barred by a failure to exhaust administrative remedies.

Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to Plaintiffs' FAC become known throughout the course of the litigation.

///
///
///
///
///
///
///
///

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

8

**PRAYER FOR RELIEF**

WHEREFORE, having fully answered, Defendant respectfully requests that:

1. Plaintiffs take nothing by their FAC;

2. Plaintiffs' FAC be dismissed with prejudice;

3. No injunctive relief be awarded to Plaintiffs;

4. Defendant be awarded its costs of suit;

5. Judgment be entered in favor of Defendant; and

The Court grant such other and further relief as it may deem proper.

                                                  Respectfully submitted,

                                                  STEPHANIE HINDS
                                                  United States Attorney

DATED: March 11, 2022                            */s/ Douglas Johns*
                                                  DOUGLAS JOHNS
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants

ANSWER OF UNITED STATES DEPARTMENT OF STATE TO FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF OF PLAINTIFFS; NO. 21-CV-09613-SK

9