D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Shawn Musgrave (SBN 341359)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
smusgrave@revealnews.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF STATE<br><br>Defendants. | No. 21-cv-09613-SK<br><br>**STIPULATED JOINT REQUEST TO EXTEND TIME REGARDING DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER** |

Plaintiffs, The Center for Investigative Reporting and Ms. Anayansi Diaz-Cortes (collectively, "Plaintiffs"), and Defendants, United States Department of Justice and United States Department of State (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1. Defendant U.S. Department of Justice filed a Motion to Dismiss ("MTD") on March 4, 2022. *See* Dkt. No. 18. Defendant noticed the MTD for hearing on May 16, 2022. *Id.*

2. Plaintiffs must respond to the MTD by March 18, 2022, and Defendants must reply by

March 25, 2022. *Id.*

3. The parties previously extended or modified two deadlines. The parties stipulated to extend Defendants' time to answer the complaint. *See* Dkt. No. 10. After Plaintiffs filed an amended complaint, the parties stipulated to continue the Initial Case Management Conference and to extend Defendant United States Department of State's time to answer. *See* Dkt. Nos. 19, 20.

4. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

5. Pursuant to Civil L.R. 6-2, this stipulation will extend Plaintiffs' time to respond to the MTD to April 1, 2022. This stipulation will also extend Defendant's time to reply to Plaintiff's response to April 15, 2022. This stipulation will not otherwise alter the schedule of the case.

SO STIPULATED.

Respectfully submitted,

SHAWN MUSGRAVE
Attorney for Plaintiffs

Dated: March 15, 2022          By:     */s/ Douglas Johns*
                                       DOUGLAS JOHNS
                                       Assistant United States Attorney
                                       Attorney for Defendants


Dated: March 15, 2022                  THE CENTER FOR INVESTIGATIVE REPORTING

                               By:     */s/ Shawn Musgrave*
                                       D. VICTORIA BARANETSKY
                                       SHAWN MUSGRAVE
                                       Attorneys for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I, Shawn Musgrave, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 15, 2022          By:     /s/ Shawn Musgrave
                                       SHAWN MUSGRAVE

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

    Plaintiffs The Center for Investigative Reporting and Ms. Anayansi Diaz-Cortes must file their response to Defendant United States Department of Justice's Motion to Dismiss by April 1, 2022.

    Defendant United States Department of Justice must file its reply to Plaintiffs' response to the Motion to Dismiss by April 15, 2022.

Dated:_____

                                          THE HONORABLE SALLIE KIM
                                          United States Magistrate Judge