D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Shawn Musgrave (SBN 341359)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
smusgrave@revealnews.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF STATE<br><br>Defendants. | No. 21-cv-09613-SK<br><br>**DECLARATION OF SHAWN MUSGRAVE IN SUPPORT OF STIPULATED JOINT REQUEST TO EXTEND TIME REGARDING DEFENDANT'S MOTION TO DISMISS**<br><br>[ Civil L.R. 6-2 ] |

DECLARATION OF SHAWN MUSGRAVE IN SUPPORT OF STIPULATED JOINT REQUEST TO EXTEND TIME REGARDING DEFENDANT'S MOTION TO DISMISS
NO. 21-CV-09613-SK

1

I, Shawn Musgrave, declare as follows:

1. I am an attorney of record for the Plaintiffs in this matter and a member in good standing of the California State Bar, and I am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am making this declaration under Rule 6-2 of the "Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California" in support of the parties' "Stipulated Joint Request to Extend Time Regarding Defendant's Motion to Dismiss."

3. On March 4, 2022, Defendant U.S. Department of Justice filed a Motion to Dismiss ("MTD") on behalf of the Executive Office of United States Attorneys. *See* Dkt. No. 18. Based on the availability of counsel and the court's hearing calendar, Defendant noticed the MTD for hearing on May 16, 2022. *Id.*

4. Under Local Rule 7-3, Plaintiffs must respond to the MTD by March 18, 2022, and Defendants must reply by March 25, 2022.

5. Due to medical reasons and based on meet and confer discussions over email, counsel for the parties agreed to extend Plaintiffs' time to respond to the MTD by two weeks and until April 1, 2022, and to extend Defendants' time to reply by two weeks and until April 15, 2022.

6. The parties previously stipulated to extend Defendants' responsive pleading deadline until February 21, 2022; to extend Defendant United States Department of State's responsive pleading deadline until March 11, 2022; and to extend the Initial Case Management Conference until May 16, 2022.

7. I am not aware of any other time modifications.

8. If the Court grants and adopts the parties' "Stipulated Joint Request to Extend Time Regarding Defendant's Motion to Dismiss," Plaintiffs' time to file a response to the MTD would be extended by two weeks and Defendants' time to file a reply would also be extended by two weeks. The case schedule would not otherwise be altered or delayed.

9. On March 15, 2022, I sent Defendants' counsel a draft "Stipulated Joint Request to Extend

DECLARATION OF SHAWN MUSGRAVE IN SUPPORT OF STIPULATED JOINT REQUEST TO EXTEND TIME REGARDING DEFENDANT'S MOTION TO DISMISS
NO. 21-CV-09613-SK

Time Regarding Defendant's Motion to Dismiss."

10. On March 15, 2022, Defendants' counsel provided me with authority to file the "Stipulated Joint Request to Extend Time Regarding Defendant's Motion to Dismiss."

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 15th day of March, 2022, in Palo Alto, California.

DATED: March 15, 2022  /s/ Shawn Musgrave
SHAWN MUSGRAVE
Attorney for Plaintiffs

DECLARATION OF SHAWN MUSGRAVE IN SUPPORT OF STIPULATED JOINT REQUEST TO EXTEND TIME REGARDING DEFENDANT'S MOTION TO DISMISS
NO. 21-CV-09613-SK

3