D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Shawn Musgrave (SBN 341359)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
smusgrave@revealnews.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE CENTER FOR INVESTIGATIVE REPORTING** and **ANAYANSI DIAZ-CORTES,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE** and **U.S. DEPARTMENT OF STATE**,<br><br>*Defendants*. | Case No. 3:21-cv-09613-SK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL SHAWN MUSGRAVE; ORDER** |

**TO: The Clerk of the Court and All Parties of Record**

PLEASE TAKE NOTICE that counsel for Plaintiffs THE CENTER FOR INVESTIGATIVE REPORTING ("CIR") and ANAYANSI DIAZ-CORTES respectfully withdraw the appearance of Shawn Musgrave in the above-captioned action. Mr. Musgrave is no longer practicing at CIR. No other attorney is withdrawing his or her appearance by this notice, and Ms. D. Victoria Baranetsky remains as counsel to Plaintiffs.

Dated: September 12, 2022                                Respectfully submitted,

By: */s/ Shawn Musgrave*
D. Victoria Baranetsky (SBN 311892)
Shawn Musgrave (SBN 341359)
*Attorneys for Plaintiffs*

### ORDER

Having considered the Notice by Plaintiffs of the withdrawal of Shawn Musgrave as their counsel, and good cause appearing therefore, it is

**SO ORDERED.**

Dated: September 13, 2022

THE HONORABLE SALLIE KIM
United States Magistrate Judge