D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | Case No. 3:21-cv-09613-SK<br><br>**STIPULATION AND ORDER REGARDING REVISED BRIEFING SCHEDULE**<br><br>Honorable Sallie Kim<br>United States Magistrate Judge |

Plaintiffs The Center for Investigative Reporting ("CIR") and Anayansi Diaz-Cortes (collectively, "Plaintiffs") and Defendants United States Department of Justice and United States Department of State ("Defendants") stipulate and respectfully request that the Court enter an order revising the briefing schedule for a motion and cross-motion for summary judgment as follows:

1. Defendants filed their opening summary judgment motion on September 9, 2022;
2. Plaintiffs filed their opposition and cross-motion on October 21, 2022;
3. Defendants filed their reply and opposition to the cross-motion on November 18, 2022;
4. Plaintiffs are required to filed their reply in support of the cross-motion by December 2, 2022;
5. The hearing is to be held January 23, 2022 at 9:30 a.m.; and

-1-
STIPULATION & ORDER RE: REVISED BRIEFING SCHEDULE
No. 3:21-CV-09613-SK

6. The parties request one additional week for Plaintiffs to complete their reply in support of the cross-motion due to the illness of CIR's counsel, the intervening holiday, and a separate filing Plaintiffs' unexpectedly have this week in another federal case.

7. Accordingly, the parties request one additional week for Plaintiffs' reply brief to be filed by December 9, 2022.

Respectfully submitted,
D. Victoria Baranetsky
Attorney for Plaintiff

Dated: November 28, 2022        THE CENTER FOR INVESTIGATIVE REPORTING

                                                 By:    */s/ D. Victoria Baranetsky*
                                                      D. VICTORIA BARANETSKY
                                                      Attorney for Plaintiffs

Dated: November 28, 2022        By:    */s/ Douglas Johns*
                                                      DOUGLAS JOHNS
                                                      Assistant United States Attorney
                                                      Attorney for Defendants

## ATTESTATION

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: November 28, 2022        By:    */s/ D. Victoria Baranetsky*
                                                      D. VICTORIA BARANETSKY

# ORDER

Pursuant to the Stipulation, Plaintiff is GRANTED an additional week to file their reply in support of the cross-motion for summary judgment. Plaintiff's reply is due by December 9, 2022.

**IT IS SO ORDERED**

DATED: November 29, 2022

_____
HONORABLE SALLIE KIM
United States Magistrate Judge