D. Victoria Baranetsky (Cal. Bar No. 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF STATE, <br><br> Defendants. | Case No. 21-cv-09613-SK <br><br> **DECLARATION OF D. VICTORIA BARANETSKY IN SUPPORT OF SUBMISSION OF CERTIFIED TRANSLATIONS** |

I, D. VICTORIA BARANETSKY, declare:

1. I am an attorney of record for the plaintiff in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am General Counsel at The Center for Investigative Reporting ("CIR"), which is a

1   nonprofit established under the laws of California with its principal place of business in
2   Emeryville, CA.

3       3.   On January 18, 2023, in its Notice of Questions, Dkt. 46 at 2, the Court questioned
4   Plaintiffs about "four official press statements released by Fiscalía General de la República" and
5   requested "certified English translations of the official press statements made in Spanish." *Id*.

6       4.   Attached hereto as Exhibit A-D are true and correct copies of the press statements,
7   including their certified translations.

8       5.   Attached as Exhibit A is a true and correct copy of the following press release:  Press
9   Release, United States Department of Justice, *Joint Statement by Attorney General of the United
10  States William P. Barr and Fiscalía General of Mexico Alejandro Gertz Manero*, Nov. 17, 2020,
11  https://bit.ly/3rWoei1.

12      6.   Attached hereto as Exhibit B is a true and correct copy of a translated press release
13  from Fiscalía General de la República published on January 14, 2021: Press Release, Prosecutor
14  General's Office of Mexico 013/21 FGR Reports, January 14, 2021,
15  https://www.gob.mx/fgr/prensa/comunicado-fgr-013-21-fgr-informa              [permalink:
16  https//bit.ly/3T4Y20B] (discussing FGR closing investigation and reviewing the evidence handed
17  to them).

18      7.   Attached hereto as Exhibit C is a true and correct copy of the following translated
19  press release and news article citing the press release: Press Release, Presidency of the Republic,
20  *Federal Executive Supports FGR's decision regarding Cienfuegos case, president says* (January
21  16, 2021) https://www.gob.mx/presidencia/prensa/ejecutivo-federal-respalda-decision-de-fgr-en-
22  torno-al-caso-cienfuegos-afirma-presidente     [permalink:   https://bit.ly/3R0yTUE]   (detailing
23  President Lopez Obrador's direction to release the "entire file" of MLAT records for "full
24  transparency") and Mark Hosenball & Anthony Esposito, *U.S. 'deeply disappointed' Mexico
25  closed probe of ex-defense minister*, REUTERS (Jan. 16, 2021), https://reut.rs/3RYQqeJ (citing the
26  Press Release).

27      8.   Attached hereto as Exhibit D is a true and correct copy of the following translated
28  press conference and news article citing the press conference: Press Conference, Marcelo Ebrard,

Secretary of Foreign Affairs of Mexico, *Report on General Cienfuegos Case* (November 18, 2020), https://www.youtube.com/watch?v=Ef26Dg7UULE [permalink: https://bit.ly/3RfTvIR] and Larry Neumeister, Michael Sisak & Mark Stevenson *US drops case against ex-Mexican general after pressure*, AP NEWS (November 18, 2020), https://bit.ly/3T5qJL1 (citing the Press Conference).

9. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' invoice for the services from Languex Translation, a court certified translation service that Plaintiffs used to translate the press statements included in Exhibits B-D.

10. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed January 24, 2023 in Berkeley, California.

                        *s/ D. Victoria Baranetsky*
                        D. Victoria Baranetsky