UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U. S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Case No. 21-cv-09613-SK <br><br> **ORDER REGARDING RESPONSE** <br><br> Regarding Docket No. 49 |

At the hearing on the parties' cross-motions for summary judgment, the Court requested that Plaintiff file translated copies of the press releases from Mexico cited in their brief. After Plaintiffs did so, Defendants objected on the grounds that the press releases were new evidence that Defendants did not have an opportunity to address. In the interest of fairness, the Court is providing Defendants an opportunity to briefly address these press releases. Defendants may file a responsive brief of no more than four pages by no later than February 21, 2023.

**IT IS SO ORDERED**.

Dated: February 14, 2023

_____
SALLIE KIM
United States Magistrate Judge