```
 1   D. VICTORIA BARANETSKY (SBN 311892)
     THE CENTER FOR INVESTIGATIVE REPORTING
 2   1400 65th St., Suite 200
     Emeryville, CA 94608
 3   Telephone: (510) 982-2890
     Email: vbaranetsky@revealnews.org
 4
 5   RANI GUPTA (SBN 296346)
     HANNAH NELSON (SBN 347061)
 6   COVINGTON & BURLING LLP
     3000 El Camino Real
 7   5 Palo Alto Square, 10th Floor
     Palo Alto, California 94306
 8   Telephone: (650) 632-4700
     Facsimile: (650) 632-4800
 9   Email: rgupta@cov.com
     Email: hnelson@cov.com
10
11   *Attorneys for Plaintiffs*
12
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | Civil Case No. 3:21-cv-09613-SK<br><br>**NOTICE OF APPEARANCE OF HANNAH NELSON AS COUNSEL OF RECORD FOR PLAINTIFFS** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Hannah Nelson of the law firm Covington & Burling LLP, 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306-2112, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Plaintiffs The Center for Investigative Reporting and Anayansi Diaz-Cortes.  Ms. Nelson is admitted to practice in the United States District Court for the Northern District of California and is in good standing as a member of the bar of the State of California.  Please include Ms. Nelson on all further notices, papers, and pleadings for this case.

DATED:  May 18, 2023

COVINGTON & BURLING LLP

By:  */s/ Hannah Nelson*

RANI GUPTA (SBN 296346)
HANNAH NELSON (SBN 347061)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: rgupta@cov.com
Email: hnelson@cov.com

D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Email: vbaranetsky@revealnews.org

*Attorneys for Plaintiffs*