UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U. S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 21-cv-09613-SK<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION**<br><br>Regarding Docket No. 58 |

The Court HEREBY SCHEDULES a Status Conference to address Plaintiffs' Administrative Motion and Defendant's response time to the pending FOIA requests for June 5, 2023 at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: May 24, 2023

SALLIE KIM
United States Magistrate Judge