D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Email: vbaranetsky@revealnews.org

RANI GUPTA (SBN 296346)
HANNAH NELSON (SBN 347061)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: rgupta@cov.com
Email: hnelson@cov.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | Civil Case No. 3:21-cv-09613-SK<br><br>**STIPULATION AND ORDER TO CONTINUE NOVEMBER 13 CASE MANAGEMENT CONFERENCE** |

Plaintiffs The Center for Investigative Reporting and Anayansi Diaz-Cortes and Defendants United States Department of Justice and United States Department of State, by and through their undersigned counsel, hereby stipulate as follows:

1. On October 17, 2023, the Court issued a Notice (Dkt. No. 66) setting a Case Management Conference for Monday, November 13, 2023 at 1:30 p.m.

2. Due to the unavailability of Plaintiffs' counsel on November 13, 2023, and to provide the parties with additional time to confer regarding case management issues, the parties agree to continue the Case Management Conference, subject to the Court's approval.

3. Pursuant to Civil L.R. 6-2, and 7-12, the parties jointly request that the Case Management Conference be continued until November 27, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard. The parties will file their Joint Case Management Statement no later than seven days prior to the Case Management Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

By: */s/ Hannah Nelson*

D. VICTORIA BARANETSKY
(SBN 311892)
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Email: vbaranetsky@revealnews.org

RANI GUPTA (SBN 296346)
HANNAH NELSON (SBN 347061)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: rgupta@cov.com
Email: hnelson@cov.com

*Attorneys for Plaintiffs*

DATED:  October 31, 2023

By: */s/ Douglas Johns*

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (415) 846-8947
FAX: (408) 535-5081
Douglas.Johns@usdoj.gov

*Attorney for Defendants*

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Management Conference set for November 13, 2023 at 1:30 p.m. is continued until November 27, 2023 at 1:30 p.m. The parties shall file their Joint Case Management Statement no later than seven days prior to the Case Management Conference.

DATED: October 31, 2023   
　　　　　　　　　　　　　　　　　HONORABLE SALLIE KIM
　　　　　　　　　　　　　　　　　United States Magistrate Judge

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), Hannah Nelson hereby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  October 31, 2023                                By:  */s/ Hannah Nelson*
                                                                      HANNAH NELSON